_____
Honorable Bruce T. Beesley
United States Bankruptcy Judge

Entered on Docket
June 14, 2018

ROBERT E. OPERA – California State Bar No. 101182
ropera@wcghlaw.com
**WINTHROP COUCHOT**
**GOLUBOW HOLLANDER, LLP**
1301 Dove Street, Suite 500
Newport Beach, CA 92660
Telephone: (949) 720-4100/Facsimile: (949) 720-4111

STEPHEN R. HARRIS – Nevada State Bar No. 001463
steve@harrislawreno.com
**HARRIS LAW PRACTICE LLC**
6151 Lakeside Drive, Suite 2100
Reno, NV 89511
Telephone: (775) 786-7600

[Proposed] Attorneys for Jointly Administered Debtors

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re: | |
|---|---|
| ☐ X-TREME BULLETS, INC., | Jointly Administered under Case No. 18-50609-btb with |
| ☐ HOWELL MUNITIONS & TECHNOLOGY, INC., | Case Nos. 18-50610-btb; 18-50611-btb; 18-50613-btb; 18-50614-btb; 18-50615-btb; 18-50616-btb; and 18-50617-btb |
| ☐ AMMO LOAD WORLDWIDE, INC., | Chapter 11 Proceedings |
| ☐ CLEARWATER BULLET, INC., | **ORDER AUTHORIZING JOINT ADMINISTRATION OF CASES** |
| ☐ HOWELL MACHINE, INC., | DATE: June 12, 2018 |
| ☐ FREEDOM MUNITIONS, LLC, | TIME: 2:00 p.m. |
| ☐ LEWIS-CLARK AMMUNITION COMPONENTS, LLC, | |
| ☐ COMPONENTS EXCHANGE, LLC, | |
| ☒ All Debtors. | |
| Debtors. | |

Upon the DEBTOR'S MOTION FOR JOINT ADMINISTRATION OF RELATED CHAPTER 11 CASES; MEMORANDUM OF POINTS AND AUTHORITIES ("Motion"), filed on June 8, 2018, by X-TREME BULLETS, INC., a Nevada corporation, AMMO LOAD WORLDWIDE, INC., an Idaho corporation, CLEARWATER BULLET, INC., an Idaho corporation; FREEDOM MUNITIONS, LLC, an Idaho limited liability company, HOWELL MACHINE, INC., an Idaho corporation, HOWELL MUNITIONS & TECHNOLOGY, INC., an Idaho corporation, LEWIS-CLARK AMMUNITION COMPONENTS, LLC, an Idaho limited liability company, and COMPONENTS EXCHANGE, LLC, an Idaho limited liability company (collectively the "Debtors"), in their respective cases, by and through their proposed attorneys ROBERT E. OPERA, ESQ. of WINTHROP COUCHOT GOLUBOW HOLLANDER, LLP, and STEPHEN R. HARRIS, ESQ. of HARRIS LAW PRACTICE LLC, with a hearing duly noticed on Court-ordered shortened time to consider the Motion held on June 12, 2018, at 2:00 p.m., with Stephen R. Harris, Esq. of Harris Law Practice LLC, appearing on behalf of the Debtors; with Robert E. Opera, Esq. of Winthrop Couchot Golubow Hollander, LLP appearing telephonically on behalf of the Debtors; with Timothy A. Lukas, Esq. of Holland & Hart, LLP appearing on behalf of Z.B., N.A. dba Zions First National Bank; with Jared A. Day, Esq. appearing on behalf of the United States Trustee; and the Court noting the appearances of other parties and their attorneys of record; with the Court having considered all papers and pleadings on file herein and the oral argument of counsel at the hearing for and against the relief requested; and with good cause appearing;

**IT IS HEREBY ORDERED** that:

1. The following related Chapter 11 cases shall be jointly administered pursuant to Fed. R. Bankr. P. 1015: X-TREME BULLETS, INC. Case No. 18-50609-btb; HOWELL MUNITIONS & TECHNOLOGY, INC., Case No. 18-50610-btb; AMMO LOAD WORLDWIDE, INC. Case No. 18-50611-btb; CLEARWATER BULLET, INC. Case No. 18-50613-btb, HOWELL MACHINE, INC. Case No. 18-50614-btb, FREEDOM MUNITIONS, LLC Case No. 18-50615-btb, LEWIS-CLARK AMMUNITION COMPONENTS, LLC Case No. 18-50616-btb and COMPONENTS EXCHANGE, LLC Case No. 18-50617-btb, with X-TREME BULLETS,

1  INC. Case No. 18-50609-btb to be designated as the lead case.

2

3  SUBMITTED this 12th day of June, 2018.

4  ROBERT E. OPERA, ESQ.
   WINTHROP COUCHOT GOLUBOW HOLLANDER, LLP
5

6  STEPHEN R. HARRIS, ESQ.
   HARRIS LAW PRACTICE LLC
7

8  */s/ Stephen R. Harris*
   _____
9  [Proposed] Attorneys for Jointly
   Administered Debtors

-3-

## CERTIFICATION RE: RULE 9021

In accordance with Local Rule 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

   __X__ The court has waived the requirement set forth in LR 9021(b)(1).

   _____ No party appeared at the hearing or filed an objection to the motion.

   _____ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

Timothy A. Lukas, Esq.
Holland & Hart LLP
Z.B., N.A.                              waived review

Jared Day, Esq.
Office of the U S Trustee               waived review

   _____ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

Dated this 12th day of June, 2018.

                          HARRIS LAW PRACTICE LLC


                          /s/ Stephen R. Harris
                          _____
                          By:  STEPHEN R. HARRIS, ESQ.


                                    ###