## GENERAL NOTES TO SCHEDULES OF ASSETS AND
## LIABILITIES AND STATEMENT OF FINANCIAL AFFAIRS

The Debtor submits its Schedules of Assets and Liabilities (the "Schedules") and Statement of Financial Affairs (the "Statement") pursuant to Section 521 of the Bankruptcy Code and Rule 1007 of the Federal Rules of Bankruptcy Procedure.

The Schedules and the Statement have been prepared by the Debtor's current management with the assistance of certain of its professionals. The Debtor has endeavored to ensure that the Schedules and Statement are accurate and complete. The Debtor notes, however, the following matters with respect to the preparation of the Schedules and the Statement.

1.      The Debtor's proposed Chief Restructuring Officer ("CRO") was appointed on or about June 7, 2018. Accordingly, the CRO has limited "institutional knowledge" regarding the Debtor's financial affairs.

2.      The Debtor has prepared the Schedules based largely upon its review of financial records in the Debtor's possession that may have been prepared by former employees of the Debtor. Such financial records generally are not audited.

While the Schedules and the Statement are materially accurate to the best of the Debtor's belief, under the circumstances of this case, the Debtor cannot warrant the accuracy and completeness of the Schedules and the Statement. The Debtor reserves the right to amend the Schedules and the Statement as appropriate based upon a subsequent receipt of information that may result in a change in the disclosures contained in the Schedules and the Statement.

Unless otherwise stated, the asset and liability data contained in the Schedules and the Statement are reflected as of June 8, 2018, the date the petition was filed in this Chapter 11 case (the "Petition Date"). Valuation methodologies are as indicated in the Schedules (e.g., orderly liquidation value or book value). Actual fair market values may differ materially from the values indicated.

It would be prohibitively expensive, unduly burdensome and extremely time-consuming to obtain current market valuations of the Debtor's assets. Moreover, the value of certain assets, such as potential litigation claims, is impossible to determine at this time. Accordingly, in certain instances, values of assets are stated as "unknown" or "uncertain." The reader therefore should not place undue reliance upon the values listed for the Debtor's assets in the Schedules.

Any failure by the Debtor to designate a claim listed on the Debtor's Schedules as "disputed," "contingent" or "unliquidated" does not constitute an admission by the Debtor that such amount is not "disputed," "contingent" or "unliquidated." The Debtor reserves the right to subsequently designate any claim as "disputed," "contingent" or "unliquidated." The Debtor further reserves the rights to dispute, object to, assert counterclaims, rights of setoff, rights of recoupment, or defenses to, subordinate, avoid, and/or obtain reclassification of any claim or any interest in property securing such claim.

234686

The dollar amounts of claims listed may be exclusive of contingent and unliquidated amounts, such as accrued interest or attorneys' fees and costs.

The claims of creditors for, among other things, merchandise, goods, services, or taxes may be listed as the lower of the amounts invoiced by such creditor or the amounts entered on the Debtor's books and records and may not reflect credits or allowances due from such creditors to the Debtor. The Debtor reserves all of its rights with respect to any such credits and allowances.

The identity of some of the holders of claims might have changed over time due to trading and/or transfer of certain of these claims. It is the Debtor's belief that, as of the Petition Date, the claims against the Debtor were held by the entities identified in the Schedules.

Each Schedule and the Statement is subject to further amendment by the Debtor.

234686

## SCHEDULE A/B DISCLAIMER

The Debtor has obtained no current appraisals of the value of these assets.  The actual value of the assets listed may differ significantly from the amounts reflected in Schedule A/B.

## GENERAL NOTES REGARDING SCHEDULE D

The Debtor reserves the right to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a secured claimant listed on Schedule D.  Moreover, although the Debtor has scheduled secured claims on its Schedule D, the Debtor reserves all rights to dispute or challenge any secured nature of any claimant's claim or the characterization of the structure of any such transaction, or any document or instruments related to such claimant's claim.

Any failure by the Debtor to designate a claim on Schedule D as "contingent," "unliquidated" or "disputed" does not constitute an admission by the Debtor that such claim is not contingent, unliquidated, or disputed, and the Debtor reserves the right to dispute, or to assert offsets or defenses to, any claims reflected on Schedule D as to amount, liability, classification or otherwise and to subsequently designate any such claim as disputed, contingent or unliquidated.

Schedule D is subject to further amendment by the Debtor. The description provided for a claim in Schedule D is intended only to be a summary of such claim.  Reference to the applicable credit agreement and related documents is necessary for a complete description of the collateral and the nature, extent, and priority of any liens. Nothing herein shall be deemed a modification or interpretation of the terms of such agreements.

The Debtor reserves the right to assert that any claim listed on Schedule D with respect to equipment, an interest in which has been acquired by the Debtor, does not reflect a secured claim, but instead reflects a lease subject to the provisions of Section 365 of the Bankruptcy Code.

234686

## GENERAL NOTES REGARDING SCHEDULE E/F

The Debtor's characterization of the claims listed in Schedule E as priority claims is preliminary in nature and the Debtor reserves its rights to amend Schedule E, and/or dispute and challenge whether, and to what extent, such claims are entitled to priority.

The amounts stated in Schedule F for the claims of any parties to contracts with the Debtor do not include any claims for breach of contract or other damages; the stated amount is the amount of the account payable owing to the contract party as of the Petition Date in the Debtor's books and records.

The claims listed on Schedule F are subject to further review, reconciliation and amendment by the Debtor.

## GENERAL NOTES REGARDING SCHEDULE G

While effort has been made to ensure the accuracy of Schedule G (Schedule of Executory Contracts and Unexpired Leases), the Debtor does not make, and specifically disclaims, any representation or warranty as to the validity or enforceability of contracts, agreements or documents listed in Schedule G. The Debtor hereby reserves the right to dispute the validity, status, characterization or enforceability of contracts, agreements and leases set forth in Schedule G and to amend or supplement Schedule G.  By listing a contract or lease on Schedule G, the Debtor is not admitting that such contract or lease is an executory contract or lease pursuant to Section 365 of the Bankruptcy Code and reserves the right to dispute any such classification.

The Debtor reserves the right to assert that any lease listed in Schedule G is not a true lease but constitutes a secured transaction.

234686

## NOTES REGARDING CONSOLIDATION OF OPERATIONS

While the eight related Debtors are separate legal entities, the Debtors, other than Debtor Components Exchange, LLC (collectively, the "HMT Debtors"), generally have operated on a consolidated basis. The Debtors, together with two non-debtors, Twin River Contract Loading, Inc. and Big Canyon Environmental, LLC, have prepared financial statements on a consolidated basis. The HMT Debtors have used one cash management system to administer all receipts obtained by the HMT Debtors and all disbursement made by the HMT Debtors in connection with the operation of their businesses. All cash collected from revenues generated by the HMT Debtors is earned by Debtor Howell Munitions & Technology, Inc. ("HMT") and deposited into one checking account held by HMT. Payroll and all other expenses incurred by the HMT Debtors are paid from this one checking account. HMT pays all expenses because HMT is the party that contracts with, and is indebted to, third parties for the operation of the Debtors' businesses.

Based upon the consolidated nature of the HMT Debtors' pre-petition operations, Schedules E and F for the HMT Debtors generally list the same obligations.

Components Exchange's operations largely have been maintained separately from the HMT Debtors. Accordingly, Schedules E and F for Components Exchange differ from Schedules E and F of the HMT Debtors.

The Debtor reserves the right to amend the Schedules, including Schedules E and F, as circumstances warrant.

234686

7/12/18  1:40AM

| Fill in this information to identify the case: |
|---|
| Debtor name    **Howell Munitions & Technology, Inc.** |
| United States Bankruptcy Court for the:    DISTRICT OF NEVADA |
| Case number (if known)    **18-50610-btb** |

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☒    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☒    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☒    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☒    *Schedule H: Codebtors* (Official Form 206H)

☒    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐    Amended *Schedule*

☒    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐    Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    July 12, 2018          X _____
Signature of individual signing on behalf of debtor

J. Michael Issa
Printed name

**Proposed Chief Restructuring Officer**
Position or relationship to debtor

Official Form 202                    Declaration Under Penalty of Perjury for Non-Individual Debtors

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

7/12/18 11:09AM

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Howell Munitions & Technology, Inc.** |
| United States Bankruptcy Court for the: | **DISTRICT OF NEVADA** |
| Case number (if known): | **18-50610-btb** |

☑ Check if this is an

amended filing

## Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Midwest Brass, LLC 9254 US-31 West Olive, MI 49460** | | | | | | $553,667.00 |
| **Crow Shooting Supply DROP SHIP 200 S. Front St. Montezuma, IA 80171** | | | | | | $473,233.74 |
| **St. Marks Powder Jodi McIver PO Box 222 Saint Marks, FL 32327** | | | | | | $191,591.20 |
| **Luvata Appleton, LLC PO Box 200498 Pittsburgh, PA 15251** | | | | | | $148,247.28 |
| **Bitterroot Security & Inv. LL Terry Roberts 410 9th Street Clarkston, WA 99403** | | | | | | $118,000.00 |
| **Anatolia Fisek Sanayi ve Ticar Engin Sanayi Cad. 110 Armutlu Kemalpasa Izmir, Turkey 35373-0000** | | | | | | $76,690.50 |
| **Eric Nelson 2104 14th Street Lewiston, ID 83501** | | | | | | $58,400.00 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

7/12/18 11:09AM

| Debtor | Howell Munitions & Technology, Inc. | | Case number *(if known)* | 18-50610-btb |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services,) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| P Kay Metal, Inc Larry Kay 2448 E. 25th Street Los Angeles, CA 90058 | | | | | | $57,205.20 |
| Vista Outdoor Sales, LLC SDS 12-0312, PO Box 86 Minneapolis, MN 55486 | | | | | | $49,770.00 |
| NET Global 359 W. Elm Street Penbroke, MA 02359 | | | | | | $48,410.82 |
| Comm Trade USA, Inc 1934 West Gray St., Ste. 200 Houston, TX 77019 | | | | | | $47,185.68 |
| Binary Anvil Inc. 22525 SE 6th Pl. Issaquah, WA 98027-5383 | | | | | | $44,872.48 |
| IMC-Metals America, LLC Marcia Melocik, Donna 99 E. River Dr., Riverview Square 2 East Hartford, CT 06108 | | | | | | $40,728.60 |
| Brand Makers LLC Amber Newell 464 South Main St. Spanish Fork, UT 84660 | | | | | | $39,700.00 |
| Capital One Visa Statement PO Box 30285 Salt Lake City, UT 84130 | | | | | | $37,372.46 |
| UPS Lockbox 577 Carol Stream, IL 60132 | | | Disputed Subject to Setoff | | | $36,644.05 |
| Starline, Inc Debbie Myers 1300 W. Henry Sedalia, MO 65301 | | | | | | $33,450.00 |
| Gordon Partners 4900 Woodway Drive #1125 Houston, TX 77056 | | | | | | $29,793.00 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor | Howell Munitions & Technology, Inc. | | Case number *(if known)* | 18-50610-btb |
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Oracle America<br>Ben Thorp<br>500 Oracle Parkway<br>Redwood Shores,<br>CA 94065 | | | Disputed | | | $29,693.25 |
| Collier Electric<br>Bryan & Laura<br>Collier<br>1119 Van Arsdol<br>Clarkston, WA<br>99403 | | | | | | $28,587.61 |

7/12/18 11:09AM

**Fill in this information to identify the case:**

Debtor name **Howell Munitions & Technology, Inc.**

United States Bankruptcy Court for the: DISTRICT OF NEVADA

Case number (if known) **18-50610-btb**

☐ Check if this is an amended filing

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

12/15

### Part 1: Summary of Assets

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*...................................................................................................... $ **0.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.................................................................................................... $ **11,895,101.45**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*...................................................................................................... $ **11,895,101.45**

### Part 2: Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................... $ **23,104,000.00**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.......................................................... $ **182,210.80**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................ +$ **3,055,507.30**

4. **Total liabilities** ................................................................................................................................
   Lines 2 + 3a + 3b $ **26,341,718.10**

7/12/18 11:09AM

| Fill in this information to identify the case: |
|---|

Debtor name    **Howell Munitions & Technology, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF NEVADA

Case number (if known)    **18-50610-btb**

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. Does the debtor have any cash or cash equivalents?

☐ No. Go to Part 2.
■ Yes Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor**

Current value of debtor's interest

3.    Checking, savings, money market, or financial brokerage accounts *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Wells Fargo Bank** | **Checking** | 1886 | $377.00 |
| 3.2. | **Zions Bank** | **Checking** | 0992 | $93,297.00 |
| 3.3. | **Zions Bank** | **Savings** | 0161 | $5.00 |
| 3.4. | **Zions Bank** | **Savings** | 9742 | $44.00 |

4.    Other cash equivalents *(Identify all)*

5.    **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $93,723.00 |
|---|

| Part 2: | Deposits and Prepayments |
|---|---|

6. Does the debtor have any deposits or prepayments?

☐ No. Go to Part 3.
■ Yes Fill in the information below.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

7/12/18 12:42AM

Debtor    **Howell Munitions & Technology, Inc.**                                    Case number (if known)  **18-50610-btb**
          Name

**7.    Deposits, including security deposits and utility deposits**
       Description, including name of holder of deposit

       **Prepaid Insurance:**
7.1.   **Stonebraker McQuary Insurance**                                                              $159,598.00

7.2.   **Prepaid Inventory - Various**                                                                $209,343.00

**8.    Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
       Description, including name of holder of prepayment

**9.    Total of Part 2.**                                                          | $368,941.00 |

       Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |
| --- | --- |

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☑ Yes Fill in the information below.

**11.    Accounts receivable**

| | face amount | | doubtful or uncollectible accounts | | |
| --- | --- | --- | --- | --- | --- |
| 11a. 90 days old or less: | 4,682,625.00 | - | 2,341,148.00 | = .... | $2,341,477.00 |
| 11b. Over 90 days old: | 732,096.00 | - | 244,032.00 | =.... | $488,064.00 |

**12.    Total of Part 3.**                                                         | $2,829,541.00 |

       Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |
| --- | --- |

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
| --- | --- |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
☑ Yes Fill in the information below.

| | General description | Date of the last physical Inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- | --- |
| 19. | Raw materials Components: lead; copper; brass; powder primer | 12/2017 | $2,987,943.36 | Standard Costing | $2,987,943.36 |
| | | | | | Inventory values listed are as of 6/7/18 |

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 2

7/12/18 12:42AM

| Debtor | **Howell Munitions & Technology, Inc.** | Case number (if known) **18-50610-btb** |
|---|---|---|
| | Name | |

**20.** **Work in progress**
**Unfinished cases;**
**unfinished bullets**        12/2017              $117,158.39      Standard Costing                          **$117,158.39**

Inventory values listed
are as of 6/7/18

**21.** **Finished goods, including goods held for resale**
**Bullets and ammunition**      12/2017          $1,520,615.98    Standard Costing                        **$1,520,615.98**

Inventory values listed
are as of 6/7/18

**22.** **Other inventory or supplies**

**23.** **Total of Part 5.**

Add lines 19 through 22.  Copy the total to line 84.

$4,625,717.73

**24.** **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

**25.** **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
■ Yes. Book value          240521.77      | Valuation method | **Standard** | Current Value | 240521.77
                                                              **Costing**

**26.** **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☐ No
■ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.** **Office furniture**<br>**Office furniture and office equipment** | **$10,764.00** | **Estimate 25%**<br>of Book Value | **$2,690.94** |
| **40.** **Office fixtures** | | | |
| **41.** **Office equipment, including all computer equipment and communication systems equipment and software**<br>**Value included in #39** | **Unknown** | | **Unknown** |

**42.** **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork;
books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
collections; other collections, memorabilia, or collectibles

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

7/12/18 12:42AM

| Debtor | **Howell Munitions & Technology, Inc.** | Case number *(if known)* **18-50610-btb** |
|---|---|---|
| | Name | |

**43.** **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

**$2,690.94**

**44.** **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

■ Yes

**45.** **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☐ No

■ Yes

<span style="background:black;color:white">Part 8:</span>    **Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.** **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  **See attached list** | **$57,323.00** | **Estimate 25%**<br>of Book Value | **$14,330.76** |
| | | | |
| **48.** **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| | | | |
| **49.** **Aircraft and accessories** | | | |
| | | | |
| **50.** **Other machinery, fixtures, and equipment (excluding farm**<br>**machinery and equipment)**<br>**Manufacturing equipment** | **$4,693,176.60** | **Appraised Orderly**<br>**Liquidation Value**<br>(July 2017 appraisal) | **$3,893,525.00** |

**51.** **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

**$3,907,855.76**

**52.** **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

■ Yes

**53.** **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐ No

■ Yes

<span style="background:black;color:white">Part 9:</span>    **Real property**

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

■ Yes Fill in the information below.

**55.** **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of<br>property<br>Include street address or other<br>description such as Assessor | Nature and<br>extent of<br>debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

7/12/18 11:09AM

| Debtor | **Howell Munitions & Technology, Inc.** | | Case number *(if known)* **18-50610-btb** |
| | Name | | |

| Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | | | |
|---|---|---|---|
| 55.1. **Leasehold improvements** | | **$1,153,991.33** | **$0.00** |
| 55.2. **See attached list** | **See attached list** | **Unknown** | **Unknown** |

| 56. | **Total of Part 9.** | **$0.00** |
|---|---|---|
| | Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88. | |

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
☐ No
■ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

---

**Part 10:    Intangibles and Intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** **Various trademarks for Freedom Munitions and X-Treme Bullets brands and product names** | **Unknown** | | **Unknown** |
| 61. **Internet domain names and websites** **www.freedommunitions.com; www.xtremebullets.com** | **Unknown** | | **Unknown** |
| 62. **Licenses, franchises, and royalties** **Various municipal and operating licenses and permits** | **Unknown** | | **Unknown** |
| 63. **Customer lists, mailing lists, or other compilations** **www.freedommunitions.com and www.xtremebullets.com customer lists and mailing lists** | **Unknown** | | **Unknown** |

64. **Other intangibles, or intellectual property**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

7/12/18 11:09AM

Debtor   **Howell Munitions & Technology, Inc.**                    Case number *(if known)* **18-50610-btb**
         <sub>Name</sub>

65.   **Goodwill**

66.   **Total of Part 10.**                                                                          | $0.00 |
      Add lines 60 through 65. Copy the total to line 89.

67.   **Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C.§§ 101(41A) and 107?**
      ☐ No
      ■ Yes

68.   **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
      ■ No
      ☐ Yes

69.   **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

**Part 11:   All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No.  Go to Part 12.
    ■ Yes Fill in the information below.

                                                                                        Current value of
                                                                                        debtor's interest

71.   **Notes receivable**
      Description (include name of obligor)

72.   **Tax refunds and unused net operating losses (NOLs)**
      Description (for example, federal, state, local)

73.   **Interests in insurance policies or annuities**
      **Various liability insurance policies and D&O policy; See**
      **attached list**                                                                       $0.00

74.   **Causes of action against third parties (whether or not a lawsuit**
      **has been filed)**

      **American Marksman**                                                                   $66,632.02

      | Nature of claim | Unpaid accounts receivable balance |
      |---|---|
      | Amount requested | $66,632.02 |

      **See attached list**                                                                   **Unknown**

      | Nature of claim | |
      |---|---|
      | Amount requested | $0.00 |

75.   **Other contingent and unliquidated claims or causes of action of**
      **every nature, including counterclaims of the debtor and rights to**
      **set off claims**

76.   **Trusts, equitable or future interests in property**

77.   **Other property of any kind not already listed** *Examples:* Season tickets,

7/12/18 11:09AM

| Debtor | **Howell Munitions & Technology, Inc.** | Case number *(if known)* **18-50610-btb** |
|--------|-------------------------------------------|--------------------------------------------|
|        | Name                                      |                                            |

country club membership

| 78. | **Total of Part 11.** | | $66,632.02 |
|-----|------------------------|--|------------|
|     | Add lines 71 through 77. Copy the total to line 90. | | |

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

7/12/18 11:09AM

Debtor    **Howell Munitions & Technology, Inc.**                    Case number *(if known)*  **18-50610-btb**
Name

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $93,723.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $368,941.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $2,829,541.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $4,625,717.73 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $2,690.94 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $3,907,855.76 | |
| 88. **Real property.** *Copy line 56, Part 9* .................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $66,632.02 | |
| 91. **Total.** Add lines 80 through 90 for each column | $11,895,101.45 | +91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $11,895,101.45 |

**Form 206: Schedule A/B: Assets – Real and Personal Property**
**#39) Automobiles, vans, trucks, and motorcycles**

## HOWELL MUNITIONS & TECHNOLOGY, INC.
### VEHICLE LISTING

| Year | Make | Model |
|------|------|-------|
| 1968 | GMC | Fire Truck |
| 2004 | Ford | F250 |
| 1981 | Tank | Water |
| 2015 | Toyota | Rav 4 |

234644

Howell Munitions & Technology, Inc.
Schedule A/B: Assets - Real and Personal Property
#55) Any building, improved real estate, or land debtor owns or has an interest

## LEASE - REAL PROPERTY INFORMATION

| Lessee | Lessor | Address | Type of Property |
|--------|--------|---------|------------------|
| HMT | Dave Howell Rentals | 4093 Lucky Lane, Lewiston, Idaho | Commercial |
| HMT | Dave Howell Rentals | Ballistics Lab at 29978 Thiessen Road, Lewiston, Idaho | Commercial |
| HMT | Dave Howell Rentals | 815 D. Street, Lewiston, Idaho | Commercial |
| HMT | Dave Howell Rentals | 805 D. Street, Lewiston, Idaho | Commercial |
| HMT | Dave Howell Rentals | Airport Powder Storage, Lewiston, Idaho | Commercial |
| HMT | Dave Howell Rentals | 153 Southport, Lewiston, Idaho | Commercial |
| HMT | Dave Howell Rentals | 829 D Street, Lewiston, Idaho | Commercial |
| HMT | Dave Howell Rentals | 2337 3rd Avenue N., Lewiston, Idaho | Commercial |
| HMT | Dave Howell Rentals | 12 Stokes Dr, Moundhouse, NV | Commerial |
| HMT | Dave Howell Rentals | 31 Stokes Dr, Moundhouse, NV | Commerial |
| HMT | 823 D Street LLC | 823 D. Street, Lewiston Idaho | Commercial |

Howell Munitions & Technology, Inc.
Case No. 18-50610-btb
Form 206: Schedule A/B: Assets – Real and Personal Property
#74) Causes of action against third parties

| Third Party | Current Value of Debtor's Interest |
|---|---|
| American Marksman | $66,632.02 |
| UPS | Unknown |
| United States Department of Treasury, Alcohol and Tobacco Tax and Trade Bureau | Unknown |
| Twin River Contract Loading, Inc. | Unknown |
| Big Canyon Environmental, LLC | Unknown |
| X-Treme Bullets Inc. | Unknown |
| Ammo Load Worldwide, Inc. | Unknown |
| Clearwater Bullet, Inc. | Unknown |
| Freedom Munitions, LLC | Unknown |
| Howell Machine, Inc. | Unknown |
| Lewis-Clark Ammunition Components, LLC | Unknown |

234699

Howell Munitions & Technology, Inc.
Case No. 18-50610-btb
Form 206: Schedule A/B: Assets – Real and Personal Property
#74) Causes of action against third parties

| | |
|---|---|
| Components Exchange, LLC | Unknown |
| Z.B., N.A., dba Zions First National Bank | Unknown |
| CFO Solutions LLC, dba Advanced CFO | Unknown |

234699

7/12/18 11:09AM

**Fill in this information to identify the case:**

Debtor name    **Howell Munitions & Technology, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF NEVADA

Case number (if known)    **18-50610-btb**

☐ Check if this is an amended filing

Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property
12/15

Be as complete and accurate as possible.

1. Do any creditors have claims secured by debtor's property?

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1 Corporation Service Company, as Rep**<br>Creditor's Name<br>**Attn: Legal Dept.**<br>**PO Box 2576**<br>**Springfield, IL 62708**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien | $0.00 | $0.00 |

Creditor's email address, if known

Describe the lien

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Date debt was incurred
**UCC 20160095207C**
Last 4 digits of account number

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

| | | | |
|---|---|---|---|
| **2.2 Integrity Bank, SSB**<br>Creditor's Name<br><br>**4040 Washington Ave.**<br>**Houston, TX 77007-5606**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**All inventory, chattel, accounts, euipment, etc.** | $250,000.00 | $0.00 |

Describe the lien
**Lien# B2017120077**

Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:
Check all that apply

Do multiple creditors have an interest in the same property?

| Debtor | **Howell Munitions & Technology, Inc.** | Case number (if know) | **18-50610-btb** |
|---|---|---|---|
| | Name | | |

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☑ Disputed

---

| **2.3** | **Toyota Industries Commercial Finance, In** | Describe debtor's property that is subject to a lien | $0.00 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | **Used forklift** | | |

**PO Box 9050**
**Coppell, TX 75019**
Creditor's mailing address

Describe the lien
**Lien#s B201611868002**
Is the creditor an insider or related party?

☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an interest in the same property?

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed

---

| **2.4** | **US Dept. of Treasury** | Describe debtor's property that is subject to a lien | $5,329,000.00 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | | | |

**Alcohol & Tobacco Tax & Trade Bureau**
**National Revenue Center**
**550 Main Street, Suite 8002**
**Cincinnati, OH 45202-5215**
Creditor's mailing address

Describe the lien
**Federal tax lien**
Is the creditor an insider or related party?

☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an interest in the same property?

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed

---

| **2.5** | **WCP Solutions** | Describe debtor's property that is subject to a lien | Unknown | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | **Various software, lasers, conveyor** | | |

**15321 E Marietta Ave**
**Spokane, WA 99216**
Creditor's mailing address

Describe the lien
**Lien# B201711881525**

---

7/12/18 1:38AM

| Debtor | **Howell Munitions & Technology, Inc.** | Case number (if know) | **18-50610-btb** |
|---|---|---|---|
| | Name | | |

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.6 | **Wells Fargo Bank, N.A.** | Describe debtor's property that is subject to a lien | $25,000.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**300 Tri State Intl., Ste. 400**
**Lincolnshire, IL 60069-4417**
Creditor's mailing address

**Hyster Forklift**

Describe the lien
**UCC # B201511638100; B201511632368; B2201511640299**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.7 | **Z.B., N.A.,dba Zions First National Bank** | Describe debtor's property that is subject to a lien | $17,500,000.00 | $31,650,000.00* |
|---|---|---|---|---|

Creditor's Name

**One South Main Street, Suite 1400**
**Salt Lake City, UT 84130**
Creditor's mailing address

**All personal property assets of the Debtor, including all inventory, chattel paper, accounts, equipment, furniture, and general intangibles**

Describe the lien
**Idaho UCC-1 B201211171757, B201311254066, B201411404068**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an interest in the same property?

As of the petition filing date, the claim is:
Check all that apply

*Represents estimated aggregate value of collateral provided by this Debtor, affiliated Debtors, and non-debtor entities.

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

7/12/18 11:09AM

| Debtor | **Howell Munitions & Technology, Inc.** | | Case number (if known) | **18-50610-btb** |
|---|---|---|---|---|
| | Name | | | |

- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

- ☐ Contingent
- ☐ Unliquidated
- ☐’ Disputed

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    **$23,104,000.00**

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

7/12/18 11:09AM

**Fill in this information to identify the case:**

Debtor name   **Howell Munitions & Technology, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF NEVADA

Case number (if known)   **18-50610-btb**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1.   **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2.   **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**Aleksander Bukowy**<br>**4821 Gentry Lane**<br>**Carson City, NV 89701** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | **$187.16** | **$0.00** |
| | Date or dates debt was incurred<br>**Various** | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |
| **2.2** | Priority creditor's name and mailing address<br>**Antony Halks**<br>**631 Preston Ave #3**<br>**Lewiston, ID 83501** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | **$1,307.25** | **$0.00** |
| | Date or dates debt was incurred<br>**Various** | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

7/12/18 11:09AM

| Debtor | **Howell Munitions & Technology, Inc.** | Case number (if known) | **18-50610-btb** |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | | $10,484.78 | $0.00 |
|---|---|---|---|---|---|
| | **Arthur W Eaton**<br>**1395 53rd St N**<br>**Lewiston, ID 83501** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | | |
| | Date or dates debt was incurred<br>**Various** | Basis for the claim: | | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | | |

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | | $1,627.92 | $0.00 |
|---|---|---|---|---|---|
| | **Benjamen Iverson**<br>**420 Vista Ave**<br>**Lewiston, ID 83501** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | | |
| | Date or dates debt was incurred<br>**Various** | Basis for the claim: | | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | | |

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | | $1,062.86 | $0.00 |
|---|---|---|---|---|---|
| | **Benjamin Prior**<br>**1628 9th Avenue**<br>**Clarkston, WA 99403** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | | |
| | Date or dates debt was incurred<br>**Various** | Basis for the claim: | | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | | |

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | | $1,314.10 | $0.00 |
|---|---|---|---|---|---|
| | **Bradley Bjorkquist**<br>**3208 6th St C**<br>**Lewiston, ID 83501** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | | |
| | Date or dates debt was incurred<br>**Various** | Basis for the claim: | | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | | |

7/12/18 11:09AM

| Debtor | **Howell Munitions & Technology, Inc.** | Case number (if known) | **18-50610-btb** |
|---|---|---|---|
| | Name | | |

| | | | | |
|---|---|---|---|---|
| 2.7 | Priority creditor's name and mailing address<br>**Bradley Gasper**<br>**1516 15th Ave**<br>**Lewiston, ID 83501** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | $3,053.82 | $0.00 |
| | Date or dates debt was incurred<br>**Various** | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.8 | Priority creditor's name and mailing address<br>**Brady King**<br>**618 Bryden Drive Apt D**<br>**Lewiston, ID 83501** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | $3,220.65 | $0.00 |
| | Date or dates debt was incurred<br>**Various** | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.9 | Priority creditor's name and mailing address<br>**Brandon Dean**<br>**2575 Reservoir Rd**<br>**Clarkston, WA 99403** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | $8,009.32 | $0.00 |
| | Date or dates debt was incurred<br>**Various** | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.10 | Priority creditor's name and mailing address<br>**Brenda L Anderson**<br>**3531 13th Street**<br>**Lewiston, ID 83501** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | $685.08 | $0.00 |
| | Date or dates debt was incurred<br>**Various** | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

7/12/18 11:09AM

| Debtor | Howell Munitions & Technology, Inc. | Case number (if known) | 18-50610-btb |
|---|---|---|---|
| | Name | | |

---

**2.11** Priority creditor's name and mailing address
**Brendon Martin**
**2728 17th St #202**
**Lewiston, ID 83501**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$1,295.05    $0.00

Date or dates debt was incurred
**Various**

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.12** Priority creditor's name and mailing address
**Brian A McCammon**
**411 3rd Ave**
**Lewiston, ID 83501**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$2,114.26    $0.00

Date or dates debt was incurred
**Various**

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.13** Priority creditor's name and mailing address
**Brook Robinett**
**30100 Mission Creek Rd**
**Culdesac, ID 83524**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$1,057.40    $0.00

Date or dates debt was incurred
**Various**

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.14** Priority creditor's name and mailing address
**Bureau of Alcohol, Tobacco,**
**Firearms**
**and Explosives**
**Public Governmental Affairs**
**99 New York Ave., NE**
**Washington, DC 20226**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**For notice purposes only**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

7/12/18 11:09AM

| Debtor | Howell Munitions & Technology, Inc. | Case number (if known) | 18-50610-btb |
|---|---|---|---|
| | Name | | |

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|
| | **California Dept. of Tax and Fee Admin.** **Special Operations Bktcy Team, MIC:74** **PO Box 942879** **Sacramento, CA 94279-0074** | *Check all that apply.* ☐ Contingent ☐ Unliquidated ■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **For Notice Purposes Only** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No ☐ Yes | | |

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,610.22 | $0.00 |
|---|---|---|---|---|
| | **Chad M Kaufmann** **517 Airway Dr** **Lewiston, ID 83501** | *Check all that apply.* ☐ Contingent ☐ Unliquidated ■ Disputed | | |
| | Date or dates debt was incurred **Various** | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|
| | **Chief Counsel** **FTB, Legal Dept.** **PO Box 1720, MS A-260** **Rancho Cordova, CA 95741-1720** | *Check all that apply.* ☐ Contingent ☐ Unliquidated ■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **For Notice Purposes Only** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No ☐ Yes | | |

| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $960.93 | $0.00 |
|---|---|---|---|---|
| | **Chris A Stout** **1036 Hemlock Dr** **Lewiston, ID 83501** | *Check all that apply.* ☐ Contingent ☐ Unliquidated ■ Disputed | | |
| | Date or dates debt was incurred **Various** | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

7/12/18 11:09AM

| Debtor | **Howell Munitions & Technology, Inc.** | Case number (if known) | **18-50610-btb** |
|---|---|---|---|
| | Name | | |

---

**2.19** | Priority creditor's name and mailing address
**Christopher Holt**
**272 Riverboat Road**
**Dayton, NV 89403**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**$57.26**    **$0.00**

Date or dates debt was incurred
**Various**

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.20** | Priority creditor's name and mailing address
**Clark County Assessor**
**c/o Bankruptcy Clerk**
**500 S. Grand Central Pkwy**
**Box 551220**
**Las Vegas, NV 89155-1401**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**$0.00**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**For Notice Purposes Only**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.21** | Priority creditor's name and mailing address
**Clark County Treasurer**
**c/o Bankruptcy Clerk**
**500 S. Grand Central Pkwy, Box 551220**
**Las Vegas, NV 89155-1401**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**$0.00**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**For notice purposes only**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.22** | Priority creditor's name and mailing address
**Clayton J Holton**
**2321 Silver Sage Drive**
**Carson City, NV 89701**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**$0.00**    **$0.00**

Date or dates debt was incurred
**Various**

Basis for the claim:
**For notice purposes only**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

7/12/18 11:09AM

| Debtor | **Howell Munitions & Technology, Inc.** | Case number (if known) | **18-50610-btb** |
|---|---|---|---|
| | Name | | |

| 2.23 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$906.75** | **$0.00** |
|---|---|---|---|---|
| | **Clayton L Seely**<br>**2805 9th Ave**<br>**Lewiston, ID 83501** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |
| | Date or dates debt was incurred<br>**Various** | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.24 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$0.00** | **$0.00** |
|---|---|---|---|---|
| | **Commodity Futures Trading**<br>**Commission**<br>**1155 21st St. NW**<br>**Washington, DC 20581** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**For notice purposes only** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.25 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$1,375.00** | **$0.00** |
|---|---|---|---|---|
| | **Corey Van Zante**<br>**3710 14th Street C**<br>**Lewiston, ID 83501** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |
| | Date or dates debt was incurred<br>**Various** | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.26 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$1,665.30** | **$0.00** |
|---|---|---|---|---|
| | **Daniel Manuel Aguilar**<br>**419 2nd Avenue, Apt 3**<br>**Lewiston, ID 83501** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |
| | Date or dates debt was incurred<br>**Various** | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

7/12/18 11:09AM

| Debtor | **Howell Munitions & Technology, Inc.** | Case number (if known) | **18-50610-btb** |
| --- | --- | --- | --- |
| | Name | | |

| **2.27** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$6,633.20** | **$0.00** |
| --- | --- | --- | --- | --- |

**Dara R Bringman**
**336 5th St. Apt. B**
**Lewiston, ID 83501**

Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| **2.28** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
| --- | --- | --- | --- | --- |

**David C Howell**
**29978 Thiessen Rd**
**Lewiston, ID 83501**

Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:
**For notice purposes only**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| **2.29** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$840.07** | **$0.00** |
| --- | --- | --- | --- | --- |

**David Sanborn**
**102 N 9th Street**
**Kendrick, ID 83537**

Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| **2.30** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$387.67** | **$0.00** |
| --- | --- | --- | --- | --- |

**David Town**
**1014 15th St. Apt. 2**
**Lewiston, ID 83501**

Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

7/12/18 11:09AM

| Debtor | **Howell Munitions & Technology, Inc.** | Case number (if known) | **18-50610-btb** |
|---|---|---|---|
| | Name | | |

---

**2.31** | Priority creditor's name and mailing address

**Dept. of Employment, Training & Rehab**
**Employment Security Division**
**500 East Third Street**
**Carson City, NV 89713**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:
**For notice purposes only**

Is the claim subject to offset?
■ No
☐ Yes

$0.00    $0.00

---

**2.32** | Priority creditor's name and mailing address

**Don Crea**
**4034 S Garfield**
**Spokane, WA 99203**

Date or dates debt was incurred
**Various**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

$4,285.25    $0.00

---

**2.33** | Priority creditor's name and mailing address

**Donald E Young**
**1411 Bryden Ave 6**
**Lewiston, ID 83501**

Date or dates debt was incurred
**Various**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

$788.42    $0.00

---

**2.34** | Priority creditor's name and mailing address

**Environmental Protection Agency**
**Office of General Counsel**
**1200 Pennsylvania Ave., N.W.**
**Washington, DC 20460**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:
**For notice purposes only**

Is the claim subject to offset?
■ No
☐ Yes

$0.00    $0.00

---

7/12/18 11:09AM

| Debtor | Howell Munitions & Technology, Inc. | Case number (if known) | 18-50610-btb |
|---|---|---|---|
| | Name | | |

---

**2.35**

Priority creditor's name and mailing address
**Franchise Tax Board**
**Bankruptcy Section, MS A340**
**PO Box 2952**
**Sacramento, CA 95812-2952**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**For notice purposes only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.36**

Priority creditor's name and mailing address
**Gary J Steckel**
**1901 7th Ave 4**
**Lewiston, ID 83501**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$154.56    $0.00

Date or dates debt was incurred
**Various**

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.37**

Priority creditor's name and mailing address
**Gloria Stolte**
**37279 Growler Point Road**
**Reubens, ID 83548**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$559.50    $0.00

Date or dates debt was incurred
**Various**

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.38**

Priority creditor's name and mailing address
**Idaho State Tax Commission**
**Bankruptcy Division**
**PO Box 36**
**Boise, ID 83722**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**For notice purposes only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

7/12/18 11:09AM

| Debtor | Howell Munitions & Technology, Inc. | Case number (if known) | 18-50610-btb |
|---|---|---|---|
| | Name | | |

| 2.39 | Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**PO Box 7346**<br>**Philadelphia, PA 19101-7346** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | **$0.00** | $0.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**For notice purposes only** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.40 | Priority creditor's name and mailing address<br>**Jacob T Maasdam**<br>**630 D Preston Ave**<br>**Lewiston, ID 83501** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$6,435.60** | $0.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**Various** | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.41 | Priority creditor's name and mailing address<br>**James Chase**<br>**1703 Cedar Drive**<br>**Lewiston, ID 83501** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | **$1,346.16** | $0.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**Various** | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.42 | Priority creditor's name and mailing address<br>**Jeff J Lohman**<br>**PO Box 493**<br>**Juliaetta, ID 83535** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | **$4,558.90** | $0.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**Various** | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

7/12/18 11:09AM

| Debtor | **Howell Munitions & Technology, Inc.** | Case number (if known) | **18-50610-btb** |
| | Name | | |

---

**2.43** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,420.65 | $0.00
| **Jeffrey Alan Ackeret** | Check all that apply. | |
| **2623 Sunset Dr** | ☐ Contingent | |
| **Lewiston, ID 83501** | ☐ Unliquidated | |
| | ■ Disputed | |

| Date or dates debt was incurred | Basis for the claim: |
| **Various** | |

| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY | ■ No |
| unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ Yes |

---

**2.44** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $788.33 | $0.00
| **Jeremy Jenkins** | Check all that apply. | |
| **1804 15th Ave** | ☐ Contingent | |
| **Lewiston, ID 83501** | ☐ Unliquidated | |
| | ■ Disputed | |

| Date or dates debt was incurred | Basis for the claim: |
| **Various** | |

| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY | ■ No |
| unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ Yes |

---

**2.45** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $628.13 | $0.00
| **Jessie M Baker** | Check all that apply. | |
| **2130 Hillyard Drive** | ☐ Contingent | |
| **Clarkston, WA 99403** | ☐ Unliquidated | |
| | ■ Disputed | |

| Date or dates debt was incurred | Basis for the claim: |
| **Various** | |

| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY | ■ No |
| unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ Yes |

---

**2.46** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,596.27 | $0.00
| **Jesus Ramirez** | Check all that apply. | |
| **2109 Idaho Street** | ☐ Contingent | |
| **Carson City, NV 89701** | ☐ Unliquidated | |
| | ■ Disputed | |

| Date or dates debt was incurred | Basis for the claim: |
| **Various** | |

| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY | ■ No |
| unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ Yes |

---

7/12/18 11:09AM

| Debtor | Howell Munitions & Technology, Inc. | Case number (if known) | 18-50610-btb |
|---|---|---|---|
| | Name | | |

| | | | | |
|---|---|---|---|---|
| 2.47 | Priority creditor's name and mailing address **John Kissler** **3415 8th St Apt F** **Lewiston, ID 83501** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ■ Disputed | $111.00 | $0.00 |
| | Date or dates debt was incurred **Various** | Basis for the claim: | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.48 | Priority creditor's name and mailing address **Joseph Chase** **434 Linden Ave** **Lewiston, ID 83501** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ■ Disputed | $8,819.21 | $0.00 |
| | Date or dates debt was incurred **Various** | Basis for the claim: | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.49 | Priority creditor's name and mailing address **Joseph Levi Seideman** **1328 14 Ave** **Lewiston, ID 83501** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ■ Disputed | $4,432.04 | $0.00 |
| | Date or dates debt was incurred **Various** | Basis for the claim: | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.50 | Priority creditor's name and mailing address **Joshua Wemlinger** **1208 11th Avenue** **Lewiston, ID 83501** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ■ Disputed | $1,470.94 | $0.00 |
| | Date or dates debt was incurred **Various** | Basis for the claim: | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | | |

7/12/18 11:09AM

| Debtor | **Howell Munitions & Technology, Inc.** | Case number (if known) | **18-50610-btb** |
|---|---|---|---|
| | Name | | |

| 2.51 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,240.48 | $0.00 |
|---|---|---|---|---|

**Karin Nelson**
**3207 6th Street C**
**Lewiston, ID 83501**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.52 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,269.83 | $0.00 |
|---|---|---|---|---|

**Kathryn I Marion**
**304 Watson St**
**Culdesac, ID 83524**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.53 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,441.23 | $0.00 |
|---|---|---|---|---|

**Kelsey Dawn Wakefield**
**39565 Whispering Pines Lane**
**Lewiston, ID 83501**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.54 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,102.50 | $0.00 |
|---|---|---|---|---|

**Kevin Robert Acree**
**1714 Burrell Ave**
**Lewiston, ID 83501**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

7/12/18 11:09AM

| Debtor | Howell Munitions & Technology, Inc. | Case number (if known) | 18-50610-btb |
|---|---|---|---|
| | Name | | |

| 2.55 | Priority creditor's name and mailing address<br>**Krista Lathrop**<br>**1331 Boston St**<br>**Clarkston, WA 99403** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | $2,943.51 | $0.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**Various** | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.56 | Priority creditor's name and mailing address<br>**Kyle Taylor Garrison**<br>**824 7th Street**<br>**Clarkston, WA 99403** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | $911.88 | $0.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**Various** | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.57 | Priority creditor's name and mailing address<br>**Lisa McEwen**<br>**620 S B St.**<br>**Grangeville, ID 83530** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | $1,359.08 | $0.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**Various** | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.58 | Priority creditor's name and mailing address<br>**Lucas R. Evonne**<br>**5307 S Rome Cir**<br>**Aurora, CO 80015** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | $86.97 | $0.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**Various** | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

7/12/18 11:09AM

| Debtor | **Howell Munitions & Technology, Inc.** | Case number (if known) | **18-50610-btb** |
|---|---|---|---|
| | Name | | |

---

| 2.59 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,295.86 | $0.00 |
|---|---|---|---|---|

**Matt Dodson**
**161 Schuller Grade Road**
**Yakima, WA 98908**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.60 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $10,756.38 | $0.00 |
|---|---|---|---|---|

**Matthew R Lerche**
**1919 Birch Ave**
**Lewiston, ID 83501**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.61 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $713.70 | $0.00 |
|---|---|---|---|---|

**Matthew W Shaw**
**204 3rd street**
**Lewiston, ID 83501**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.62 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $983.40 | $0.00 |
|---|---|---|---|---|

**Michael Arthur Long**
**2031 Lone Mountain # 49**
**Carson City, NV 89706**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

7/12/18 11:09AM

| Debtor | **Howell Munitions & Technology, Inc.** | Case number (if known) | **18-50610-btb** |
|---|---|---|---|
| | Name | | |

---

**2.63** | Priority creditor's name and mailing address
**Michael Dal Harrell**
**3507 11th st**
**lewiston, ID 83501**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$819.00    $0.00

Date or dates debt was incurred
**Various**

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.64** | Priority creditor's name and mailing address
**Michael Mundy**
**3958 Foothill Drive**
**Lewiston, ID 83501**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$0.00    $0.00

Date or dates debt was incurred
**Various**

Basis for the claim:
**For notice purposes only**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.65** | Priority creditor's name and mailing address
**Michael Rogers**
**1627 18th Ave.**
**Lewiston, ID 83501**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$2,158.00    $0.00

Date or dates debt was incurred
**Various**

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.66** | Priority creditor's name and mailing address
**Michael T Devin**
**1817 12th ave**
**Lewiston, ID 83501**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$2,893.78    $0.00

Date or dates debt was incurred
**Various**

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

7/12/18 11:09AM

| Debtor | **Howell Munitions & Technology, Inc.** | Case number (if known) | **18-50610-btb** |
|---|---|---|---|
| | Name | | |

---

**2.67** | Priority creditor's name and mailing address
**Mike Doxtator**
**POB 1068**
**Lewiston, ID 83501**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

$599.65    $0.00

Date or dates debt was incurred
**Various**

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.68** | Priority creditor's name and mailing address
**Nathan Dreadfulwater**
**1209 Grelle Ave**
**Lewiston, ID 83501**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

$1,155.75    $0.00

Date or dates debt was incurred
**Various**

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.69** | Priority creditor's name and mailing address
**Nathan W Karki**
**1718 1st Street**
**Lewiston, ID 83501**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

$1,046.61    $0.00

Date or dates debt was incurred
**Various**

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.70** | Priority creditor's name and mailing address
**Nevada Department of Taxation**
**Bankruptcy Section**
**555 E. Washington Ave., #1300**
**Las Vegas, NV 89101**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**For notice purposes only**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☒ No
☐ Yes

---

7/12/18 11:09AM

| Debtor | **Howell Munitions & Technology, Inc.** | Case number (if known) | **18-50610-btb** |
|---|---|---|---|
| | Name | | Name |

| 2.71 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|
| | **Nevada Department of Taxation Bankruptcy Section 4600 Kietzke Ln., Suite L-235 Reno, NV 89502** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**For notice purposes only** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.72 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|
| | **Nevada Department of Taxation 1550 College Parkway, Ste. 115 Carson City, NV 89706** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**For notice purposes only** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.73 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|
| | **Nevada Dept of Environmental Protection 901 S. Stewart Street, Suite 4001 Carson City, NV 89701** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**For notice purposes only** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.74 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|
| | **Nevada Dept of Environmental Protection 2030 E. Flamingo Road, Suite 230 Las Vegas, NV 89119** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**For notice purposes only** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

7/12/18 11:09AM

| Debtor | **Howell Munitions & Technology, Inc.** | Case number (if known) | **18-50610-btb** |
|--------|------------------------------------------|--------------------------|------------------|
| | Name | | |

---

| 2.75 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $60.00 | $0.00 |
|------|----------------------------------------------|-----------------------------------------------|--------|-------|

**Raymond Dave Tyson**
**20840 NW Kachina Ave**
**Redmond, OR 97756**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.76 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,440.60 | $0.00 |
|------|----------------------------------------------|-----------------------------------------------|-----------|-------|

**Reymon Joseph Parot**
**PO Box 854**
**Asotin, WA 99402**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.77 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $64.64 | $0.00 |
|------|----------------------------------------------|-----------------------------------------------|--------|-------|

**Roberto Garza**
**2821 Lovelace Way**
**Carson City, NV 89706**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.78 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $338.10 | $0.00 |
|------|----------------------------------------------|-----------------------------------------------|---------|-------|

**Rodolfo Ahumada**
**293 Monte Cristo Drive**
**Dayton, NV 89403**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

7/12/18 11:09AM

| Debtor | **Howell Munitions & Technology, Inc.** | Case number (if known) | **18-50610-btb** |
|---|---|---|---|
| | Name | | |

---

**2.79** | Priority creditor's name and mailing address
**Scott B Penton**
**1060 Canterwood Drive**
**Moscow, ID 83843**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**$4,897.59** | **$0.00**

Date or dates debt was incurred
**Various**

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.80** | Priority creditor's name and mailing address
**Sean Brady Becker**
**2611 Meadowlark Dr**
**Lewiston, ID 83501**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**$3,974.72** | **$0.00**

Date or dates debt was incurred
**Various**

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.81** | Priority creditor's name and mailing address
**Secretary of the Treasury**
**1500 Pennsylvania Ave. NW**
**Washington, DC 20220**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**$0.00** | **$0.00**

Date or dates debt was incurred

Basis for the claim:
**For notice purposes only**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.82** | Priority creditor's name and mailing address
**Shaun Barclay**
**1815 Imnaha Lane**
**Lewiston, ID 83501**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**$7,055.60** | **$0.00**

Date or dates debt was incurred
**Various**

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

7/12/18 11:09AM

| Debtor | **Howell Munitions & Technology, Inc.** | Case number *(if known)* | **18-50610-btb** |
|---|---|---|---|
| | Name | | |

| 2.83 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,048.04** | **$0.00** |
|---|---|---|---|---|

| | **Shawn Burke**<br>**147 Shiloh Dr**<br>**Lewiston, ID 83501** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |

Date or dates debt was incurred
**Various**

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.84 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Small Business Administration**
**1020 Main St., #290**
**Boise, ID 83702**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**For notice purposes only**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.85 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Social Security Administration**
**Office of the Regional Chief**
**Counsel**
**160 Spear Street, Suite 800**
**San Francisco, CA 94105-1545**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**For notice purposes only**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.86 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$9,144.57** | **$0.00** |
|---|---|---|---|---|

**Stephen S Howell**
**836 Frost Ln**
**Clarkston, WA 99403**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

7/12/18 11:09AM

| Debtor | **Howell Munitions & Technology, Inc.** | Case number (if known) | **18-50610-btb** |
|---|---|---|---|
| | Name | | |

| 2.87 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $719.47 | $0.00 |
|---|---|---|---|---|

**2.87**

Priority creditor's name and mailing address
**Steven Michael Hill**
**PO Box 562**
**Asotin, WA 99402**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

$719.47    $0.00

Date or dates debt was incurred
**Various**

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.88**

Priority creditor's name and mailing address
**Tequis Garnett Penney**
**PO Box 417**
**Lapwai, ID 83540**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

$663.00    $0.00

Date or dates debt was incurred
**Various**

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.89**

Priority creditor's name and mailing address
**Texas Workforce Commission**
**Regulatory Integrity Division-SAU**
**101 E. 15th St., Room 556**
**Austin, TX 78778-0001**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**For notice purposes only**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.90**

Priority creditor's name and mailing address
**Timothy B Stevenson Sr**
**P.O. Box 1805**
**Lewiston, ID 83501**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

$4,707.12    $0.00

Date or dates debt was incurred
**Various**

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

7/12/18 11:09AM

| Debtor | Howell Munitions & Technology, Inc. | Case number (if known) | 18-50610-btb |
|---|---|---|---|
| | Name | | |

---

**2.91** | Priority creditor's name and mailing address
**Timothy R Norris**
**904 25th Avenue # 201**
**Lewiston, ID 83501**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$3,011.09        $0.00

Date or dates debt was incurred
**Various**

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.92** | Priority creditor's name and mailing address
**Tobias D Thill**
**122 15th Avenue**
**Lewiston, ID 83501**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$11,325.61        $0.00

Date or dates debt was incurred
**Various**

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.93** | Priority creditor's name and mailing address
**Travis Johnson**
**3333 1/2 5th St**
**Lewiston, ID 83501**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$1,233.48        $0.00

Date or dates debt was incurred
**Various**

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.94** | Priority creditor's name and mailing address
**Trevor TJ Torrez**
**205 14th Ave**
**Lewiston, ID 83501**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$1,498.55        $0.00

Date or dates debt was incurred
**Various**

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

7/12/18 11:09AM

| Debtor | **Howell Munitions & Technology, Inc.** | Case number (if known) | **18-50610-btb** |
|---|---|---|---|
| | Name | | |

---

**2.95** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00

**U.S. Department of Labor Occupational Safety & Health Admin.**
**200 Constitution Avenue, NW Room# N3626**
**Washington, DC 20210**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**For notice purposes only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.96** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00

**U.S. Dept. of Treasury**
**Alcohol and Tobacco Tax and Trade Bureau**
**Office of Communications**
**1310 G Street, NW, Box 12**
**Washington, DC 20005**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**For notice purposes only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.97** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00

**United States Attorney**
**100 W. Liberty Street, #600**
**Reno, NV 89501**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**For notice purposes only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.98** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00

**United States Attorney's Office**
**Attn: Civil Process Clerk**
**501 Las Vegas Blvd., South, Suite 1100**
**Las Vegas, NV 89101**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**For Notice Purposes Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

7/12/18 11:09AM

| Debtor | **Howell Munitions & Technology, Inc.** | Case number (if known) | **18-50610-btb** |
|---|---|---|---|
| | Name | | |

| 2.99 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | $0.00 | $0.00 |
|---|---|---|---|---|---|

**US Securities & Exchange Commission**
**Attn: Bankruptcy Counsel**
**444 S. Flower St., Ste. 900**
**Los Angeles, CA 90071-9591**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**For notice purposes only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
    out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**A-L Compressed Gases, Inc.**
**4230 E Trent Ave**
**Spokane, WA 99202**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **Various**

Last 4 digits of account number _

Basis for the claim:  **For Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $550.00 |
|---|---|---|---|

**Absolute Machine Solutions**
**26387 Rocky Top Lane**
**Lapwai, ID 83540**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $531.59 |
|---|---|---|---|

**Action Medical Inc**
**PO Box 189**
**Newmann Lake, WA 99025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,985.22 |
|---|---|---|---|

**ADP, Inc.**
**PO Box 842875**
**Boston, MA 02284**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $633.34 |
|---|---|---|---|

**ADT Security Sevices**
**PO Box 371878**
**Pittsburgh, PA 15250-7878**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

7/12/18 11:09AM

| Debtor | **Howell Munitions & Technology, inc.** | Case number (if known) | **18-50610-btb** |
|---|---|---|---|
| | Name | | |

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Advanced CFO**
**13601 W McMillan Rd**
**#102**
**Boise, ID 83713**

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,932.07 |
|---|---|---|---|

**Air Electric**
**5603 E. 3rd Ave.**
**Spokane, WA 99212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Various** _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $695.00 |
|---|---|---|---|

**Alan Baker CO, LLC**
**Sean**
**PO Box 2128**
**San Francisco, CA 94083**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Various** _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $159.60 |
|---|---|---|---|

**Alcobra**
**Jeff Thomas**
**4510 N Freya St.**
**Spokane, WA 99217**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Various** _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $90.00 |
|---|---|---|---|

**Alex Rakos**
**710 Sunset Blvd. North, Unit B**
**Sunset Beach, NC 28468**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Various** _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,600.00 |
|---|---|---|---|

**Alexis Knowles**
**574 E. Lenign Drive**
**Deltona, FL 32738**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Various** _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $161.55 |
|---|---|---|---|

**Alhambra**
**PO Box 660579**
**Dallas, TX 75266-0579**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Various** _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

7/12/18 11:09AM

| Debtor | Howell Munitions & Technology, Inc. | Case number (if known) | 18-50610-btb |
|---|---|---|---|
| | Name | | |

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $875.00 |
|---|---|---|---|

**3.13** Nonpriority creditor's name and mailing address
**All-American Publishing**
5411 Kendall St.
Boise, ID 83706

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$875.00

---

**3.14** Nonpriority creditor's name and mailing address
**Allen Nicholas**
412 Hopewell Rd.
Maryville, TN 37801

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$229.08

---

**3.15** Nonpriority creditor's name and mailing address
**Allied Electronics, Inc**
**Chris Iendquist Tom**
PO Box 2325
Fort Worth, TX 76113

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$1,455.20

---

**3.16** Nonpriority creditor's name and mailing address
**Alyssa Gambla**
8460 W 91st St.
Hickory Hills, IL 60457

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$1,280.00

---

**3.17** Nonpriority creditor's name and mailing address
**American Security Brass & Reloading**
PO Box 9169
Greerton, Tauranga, New Zealand

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.18** Nonpriority creditor's name and mailing address
**AmeriPride**
**Angel**
PO Box 1160
Bemidji, MN 56619-1160

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$1,737.96

---

**3.19** Nonpriority creditor's name and mailing address
**Ammo Direct**
P.O. Box 9169
Greerton, Tauranga, New Zealand

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

7/12/18 11:09AM

| Debtor | **Howell Munitions & Technology, Inc.** | Case number (if known) | **18-50610-btb** |
|---|---|---|---|
| | Name | | |

---

**3.20** | Nonpriority creditor's name and mailing address
Ammo Load Worldwide, Inc.
815 D Street
Lewiston, ID 83501

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **For notice purposes only**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.21** | Nonpriority creditor's name and mailing address
AmmoSeek LLC
404 Lindsay Court
Berryville, VA 22611

Date(s) debt was incurred **Various**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$3,000.00**

---

**3.22** | Nonpriority creditor's name and mailing address
Ample Supply Co
john
1401 S. Prairie Drive
Sycamore, IL 60178

Date(s) debt was incurred **Various**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$242.00**

---

**3.23** | Nonpriority creditor's name and mailing address
Anatek Labs, Inc
1282 Alturas Drive
Moscow, ID 83843

Date(s) debt was incurred **Various**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,386.00**

---

**3.24** | Nonpriority creditor's name and mailing address
Anatolia Fisek Sanayi ve Ticar
Engin
Sanayi Cad. 110 Armutlu
Kemalpasa Izmir, Turkey 35373-0000

Date(s) debt was incurred **Various**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$76,690.50**

---

**3.25** | Nonpriority creditor's name and mailing address
Andrew Letter
2960 Carsty Circle
De Pere, WI 54115

Date(s) debt was incurred **Various**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$144.77**

---

**3.26** | Nonpriority creditor's name and mailing address
Angela Berring
2404 Cypress Drive
Saint Charles, MO 63301

Date(s) debt was incurred **Various**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$88.00**

---

7/12/18 11:09AM

Debtor    **Howell Munitions & Technology, Inc.**                    Case number (if known)    **18-50610-btb**
_____
Name

| | |
|---|---|
| **3.27** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$373.24** |

**3.27**

Nonpriority creditor's name and mailing address

**Applied Industrial Tech, Inc**
**Verna Aucutt**
**PO Box 100538**
**Pasadena, CA 91189-0538**

Date(s) debt was incurred  **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$373.24**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.28**

Nonpriority creditor's name and mailing address

**Armscor Cartridge Inc.**
**Darren Newsom, Michelle**
**2872 US Hwy 93**
**North Victor, MT 59875**

Date(s) debt was incurred  **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$19,154.12**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.29**

Nonpriority creditor's name and mailing address

**Ater Wynne LLP**
**1331 NW Lovejoy, Ste. 900**
**Portland, OR 98209-3280**

Date(s) debt was incurred  **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$13,479.63**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.30**

Nonpriority creditor's name and mailing address

**Automation Devices INC**
**Jim Winschel**
**7050 W. Ridge Rd.**
**Fairview, PA 16415**

Date(s) debt was incurred  **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$6,109.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.31**

Nonpriority creditor's name and mailing address

**Automation Direct**
**PO Box 402417**
**Atlanta, GA 30384**

Date(s) debt was incurred  **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$1,714.50**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.32**

Nonpriority creditor's name and mailing address

**Avista Utilities**
**1411 E Mission Ave**
**Spokane, WA 99252**

Date(s) debt was incurred  **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$18,793.27**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.33**

Nonpriority creditor's name and mailing address

**Bailey Kristiansson, LLC**
**PO Box 104**
**Fulshear, TX 77441**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **UCC B201711892322; Terminated; For Notice purposes only**

Is the claim subject to offset? ■ No ☐ Yes

---

7/12/18 11:09AM

| Debtor | Howell Munitions & Technology, Inc. | Case number (if known) | 18-50610-btb |
|---|---|---|---|
| | Name | | |

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $40.00 |
|---|---|---|---|

**Barry Foster**
7473 Rodebaugh Road
Reynoldsburg, OH 43068

Date(s) debt was incurred **Various**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,650.00 |
|---|---|---|---|

**Bear Hunting Media**
PO Box 168
West Fork, AR 72774

Date(s) debt was incurred **Various**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $283.50 |
|---|---|---|---|

**Berggren Fritz**
5135 Neal Ranch Rd.
Colorado Springs, CO 80906

Date(s) debt was incurred **Various**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $44,872.48 |
|---|---|---|---|

**Binary Anvil Inc.**
22525 SE 6th Pl.
Issaquah, WA 98027-5383

Date(s) debt was incurred **Various**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Binary Anvil, Inc.**
22525 SE 64th Place
Issaquah, WA 98027

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $347.71 |
|---|---|---|---|

**Bitterroot Bolt & Chain Co.**
Orin Triplett
2522 4th Ave. North
Lewiston, ID 83501

Date(s) debt was incurred **Various**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $118,000.00 |
|---|---|---|---|

**Bitterroot Security & Inv. LL**
Terry Roberts
410 9th Street
Clarkston, WA 99403

Date(s) debt was incurred **Various**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

7/12/18 11:09AM

| Debtor | **Howell Munitions & Technology, Inc.** | Case number (if known) | **18-50610-btb** |
|---|---|---|---|

Name

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,212.21 |
|---|---|---|---|

**Black Rifle Coffee Company**
**381 West Ironwood Dr.**
**Salt Lake City, UT 84115**

Date(s) debt was incurred **Various**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $63.00 |
|---|---|---|---|

**Blake Brockman**
**7400 Center Ave., Apt. 317**
**Cerritos, CA 90703**

Date(s) debt was incurred **Various**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,350.37 |
|---|---|---|---|

**Blue Cross of Idaho**
**PO Box 6948**
**Boise, ID 83707**

Date(s) debt was incurred **Various**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,033.68 |
|---|---|---|---|

**Blue Mountain Containers**
**Brandon Dean**
**PO Box 1869**
**Lewiston, ID 83501**

Date(s) debt was incurred **Various**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,538.31 |
|---|---|---|---|

**Blue Ribbon Supply Inc**
**PO Box 798**
**Lewiston, ID 83501**

Date(s) debt was incurred **Various**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,000.00 |
|---|---|---|---|

**Bosnian Austrian Security Serv**
**Nedzib Bungur**
**Debelo Brdo 43**
**70 000 Sarajevo**
**Bosnia and Herzegovina**

Date(s) debt was incurred **Various**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,500.00 |
|---|---|---|---|

**Brand Avalanche Media, LLC.**
**Travis Horton**
**4343 16th Ave., #161**
**Moline, IL 61265**

Date(s) debt was incurred **Various**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

7/12/18 11:09AM

| Debtor | **Howell Munitions & Technology, Inc.** | | Case number (if known) | **18-50610-btb** |
|---|---|---|---|---|

Name

| 3.48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $39,700.00 |
|---|---|---|---|

**Brand Makers LLC**
**Amber Newell**
**464 South Main St.**
**Spanish Fork, UT 84660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $165.30 |
|---|---|---|---|

**Brandon Kobberdahl**
**15357 67th Ave. North**
**Maple Grove, MN 55311**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.50 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $19.68 |
|---|---|---|---|

**Brian Elledge**
**17451 SE Ten Eyck Rd.**
**Sandy, OR 97055**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.51 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $230.20 |
|---|---|---|---|

**Bryce Kidd**
**3213 Lew Wallace Drive**
**Clovis, NM 88101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.52 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $344.78 |
|---|---|---|---|

**Buchanan Automation Inc**
**PO Box 1249**
**Snohomish, WA 98291**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.53 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,273.25 |
|---|---|---|---|

**C.Bennett Services, Inc**
**PO Box 2362**
**Cypress, TX 77410**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.54 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $64.12 |
|---|---|---|---|

**Camp Cabin & Home**
**2119 4th Ave. North**
**Lewiston, ID 83501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

7/12/18 11:09AM

| Debtor | **Howell Munitions & Technology, Inc.** | Case number *(if known)* | **18-50610-btb** |
|--------|------|------|------|
| | Name | | |

---

**3.55** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$16,800.00**

**Canon**
**One Canon Park**
**Melville, NY 11747**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.56** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$14,356.30**

**Canon Financial Serivces**
**14904 Collections Center Drive**
**Chicago, IL 60693-0149**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.57** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,589.37**

**Canon Solutions America**
**15004 Collections Center Dr.**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.58** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$158,880.15**

**Capital Cartridge LLC**
**Brain**
**9702 Wallisville Rd., Suite B**
**Houston, TX 77013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.59** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$37,372.46**

**Capital One Visa Statement**
**PO Box 30285**
**Salt Lake City, UT 84130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.60** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,321.46**

**Cascade Columbia Distribution**
**Greg Switzer**
**6900 Fox Ave.**
**South Seattle, WA 98108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.61** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$258.00**

**Catalyst Medical Group**
**Christine Thomas**
**2315 8th Street**
**Lewiston, ID 83501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

7/12/18 11:09AM

| Debtor | Howell Munitions & Technology, Inc. | Case number (if known) | 18-50610-btb |
|---|---|---|---|

Name

| 3.62 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$482.50** |
|---|---|---|---|

**CED - Consolidated Electrical**
Terry, Gaye
PO Box 398855
San Francisco, CA 94139-8855

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$57.81** |
|---|---|---|---|

**Century Link**
PO Box 91155
Seattle, WA 98111

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$235.18** |
|---|---|---|---|

**Century Spring Corp**
231274 Momentum Pl.
Chicago, IL 60689

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$838.32** |
|---|---|---|---|

**Chad Rager**
17259 Castle Ct.
Purcellville, VA 20132

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,601.00** |
|---|---|---|---|

**Charter Business - 25 Stokes**
PO Box 60188
Los Angeles, CA 90060

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$879.42** |
|---|---|---|---|

**Chemetall - Oakite Products, I**
Hans Juergensen
22040 Network Place
Chicago, IL 60673-1220

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$370.89** |
|---|---|---|---|

**Chemithon Surface Finishing, I**
Dale Flinchbaugh
5430 W. Marginal Way SW
Seattle, WA 98106

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

7/12/18 11:09AM

| Debtor | Howell Munitions & Technology, Inc. | Case number (if known) | 18-50610-btb |
|---|---|---|---|
| | Name | | |

---

**3.69** | Nonpriority creditor's name and mailing address
**Chemix Corp.**
412 E. Commonwealth Ave., Ste. 1
Fullerton, CA 92832

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$587.68**

---

**3.70** | Nonpriority creditor's name and mailing address
**Chris Hayes**
362 Reservoir Drive
Lewiston, ID 83501

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.71** | Nonpriority creditor's name and mailing address
**Christian Domagali**
4121 98th Ave. NE
Circle Pines, MN 55014

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$22.09**

---

**3.72** | Nonpriority creditor's name and mailing address
**Christopher Koolhof**
11965 Norman Lane
Auburn, CA 95603

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$169.00**

---

**3.73** | Nonpriority creditor's name and mailing address
**City of Cameron**
City of Cameron
PO Box 8332
Cameron, TX 76520

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.74** | Nonpriority creditor's name and mailing address
**City of Jersey Village**
16501 Jersey Drive
Jersey Village, TX 77040

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$77.39**

---

**3.75** | Nonpriority creditor's name and mailing address
**City of Lewiston**
PO Box 617
Lewiston, ID 83501

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$732.41**

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

7/12/18 11:09AM

| Debtor | Howell Munitions & Technology, Inc. | | Case number (if known) | 18-50610-btb |
|---|---|---|---|---|
| | Name | | | |

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18.00 |
|---|---|---|---|

**Clarkston Auto & Truck Parts**
507 Third St.
Clarkston, WA 99403

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Various**

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $378.56 |
|---|---|---|---|

**Clayton Hewitt**
7509 N Sycamore Ave
Kansas City, MO 64158

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Various**

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,441.71 |
|---|---|---|---|

**Clean Harbors Env. Services In**
PO Box 3442
Boston, MA 02241-3442

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Various**

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Clearwater Bullet, Inc.**
153 Southport Ave., Building 4
Lewiston, ID 83501

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **For notice purposes only**

Is the claim subject to offset? ☐ No ☐ Yes

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $45.00 |
|---|---|---|---|

**Clearwater Medical Clinic**
1522 17th Street
Lewiston, ID 83501

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Various**

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $348.35 |
|---|---|---|---|

**Clearwater Propane**
PO Box 675
Lewiston, ID 83501

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Various**

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CNC Pros International, INC**
1582. E. Bramble Ln.
Meridian, ID 83642

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **Various**

Last 4 digits of account number _

Basis for the claim:  **For notice purposes only**

Is the claim subject to offset? ☐ No ☐ Yes

7/12/18 11:09AM

Debtor    **Howell Munitions & Technology, Inc.**
_____    Case number (if known)    **18-50610-btb**
Name

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.74 |
|---|---|---|---|

**Coleman Oil Company**
**PO Box 1308**
**Lewiston, ID 83501**

Date(s) debt was incurred **Various**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $28,587.61 |
|---|---|---|---|

**Collier Electric**
**Bryan & Laura Collier**
**1119 Van Arsdol**
**Clarkston, WA 99403**

Date(s) debt was incurred **Various**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $199.75 |
|---|---|---|---|

**Columbia Electric Supply**
**Nate, Rusty, Eric, Josh, Jason**
**8100 NE ST. Johns Rd., E 102**
**Vancouver, WA 98665**

Date(s) debt was incurred **Various**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $282.15 |
|---|---|---|---|

**Comcast**
**PO Box 660618**
**Dallas, TX 75266**

Date(s) debt was incurred **Various**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $47,185.68 |
|---|---|---|---|

**Comm Trade USA, Inc**
**1934 West Gray St., Ste. 200**
**Houston, TX 77019**

Date(s) debt was incurred **Various**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $470.00 |
|---|---|---|---|

**Community Impact Newspaper**
**16225 Impact Way, Ste. One**
**Pflugerville, TX 78660**

Date(s) debt was incurred **Various**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Complete Capital Services, Inc.**
**22811 Greater Mack Ave., Ste. 203**
**Saint Clair Shores, MI 48080**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **Various machinery and tools: spindle; tool holder; turning tool; drill body**

Is the claim subject to offset? ■ No ☐ Yes

---

7/12/18 11:09AM

| Debtor | **Howell Munitions & Technology, Inc.** | Case number *(if known)* | **18-50610-btb** |
|---|---|---|---|
| | Name | | |

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $83,495.65 |
|---|---|---|---|

**Components Exchange**
**Molly K**
**21530 Buckskin Ln.**
**Peck, ID 83545**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Components Exchange, LLC**
**815 D Street**
**Lewiston, ID 83501**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: **For notice purposes only**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $97.46 |
|---|---|---|---|

**Comstock Propane Inc**
**36 Miles Rd.**
**Carson City, NV 89706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,045.30 |
|---|---|---|---|

**Concept Automation Systems**
**Debbie Byrd**
**3633 Research Way, #101**
**Carson City, NV 89706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Corporation Service Company, as Rep**
**Attn:  Legal Dept.**
**PO Box 2576**
**Springfield, IL 62708**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **UCC 20160095207C**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,600.00 |
|---|---|---|---|

**Covert Madison**
**3004 Hubbartd Place**
**New Smyrna Beach, FL 32168**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $120.00 |
|---|---|---|---|

**Craig Draper**
**8842 W Mornin Mist St.**
**Boise, ID 83709**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

7/12/18 11:09AM

| Debtor | **Howell Munitions & Technology, Inc.** | Case number (if known) | **18-50610-btb** |
|---|---|---|---|
| | Name | | |

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.50 |
|---|---|---|---|

**Creason, Moore, Dokken & Geidl**
**PO Box 835**
**Lewiston, ID 83501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Crow Shooting Supply**
**Chris Peck**
**200 S. Front St.**
**Montezuma, IA 50171**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: **For notice purpose only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $473,233.74 |
|---|---|---|---|

**Crow Shooting Supply DROP SHIP**
**200 S. Front St.**
**Montezuma, IA 80171**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $34.83 |
|---|---|---|---|

**Culligan, LLC.**
**PO Box 8332**
**Moscow, ID 83843**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $95.04 |
|---|---|---|---|

**Custom Fluid Power Inc**
**Darren Butters**
**16083 N Franklin Blvd. Ste. 1**
**Nampa, ID 83687**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,217.00 |
|---|---|---|---|

**Custom Master/Flo King**
**VALERIE**
**401 Lake Bennett Ct.**
**Longwood, FL 32750-6341**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,700.00 |
|---|---|---|---|

**DaJo Trucking, Inc.**
**4093 Lucky Lane**
**Lewiston, ID 83501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

7/12/18 11:09AM

| Debtor | **Howell Munitions & Technology, Inc.** | Case number (if known) | **18-50610-btb** |
|---|---|---|---|
| | Name | | |

---

| 3.104 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$810.00** |
|---|---|---|---|

**Danglers Inc.**
**35 Oakdale Ave.**
**Johnston, RI 02818**

Date(s) debt was incurred **Various**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$77.00** |
|---|---|---|---|

**Daniel Atkinson**
**3840 N Vine**
**Tucson, AZ 85719**

Date(s) debt was incurred **Various**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$46.04** |
|---|---|---|---|

**Darcy Richard**
**91 Wynnewood Ct.**
**Freehold, NJ 07728**

Date(s) debt was incurred **Various**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$31,763.13** |
|---|---|---|---|

**David Howell**
**PO Box 1903**
**Lewiston, ID 83501**

Date(s) debt was incurred **Various**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,991.34** |
|---|---|---|---|

**David Howell**
**PO Box 1903**
**Lewiston, ID 83501**

Date(s) debt was incurred **Various**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$41.60** |
|---|---|---|---|

**David Lane**
**8850 Chumash Ln**
**Riverside, CA 92509**

Date(s) debt was incurred **Various**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$151.24** |
|---|---|---|---|

**Davis Brian**
**1056 Creekside Ct., Unit 1A**
**Wheeling, IL 60090**

Date(s) debt was incurred **Various**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

7/12/18 11:09AM

| Debtor | **Howell Munitions & Technology, Inc.** | Case number (if known) | **18-50610-btb** |
|---|---|---|---|
| | Name | | |

---

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,039.32 |
|---|---|---|---|

**Dayton Lamina**
**500 Progess Road**
**Dayton, OH 45449**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $60.00 |
|---|---|---|---|

**Deburring Equipment Manufactri**
**TIM**
**3248 Hillside Ave.**
**Norco, CA 92860**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,584.00 |
|---|---|---|---|

**Deductible Recovery Group**
**Ame Janaszek**
**PO Box 6068-01**
**Hermitage, PA 16148-1068**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $950.00 |
|---|---|---|---|

**Die-Namic, Inc**
**Sue Leonard**
**PO Box 30516, Dept. 7006**
**Lansing, MI 48909-8016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23.25 |
|---|---|---|---|

**Douglas Newton**
**2400 W. Morrell**
**Jackson, MI 49203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $74.59 |
|---|---|---|---|

**East Side Plating**
**Debbie Bergland**
**8400 SE 26th Place**
**Portland, OR 97202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $99,019.48 |
|---|---|---|---|

**Emir Hidir**
**1382 Sokak 8/3**
**Alsancak Ismir**
**Turkey 35220**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

7/12/18 11:09AM

| Debtor | **Howell Munitions & Technology, Inc.** | Case number (if known) | **18-50610-btb** |
|---|---|---|---|
| | Name | | |

---

**3.118** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$26,500.00**

Environ-Metal, Inc.
Tina Larsen-Sales Rep    tlarson@hevishot
1307 Clark Mill Street
Sweet Home, OR 97386

Date(s) debt was incurred **Various**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.119** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$58,400.00**

Eric Nelson
2104 14th Street
Lewiston, ID 83501

Date(s) debt was incurred **Various**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.120** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,009.08**

eShipping LLC
Jessica O'Leary
PO Box 775332
Chicago, IL 60677-5332

Date(s) debt was incurred **Various**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.121** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$157.48**

Estes Express Line
PO Box 25612
Richmond, VA 23260

Date(s) debt was incurred **Various**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.122** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,655.00**

Falkor Defense
Teri Bell
2902 US Hwy 93 North
Kalispell, MT 59912

Date(s) debt was incurred **Various**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.123** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Fastenal Company
2001 Theurer Blvd.
Winona, MN 55987

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.124** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$318.68**

Fastenal NVCAR0715
PO Box 1286
Winona, MN 55987-1286

Date(s) debt was incurred **Various**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

7/12/18 11:09AM

| Debtor | Howell Munitions & Technology, Inc. | Case number (if known) | 18-50610-btb |
|---|---|---|---|
| | Name | | |

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,101.31 |
|---|---|---|---|
| | **Fastenal NVCAR0796** | ☐ Contingent | |
| | **PO Box 1286** | ☐ Unliquidated | |
| | **Winona, MN 55987** | ☐ Disputed | |
| | Date(s) debt was incurred **Various** | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.126 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.89 |
|---|---|---|---|
| | **Fastenal WACOV2418** | ☐ Contingent | |
| | **PO Box 1286** | ☐ Unliquidated | |
| | **Winona, ID 83501** | ☐ Disputed | |
| | Date(s) debt was incurred **Various** | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $776.23 |
|---|---|---|---|
| | **FedEx Freight** | ☐ Contingent | |
| | **Dept CH** | ☐ Unliquidated | |
| | **PO Box 10306** | ☐ Disputed | |
| | **Palatine, IL 60055** | | |
| | Date(s) debt was incurred **Various** | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $95.40 |
|---|---|---|---|
| | **Fisher Systems** | ☐ Contingent | |
| | **2117 12th Ave.** | ☐ Unliquidated | |
| | **Lewiston, ID 83501** | ☐ Disputed | |
| | Date(s) debt was incurred **Various** | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.129 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50.00 |
|---|---|---|---|
| | **FMG Publications** | ☐ Contingent | |
| | **12345 World Trade Drive** | ☐ Unliquidated | |
| | **San Diego, CA 92128** | ☐ Disputed | |
| | Date(s) debt was incurred **Various** | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $116.25 |
|---|---|---|---|
| | **Francisco Magallanes** | ☐ Contingent | |
| | **6778 Orizaba Ave.** | ☐ Unliquidated | |
| | **Long Beach, CA 90805** | ☐ Disputed | |
| | Date(s) debt was incurred **Various** | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,750.00 |
|---|---|---|---|
| | **Frasier Transport Inc.** | ☐ Contingent | |
| | **Holly Bell** | ☐ Unliquidated | |
| | **8171 E. Executive Ave.** | ☐ Disputed | |
| | **Nampa, ID 83687** | | |
| | Date(s) debt was incurred **Various** | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

7/12/18 11:09AM

| Debtor | **Howell Munitions & Technology, inc.** | Case number (if known) | **18-50610-btb** |
|---|---|---|---|
| | Name | | |

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Freedom Munitions, LLC**
**815 D Street**
**Lewiston, ID 83501**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **For notice purposes only**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $400.56 |
|---|---|---|---|

**Freight Quote.com**
**Derek Wiles, Rep**
**PO Box 9121**
**Minneapolis, MN 55480-9121**

Date(s) debt was incurred  **Various**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $18,314.86 |
|---|---|---|---|

**Fuqua Park Row, LLC**
**c/o Mike Little**
**J.M. Little Attorney at Law, P.C.**
**5718 Westheimer, Suite 1840**
**Houston, TX 77099**

Date(s) debt was incurred  **Various**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $36.89 |
|---|---|---|---|

**Gary's Pool & Spa Service LLC**
**1113 14th Ave.**
**Lewiston, ID 83501**

Date(s) debt was incurred  **Various**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $76.82 |
|---|---|---|---|

**General Tool & Supply Co.**
**116 9th Street**
**Lewiston, ID 83501**

Date(s) debt was incurred  **Various**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $142.97 |
|---|---|---|---|

**George's Lock & Kew Service**
**1728 Main Street**
**Lewiston, ID 83501**

Date(s) debt was incurred  **Various**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $359.94 |
|---|---|---|---|

**Global Industrial**
**Brian**
**29833 Network Pl.**
**Chicago, IL 60673**

Date(s) debt was incurred  **Various**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

7/12/18 11:09AM

| Debtor | **Howell Munitions & Technology, Inc.** | Case number (if known) | **18-50610-btb** |
|---|---|---|---|
| | Name | | |

---

| 3.139 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,582.64 |
|---|---|---|---|

**Goldenwest Lubricants**
**Mitzy Macias**
**1937 Mount Vernon Ave.**
**Pomona, CA 91768**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $29,793.00 |
|---|---|---|---|

**Gordon Partners**
**4900 Woodway Drive #1125**
**Houston, TX 77056**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Grainger**
**Linda Fetuu**
**PO Box 419267**
**Kansas City, MO 64141**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: **For notice purposes only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.142 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $119.99 |
|---|---|---|---|

**Greenia Matt**
**588 Timberland Drive**
**Atlanta, GA 30342**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.143 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $646.00 |
|---|---|---|---|

**Guardian Heating**
**929 16th Ave.**
**Lewiston, ID 83501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.144 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,934.66 |
|---|---|---|---|

**GunsAmerica LLC**
**5930 Royal Ln., Ste. E**
**PMB 329, TX 75230**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,320.00 |
|---|---|---|---|

**Hahn Supply, Inc.**
**2101 Main Street**
**Lewiston, ID 83501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

7/12/18 11:09AM

| Debtor | **Howell Munitions & Technology, Inc.** | Case number (if known) | **18-50610-btb** |

Name

---

**3.146** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$23.25**

**Hammond Fredrick**
**9802 Magellan Drive**
**Key Largo, FL 33037**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.147** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$143.19**

**Hampton Inn & Suites Carson Ci**
**10 Hospitality Way**
**Carson City, NV 89706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.148** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,188.13**

**Hangtown Range**
**Hangtown Range**
**1540 Broadway**
**Placerville, CA 95667**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.149** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$40.48**

**Henry Thomas**
**21 Churcill Downs Drive**
**St. Peters, MO 63376**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.150** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$365.45**

**Heriberto Martinez**
**10 Vista Rd.**
**Reading, PA 19610**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.151** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3.00**

**High Sierra Business Systems**
**2814 N Carson St.**
**Carson City, NV 89706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.152** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$221.88**

**Howell Construction**
**29978 Thiessen Road**
**Lewiston, ID 83501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

7/12/18 11:09AM

Debtor    **Howell Munitions & Technology, Inc.**                          Case number (if known)    **18-50610-btb**
                Name

| 3.153 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Howell Machine, Inc.** | ☐ Contingent | |
| | **815 D Street** | ☐ Unliquidated | |
| | **Lewiston, ID 83501** | ☒ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **For notice purposes only** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No  ☐ Yes | |

| 3.154 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $19.00 |
|---|---|---|---|
| | **Huber Action Freight** | ☐ Contingent | |
| | **PO Box 709** | ☐ Unliquidated | |
| | **Colfax, WA 99111** | ☐ Disputed | |
| | Date(s) debt was incurred **Various** | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No  ☐ Yes | |

| 3.155 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $40,728.60 |
|---|---|---|---|
| | **IMC-Metals America,  LLC** | ☐ Contingent | |
| | **Marcia Melocik, Donna** | ☐ Unliquidated | |
| | **99 E. River Dr., Riverview Square 2** | ☐ Disputed | |
| | **East Hartford, CT 06108** | | |
| | Date(s) debt was incurred **Various** | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No  ☐ Yes | |

| 3.156 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|
| | **Industrial Hearing Service Inc.** | ☐ Contingent | |
| | **12021 NE Summer St.** | ☐ Unliquidated | |
| | **Portland, OR 97220** | ☐ Disputed | |
| | Date(s) debt was incurred **Various** | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No  ☐ Yes | |

| 3.157 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $90.00 |
|---|---|---|---|
| | **Inland NW Metallurgical Services** | ☐ Contingent | |
| | **16203 E Marietta Ave** | ☐ Unliquidated | |
| | **Spokane, WA 99216** | ☐ Disputed | |
| | Date(s) debt was incurred **Various** | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No  ☐ Yes | |

| 3.158 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3,124.25 |
|---|---|---|---|
| | **Instructure Inc** | ☐ Contingent | |
| | **6330 S. 3000 East, Ste. 700** | ☐ Unliquidated | |
| | **Salt Lake City, UT 84121-6237** | ☐ Disputed | |
| | Date(s) debt was incurred **Various** | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No  ☐ Yes | |

| 3.159 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $28.00 |
|---|---|---|---|
| | **Isaac Jacks** | ☐ Contingent | |
| | **19 Maplecrest Dr.** | ☐ Unliquidated | |
| | **Charleston, SC 29412** | ☐ Disputed | |
| | Date(s) debt was incurred **Various** | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No  ☐ Yes | |

7/12/18 11:09AM

| Debtor | **Howell Munitions & Technology, Inc.** | | Case number (if known) | **18-50610-btb** |
|---|---|---|---|---|
| | Name | | | |

| 3.160 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $145.73 |
|---|---|---|---|
| | **Jack Landis** | ☐ Contingent | |
| | **216 S California St** | ☐ Unliquidated | |
| | **Yerington, NV 89447** | ☐ Disputed | |
| | Date(s) debt was incurred **Various** | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.161 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $16,000.00 |
|---|---|---|---|
| | **Jagemann Stamping Company** | ☐ Contingent | |
| | **George Klaybourne** | ☐ Unliquidated | |
| | **5757 W. Custer St.** | ☐ Disputed | |
| | **Manitowoc, WI 54220** | | |
| | Date(s) debt was incurred **Various** | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.162 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Jansen Jones** | ☐ Contingent | |
| | **3790 Foothill Drive** | ☐ Unliquidated | |
| | **Lewiston, ID 83501** | ■ Disputed | |
| | Date(s) debt was incurred **Various** | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.163 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $117.08 |
|---|---|---|---|
| | **Jeff McClain** | ☐ Contingent | |
| | **5147 Canary Lane** | ☐ Unliquidated | |
| | **Nampa, ID 83687** | ☐ Disputed | |
| | Date(s) debt was incurred **Various** | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.164 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $175.04 |
|---|---|---|---|
| | **Jeffrey Romanowski** | ☐ Contingent | |
| | **6569 Kali Dr.** | ☐ Unliquidated | |
| | **Eldersburg, MD 21784** | ☐ Disputed | |
| | Date(s) debt was incurred **Various** | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.165 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,153.10 |
|---|---|---|---|
| | **Jeremy Buck** | ☐ Contingent | |
| | **12405 S. Alcan St.** | ☐ Unliquidated | |
| | **Olathe, KS 66062** | ☐ Disputed | |
| | Date(s) debt was incurred **Various** | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.166 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $286.64 |
|---|---|---|---|
| | **Jerry Savage** | ☐ Contingent | |
| | **5073 Dyer Lane** | ☐ Unliquidated | |
| | **Taylorsville, UT 84129** | ☐ Disputed | |
| | Date(s) debt was incurred **Various** | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

7/12/18 11:09AM

| Debtor | Howell Munitions & Technology, Inc. | Case number (if known) | 18-50610-btb |
|---|---|---|---|
| | Name | | |

---

**3.167  Nonpriority creditor's name and mailing address**
Joey Hayashi
262 Tangerine Drive
Buda, TX 78610

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$224.46

---

**3.168  Nonpriority creditor's name and mailing address**
John Hendrickson
19412 Pompano Ln., Unit 105
Huntington Beach, CA 92648

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$41.85

---

**3.169  Nonpriority creditor's name and mailing address**
John Johnson
803 Shirez Drive
Grovetown, GA 30813

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$22.09

---

**3.170  Nonpriority creditor's name and mailing address**
John McClintin
9701 Trumbull SE
Albuquerque, NM 87123

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$265.26

---

**3.171  Nonpriority creditor's name and mailing address**
John Visscher
10038 River Drive
Gibsonton, FL 33534

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$22.09

---

**3.172  Nonpriority creditor's name and mailing address**
Jones, Brower & Callery, PLLC
Bob Brower
1304 Idaho St.
Lewiston, ID 83501

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$120.00

---

**3.173  Nonpriority creditor's name and mailing address**
Jose Luis Fernandez
7119 Ilex Street
Houston, TX 77087

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$2,815.00

---

7/12/18 11:09AM

| Debtor | Howell Munitions & Technology, Inc. | Case number (if known) | 18-50610-btb |
|---|---|---|---|
| | Name | | |

---

| 3.174 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $146.48 |
|---|---|---|---|

Joseph Cambern
629 N 96th Street
Mesa, AZ 85207

Date(s) debt was incurred **Various**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.175 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $198.79 |
|---|---|---|---|

Julio S Chavez
8888 Citrus Ave., Unit C-22
Fontana, CA 92335

Date(s) debt was incurred **Various**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.176 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $203.98 |
|---|---|---|---|

KC Auto Paint & Supplies
151 Thain Road
Lewiston, ID 83501

Date(s) debt was incurred **Various**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.177 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,125.00 |
|---|---|---|---|

Keith Katzenberger
1825 Powers Drive
Lewiston, ID 83501

Date(s) debt was incurred **Various**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.178 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $198.00 |
|---|---|---|---|

Kelly's Cleaning Service
3536 8th St. C
Lewiston, ID 83501

Date(s) debt was incurred **Various**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.179 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,000.00 |
|---|---|---|---|

Kendal Watkins
102 Spinnaker Circle
Daytona Beach, FL 32119

Date(s) debt was incurred **Various**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.180 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $262.75 |
|---|---|---|---|

Keyence Corp. of America
Andy Scheller
Dept. CH 17128
Palatine, IL 60055-7128

Date(s) debt was incurred **Various**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

7/12/18 11:09AM

Debtor **Howell Munitions & Technology, Inc.**
Name

Case number (if known) **18-50610-btb**

| | | |
|---|---|---|
| **3.181** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |

**3.181**

**Nonpriority creditor's name and mailing address**
Krieger Barrels, Inc.
David/ Sandy
2024 Mayfield Rd.
Ritchfield, WI 53076

Date(s) debt was incurred **Various**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$530.00**

---

**3.182**

**Nonpriority creditor's name and mailing address**
Laird Plastics
Ron McKay
7017 E. Mission Ave.
Spokane Valley, WA 99212-1198

Date(s) debt was incurred **Various**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$6.00**

---

**3.183**

**Nonpriority creditor's name and mailing address**
Landscapes By Design
721 Bryden Ave
Lewiston, ID 83501

Date(s) debt was incurred **Various**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$84.25**

---

**3.184**

**Nonpriority creditor's name and mailing address**
Larysa Unleashed LLC
8218 Santa Rosa Ct.
Sarasota, FL 34243

Date(s) debt was incurred **Various**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$4,166.67**

---

**3.185**

**Nonpriority creditor's name and mailing address**
Lax Firing Range
234 S. Hindry Ave.
Inglewood, CA 90301

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.186**

**Nonpriority creditor's name and mailing address**
Leader Tool Co Inc
brian Gunn
PO Box 66
Harbor Beach, MI 48441

Date(s) debt was incurred **Various**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,743.00**

---

**3.187**

**Nonpriority creditor's name and mailing address**
Lewis Clark Recyclers
PO Box 1687
Lewiston, ID 83501

Date(s) debt was incurred **Various**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$12.00**

7/12/18 11:09AM

Debtor   **Howell Munitions & Technology, Inc.**
         Name

Case number (if known)   **18-50610-btb**

| 3.188 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Lewis-Clark Ammunition Components, LLC**<br>**815 D Street**<br>**Lewiston, ID 83501** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **For notice purposes only** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.189 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $48.65 |
|---|---|---|---|
| | **Lewiston Auto Parts**<br>**208-746-1322 FOR LOCAL ORDERS**<br>**PO Box 2648**<br>**Hayden, ID 83835** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **Various** | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.190 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $55.00 |
|---|---|---|---|
| | **Lewiston Sprinkler Company**<br>**1602 16th Ave.**<br>**Lewiston, ID 83501** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **Various** | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.191 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,464.20 |
|---|---|---|---|
| | **Liberty Mutual Insurance**<br>**PO Box 85307**<br>**San Diego, CA 92186** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **Various** | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.192 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,048.83 |
|---|---|---|---|
| | **LifeMap Assurance Company**<br>**PO Box 6840**<br>**Portland, OR 97228** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **Various** | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.193 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,600.00 |
|---|---|---|---|
| | **Lindsey Monroe**<br>**1986 Shubert Ln.**<br>**Port Orange, FL 32128** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **Various** | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.194 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,949.50 |
|---|---|---|---|
| | **Listrak**<br>**100 W. Millport Rd.**<br>**Lilitz, PA 17543** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **Various** | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

7/12/18 11:09AM

| Debtor | **Howell Munitions & Technology, Inc.** | Case number (if known) | **18-50610-btb** |
|---|---|---|---|

Name

| 3.195 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Listrak**
**100 W. Millport Rd.**
**Lititz, PA 17543**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.196 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,500.00 |
|---|---|---|---|

**Logicbroker, Inc**
**Craig Regan**
**One Enterprise Drive, Ste. 425**
**Shelton, CT 06484**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.197 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Lolo Sporting Goods, Inc.**
**1026 Main St.**
**Lewiston, ID 83501**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: **For Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.198 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $823.58 |
|---|---|---|---|

**Loomis**
**Dept. CH 10500**
**Palatine, IL 60055**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.199 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $148,247.28 |
|---|---|---|---|

**Luvata Appleton, LLC**
**PO Box 200498**
**Pittsburgh, PA 15251**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.200 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,318.56 |
|---|---|---|---|

**Maintenance Connection Inc**
**Jeff Ruiter**
**1477 Drew Ave., Ste. 103**
**Davis, CA 95616**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.201 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $87.47 |
|---|---|---|---|

**Mark Ginter**
**9695 Coyote Ct.**
**Noblesville, IN 46060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

7/12/18 11:09AM

**Debtor** **Howell Munitions & Technology, Inc.**
Name

Case number (if known)   **18-50610-btb**

| 3.202 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $116.60 |
|---|---|---|---|

**Martin Heald**
**112 Kearsarge Valley Rd.**
**Wilmot, NH 03287**

Date(s) debt was incurred **Various**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.203 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $169.50 |
|---|---|---|---|

**McMaster-Carr Supply Co**
**PO Box 7690**
**Chicago, IL 60680-7690**

Date(s) debt was incurred **Various**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.204 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,543.80 |
|---|---|---|---|

**Media Lodge, Inc**
**PO Box 2511**
**Kennesaw, GA 30156**

Date(s) debt was incurred **Various**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.205 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $840.00 |
|---|---|---|---|

**Mesa County Sheriff's Office**
**544 Rood Ave.**
**Grand Junction, CO 81502**

Date(s) debt was incurred **Various**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.206 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Miami Police Depot, Inc.**
**2640 W. 84th St.**
**Hialeah, FL 33016**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.207 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $207.16 |
|---|---|---|---|

**Michael Jackson**
**25111 Linda Vista Dr.**
**Laguna Hills, CA 92653**

Date(s) debt was incurred **Various**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.208 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $828.64 |
|---|---|---|---|

**Michael McWhorter**
**3159 Bear Hollow Road**
**Uniontown, OH 44685**

Date(s) debt was incurred **Various**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

7/12/18 11:09AM

| Debtor | **Howell Munitions & Technology, Inc.** | Case number (if known) | **18-50610-btb** |
|---|---|---|---|
| | Name | | |

| 3.209 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $85.68 |
|---|---|---|---|

**Michael Nguyen**
**2085 Marter Ave.**
**Simi Valley, CA 93065**

Date(s) debt was incurred **Various**

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.210 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $54.40 |
|---|---|---|---|

**Michael White**
**2001 Vintners Ct.**
**Raleigh, NC 27610**

Date(s) debt was incurred **Various**

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.211 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $553,667.00 |
|---|---|---|---|

**Midwest Brass, LLC**
**9254 US-31**
**West Olive, MI 49460**

Date(s) debt was incurred **Various**

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.212 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11.88 |
|---|---|---|---|

**Mike Kasaba**
**18635 Filmore St.**
**Livonia, MI 48152**

Date(s) debt was incurred **Various**

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.213 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Milan Blagojevic-Namenska A.D.**
**Radnicka bb**
**32240 Lucani**
**Republic of Serbia**

Date(s) debt was incurred **Various**

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.214 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $671.04 |
|---|---|---|---|

**Miles Chemical**
**12801 Rangoon St.**
**Arleta, CA 91331**

Date(s) debt was incurred **Various**

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.215 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,016.96 |
|---|---|---|---|

**Mitch Savoie**
**825 Ombrage Rd.**
**Carencro, LA 70520**

Date(s) debt was incurred **Various**

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

7/12/18 11:09AM

| Debtor | **Howell Munitions & Technology, Inc.** | Case number (if known) | **18-50610-btb** |
|--------|------------------------------------------|-------------------------|------------------|
|        | Name                                     |                         |                  |

| 3.216 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $968.00 |
|-------|---|---|---|
| | **Moss Adams LLP**<br>**PO Box 101822**<br>**Pasadena, CA 91189-1822** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **Various** | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.217 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $221.15 |
|-------|---|---|---|
| | **Motion Industries, Inc**<br>**ken**<br>**9922 E. Montgomery, Units 18 & 19**<br>**Spokane Valley, WA 99206** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **Various** | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.218 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $99.05 |
|-------|---|---|---|
| | **Mound House True Value Hardware**<br>**10189 Hwy 50 E**<br>**Carson City, NV 89706** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **Various** | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.219 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $171.19 |
|-------|---|---|---|
| | **MSC Industrial Supply Co**<br>**PO Box 953635**<br>**Saint Louis, MO 63195** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **Various** | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.220 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,000.00 |
|-------|---|---|---|
| | **Mytota, Inc.**<br>**12435 Tesuque Dr**<br>**Apple Valley, CA 92308** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **Various** | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.221 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $899.00 |
|-------|---|---|---|
| | **National Machinery, LLC**<br>**Tammi Dryfus**<br>**161 Greenfield Street**<br>**Tiffin, OH 44883** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **Various** | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.222 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $48,410.82 |
|-------|---|---|---|
| | **NET Global**<br>**359 W. Elm Street**<br>**Penbroke, MA 02359** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **Various** | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

7/12/18 11:09AM

| Debtor | **Howell Munitions & Technology, Inc.** | Case number (if known) | **18-50610-btb** |
|---|---|---|---|
| | Name | | |

---

| 3.223 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5.00 |
|---|---|---|---|

**Nevada Employment Security Div**
**500 E Third St.**
**Carson City, NV 89713-0030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.224 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,169.88 |
|---|---|---|---|

**Nevada Occupational Health Cen**
**PO Box 21226**
**Carson City, NV 89721**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.225 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $684.91 |
|---|---|---|---|

**Nickolaus Mans**
**173 Fischer**
**Spur, GA 30265**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.226 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**NMHG Financial Services, Inc.**
**P.O. Box 35701**
**Billings, MT 59107**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.227 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9.38 |
|---|---|---|---|

**North Coast Electric**
**4105 North Gov't Way**
**Couer d' Alene, ID 83815**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.228 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,800.00 |
|---|---|---|---|

**Northwestern Mutual**
**PO Box 2062**
**Milwaukee, WI 53201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.229 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $425.00 |
|---|---|---|---|

**Novation, Inc.**
**2616 N. Locust Rd.**
**Spokane, WA 99206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

7/12/18 11:09AM

| Debtor | **Howell Munitions & Technology, Inc.** | Case number (if known) | **18-50610-btb** |
|---|---|---|---|
| | Name | | |

---

**3.230** | Nonpriority creditor's name and mailing address
**Nu-Systems, Inc**
**1266 Dresslerville Rd.**
**Gardenville, NV 89721**

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$105.00**

---

**3.231** | Nonpriority creditor's name and mailing address
**Nuvodia, LLC**
**801 S Stevens Street**
**Spokane, WA 99204**

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,424.00**

---

**3.232** | Nonpriority creditor's name and mailing address
**NV Energy**
**PO Box 30065**
**Reno, NV 89520**

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$76.15**

---

**3.233** | Nonpriority creditor's name and mailing address
**Oak Harbor Freight**
**PO Box 1469**
**Auburn, WA 98071**

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$320.79**

---

**3.234** | Nonpriority creditor's name and mailing address
**Old Dominion Freight Lines**
**PO Box 742296**
**Los Angeles, CA 90074-2296**

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$6,013.90**

---

**3.235** | Nonpriority creditor's name and mailing address
**Oracle America**
**Ben Thorp**
**500 Oracle Parkway**
**Redwood Shores, CA 94065**

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$29,693.25**

---

**3.236** | Nonpriority creditor's name and mailing address
**Orange County Sherrif's Office**
**PO Box 445**
**Orange, VA 22960**

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$2,508.57**

---

7/12/18 11:09AM

| Debtor | **Howell Munitions & Technology, Inc.** | Case number (if known) | **18-50610-btb** |
|---|---|---|---|
| | Name | | |

---

**3.237**

Nonpriority creditor's name and mailing address
**Oxarc**
**1513 3rd Ave**
**Lewiston, ID 83501**

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$7.21**

---

**3.238**

Nonpriority creditor's name and mailing address
**P Kay Metal, Inc**
**Larry Kay**
**2448 E. 25th Street**
**Los Angeles, CA 90058**

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$57,205.20**

---

**3.239**

Nonpriority creditor's name and mailing address
**Pacific Steel & Recycling**
**Cindy Hanson**
**PO Box 1570**
**Hayden, ID 83835**

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$48.00**

---

**3.240**

Nonpriority creditor's name and mailing address
**Packaging Corporation of Ameri**
**Tawnya McKinney**
**PO Box 51584**
**Los Angeles, CA 90051**

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,008.69**

---

**3.241**

Nonpriority creditor's name and mailing address
**Pape Material Handling H40FT**
**Tim Timmerman**
**PO Box 5077**
**Portland, OR 97208-0507**

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$395.54**

---

**3.242**

Nonpriority creditor's name and mailing address
**Parallel Group**
**1380 Hamel Road**
**Hamel, MN 55340**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.243**

Nonpriority creditor's name and mailing address
**Parallel, LLC**
**Parallel, LLC**
**1380 Hamel Rd.**
**Medina, MI 55340**

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$11,001.02**

---

7/12/18 11:09AM

| Debtor | Howell Munitions & Technology, inc. | Case number (if known) | 18-50610-btb |
|---|---|---|---|
| | Name | | |

---

**3.244** Nonpriority creditor's name and mailing address
Patrick Harvey
2818 Cambridge Rd.
Lake Worth, FL 33462

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$63.00

---

**3.245** Nonpriority creditor's name and mailing address
PCB Piezotronics, Inc.
Steve
3425 Walden Ave.
Depew, NY 14043

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$3,655.00

---

**3.246** Nonpriority creditor's name and mailing address
Phillip A Swiderski Sr
15971 Smokey Hollow Road
Traverse City, MI 49686

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$155.42

---

**3.247** Nonpriority creditor's name and mailing address
Pinnacle Investigations Corp
920 N Argonne Rd., Ste. 200
Spokane Valley, WA 99212

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$43.20

---

**3.248** Nonpriority creditor's name and mailing address
Pitney Bowes
PO Box 371874
Pittsburgh, PA 15250

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$1,054.99

---

**3.249** Nonpriority creditor's name and mailing address
Pivot Precision
1-716-625-8000
6550 Campbell Blvd.
Lockport, NY 14094-9228

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$2,729.72

---

**3.250** Nonpriority creditor's name and mailing address
Precision Punch Corporation
304 Christian Ln.
Berlin, CT 06037

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$742.39

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

7/12/18 11:09AM

| Debtor | **Howell Munitions & Technology, Inc.** | Case number (if known) | **18-50610-btb** |
|---|---|---|---|
| | Name | | |

---

**3.251** Nonpriority creditor's name and mailing address

**Precision Punch Corporation**
**304 Christian Ln.**
**Berlin, CT 06037**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.252** Nonpriority creditor's name and mailing address

**Raul Sotelo**
**19439 Rosebud Ridge Way**
**Spring, TX 77379**

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$231.00**

---

**3.253** Nonpriority creditor's name and mailing address

**Reaco, LLC**
**Katie Burg**
**PO Box 2468**
**Kearney, NE 68568**

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$3,636.00**

---

**3.254** Nonpriority creditor's name and mailing address

**Rex Layton**
**1134 6th St.**
**Clarkston, WA 99403**

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$300.00**

---

**3.255** Nonpriority creditor's name and mailing address

**Richard James & Associates Inc**
**4317 NE Thurston Way, Ste. 270**
**Vancouver, WA 98662**

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$300.00**

---

**3.256** Nonpriority creditor's name and mailing address

**Richard Withers**
**8110 201st Street East**
**Spanaway, WA 98387**

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$15.96**

---

**3.257** Nonpriority creditor's name and mailing address

**Robert Hartshorn**
**7012 NE 141st Ct**
**Vancouver, WA 98682**

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$73.02**

---

7/12/18 11:09AM

Debtor    **Howell Munitions & Technology, Inc.**                                    Case number (if known)    __18-50610-btb__
_____
Name

| 3.258 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $46.04 |
|---|---|---|---|

**Robert Kee**
**91103 Youngs River Road**
**Astoria, OR 97103**

Date(s) debt was incurred  __Various__

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.259 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $97.30 |
|---|---|---|---|

**Robert Stopa**
**1101 S Hunt Club Dr., Apt 412**
**Mt. Prospect, IL 60056**

Date(s) debt was incurred  __Various__

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.260 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20.93 |
|---|---|---|---|

**Robert Wallace**
**2298 Willow Street Pike**
**Lancaster, PA 17602**

Date(s) debt was incurred  __Various__

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.261 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $396.00 |
|---|---|---|---|

**Rodeo Internet Services**
**909 6th St.**
**Clarkston, WA 99403**

Date(s) debt was incurred  __Various__

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.262 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $69.75 |
|---|---|---|---|

**Rolf Johnsen**
**39 Greenwood Drive**
**South San Francisco, CA 94080**

Date(s) debt was incurred  __Various__

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.263 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $313.50 |
|---|---|---|---|

**Ronnie Earle**
**61 Wilderness Ct.**
**Harpes Ferry, WV 25425**

Date(s) debt was incurred  __Various__

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.264 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,870.02 |
|---|---|---|---|

**Royal Diversified Products, In**
**PO Box 444**
**Warren, RI 02885-0444**

Date(s) debt was incurred  __Various__

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

7/12/18 11:09AM

| Debtor | Howell Munitions & Technology, Inc. | Case number (if known) | 18-50610-btb |
|--------|--------------|---------|-------------|
| | Name | | |

| 3.265 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,603.00 |
|---|---|---|---|
| | **Royal Metal Industries, Inc**<br>**Visanu Chawla**<br>**7240 Sycamore Canyon Blvd.**<br>**Riverside, CA 92508** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **Various** | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.266 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30.00 |
|---|---|---|---|
| | **Rudolph's Auto Service**<br>**508 Beachey Street**<br>**Lewiston, ID 83501** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **Various** | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.267 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,822.35 |
|---|---|---|---|
| | **Rudy Zaruba**<br>**10202 Russet Field Ct.**<br>**Houston, TX 77070** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred **Various** | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ■ Yes | |

| 3.268 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $64.00 |
|---|---|---|---|
| | **Ryan Pattman**<br>**1201 Canterbury Blvd.**<br>**Altus, OK 73521** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **Various** | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.269 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,958.40 |
|---|---|---|---|
| | **S & A Wood Specialties**<br>**larry**<br>**1323 A Ripon Ave.**<br>**Lewiston, ID 83501** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **Various** | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.270 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,250.00 |
|---|---|---|---|
| | **SAAMI**<br>**Randy**<br>**11 Mile Hill Rd.**<br>**Newton, CT 06470** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **Various** | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.271 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10.02 |
|---|---|---|---|
| | **Safety- Kleen Systems**<br>**1200 Marietta Way**<br>**Sparks, NV 89431** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **Various** | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

7/12/18 11:09AM

| Debtor | **Howell Munitions & Technology, Inc.** | Case number (if known) | **18-50610-btb** |
|---|---|---|---|
| | Name | | |

---

**3.272** | Nonpriority creditor's name and mailing address

**Saginaw Machine Systems**
**Dave Albert**
**800 N. Hamilton St.**
**Saginaw, MI 48602-4354**

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$5,400.00

---

**3.273** | Nonpriority creditor's name and mailing address

**Saia Motor Freight**
**PO Box 730532**
**Dallas, TX 75373**

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$375.62

---

**3.274** | Nonpriority creditor's name and mailing address

**Schurman's True Value**
**801 6th Street**
**Clarkston, WA 99403**

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$107.90

---

**3.275** | Nonpriority creditor's name and mailing address

**Schwab's Screw Machine Product**
**24458 Webb Rd.**
**Lapwai, ID 83540**

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$486.00

---

**3.276** | Nonpriority creditor's name and mailing address

**Sean Blakely**
**2671 SW Windship Way**
**Stuart, FL 34997**

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$271.38

---

**3.277** | Nonpriority creditor's name and mailing address

**Seaport Machine**
**1719 13th Street**
**Clarkston, WA 99403**

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$1,130.00

---

**3.278** | Nonpriority creditor's name and mailing address

**Shumaker, Loop & Kendrick**
**240 S. Pineapple Ave.**
**Sarasota, FL 34236**

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$3,506.79

---

7/12/18 11:09AM

| Debtor | **Howell Munitions & Technology, Inc.** | Case number (if known) | **18-50610-btb** |
|---|---|---|---|
| | Name | | |

---

**3.279** | Nonpriority creditor's name and mailing address
**Silver State Bullets, LLC**
**Jim & Diane House**
**PO Box 2270**
**Dayton, NV 89403**

Date(s) debt was incurred  **Various**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  _

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

**3.280** | Nonpriority creditor's name and mailing address
**Southwest Gas**
**PO Box 98890**
**Las Vegas, NV 89193**

Date(s) debt was incurred  **Various**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset?  ■ No  ☐ Yes

$30.28

---

**3.281** | Nonpriority creditor's name and mailing address
**Spokane House of Hose**
**Gerry Zinkgraf**
**5520 E. Sprague Ave.**
**Spokane Valley, WA 99212**

Date(s) debt was incurred  **Various**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset?  ■ No  ☐ Yes

$12.50

---

**3.282** | Nonpriority creditor's name and mailing address
**Spokane Packaging**
**3808 N. Sullivan Rd., Bldg #21**
**Spokane, WA 99216**

Date(s) debt was incurred  **Various**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset?  ■ No  ☐ Yes

$4,890.05

---

**3.283** | Nonpriority creditor's name and mailing address
**SPS Commerce, Inc.**
**PO Box 205782**
**Dallas, TX 75320**

Date(s) debt was incurred  **Various**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset?  ■ No  ☐ Yes

$404.90

---

**3.284** | Nonpriority creditor's name and mailing address
**St. Marks Powder**
**Jodi McIver**
**PO Box 222**
**Saint Marks, FL 32327**

Date(s) debt was incurred  **Various**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset?  ■ No  ☐ Yes

$191,591.20

---

**3.285** | Nonpriority creditor's name and mailing address
**Staples Business Advantage**
**PO Box 83689, Dept. LA**
**Chicago, IL 60696-3689**

Date(s) debt was incurred  **Various**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset?  ■ No  ☐ Yes

$180.47

---

7/12/18 11:08AM

| Debtor | **Howell Munitions & Technology, Inc.** | | Case number (if known) | **18-50610-btb** |
|---|---|---|---|---|
| | Name | | | |

| 3.286 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $33,450.00 |
|---|---|---|---|
| | **Starline, Inc**<br>**Debbie Myers**<br>**1300 W. Henry**<br>**Sedalia, MO 65301** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **Various** | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.287 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $116.25 |
|---|---|---|---|
| | **Steve Olson**<br>**562 East Wigeon Way**<br>**Suisun City, CA 94585** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **Various** | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.288 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $432.40 |
|---|---|---|---|
| | **Steven Robedeau**<br>**1643 Grayfriars**<br>**Holt, MI 48842** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **Various** | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.289 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **STI Brasil (Tactical Gear Imports)**<br>**AV. Professor Mario Werneck**<br>**2275 Bairro Buritis**<br>**Belo Horizonte**<br>**Minal Gerais, Brazil** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.290 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,994.00 |
|---|---|---|---|
| | **STI International**<br>**114 Halmar Cove**<br>**Georgetown, TX 78628** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **Various** | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.291 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,000.00 |
|---|---|---|---|
| | **Stonebraker McQuary Insurance**<br>**Don McQuary**<br>**PO Box 9**<br>**Clarkston, WA 99403** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **Various** | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.292 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $325.18 |
|---|---|---|---|
| | **Sunnen Products Co.**<br>**PO Box 952481**<br>**Saint Louis, MO 63195** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **Various** | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

7/12/18 11:09AM

| Debtor | **Howell Munitions & Technology, Inc.** | Case number (if known) | **18-50610-btb** |
|---|---|---|---|

Name

---

**3.293** | Nonpriority creditor's name and mailing address
**Sutherland Asbill & Brennan LL**
999 Peachtree St., NE, Ste. 2300
Atlanta, GA 30309-3996

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$177.00

---

**3.294** | Nonpriority creditor's name and mailing address
**TalkingLead, LLC**
306 Royal Glen Blvd.
Murfreesboro, TN 37128

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$6,300.00

---

**3.295** | Nonpriority creditor's name and mailing address
**Taylor Stanley**
40 Santiago Road
Debary, FL 32713

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$51.75

---

**3.296** | Nonpriority creditor's name and mailing address
**Team Wilson Combat**
2452 CR 719
Berryville, AR 72616

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.297** | Nonpriority creditor's name and mailing address
**Tharco**
PO Box 51584
Los Angeles, CA 90051

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$1,050.00

---

**3.298** | Nonpriority creditor's name and mailing address
**The High Road Group, Inc.**
Ron Bice, Michelle Pawelek
1492 S. Seguin Ave.
New Braunfels, TX 78130

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$4,166.65

---

**3.299** | Nonpriority creditor's name and mailing address
**Thermal Mod**
19830 SW Teton Ave
Tualatin, OR 97062

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$700.00

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

7/12/18 11:09AM

| Debtor | **Howell Munitions & Technology, Inc.** | Case number (if known) | **18-50610-btb** |
|---|---|---|---|
| | Name | | |

| 3.300 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,820.00 |
|---|---|---|---|
| | **Thiessen Oil Co**<br>**Kerri Jones, Tarrin, Allen, Jay**<br>**815 Snake River Ave.**<br>**Lewiston, ID 83501** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **Various** | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.301 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $99.25 |
|---|---|---|---|
| | **Timothy Charbonneau**<br>**479 Hennessey Road**<br>**Enosburg Falls, VT 05450** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **Various** | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.302 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |
|---|---|---|---|
| | **TLR**<br>**Nicole**<br>**11855 NE Glenn Winding Dr.**<br>**Portland, OR 97220** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **Various** | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.303 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |
|---|---|---|---|
| | **Total Logistics Resource**<br>**11855 NE Glenn Winding Dr.**<br>**Portland, OR 97220** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **Various** | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.304 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,404.00 |
|---|---|---|---|
| | **Travelers**<br>**PO Box 660317**<br>**Dallas, TX 75266** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **Various** | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.305 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $395.08 |
|---|---|---|---|
| | **Travers Tool Co, Inc**<br>**128-15 26th Ave.**<br>**Flushing, NY 11354** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **Various** | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.306 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $18.06 |
|---|---|---|---|
| | **Travis Pattern & Foundry**<br>**1413 E. Hawthorne Rd.**<br>**Spokane, WA 99217** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **Various** | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

7/12/18 11:09AM

Debtor  **Howell Munitions & Technology, Inc.**
        Name

Case number (if known)    **18-50610-btb**

---

| 3.307 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $27.86 |
|---|---|---|---|

**Treasure Valley Coffee**
**PO Box 6145**
**Kennewick, WA 99336**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.308 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $195.00 |
|---|---|---|---|

**Trevor Ellico**
**6393 Orangewood Drive**
**Rancho Cucamonga, CA 91701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.309 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $305.17 |
|---|---|---|---|

**Uline**
**PO Box 88741**
**Chicago, IL 60680-1741**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.310 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Unis "Ginex" d.d. Gorazde**
**Visegradska bb**
**73000 Gorazde,**
**Bosnia and Herzegovina**

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.311 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130.00 |
|---|---|---|---|

**United Tool Corporation**
**3718 E Newby Street Suite 108**
**Nampa, ID 83687**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.312 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $36,644.05 |
|---|---|---|---|

**UPS**
**Lockbox 577**
**Carol Stream, IL 60132**

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred  **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☒ Yes

---

| 3.313 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $320.00 |
|---|---|---|---|

**USF Reddaway, Inc**
**26401 Network Place**
**Chicago, IL 60673-1264**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

7/12/18 11:09AM

| Debtor | **Howell Munitions & Technology, Inc.** | Case number (if known) | **18-50610-btb** |
|---|---|---|---|
| | Name | | |

| 3.314 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,000.00 |
|---|---|---|---|

**Val Mundell**
**1438 Greco Drive**
**Clarkston, WA 99403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ◼ No ☐ Yes

| 3.315 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $250.00 |
|---|---|---|---|

**Valley Car Sales**
**JUDY HOBSON**
**1801 Main Street**
**Lewiston, ID 83501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ◼ No ☐ Yes

| 3.316 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $35.00 |
|---|---|---|---|

**Valley Drug Testing**
**PO Box 861**
**Lewiston, ID 83501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ◼ No ☐ Yes

| 3.317 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,000.00 |
|---|---|---|---|

**Valley Vision, Inc.**
**111 Main Street Suite 130**
**Lewiston, ID 83501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ◼ No ☐ Yes

| 3.318 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,795.67 |
|---|---|---|---|

**Vanguard**
**PO Box 28067**
**New York, NY 10087**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ◼ No ☐ Yes

| 3.319 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,925.00 |
|---|---|---|---|

**Velocity EHS**
**586 Argus Rd., Ste. 201**
**Ontario, Canada L6J3J3**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ◼ No ☐ Yes

| 3.320 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,280.37 |
|---|---|---|---|

**Verizon Wireless**
**PO Box 660108**
**Dallas, TX 75266-0108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ◼ No ☐ Yes

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

7/12/18 11:09AM

Debtor    **Howell Munitions & Technology, Inc.**                     Case number (if known)    **18-50610-btb**
_____
Name

| 3.321 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,000.00 |
|---|---|---|---|

**Victoria Johnson**
**1551 Mobile Ave.**
**Daytona Beach, FL 32117**

Date(s) debt was incurred  **Various**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.322 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $49,770.00 |
|---|---|---|---|

**Vista Outdoor Sales, LLC**
**SDS 12-0312, PO Box 86**
**Minneapolis, MN 55486**

Date(s) debt was incurred  **Various**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.323 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,280.00 |
|---|---|---|---|

**Visual Marketing**
**17102 Cypress Knee Drive**
**Cypress, TX 77429**

Date(s) debt was incurred  **Various**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.324 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $104.63 |
|---|---|---|---|

**Ward Zinn**
**1204 Carrie Lane NW**
**Piedmont, OK 73078**

Date(s) debt was incurred  **Various**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.325 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $901.38 |
|---|---|---|---|

**Waste Management - All**
**Capital Sanitation**
**PO Box 541065**
**Los Angeles, CA 90054-1065**

Date(s) debt was incurred  **Various**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.326 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,200.00 |
|---|---|---|---|

**Wastewater Engineers, Inc.**
**210 Coy Court**
**Oxford, MI 48371**

Date(s) debt was incurred  **Various**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.327 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Wayne Dalton**
**PO Box 676576**
**Dallas, TX 75267**

Date(s) debt was incurred  **Various**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **For Notice Purposes Only**

Is the claim subject to offset?  ☐ No  ☐ Yes

7/12/18 11:09AM

| Debtor | **Howell Munitions & Technology, Inc.** | Case number (if known) | **18-50610-btb** |
|---|---|---|---|
| | Name | | |

---

**3.328** | Nonpriority creditor's name and mailing address
**WCP Solutions**
**15321 E. Marietta**
**Spokane Valley, WA 99216**

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$18.47

---

**3.329** | Nonpriority creditor's name and mailing address
**Webscale Networks**
**201 Ravendale Drive**
**Mountain View, CA 94043**

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$2,250.00

---

**3.330** | Nonpriority creditor's name and mailing address
**Webscale Networks**
**201 Ravendale Drive**
**Mountain View, CA 94043**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

$0.00

---

**3.331** | Nonpriority creditor's name and mailing address
**Wells Fargo Equipment Finance**
**Manufacturer Services Group**
**PO Box 7777**
**San Francisco, CA 94120-7777**

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$1,224.42

---

**3.332** | Nonpriority creditor's name and mailing address
**Wells Fargo Equipment Finance**
**300 Tri-State International**
**Suite 400**
**Lincolnshire, IL 60069**

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$13,400.00

---

**3.333** | Nonpriority creditor's name and mailing address
**Western Analytical**
**13744 Monte Vista Ave.**
**Chino, CA 91710**

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$230.00

---

**3.334** | Nonpriority creditor's name and mailing address
**William Zimmerman**
**18502 Bonney Lake Blvd. E**
**Bonney Lake, WA 98391**

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$2.08

---

7/12/18 11:09AM

| Debtor | **Howell Munitions & Technology, Inc.** | Case number (if known) | **18-50610-btb** |
|---|---|---|---|
| | Name | | |

| 3.335 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,182.96 |
|---|---|---|---|

**Wilson Tool Intl.**
**Ali Swanson**
**12912 Farnham Ave.**
**White Bear Lake, MN 55110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.336 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $915.75 |
|---|---|---|---|

**Womack Everett**
**50 Cherokee Lane**
**Blue Ridge, GA 30513**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.337 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,371.91 |
|---|---|---|---|

**Wynalda Packaging**
**Accounting 616 866 1561**
**8221 Graphic Drive**
**Belmont, MI 49306**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.338 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**X-Treme Bullets, Inc.**
**25 Stokes Drive**
**Carson City, NV 89706**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: **For notice purposes only**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.339 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,494.00 |
|---|---|---|---|

**XPO Logistics, Inc**
**27724 Network Place**
**Chicago, IL 60673-1277**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.340 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $158.87 |
|---|---|---|---|

**YRC Freight**
**10990 Roe Avenue**
**Overland Park, KS 66211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.341 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $902.70 |
|---|---|---|---|

**Zoro Tools Inc**
**Customer Service**
**909 Asbury Drive**
**Buffalo Grove, IL 60089**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

7/12/18 11:09AM

| Debtor | **Howell Munitions & Technology, Inc.** | | Case number (if known) | **18-50610-btb** |
|---|---|---|---|---|
| | Name | | | |

| 3.342 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$88.00** |
|---|---|---|---|
| | **Zuerlein Darrell** | ☐ Contingent | |
| | **13620 246th St.** | ☐ Unliquidated | |
| | **Hermosa, SD 57744** | ☐ Disputed | |
| | Date(s) debt was incurred **Various** | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

    If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

---

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 182,210.80 |
| 5b. Total claims from Part 2 | 5b. + | $ 3,055,507.30 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 3,237,718.10 |

7/12/18 11:09AM

| Fill in this information to identify the case: |
|---|

Debtor name    **Howell Munitions & Technology, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF NEVADA

Case number (if known)    **18-50610-btb**

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
      ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
      ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*    *Property*
(Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Lease**<br>**823 D Street**<br>**Lewiston, ID 83501** | |
|---|---|---|---|
| | State the term remaining | **12/1/2020** | |
| | List the contract number of any government contract | | **823 D Street, LLC** |

| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Chief Restructuring Officer Agreement** | |
|---|---|---|---|
| | State the term remaining | **unknown** | **Advanced CFO**<br>**13601 W McMillan Rd**<br>**#102**<br>**Boise, ID 83713** |
| | List the contract number of any government contract | | |

| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Exclusive Export/Representation of HMT/FM products in the country of New Zealand** | |
|---|---|---|---|
| | State the term remaining | **12/21/2018** | **American Security Brass & Reloading**<br>**PO Box 9169**<br>**Greerton, Tauranga, New Zealand** |
| | List the contract number of any government contract | | |

| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Freedom Munitions Website Support/Services** | |
|---|---|---|---|
| | State the term remaining | **5/1/2019** | **Binary Anvil, Inc.**<br>**22525 SE 64th Place**<br>**Issaquah, WA 98027** |
| | List the contract number of any government contract | | |

7/12/18 11:09AM

Debtor 1   **Howell Munitions & Technology, Inc.**
First Name      Middle Name      Last Name

Case number (*if known*)   **18-50610-btb**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Airport Powder Storage**<br>**35 North Range 6 West**<br>**Nez Perce Regional**<br>**Airport**<br>**Lewiston, ID 83501** | |
|---|---|---|---|
| | State the term remaining | **9/30/2021** | **David Howell** |
| | List the contract number of any government contract | | **P.O. Box 1903**<br>**Lewiston, ID 83501** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Lease**<br>**29978 Thiessen Road**<br>**Lewiston, ID 83501** | |
|---|---|---|---|
| | State the term remaining | **12/31/2024** | **David Howell** |
| | List the contract number of any government contract | | **PO Box 1903**<br>**Lewiston, ID 83501** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Lease**<br>**12 Stokes Drive**<br>**Moundhouse, NV 89706** | |
|---|---|---|---|
| | State the term remaining | **12/31/2020** | **David Howell** |
| | List the contract number of any government contract | | **P.O. Box 1903**<br>**Lewiston, ID 83501** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Lease**<br>**31 Stokes Drive**<br>**Moundhouse, NV 89706** | |
|---|---|---|---|
| | State the term remaining | **12/31/2020** | **David Howell** |
| | List the contract number of any government contract | | **P.O. Box 1903**<br>**Lewiston, ID 83501** |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Lease**<br>**3790 Foothill Drive**<br>**Lewiston, ID 83501** | |
|---|---|---|---|
| | State the term remaining | **6/14/2020** | **David Howell** |
| | List the contract number of any government contract | | **P.O. Box 1903**<br>**Lewiston, ID 83501** |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Lease**<br>**25 Stokes Drive**<br>**Moundhouse, NV 89706** | |
|---|---|---|---|
| | State the term remaining | **12/31/2020** | **David Howell**<br>**P.O. Box 1903**<br>**Lewiston, ID 83501** |

7/12/18 11:09AM

Debtor 1 **Howell Munitions & Technology, Inc.**
First Name        Middle Name        Last Name

Case number *(if known)* **18-50610-btb**

 **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

List the contract number of any government contract

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Lease**<br>**4093 Lucky Lane**<br>**Lewiston, ID 83501** | |
|---|---|---|---|
| | State the term remaining | **12/31/2023** | **David Howell Rentals**<br>**P.O. Box 1903**<br>**Lewiston, ID 83501** |
| | List the contract number of any government contract | | |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Commecial Lease**<br>**815 D Street**<br>**Lewiston, ID 83501** | |
|---|---|---|---|
| | State the term remaining | **12/31/2023** | **David Howell Rentals**<br>**P.O. Box 1903**<br>**Lewiston, ID 83501** |
| | List the contract number of any government contract | | |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Lease**<br>**805 D Street**<br>**Lewiston, ID 83501** | |
|---|---|---|---|
| | State the term remaining | **12/31/2023** | **David Howell Rentals**<br>**P.O. Box 1903**<br>**Lewiston, ID 83501** |
| | List the contract number of any government contract | | |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Lease**<br>**153 Southport Ave.**<br>**Lewiston, ID 83501** | |
|---|---|---|---|
| | State the term remaining | **12/31/2023** | **David Howell Rentals**<br>**P.O. Box 1903**<br>**Lewiston, ID 83501** |
| | List the contract number of any government contract | | |

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Commerical Lease**<br>**829 D Street**<br>**Lewiston, ID 83501** | |
|---|---|---|---|
| | State the term remaining | **10/31/2023** | **David Howell Rentals**<br>**P.O. Box 1903**<br>**Lewiston, ID 83501** |
| | List the contract number of any government contract | | |

7/12/18 11:09AM

Debtor 1  **Howell Munitions & Technology, Inc.**
　　　　　First Name　　　　Middle Name　　　　Last Name

Case number (*if known*)  **18-50610-btb**

 **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Lease** **2337 3rd Ave. N** **Lewiston, ID 83501** | |
|---|---|---|---|
| | State the term remaining | **5/31/2019** | **David Howell Rentals** **P.O. Box 1903** **Lewiston, ID 83501** |
| | List the contract number of any government contract | | |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Consultant agreement** | |
|---|---|---|---|
| | State the term remaining | **9/18/2019** | **Eric Nelson** **2104 14th St.** **Lewiston, ID 83501** |
| | List the contract number of any government contract | | |

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **Vending lockers** | |
|---|---|---|---|
| | State the term remaining | **1/11/2019** | **Fastenal Company** **2001 Theurer Blvd.** **Winona, MN 55987** |
| | List the contract number of any government contract | | |

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **Supplier Agreement for components provided by HMT** | |
|---|---|---|---|
| | State the term remaining | **12/31/2018** | **LAX Firing Range** **234 S. Hindry Ave.** **Inglewood, CA 90301** |
| | List the contract number of any government contract | | |

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **Exclusive Export/Representation of HMT/FM products in the country of Peru** | |
|---|---|---|---|
| | State the term remaining | **12/31/2018** | **Miami Police Depot, Inc.** **2640 W. 84th St.** **Hialeah, FL 33016** |
| | List the contract number of any government contract | | |

7/12/18 11:09AM

Debtor 1   Howell Munitions & Technology, Inc.                    Case number (if known)   18-50610-btb
           First Name      Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**                **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | **Invernizzi NKN 617 Transfer Press Saginaw Brut Turning Machine WB Annealing Machine Tooling system to produce 223 Rem cases** | |
|---|---|---|---|
| | State the term remaining | **unknown** | **Midwest Brass, LLC** |
| | List the contract number of any government contract | | **9254 US-31 West Olive, MI 49460** |

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | **Contract to provide technical assistance** | |
|---|---|---|---|
| | State the term remaining | **5/31/2021** | **Milan Blagojevic-Namenska A.D. Radnicka bb** |
| | List the contract number of any government contract | | **32240 Lucani Republic of Serbia** |

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | **Manufacturer's Representative Agreement for HMT/Freedom Munitions products/** | |
|---|---|---|---|
| | State the term remaining | **Until terminated by either party** | **Parallel Group** |
| | List the contract number of any government contract | | **1380 Hamel Road Hamel, MN 55340** |

| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | **Supplier Agreement for components provided by HMT** | |
|---|---|---|---|
| | State the term remaining | **1/31/2019** | **Precision One Ammo** |
| | List the contract number of any government contract | | **2071 Wambaw Creek Road Charleston, SC 29492** |

| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | **Exclusive Export/Representation of HMT/FM products in the country of Brazil** | |
|---|---|---|---|
| | State the term remaining | **2/1/2020** | **STI Brasil (Tactical Gear Imports) AV. Professor Mario Werneck 2275 Bairro Buritis Belo Horizonte Minal Gerais, Brazil** |
| | List the contract number of any government contract | | |

7/12/18 11:09AM

Debtor 1   **Howell Munitions & Technology, Inc.**                    Case number (*if known*)   **18-50610-btb**
    First Name         Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Pricing/Quantities of primers provided by Ginex** | |
|---|---|---|---|
| | State the term remaining | **9/13/2019** | **Unis "Ginex" d.d. Gorazde** |
| | List the contract number of any government contract | | **Visegradska bb**<br>**73000 Gorazde,**<br>**Bosnia and Herzegovina** |

| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | **Consultant agreement** | |
|---|---|---|---|
| | State the term remaining | **12/31/2020** | **Val Mundell** |
| | List the contract number of any government contract | | **1438 Greco Drive**<br>**Clarkston, WA 99403** |

| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | **Freedom Munitions website services** | |
|---|---|---|---|
| | State the term remaining | **Until terminated by either party** | **Webscale** |
| | List the contract number of any government contract | | **201 Ravendale Drive**<br>**Mountain View, CA 94043** |

| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | **H40FTS Hyster Forklift - Xtreme Lease #301-0229222-003** | |
|---|---|---|---|
| | State the term remaining | **9/2/2020** | **Wells Fargo Equipment Finance** |
| | List the contract number of any government contract | | **300 Tri-State International**<br>**Suite 400**<br>**Lincolnshire, IL 60069** |

7/12/18 11:09AM

**Fill in this information to identify the case:**

Debtor name    **Howell Munitions & Technology, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF NEVADA

Case number (if known)    **18-50610-btb**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

Column 1: Codebtor                Column 2: Creditor

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | Ammo Load Worldwide, Inc. | 815 D Street Lewiston, ID 83501 | Z.B., N.A.,dba Zions First National Bank | ■ D  2.7  ☐ E/F ___  ☐ G ___ |
| 2.2 | Ammo Load Worldwide, Inc. | 815 D Street Lewiston, ID 83501 | US Dept. of Treasury | ■ D  2.4  ☐ E/F ___  ☐ G ___ |
| 2.3 | Big Canyon Evnironmental, LLC | 815 D Street Lewiston, ID 83501 | Z.B., N.A.,dba Zions First National Bank | ■ D  2.7  ☐ E/F ___  ☐ G ___ |
| 2.4 | Clearwater Bullet, Inc. | 153 Southport Ave., Building 4 Lewiston, ID 83501 | Z.B., N.A.,dba Zions First National Bank | ■ D  2.7  ☐ E/F ___  ☐ G ___ |
| 2.5 | Clearwater Bullet, Inc. | 153 Southport Ave., Building 4 Lewiston, ID 83501 | US Dept. of Treasury | ■ D  2.4  ☐ E/F ___  ☐ G ___ |

7/12/18 11:09AM

| Debtor | **Howell Munitions & Technology, Inc.** | Case number *(if known)* | **18-50610-btb** |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.
Column 1: Codebtor                                                                        Column 2: Creditor

| 2.6 | Components Exchange, LLC | 815 D Street Lewiston, ID 83501 | Z.B., N.A.,dba Zions First National Bank | ■ D __2.7__ □ E/F ____ □ G ____ |
| 2.7 | David Howell | 815 D Street Lewiston, ID 83501 | Z.B., N.A.,dba Zions First National Bank | ■ D __2.7__ □ E/F ____ □ G ____ |
| 2.8 | Freedom Munitions, LLC | 815 D Street Lewiston, ID 83501 | Z.B., N.A.,dba Zions First National Bank | ■ D __2.7__ □ E/F ____ □ G ____ |
| 2.9 | Freedom Munitions, LLC | 815 D Street Lewiston, ID 83501 | US Dept. of Treasury | ■ D __2.4__ □ E/F ____ □ G ____ |
| 2.10 | Howell Machine, Inc. | 815 D Street Lewiston, ID 83501 | Z.B., N.A.,dba Zions First National Bank | ■ D __2.7__ □ E/F ____ □ G ____ |
| 2.11 | Howell Machine, Inc. | 815 D Street Lewiston, ID 83501 | US Dept. of Treasury | ■ D __2.4__ □ E/F ____ □ G ____ |
| 2.12 | Lewis-Clark Ammunition Components, LLC | 815 D Street Lewiston, ID 83501 | Z.B., N.A.,dba Zions First National Bank | ■ D __2.7__ □ E/F ____ □ G ____ |
| 2.13 | Lewis-Clark Ammunition Components, LLC | 815 D Street Lewiston, ID 83501 | US Dept. of Treasury | ■ D __2.4__ □ E/F ____ □ G ____ |

7/12/18 11:09AM

Debtor    **Howell Munitions & Technology, Inc.**                    Case number (if known)    **18-50610-btb**

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.
Column 1: **Codebtor**                                                    Column 2: **Creditor**

| | | | | | |
|---|---|---|---|---|---|
| 2.14 | Twin River Contract Loading, Inc. | 815 D Street Lewiston, ID 83501 | Z.B., N.A.,dba Zions First National Bank | ■ D  __2.7__ ☐ E/F _____ ☐ G _____ | |
| 2.15 | Twin River Contract Loading, Inc. | 815 D Street Lewiston, ID 83501 | US Dept. of Treasury | ■ D  __2.4__ ☐ E/F _____ ☐ G _____ | |
| 2.16 | X-Treme Bullets, Inc. | 25 Stokes Drive Carson City, NV 89706 | Z.B., N.A.,dba Zions First National Bank | ■ D  __2.7__ ☐ E/F _____ ☐ G _____ | |
| 2.17 | X-Treme Bullets, Inc. | 25 Stokes Drive Carson City, NV 89706 | US Dept. of Treasury | ■ D  __2.4__ ☐ E/F _____ ☐ G _____ | |

7/12/18 11:09AM

---

**Fill in this information to identify the case:**

Debtor name    **Howell Munitions & Technology, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF NEVADA

Case number (if known)    **18-50610-btb**

☐ Check if this is an
   amended filing

---

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |
|---|---|

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2018** to **Filing Date** | ■ Operating a business<br>☐ Other | **$19,287,990.00** |
| **For prior year:**<br>From **1/01/2017** to **12/31/2017** | ■ Operating a business<br>☐ Other | **$73,295,671.00** |
| **For year before that:**<br>From **1/01/2016** to **12/31/2016** | ■ Operating a business<br>☐ Other | **$103,101,565.00** |

2. **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

3. **Certain payments or transfers to creditors within 90 days before filing for bankruptcy**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

7/12/18 11:09AM

| Debtor | **Howell Munitions & Technology, Inc.** | | Case number *(if known)* **18-50610-btb** |

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **See attached list** | **See attached list** | **$9,273,652.32** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **See answers to #30 payments to insiders** | **See answers to #30 payments to insiders** | **$398,309.72** | |

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| **US Dept. of Treasury<br>Alcohol & Tobacco Tax & Trade Bureau<br>National Revenue Center<br>550 Main Street, Suite 8002<br>Cincinnati, OH 45202-5215** | **Funds levied from bank account**<br>Last 4 digits of account number: _____ | **6/5/2018** | **$832,160.77** |

**Part 3:   Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

---

7/12/18 11:09AM

Debtor **Howell Munitions & Technology, Inc.**     Case number *(if known)* **18-50610-btb**

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Alcohol & Tobacco Tax &<br>Trade Bureau** | **Asserted unpaid<br>federal excise tax** | **US Dept. of Treasury<br>Alcohol & Tobacco Tax &<br>Trade Bureau<br>National Revenue Center<br>550 Main Street, Suite 8002<br>Cincinnati, OH 45202-5215** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:**   Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | **Johns Hopkins<br>1717 Massachusetts Ave. NW,<br>#525<br>Washington, DC 20036** | **Donation** | **7/11/2016** | **$20,000.00** |
| | Recipients relationship to debtor<br>**Business contact** | | | |
| 9.2. | **Special Operations Care Fund<br>999 Peachtree Street NE,<br>Suite 2300<br>Atlanta, GA 30309** | **Furniture** | **6/4/2017** | **$1,560.00** |
| | Recipients relationship to debtor<br>**Business contact** | | | |

---

**Part 5:**   Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and<br>how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for<br>example, from insurance, government compensation, or<br>tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule<br>A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property<br>lost |
|---|---|---|---|

---

**Part 6:**   Certain Payments or Transfers

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

7/12/18 11:09AM

| Debtor | **Howell Munitions & Technology, Inc.** | | Case number *(if known)* | **18-50610-btb** |

■ None.

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| **Part 7:** | **Previous Locations** |

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | | Dates of occupancy From-To |
|---|---|---|---|
| 14.1. | 17482-B Hwy 290 Houston, TX 77040 | | 7/23/12 to 5/17/18 |
| 14.2. | 11243 Fuqua Street Houston, TX 77089 | | 12/12 to 5/18 |

| **Part 8:** | **Health Care Bankruptcies** |

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| **Part 9:** | **Personally Identifiable Information** |

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
■ Yes. State the nature of the information collected and retained.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

7/12/18 11:09AM

Debtor   **Howell Munitions & Technology, Inc.**                              Case number *(if known)*   **18-50610-btb**

**Customer names; addresses; email; phone numbers; account numbers**

Does the debtor have a privacy policy about that information?
☐ No
■ Yes

**17.** Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?

☑ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

☐ No Go to Part 10.
■ Yes. Fill in below:
Name of plan                                                   Employer identification number of the plan
**Howell Munitions & Technology, Inc. 401k Plan**             EIN:   **46-4050425**

Has the plan been terminated?
■ No
☐ Yes

---

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

---

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

Official Form 207                        Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                        page 5

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                              Best Case Bankruptcy

Debtor  **Howell Munitions & Technology, Inc.**                    Case number (if known)  **18-50610-btb**

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Armscor**<br>**2872 US Hwy 93 North**<br>**Victor, MT 59875** | **815 D Street**<br>**Lewiston, ID 83501** | **1 case processor** | **$32,000.00** |
| **Dallas Reloading**<br>**709 Sundance Trial**<br>**Irving, TX 75063** | **815 D Street**<br>**Lewiston, ID 83501** | **1 case processor** | **$32,000.00** |
| **Armscor**<br>**2872 US Hwy 93 North**<br>**Victor, MT 59875** | **153 Southport**<br>**Lewiston, ID 83501** | **1 case processor** | **$32,000.00** |

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☐  No.
☑  Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| **Administrative Agreement**<br>**11-0181-00A, et al.** | **Environmental Protection Agency**<br>**1200 Pennsylvania Ave., NW**<br>**Washington, DC 20460** | **Releasing hazardous waste water without permit** | ☐ Pending<br>☐ On appeal<br>☑ Concluded |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑  No.
☐  Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☑  No.
☐  Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

7/12/18 11:09AM

Debtor   **Howell Munitions & Technology, Inc.**                           Case number *(if known)* **18-50610-btb**

☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|

| | | Dates business existed |
|---|---|---|
| 25.1. | **Twin River Contract Loading, Inc.**<br>815 D Street<br>Lewiston, ID 83501 | **Loading ammunition** | EIN:   **26-4767300**<br><br>From-To   **1/1/14 to present** |
| 25.2. | **X-Treme Bullets, Inc.**<br>25 Stokes Drive<br>Carson City, NV 89706 | **Bullet manufacturing** | EIN:   **26-4675646**<br><br>From-To   **1/1/14 to present** |
| 25.3. | **Clearwater Bullet, Inc.**<br>156 Southport Ave., Building 4<br>Lewiston, ID 83501 | **Bullet manufacturing** | EIN:   **26-4767149**<br><br>From-To   **1/1/14 to present** |
| 25.4. | **Ammo Load Worldwide, Inc.**<br>815 D. Street<br>Lewiston, ID 83501 | **Ammunition machine manufacturing** | EIN:   **20-1199439**<br><br>From-To   **1/1/14 to present** |
| 25.5. | **Howell Machine, Inc.**<br>815 D Street<br>Lewiston, ID 83501 | **Parts manufacturing** | EIN:   **72-1567111**<br><br>From-To   **1/1/14 to present** |
| 25.6. | **Freedom Munitions, LLC**<br>815 D Street<br>Lewiston, ID 83501 | **Ammunition sales** | EIN:   **45-3954461**<br><br>From-To   **1/1/16 to present** |

**26. Books, records, and financial statements**
   26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
   ☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1. | **Angela Smith**<br>815 D. Street<br>Lewiston, ID 83501 | **2/29/18 to 5/25/18<br>6/25/18 to present** |
| 26a.2. | **Kathie Marion**<br>815 D Street<br>Lewiston, ID 83501 | **12/3/14 to present** |
| 26a.3. | **Shaun Barkley**<br>815 D Street<br>Lewiston, ID 83501 | **2/1/14 to present** |

   26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement
       within 2 years before filing this case.

   ☐ None

7/12/18 11:09AM

Debtor  **Howell Munitions & Technology, Inc.**                                        Case number *(if known)*  **18-50610-btb**

| Name and address | Date of service From-To |
|---|---|
| 26b.1.   **Moss Adams**<br>**601 Riverside Ave., Suite 1800**<br>**Spokane, WA 99201** | **2015 to 2018** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

**Name and address**

26d.1.   **Global Commercial Credit**
**Mark Matieney**
**30200 Telegraph Rd., Suite 450**
**Bingham Farms, MI 48025**

26d.2.   **Zions First National Bank**
**Mark Siegel**
**1 South Main, Suite 300**
**Salt Lake City, UT 84111**

26d.3.   **Global Commercial Credit**
**Victor Sandy**
**30200 Telegraph Rd., Suite 450**
**Bingham Farms, MI 48025**

26d.4.   **Cascadia Capital LLC**
**1000 2nd Avenue, Suite 1200**
**Seattle, WA 98104**

26d.5.   **Advanced CFO**
**13601 W McMillan Rd**
**#102**
**Boise, ID 83713**

26d.6.   **Integrity Bank, SSB**
**4040 Washington Ave.**
**Houston, TX 77007-5606**

26d.7.   **Complete Capital Services, Inc.**
**P.O. Box 790448**
**Saint Louis, MO 63179**

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐  No
■  Yes. Give the details about the two most recent inventories.

.

7/12/18 11:09AM

Debtor    **Howell Munitions & Technology, Inc.**                                    Case number *(if known)*  **18-50610-btb**

| | Name of the person who supervised the taking of the Inventory | Date of Inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1 | **Shaun Barclay and Chris Hayes** | **12/26/17** | **5,879,254.23** |
| | Name and address of the person who has possession of inventory records | | |
| | **Shaun Barclay**<br>**815 D Street**<br>**Lewiston, ID 83501** | | |
| 27.2 | **Shaun Barclay** | **12/2016** | **14,724,116.47** |
| | Name and address of the person who has possession of inventory records | | |
| | **Shaun Barclay**<br>**815 D Street**<br>**Lewiston, ID 83501** | | |

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any Interest | % of Interest, if any |
|---|---|---|---|
| **David Howell** | **815 D Street**<br>**Lewiston, ID 83501** | **President/Owner** | **95** |
| Name | Address | Position and nature of any Interest | % of Interest, if any |
| **Rudy Zaruba** | **10202 Russett Field Ct.**<br>**Houston, TX 77070** | **Owner** | **5** |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
■ Yes. Identify below.

| Name | Address | Position and nature of any Interest | Period during which position or interest was held |
|---|---|---|---|
| **Jansen Jones** | **3790 Foothill Drive**<br>**Lewiston, ID 83501** | **President** | **December 2016 to February 2018** |
| Name | Address | Position and nature of any Interest | Period during which position or interest was held |
| **Chris Hayes** | **362 Reservoir Drive**<br>**Lewiston, ID 83501** | **Director of Operations** | **February 2017 to June 2018** |
| Name | Address | Position and nature of any Interest | Period during which position or interest was held |
| **Advanced CFO** | **13601 W McMillan Rd**<br>**#102**<br>**Boise, ID 83713** | **CRO** | |

**30. Payments, distributions, or withdrawals credited or given to insiders**
    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses,

Debtor   **Howell Munitions & Technology, Inc.**                               Case number *(if known)*  **18-50610-btb**

loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1 **David Howell**<br>**815 D Street**<br>**Lewiston, ID 83501**<br><br>**Relationship to debtor**<br>**President/Owner** | **7,404.20** | **6/6/17 to**<br>**8/7/17** | **Asserted expense reimbursement** |
| 30.2 **David Howell**<br>**815 D Street**<br>**Lewiston, ID 83501**<br><br>**Relationship to debtor**<br>**President** | **161,982.51** | **6/8/17 to**<br>**6/7/18** | **Salary** |
| 30.3 **Rudy Zaruba**<br>**10202 Russett Field Ct.**<br>**Houston, TX 77070**<br><br>**Relationship to debtor**<br>**Owner** | **122,750** | **6/8/17 to**<br>**6/7/18** | **Salary** |
| 30.4 **Thomas Howell**<br>**815 D Street**<br>**Lewiston, ID 83501**<br><br>**Relationship to debtor**<br>**Machine Technician** | **25,986.36** | **6/8/17 to**<br>**6/7/18** | **Salary** |
| 30.5 **Steve Howell**<br>**815 D Street**<br>**Lewiston, ID 83501**<br><br>**Relationship to debtor**<br>**Ammo Load Worldwide Manager** | **73200.07** | **6/8/17 to**<br>**6/7/18** | **Salary** |
| 30.6 **Bob Howell**<br>**1237 Airway Ave.**<br>**Lewiston, ID 83501**<br><br>**Relationship to debtor**<br>**Inventory Transporter** | **6,986.58** | **6/8/17 to**<br>**6/7/18** | **Contract labor** |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No
■ Yes. Identify below.

**Name of the parent corporation**                                    **Employer identification number of the parent corporation**

7/12/18 11:09AM

Debtor    **Howell Munitions & Technology, Inc.**                              Case number (if known)  **18-50610-btb**

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| **Howell Munitions & Technology, Inc., parent corporation to X-Treme Bullets, Inc.; Freedom Munitions, LLC; Clearwater Bullets, Inc.; Ammo Load Worldwide, Inc.; and Howell Machine** | EIN:    **46-4050425** |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☐ No
■ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|
| **Howell Munitions & Technology, Inc. 401k Plan** | EIN:    **46-4050425** |

---

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    July 12, 2018

_____                    **J. Michael Issa**
Signature of individual signing on behalf of the debtor            Printed name

Position or relationship to debtor    **Proposed Chief Restructuring Officer**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
☐ No
■ Yes

---

Howell Munitions Technology, Inc.                                    HMT AP Payments 90 days prior to Bankruptcy Filing
Form 207: Statement of Financial Affairs
#3) Payments to creditors within 90 days before filing

| Period | Source | Journal | Date | Reference | Supplier Name | Dr | Cr |
|---|---|---|---|---|---|---|---|
| 05 | AP | 0000047170 | 04/25/2018 | HMTZB-CHK | -00 1099 Pro Inc. | | (45.00) |
| 05 | AP | 0000045688 | 04/20/2018 | HMTZB-CHK | -00 823 D. Street, LLC | | (5,061.12) |
| 05 | AP | 0000053296 | 05/29/2018 | HMTZB-CHK | -00 823 D. Street, LLC | | (5,061.12) |
| 03 | AP | 0000030547 | 03/12/2018 | HMTZB-CHK | -00 Absolute Machine Solutions | | (150.00) |
| 03 | AP | 0000030547 | 03/12/2018 | HMTZB-CHK | -00 Action Medical Inc | | (159.48) |
| 05 | AP | 0000053729 | 05/31/2018 | HMTZB-CHK | -00 Action Medical Inc | | (80.24) |
| 06 | AP | 0000053837 | 06/01/2018 | HMTZB-CHK | -00 Action Medical Inc | | (128.42) |
| 03 | AP | 0000030206 | 03/09/2018 | HMTZB-CHK | -00 ADP Fees | | (1,538.29) |
| 03 | AP | 0000035313 | 03/23/2018 | HMTZB-CHK | -00 ADP Fees | | (1,177.46) |
| 03 | AP | 0000038056 | 03/30/2018 | HMTZB-CHK | -00 ADP Fees | | (1,183.70) |
| 05 | AP | 0000040546 | 04/06/2018 | HMTZB-CHK | -00 ADP Fees | | (1,145.17) |
| 05 | AP | 0000045693 | 04/20/2018 | HMTZB-CHK | -00 ADP Fees | | (1,206.58) |
| 05 | AP | 0000048445 | 04/27/2018 | HMTZB-CHK | -00 ADP Fees | | (1,183.70) |
| 05 | AP | 0000049346 | 05/04/2018 | HMTZB-CHK | -00 ADP Fees | | (1,152.45) |
| 05 | AP | 0000052087 | 05/17/2018 | HMTZB-CHK | -00 ADP Fees | | (661.74) |
| 05 | AP | 0000052217 | 05/18/2018 | HMTZB-CHK | -00 ADP Fees | | (1,155.62) |
| 05 | AP | 0000053192 | 05/25/2018 | HMTZB-CHK | -00 ADP Fees | | (1,688.23) |
| 06 | AP | 0000053796 | 06/01/2018 | HMTZB-CHK | -00 ADP Fees | | (686.53) |
| 05 | AP | 0000052087 | 05/17/2018 | HMTZB-CHK | -00 ADP, INC. | | (661.74) |
| 05 | AP | 0000045993 | 04/23/2018 | HMTZB-CHK | -00 Advanced CFO Solutions | | (25,000.00) |
| 05 | AP | 0000049577 | 05/07/2018 | HMTZB-CHK | -00 Advanced CFO Solutions | | (23,930.25) |
| 05 | AP | 0000052816 | 05/23/2018 | HMTZB-CHK | -00 Advanced CFO Solutions | | (36,628.17) |
| 03 | AP | 0000030547 | 03/12/2018 | HMTZB-CHK | -00 Advanced Fire | | (448.13) |
| 03 | AP | 0000030547 | 03/12/2018 | HMTZB-CHK | -00 A-L Compressed Gases, Inc | | (843.97) |
| 05 | AP | 0000051728 | 05/15/2018 | HMTZB-CHK | -00 A-L Compressed Gases, Inc | | (2,484.75) |
| 04 | AP | 0000043632 | 04/16/2018 | HMTZB-CHK | -00 Alcobra | | (632.01) |
| 05 | AP | 0000052082 | 05/17/2018 | HMTZB-CHK | -00 Alcobra | | (275.62) |
| 03 | AP | 0000031755 | 03/14/2018 | HMTZB-CHK | -00 Alcohol and Tobacco Tax and Trade Bureau | | (25,000.00) |
| 03 | AP | 0000034316 | 03/21/2018 | HMTZB-CHK | -00 Alcohol and Tobacco Tax and Trade Bureau | | (25,000.00) |
| 03 | AP | 0000036412 | 03/27/2018 | HMTZB-CHK | -00 Alcohol and Tobacco Tax and Trade Bureau | | (25,000.00) |
| 05 | AP | 0000039399 | 04/04/2018 | HMTZB-CHK | -00 Alcohol and Tobacco Tax and Trade Bureau | | (25,000.00) |
| 05 | AP | 0000042633 | 04/12/2018 | HMTZB-CHK | -00 Alcohol and Tobacco Tax and Trade Bureau | | (25,000.00) |
| 05 | AP | 0000044750 | 04/18/2018 | HMTZB-CHK | -00 Alcohol and Tobacco Tax and Trade Bureau | | (25,000.00) |
| 05 | AP | 0000047233 | 04/25/2018 | HMTZB-CHK | -00 Alcohol and Tobacco Tax and Trade Bureau | | (25,000.00) |
| 05 | AP | 0000048531 | 04/30/2018 | HMTZB-CHK | -00 Alcohol and Tobacco Tax and Trade Bureau | | (341,351.11) |
| 06 | AP | 0000054290 | 06/06/2018 | HMTZB-CHK | -60 Alcohol and Tobacco Tax and Trade Bureau | | (832,160.77) |
| 03 | AP | 0000030547 | 03/12/2018 | HMTZB-CHK | -00 Allied Electronics, Inc | | (59.58) |
| 06 | AP | 0000054152 | 06/05/2018 | HMTZB-CHK | -00 American Express - Corporate | | (2,705.03) |
| 03 | AP | 0000031604 | 03/14/2018 | HMTZB-CHK | -00 American Express Fees | | (108.55) |

Howell Munitions Technology, Inc.                                    HMT AP Payments 90 days prior to Bankruptcy Filing
Form 207: Statement of Financial Affairs
#3) Payments to creditors within 90 days before filing

| | | | | | | |
|---|---|---|---|---|---|---|
| 05 | AP | 0000040436 | 04/06/2018 | HMTZB-CHK | -00 American Express Fees | (5,680.92) |
| 05 | AP | 0000045913 | 04/23/2018 | HMTZB-CHK | -00 American Express Fees | (193.71) |
| 05 | AP | 0000049134 | 05/03/2018 | HMTZB-CHK | -00 American Express Fees | (6.40) |
| 05 | AP | 0000049650 | 05/08/2018 | HMTZB-CHK | -00 American Express Fees | (3,917.42) |
| 05 | AP | 0000053298 | 05/29/2018 | HMTZB-CHK | -00 American Express Fees | (229.99) |
| 03 | AP | 0000034313 | 03/21/2018 | HMTZB-CHK | -00 AmeriPride | (987.04) |
| 05 | AP | 0000045690 | 04/20/2018 | HMTZB-CHK | -00 AmeriPride | (2,846.03) |
| 03 | AP | 0000030547 | 03/12/2018 | HMTZB-CHK | -00 AmmoSeek LLC | (2,000.00) |
| 03 | AP | 0000030547 | 03/12/2018 | HMTZB-CHK | -00 Anatek Labs, Inc | (1,920.00) |
| 06 | AP | 0000053837 | 06/01/2018 | HMTZB-CHK | -00 Anatek Labs, Inc | (764.00) |
| 03 | AP | 0000030547 | 03/12/2018 | HMTZB-CHK | -00 Applied Industrial Tech, Inc | (1,570.28) |
| 03 | AP | 0000035950 | 03/26/2018 | HMTZB-CHK | -00 Armscor Cartridge Inc. | (71,696.67) |
| 05 | AP | 0000038885 | 04/03/2018 | HMTZB-CHK | -00 Authorize.net Fees | (1,850.65) |
| 05 | AP | 0000048923 | 05/02/2018 | HMTZB-CHK | -00 Authorize.net Fees | (1,303.85) |
| 06 | AP | 0000054098 | 06/04/2018 | HMTZB-CHK | -00 Authorize.net Fees | (915.75) |
| 03 | AP | 0000033043 | 03/19/2018 | HMTZB-CHK | -00 Avista Utilities-ALL | (2,456.21) |
| 03 | AP | 0000034527 | 03/21/2018 | HMTZB-CHK | -00 Avista Utilities-ALL | (25,556.40) |
| 03 | AP | 0000034788 | 03/22/2018 | HMTZB-CHK | -00 Avista Utilities-ALL | (873.01) |
| 05 | AP | 0000044053 | 04/17/2018 | HMTZB-CHK | -00 Avista Utilities-ALL | (19,881.48) |
| 05 | AP | 0000044598 | 04/18/2018 | HMTZB-CHK | -00 Avista Utilities-ALL | (9,205.31) |
| 05 | AP | 0000051796 | 05/16/2018 | HMTZB-CHK | -00 Avista Utilities-ALL | (1,744.87) |
| 05 | AP | 0000052220 | 05/18/2018 | HMTZB-CHK | -00 Avista Utilities-ALL | (16,835.57) |
| 05 | AP | 0000052222 | 05/18/2018 | HMTZB-CHK | -00 Avista Utilities-ALL | (1,178.62) |
| 05 | AP | 0000052928 | 05/23/2018 | HMTZB-CHK | -00 Avista Utilities-ALL | (9,157.24) |
| 05 | AP | 0000045694 | 04/20/2018 | HMTZB-CHK | -00 Binary Anvil Inc. | (15,000.00) |
| 03 | AP | 0000036412 | 03/27/2018 | HMTZB-CHK | -00 Bitterroot Bolt & Chain Co. | (22.21) |
| 03 | AP | 0000030549 | 03/12/2018 | HMTZB-CHK | -00 Bitterroot Security & Inv. LLC | (10,000.00) |
| 03 | AP | 0000035394 | 03/23/2018 | HMTZB-CHK | -00 Bitterroot Security & Inv. LLC | (10,000.00) |
| 03 | AP | 0000037867 | 03/30/2018 | HMTZB-CHK | -12 Bitterroot Security & Inv. LLC | (10,000.00) |
| 05 | AP | 0000040443 | 04/06/2018 | HMTZB-CHK | -00 Bitterroot Security & Inv. LLC | (10,000.00) |
| 05 | AP | 0000045694 | 04/20/2018 | HMTZB-CHK | -00 Bitterroot Security & Inv. LLC | (10,000.00) |
| 03 | AP | 0000035394 | 03/23/2018 | HMTZB-CHK | -00 Black Hills Shooters Supply | (95,950.00) |
| 03 | AP | 0000030547 | 03/12/2018 | HMTZB-CHK | -00 Blakely Sean | (76.50) |
| 03 | AP | 0000033109 | 03/19/2018 | HMTZB-CHK | -00 Blue Cross of Idaho | (45,287.06) |
| 05 | AP | 0000045688 | 04/20/2018 | HMTZB-CHK | -00 Blue Cross of Idaho | (66,157.13) |
| 05 | AP | 0000052908 | 05/23/2018 | HMTZB-CHK | -00 Blue Cross of Idaho | (61,636.06) |
| 03 | AP | 0000030547 | 03/12/2018 | HMTZB-CHK | -00 Blue Mountain Containers | (596.34) |
| 05 | AP | 0000047233 | 04/25/2018 | HMTZB-CHK | -00 Blue Mountain Containers | (457.02) |
| 03 | AP | 0000030547 | 03/12/2018 | HMTZB-CHK | -00 Blue Ribbon Supply Inc | (203.48) |
| 03 | AP | 0000034313 | 03/21/2018 | HMTZB-CHK | -00 Blue Ribbon Supply Inc | (1,705.76) |

Howell Munitions Technology, Inc.                                        HMT AP Payments 90 days prior to Bankruptcy Filing
Form 207: Statement of Financial Affairs
#3) Payments to creditors within 90 days before filing

| | | | | | | |
|---|---|---|---|---|---|---:|
| 03 | AP | 0000035776 | 03/26/2018 | HMTZB-CHK | -00 Blue Ribbon Supply Inc | (624.66) |
| 06 | AP | 0000053837 | 06/01/2018 | HMTZB-CHK | -00 Blue Ribbon Supply Inc | (1,425.82) |
| 06 | AP | 0000053838 | 06/01/2018 | HMTZB-CHK | -00 Blue Ribbon Supply Inc | (1,506.01) |
| 03 | AP | 0000034313 | 03/21/2018 | HMTZB-CHK | -00 Bosnian Austrian Security Services | (2,000.00) |
| 03 | AP | 0000030547 | 03/12/2018 | HMTZB-CHK | -00 Bryant Control | (369.60) |
| 05 | AP | 0000053137 | 05/24/2018 | HMTZB-CHK | -00 Bureau of Alcohol, Tobacco, Firearms and Explosives | (1,500.00) |
| 03 | AP | 0000034313 | 03/21/2018 | HMTZB-CHK | -00 C.P.M. LABS | (1,637.00) |
| 05 | AP | 0000045694 | 04/20/2018 | HMTZB-CHK | -00 California Sales Tax | (2,734.73) |
| 03 | AP | 0000030547 | 03/12/2018 | HMTZB-CHK | -00 Canon Financial Serivces | (1,593.71) |
| 03 | AP | 0000030547 | 03/12/2018 | HMTZB-CHK | -00 Canon Solutions America | (915.16) |
| 05 | AP | 0000051385 | 05/14/2018 | HMTZB-CHK | -00 Canon Solutions America | (128.80) |
| 03 | AP | 0000030547 | 03/12/2018 | HMTZB-CHK | -00 Catalyst Medical Group | (463.50) |
| 03 | AP | 0000030547 | 03/12/2018 | HMTZB-CHK | -00 CED - Consolidated Electrical Dist, Inc | (1,254.50) |
| 05 | AP | 0000047233 | 04/25/2018 | HMTZB-CHK | -00 Century Link - ALL | (714.00) |
| 05 | AP | 0000052908 | 05/23/2018 | HMTZB-CHK | -00 Century Link - ALL | (322.52) |
| 03 | AP | 0000030547 | 03/12/2018 | HMTZB-CHK | -00 Century Spring Corp | (271.08) |
| 03 | AP | 0000036342 | 03/27/2018 | HMTZB-CHK | -00 Charter Business-31 Stokes | (355.02) |
| 05 | AP | 0000040911 | 04/09/2018 | HMTZB-CHK | -00 Charter Business-31 Stokes | (1,601.00) |
| 05 | AP | 0000047233 | 04/25/2018 | HMTZB-CHK | -00 Charter Business-31 Stokes | (482.96) |
| 05 | AP | 0000049577 | 05/07/2018 | HMTZB-CHK | -00 Charter Business-31 Stokes | (1,601.00) |
| 03 | AP | 0000029510 | 03/08/2018 | HMTZB-CHK | -00 Cirro | (186.60) |
| 05 | AP | 0000039401 | 04/04/2018 | HMTZB-CHK | -00 Cirro | (143.87) |
| 05 | AP | 0000049577 | 05/07/2018 | HMTZB-CHK | -00 Cirro | (157.22) |
| 06 | AP | 0000054098 | 06/04/2018 | HMTZB-CHK | -00 Cirro | (132.49) |
| 03 | AP | 0000036412 | 03/27/2018 | HMTZB-CHK | -00 City of Jersey Viilage | (280.60) |
| 03 | AP | 0000032755 | 03/16/2018 | HMTZB-CHK | -00 City of Lewiston - ALL | (2,858.56) |
| 05 | AP | 0000043756 | 04/16/2018 | HMTZB-CHK | -00 City of Lewiston - ALL | (2,717.28) |
| 05 | AP | 0000051569 | 05/15/2018 | HMTZB-CHK | -MI City of Lewiston - ALL | (2,869.47) |
| 03 | AP | 0000030547 | 03/12/2018 | HMTZB-CHK | -00 Clean Harbors Env. Services Inc | (9,186.87) |
| 05 | AP | 0000052908 | 05/23/2018 | HMTZB-CHK | -00 Clean Harbors Env. Services Inc | (27,297.27) |
| 06 | AP | 0000054219 | 06/05/2018 | HMTZB-CHK | -00 Clean Harbors Env. Services Inc | (32,951.40) |
| 05 | AP | 0000050849 | 05/10/2018 | HMTZB-CHK | -00 CNA Surety Direct Bill | (167.35) |
| 03 | AP | 0000034313 | 03/21/2018 | HMTZB-CHK | -00 Collier Electric | (10,000.00) |
| 06 | AP | 0000053837 | 06/01/2018 | HMTZB-CHK | -00 Columbia Electric Supply | (8,026.43) |
| 03 | AP | 0000032756 | 03/16/2018 | HMTZB-CHK | -00 Comcast | (282.26) |
| 03 | AP | 0000035382 | 03/23/2018 | HMTZB-CHK | -00 Comcast | (218.68) |
| 05 | AP | 0000044063 | 04/17/2018 | HMTZB-CHK | -00 Comcast | (282.26) |
| 05 | AP | 0000046454 | 04/24/2018 | HMTZB-CHK | -00 Comcast | (218.13) |
| 05 | AP | 0000051569 | 05/15/2018 | HMTZB-CHK | -00 Comcast | (282.15) |
| 05 | AP | 0000053057 | 05/24/2018 | HMTZB-CHK | -00 Comcast | (218.13) |

Howell Munitions Technology, Inc.                                          HMT AP Payments 90 days prior to Bankruptcy Filing
Form 207: Statement of Financial Affairs
#3) Payments to creditors within 90 days before filing

| | | | | | | |
|---|---|---|---|---|---|---|
| 03 | AP | 0000038110 | 03/30/2018 | HMTZB-CHK | -00 Components Exchange | (158,764.53) |
| 05 | AP | 0000045713 | 04/20/2018 | HMTZB-CHK | -00 Components Exchange | (54,986.94) |
| 06 | AP | 0000053742 | 06/01/2018 | HMTZB-CHK | -00 CompuNet, Inc. | (750.00) |
| 03 | AP | 0000030547 | 03/12/2018 | HMTZB-CHK | -00 Comstock Propane Inc | (107.56) |
| 05 | AP | 0000040843 | 04/09/2018 | HMTZB-CHK | -00 Creason, Moore, Dokken & Geidl | (10,000.00) |
| 03 | AP | 0000031748 | 03/14/2018 | HMTZB-CHK | -00 Crow Shooting Supply | (74,089.99) |
| 03 | AP | 0000037867 | 03/30/2018 | HMTZB-CHK | -00 Crow Shooting Supply | (145,324.31) |
| 03 | AP | 0000030547 | 03/12/2018 | HMTZB-CHK | -00 DaJo Trucking, Inc. | (10,000.00) |
| 05 | AP | 0000041491 | 04/10/2018 | HMTZB-CHK | -00 DaJo Trucking, Inc. | (3,293.74) |
| 05 | AP | 0000046482 | 04/24/2018 | HMTZB-CHK | -00 DaJo Trucking, Inc. | (5,136.17) |
| 05 | AP | 0000048380 | 04/27/2018 | HMTZB-CHK | -00 DaJo Trucking, Inc. | (3,500.00) |
| 05 | AP | 0000050609 | 05/10/2018 | HMTZB-CHK | -00 DaJo Trucking, Inc. | (6,946.61) |
| 05 | AP | 0000052908 | 05/23/2018 | HMTZB-CHK | -00 Danglers Inc. | (1,302.00) |
| 03 | AP | 0000033155 | 03/19/2018 | HMTZB-CHK | -00 David Howell | (27,000.00) |
| 05 | AP | 0000039672 | 04/04/2018 | HMTZB-CHK | -00 David Howell | (35,000.00) |
| 05 | AP | 0000043181 | 04/13/2018 | HMTZB-CHK | -00 David Howell | (35,000.00) |
| 05 | AP | 0000052496 | 05/21/2018 | HMTZB-CHK | -00 David Howell | (34,800.00) |
| 05 | AP | 0000053581 | 05/31/2018 | HMTZB-CHK | -00 David Howell | (8,000.00) |
| 06 | AP | 0000053969 | 06/04/2018 | HMTZB-CHK | -00 David Howell | (28,800.00) |
| 03 | AP | 0000034313 | 03/21/2018 | HMTZB-CHK | -00 Debarment Solutions Institute, LLC | (4,631.25) |
| 03 | AP | 0000030547 | 03/12/2018 | HMTZB-CHK | -00 Deductible Recovery Group | (4,779.60) |
| 03 | AP | 0000030547 | 03/12/2018 | HMTZB-CHK | -00 Discovery Benefits | (174.30) |
| 03 | AP | 0000030547 | 03/12/2018 | HMTZB-CHK | -00 Dodson, Matthew | (270.00) |
| 03 | AP | 0000030547 | 03/12/2018 | HMTZB-CHK | -00 Douglas Garage Door Service | (185.00) |
| 03 | AP | 0000035776 | 03/26/2018 | HMTZB-CHK | -00 Estes Express Line | (1,160.76) |
| 05 | AP | 0000049176 | 05/03/2018 | HMTZB-CHK | -00 Estes Express Line | (6,203.87) |
| 03 | AP | 0000030547 | 03/12/2018 | HMTZB-CHK | -00 Fastenal NVCAR0796 | (215.97) |
| 03 | AP | 0000035776 | 03/26/2018 | HMTZB-CHK | -00 Fastenal NVCAR0796 | (288.03) |
| 03 | AP | 0000034313 | 03/21/2018 | HMTZB-CHK | -00 Fastenal WACOV2418 | (851.63) |
| 06 | AP | 0000053837 | 06/01/2018 | HMTZB-CHK | -00 Fisher Systems | (534.24) |
| 03 | AP | 0000034313 | 03/21/2018 | HMTZB-CHK | -00 Fort Worth Engineering | (11,106.50) |
| 05 | AP | 0000049176 | 05/03/2018 | HMTZB-CHK | -00 Fort Worth Engineering | (11,443.50) |
| 03 | AP | 0000030547 | 03/12/2018 | HMTZB-CHK | -00 Foust, Seth | (97.09) |
| 05 | AP | 0000051180 | 05/11/2018 | HMTZB-CHK | -00 Foust, Seth | (80.35) |
| 03 | AP | 0000035776 | 03/26/2018 | HMTZB-CHK | -00 Frasier Transport Inc. | (1,750.00) |
| 03 | AP | 0000034313 | 03/21/2018 | HMTZB-CHK | -00 Freight Quote.com | (3,005.68) |
| 05 | AP | 0000049176 | 05/03/2018 | HMTZB-CHK | -00 Freight Quote.com | (1,688.52) |
| 05 | AP | 0000051180 | 05/11/2018 | HMTZB-CHK | -00 Goffinet, Tammy | (328.40) |
| 03 | AP | 0000035776 | 03/26/2018 | HMTZB-CHK | -00 Goldenwest Lubricants | (1,582.64) |
| 05 | AP | 0000052221 | 05/18/2018 | HMTZB-CHK | -00 Gordon NW Village, LP | (10,953.56) |

Howell Munitions Technology, Inc.                                    HMT AP Payments 90 days prior to Bankruptcy Filing
Form 207: Statement of Financial Affairs
#3) Payments to creditors within 90 days before filing

| | | | | | | |
|---|---|---|---|---|---|---|
| 03 | AP | 0000030547 | 03/12/2018 | HMTZB-CHK | -00 Grainger | (30.95) |
| 05 | AP | 0000052908 | 05/23/2018 | HMTZB-CHK | -00 Grainger | (3,458.19) |
| 05 | AP | 0000049402 | 05/04/2018 | HMTZB-CHK | -00 Greif | (8,478.00) |
| 05 | AP | 0000049410 | 05/04/2018 | HMTZB-CHK | -00 Greif | (567.00) |
| 03 | AP | 0000032833 | 03/16/2018 | HMTZB-CHK | -00 Hal Hedrick | (5,000.00) |
| 03 | AP | 0000036412 | 03/27/2018 | HMTZB-CHK | -00 Hal Hedrick | (5,000.00) |
| 04 | AP | 0000038401 | 04/02/2018 | HMTZB-CHK | -00 Hal Hedrick | (7,500.00) |
| 05 | AP | 0000052908 | 05/23/2018 | HMTZB-CHK | -00 Hayes, Chris | (689.63) |
| 06 | AP | 0000053837 | 06/01/2018 | HMTZB-CHK | -00 Hayes, Chris | (1,870.33) |
| 03 | AP | 0000030547 | 03/12/2018 | HMTZB-CHK | -00 Hays Daniel | (391.14) |
| 03 | AP | 0000030547 | 03/12/2018 | HMTZB-CHK | -00 High Sierra Business Systems | (154.94) |
| 03 | AP | 0000030547 | 03/12/2018 | HMTZB-CHK | -00 Ho Edward | (15.66) |
| 05 | AP | 0000049176 | 05/03/2018 | HMTZB-CHK | -00 Huber Action Freight | (37.00) |
| 03 | AP | 0000033598 | 03/20/2018 | HMTZB-CHK | -00 Idaho State Tax Commission | (1,348.32) |
| 05 | AP | 0000045694 | 04/20/2018 | HMTZB-CHK | -00 Idaho State Tax Commission | (1,949.45) |
| 05 | AP | 0000052930 | 05/23/2018 | HMTZB-CHK | -00 Idaho State Tax Commission | (12,667.75) |
| 03 | AP | 0000030547 | 03/12/2018 | HMTZB-CHK | -00 iHeartMedia | (9,329.13) |
| 03 | AP | 0000034293 | 03/21/2018 | HMTZB-CHK | -92 IMC-Metals America, LLC | (40,728.60) |
| 03 | AP | 0000036388 | 03/27/2018 | HMTZB-CHK | -90 IMC-Metals America, LLC | (81,675.00) |
| 04 | AP | 0000048116 | 04/26/2018 | HMTZB-CHK | -92 IMC-Metals America, LLC | (40,728.60) |
| 03 | AP | 0000034313 | 03/21/2018 | HMTZB-CHK | -00 Instructure Inc | (3,249.25) |
| 06 | AP | 0000054098 | 06/04/2018 | HMTZB-CHK | -00 Intuit | (9.95) |
| 03 | AP | 0000029606 | 03/08/2018 | HMTZB-CHK | -00 Intuit Fees | (120.97) |
| 03 | AP | 0000030204 | 03/09/2018 | HMTZB-CHK | -00 Intuit Fees | (41.25) |
| 03 | AP | 0000030460 | 03/12/2018 | HMTZB-CHK | -00 Intuit Fees | (144.29) |
| 03 | AP | 0000031057 | 03/13/2018 | HMTZB-CHK | -00 Intuit Fees | (166.70) |
| 03 | AP | 0000032254 | 03/15/2018 | HMTZB-CHK | -00 Intuit Fees | (120.04) |
| 03 | AP | 0000032778 | 03/16/2018 | HMTZB-CHK | -00 Intuit Fees | (51.72) |
| 03 | AP | 0000033098 | 03/19/2018 | HMTZB-CHK | -00 Intuit Fees | (198.05) |
| 03 | AP | 0000033603 | 03/20/2018 | HMTZB-CHK | -00 Intuit Fees | (252.62) |
| 03 | AP | 0000034802 | 03/22/2018 | HMTZB-CHK | -00 Intuit Fees | (46.38) |
| 03 | AP | 0000035313 | 03/23/2018 | HMTZB-CHK | -00 Intuit Fees | (66.91) |
| 03 | AP | 0000035852 | 03/26/2018 | HMTZB-CHK | -00 Intuit Fees | (111.15) |
| 03 | AP | 0000036370 | 03/27/2018 | HMTZB-CHK | -00 Intuit Fees | (205.24) |
| 03 | AP | 0000036992 | 03/28/2018 | HMTZB-CHK | -00 Intuit Fees | (0.20) |
| 03 | AP | 0000037443 | 03/29/2018 | HMTZB-CHK | -00 Intuit Fees | (52.97) |
| 03 | AP | 0000038056 | 03/30/2018 | HMTZB-CHK | -00 Intuit Fees | (64.39) |
| 04 | AP | 0000038420 | 04/02/2018 | HMTZB-CHK | -00 Intuit Fees | (181.70) |
| 05 | AP | 0000038885 | 04/03/2018 | HMTZB-CHK | -00 Intuit Fees | (358.45) |
| 05 | AP | 0000040436 | 04/06/2018 | HMTZB-CHK | -00 Intuit Fees | (68.55) |

Howell Munitions Technology, Inc.
Form 207: Statement of Financial Affairs
#3) Payments to creditors within 90 days before filing

HMT AP Payments 90 days prior to Bankruptcy Filing

| | | | | | |
|---|---|---|---|---|---:|
| 05 | AP | 0000040546 | 04/06/2018 | HMTZB-CHK | -00 Intuit Fees | (17.86) |
| 05 | AP | 0000040853 | 04/09/2018 | HMTZB-CHK | -00 Intuit Fees | (166.47) |
| 05 | AP | 0000041387 | 04/10/2018 | HMTZB-CHK | -00 Intuit Fees | (252.56) |
| 05 | AP | 0000042014 | 04/11/2018 | HMTZB-CHK | -00 Intuit Fees | (57.19) |
| 05 | AP | 0000042632 | 04/12/2018 | HMTZB-CHK | -00 Intuit Fees | (52.59) |
| 05 | AP | 0000043159 | 04/13/2018 | HMTZB-CHK | -00 Intuit Fees | (49.68) |
| 05 | AP | 0000044062 | 04/17/2018 | HMTZB-CHK | -00 Intuit Fees | (95.62) |
| 05 | AP | 0000044090 | 04/17/2018 | HMTZB-CHK | -00 Intuit Fees | (183.56) |
| 05 | AP | 0000045290 | 04/19/2018 | HMTZB-CHK | -00 Intuit Fees | (45.21) |
| 05 | AP | 0000045693 | 04/20/2018 | HMTZB-CHK | -00 Intuit Fees | (71.54) |
| 05 | AP | 0000045913 | 04/23/2018 | HMTZB-CHK | -00 Intuit Fees | (195.44) |
| 05 | AP | 0000046490 | 04/24/2018 | HMTZB-CHK | -00 Intuit Fees | (199.21) |
| 05 | AP | 0000048061 | 04/26/2018 | HMTZB-CHK | -00 Intuit Fees | (40.00) |
| 05 | AP | 0000048445 | 04/27/2018 | HMTZB-CHK | -00 Intuit Fees | (45.83) |
| 05 | AP | 0000048510 | 04/30/2018 | HMTZB-CHK | -00 Intuit Fees | (118.96) |
| 05 | AP | 0000048796 | 05/01/2018 | HMTZB-CHK | -00 Intuit Fees | (240.61) |
| 05 | AP | 0000048923 | 05/02/2018 | HMTZB-CHK | -00 Intuit Fees | (33.40) |
| 05 | AP | 0000049143 | 05/03/2018 | HMTZB-CHK | -00 Intuit Fees | (118.30) |
| 05 | AP | 0000049346 | 05/04/2018 | HMTZB-CHK | -00 Intuit Fees | (194.76) |
| 05 | AP | 0000049528 | 05/07/2018 | HMTZB-CHK | -00 Intuit Fees | (71.73) |
| 05 | AP | 0000049693 | 05/08/2018 | HMTZB-CHK | -00 Intuit Fees | (139.72) |
| 05 | AP | 0000050598 | 05/10/2018 | HMTZB-CHK | -00 Intuit Fees | (42.58) |
| 05 | AP | 0000051147 | 05/11/2018 | HMTZB-CHK | -00 Intuit Fees | (40.71) |
| 05 | AP | 0000051499 | 05/15/2018 | HMTZB-CHK | -00 Intuit Fees | (111.60) |
| 05 | AP | 0000051505 | 05/15/2018 | HMTZB-CHK | -00 Intuit Fees | (101.18) |
| 03 | AP | 0000033053 | 03/19/2018 | HMTZB-CHK | -00 IPFS Corporation | (75,541.22) |
| 05 | AP | 0000039399 | 04/04/2018 | HMTZB-CHK | -00 IPFS Corporation | (71,944.02) |
| 05 | AP | 0000052812 | 05/23/2018 | HMTZB-CHK | -00 IPFS Corporation | (75,541.22) |
| 06 | AP | 0000056394 | 06/22/2018 | HMTZB-CHK | -00 IPFS Corporation | (75,566.22) |
| 03 | AP | 0000030547 | 03/12/2018 | HMTZB-CHK | -00 Kolenda Robert | (148.32) |
| 03 | AP | 0000034313 | 03/21/2018 | HMTZB-CHK | -00 Laird Plastics | (697.95) |
| 03 | AP | 0000030547 | 03/12/2018 | HMTZB-CHK | -00 Lewis Clark Recylers | (498.50) |
| 05 | AP | 0000047233 | 04/25/2018 | HMTZB-CHK | -00 Lewis Clark Recylers | (1,913.00) |
| 03 | AP | 0000034313 | 03/21/2018 | HMTZB-CHK | -00 Lewis-Clark State College | (1,200.00) |
| 03 | AP | 0000031617 | 03/14/2018 | HMTZB-CHK | -00 Liberty Mutual Insurance | (1,573.24) |
| 05 | AP | 0000042433 | 04/12/2018 | HMTZB-CHK | -00 Liberty Mutual Insurance | (1,573.20) |
| 05 | AP | 0000051555 | 05/15/2018 | HMTZB-CHK | -00 Liberty Mutual Insurance | (1,464.20) |
| 03 | AP | 0000030547 | 03/12/2018 | HMTZB-CHK | -00 LifeMap Assurance Company | (15,410.25) |
| 05 | AP | 0000046557 | 04/24/2018 | HMTZB-CHK | -00 LifeMap Assurance Company | (5,041.71) |
| 05 | AP | 0000052908 | 05/23/2018 | HMTZB-CHK | -00 LifeMap Assurance Company | (5,024.88) |

Howell Munitions Technology, Inc.
Form 207: Statement of Financial Affairs
#3) Payments to creditors within 90 days before filing

HMT AP Payments 90 days prior to Bankruptcy Filing

| | | | | | |
|---|---|---|---|---|---|
| 05 | AP | 0000051180 05/11/2018 HMTZB-CHK | -00 Linares, Jeremy | (2,848.92) |
| 03 | AP | 0000030547 03/12/2018 HMTZB-CHK | -00 Listrak | (19,472.40) |
| 03 | AP | 0000036412 03/27/2018 HMTZB-CHK | -00 Listrak | (20,055.50) |
| 05 | AP | 0000053411 05/30/2018 HMTZB-CHK | -00 Listrak | (35,147.50) |
| 03 | AP | 0000030547 03/12/2018 HMTZB-CHK | -00 London, Patrick | (1,274.68) |
| 03 | AP | 0000034313 03/21/2018 HMTZB-CHK | -00 Loomis | (831.79) |
| 03 | AP | 0000029494 03/08/2018 HMTZB-CHK | -00 Luvata Appleton, LLC. | (156,043.96) |
| 03 | AP | 0000034313 03/21/2018 HMTZB-CHK | -00 Luvata Appleton, LLC. | (151,917.05) |
| 05 | AP | 0000040433 04/06/2018 HMTZB-CHK | -00 Luvata Appleton, LLC. | (147,432.28) |
| 05 | AP | 0000045291 04/19/2018 HMTZB-CHK | -00 Luvata Appleton, LLC. | (151,836.70) |
| 05 | AP | 0000052218 05/18/2018 HMTZB-CHK | -00 Luvata Appleton, LLC. | (153,069.88) |
| 05 | AP | 0000047233 04/25/2018 HMTZB-CHK | -00 Lyon Cnty Treasurer | (97.18) |
| 05 | AP | 0000047233 04/25/2018 HMTZB-CHK | -00 Lyon Cnty Utilities - ALL | (76.21) |
| 06 | AP | 0000053837 06/01/2018 HMTZB-CHK | -00 Lyon Cnty Utilities - ALL | (192.53) |
| 03 | AP | 0000035776 03/26/2018 HMTZB-CHK | -00 McMaster-Carr Supply Co | (1,326.25) |
| 03 | AP | 0000029496 03/08/2018 HMTZB-CHK | -00 Midwest Engineering Deep Draw Services | (20,000.00) |
| 05 | AP | 0000053086 05/24/2018 HMTZB-CHK | -00 Midwest Engineering Deep Draw Services | (3,697.04) |
| 03 | AP | 0000034313 03/21/2018 HMTZB-CHK | -00 Moss Adams LLP | (25,000.00) |
| 03 | AP | 0000035776 03/26/2018 HMTZB-CHK | -00 Motion Industries, Inc | (1,572.70) |
| 03 | AP | 0000033635 03/20/2018 HMTZB-CHK | -00 Mundell, Val | (30,000.00) |
| 05 | AP | 0000044246 04/17/2018 HMTZB-CHK | -00 Mytota, Inc. | (6,350.00) |
| 05 | AP | 0000052908 05/23/2018 HMTZB-CHK | -00 Mytota, Inc. | (2,000.00) |
| 05 | AP | 0000038886 04/03/2018 HMTZB-CHK | -00 National Machinery, LLC | (7,800.00) |
| 05 | AP | 0000050851 05/10/2018 HMTZB-CHK | -00 NDEP-BWPC Stormwater Coordinator 3173 | (200.00) |
| 03 | AP | 0000030209 03/09/2018 HMTZB-CHK | -00 Nelson, Eric Contractor | (1,615.38) |
| 03 | AP | 0000034313 03/21/2018 HMTZB-CHK | -00 Nelson, Eric Contractor | (1,615.38) |
| 03 | AP | 0000036412 03/27/2018 HMTZB-CHK | -00 Nelson, Eric Contractor | (1,615.38) |
| 05 | AP | 0000043164 04/13/2018 HMTZB-CHK | -00 Nelson, Eric Contractor | (1,615.38) |
| 05 | AP | 0000048464 04/27/2018 HMTZB-CHK | -00 Nelson, Eric Contractor | (1,615.38) |
| 05 | AP | 0000051180 05/11/2018 HMTZB-CHK | -00 Nelson, Eric Contractor | (1,615.38) |
| 05 | AP | 0000052908 05/23/2018 HMTZB-CHK | -00 Nelson, Eric Contractor | (1,615.38) |
| 03 | AP | 0000037867 03/30/2018 HMTZB-CHK | -08 NET Global | (49,107.24) |
| 03 | AP | 0000033598 03/20/2018 HMTZB-CHK | -00 Nevada Department of Taxation | (599.20) |
| 04 | AP | 0000045748 04/20/2018 HMTZB-CHK | -40 Nevada Department of Taxation | (1,318.26) |
| 05 | AP | 0000045694 04/20/2018 HMTZB-CHK | -00 Nevada Department of Taxation | (706.52) |
| 05 | AP | 0000052930 05/23/2018 HMTZB-CHK | -00 Nevada Department of Taxation | (499.38) |
| 06 | AP | 0000053837 06/01/2018 HMTZB-CHK | -00 Nevada Employment Security Division | (5.00) |
| 06 | AP | 0000053864 06/01/2018 HMTZB-CHK | -00 Nevada Occupational Health Center | (1,169.88) |
| 05 | AP | 0000053206 05/25/2018 HMTZB-CHK | -00 Norris, Brian | (158.76) |
| 03 | AP | 0000034313 03/21/2018 HMTZB-CHK | -00 Novation, Inc. | (240.00) |

Howell Munitions Technology, Inc.                                    HMT AP Payments 90 days prior to Bankruptcy Filing
Form 207: Statement of Financial Affairs
#3) Payments to creditors within 90 days before filing

| | | | | | | |
|---|---|---|---|---|---|---|
| 05 | AP | 0000042712 | 04/12/2018 | HMTZB-CHK | -00 NSSF | (12,375.00) |
| 03 | AP | 0000031617 | 03/14/2018 | HMTZB-CHK | -00 NV Energy - ALL | (7,723.62) |
| 03 | AP | 0000036343 | 03/27/2018 | HMTZB-CHK | -00 NV Energy - ALL | (18.48) |
| 03 | AP | 0000039283 | 04/04/2018 | HMTZB-CHK | -00 NV Energy - ALL | (23.36) |
| 05 | AP | 0000042433 | 04/12/2018 | HMTZB-CHK | -00 NV Energy - ALL | (1,718.74) |
| 05 | AP | 0000043521 | 04/16/2018 | HMTZB-CHK | -00 NV Energy - ALL | (6,901.41) |
| 05 | AP | 0000051555 | 05/15/2018 | HMTZB-CHK | -00 NV Energy - ALL | (1,077.35) |
| 05 | AP | 0000051570 | 05/15/2018 | HMTZB-CHK | -00 NV Energy - ALL | (292.87) |
| 05 | AP | 0000052056 | 05/17/2018 | HMTZB-CHK | -00 NV Energy - ALL | (7,035.30) |
| 03 | AP | 0000030547 | 03/12/2018 | HMTZB-CHK | -00 Oak Harbor Freight | (5,744.62) |
| 03 | AP | 0000030548 | 03/12/2018 | HMTZB-CHK | -00 Oak Harbor Freight | (1,778.77) |
| 03 | AP | 0000035776 | 03/26/2018 | HMTZB-CHK | -00 Oak Harbor Freight | (4,429.47) |
| 05 | AP | 0000048446 | 04/27/2018 | HMTZB-CHK | -00 Oak Harbor Freight | (6,297.48) |
| 05 | AP | 0000048447 | 04/27/2018 | HMTZB-CHK | -00 Oak Harbor Freight | (2,869.90) |
| 05 | AP | 0000048448 | 04/27/2018 | HMTZB-CHK | -00 Oak Harbor Freight | (4,096.80) |
| 05 | AP | 0000048449 | 04/27/2018 | HMTZB-CHK | -00 Oak Harbor Freight | (161.93) |
| 03 | AP | 0000030547 | 03/12/2018 | HMTZB-CHK | -00 Old Dominion Freight Lines | (18,658.68) |
| 03 | AP | 0000030548 | 03/12/2018 | HMTZB-CHK | -00 Old Dominion Freight Lines | (4,075.67) |
| 03 | AP | 0000035776 | 03/26/2018 | HMTZB-CHK | -00 Old Dominion Freight Lines | (5,166.07) |
| 05 | AP | 0000048446 | 04/27/2018 | HMTZB-CHK | -00 Old Dominion Freight Lines | (18,614.84) |
| 05 | AP | 0000048447 | 04/27/2018 | HMTZB-CHK | -00 Old Dominion Freight Lines | (10,980.24) |
| 03 | AP | 0000029494 | 03/08/2018 | HMTZB-CHK | -00 P Kay Metal, Inc | (54,174.10) |
| 03 | AP | 0000030452 | 03/12/2018 | HMTZB-CHK | -00 P Kay Metal, Inc | (54,076.10) |
| 03 | AP | 0000032129 | 03/15/2018 | HMTZB-CHK | -00 P Kay Metal, Inc | (61,248.20) |
| 03 | AP | 0000032425 | 03/15/2018 | HMTZB-CHK | -00 P Kay Metal, Inc | (59,621.90) |
| 03 | AP | 0000033604 | 03/20/2018 | HMTZB-CHK | -00 P Kay Metal, Inc | (113,534.20) |
| 03 | AP | 0000034293 | 03/21/2018 | HMTZB-CHK | -85 P Kay Metal, Inc | (55,998.80) |
| 03 | AP | 0000036352 | 03/27/2018 | HMTZB-CHK | -00 P Kay Metal, Inc | (59,291.70) |
| 03 | AP | 0000037309 | 03/29/2018 | HMTZB-CHK | -00 P Kay Metal, Inc | (59,077.20) |
| 05 | AP | 0000038260 | 04/02/2018 | HMTZB-CHK | -00 P Kay Metal, Inc | (119,514.20) |
| 05 | AP | 0000040130 | 04/05/2018 | HMTZB-CHK | -00 P Kay Metal, Inc | (59,511.40) |
| 05 | AP | 0000040824 | 04/09/2018 | HMTZB-CHK | -00 P Kay Metal, Inc | (57,365.10) |
| 05 | AP | 0000040833 | 04/09/2018 | HMTZB-CHK | -00 P Kay Metal, Inc | (115,489.40) |
| 05 | AP | 0000042405 | 04/12/2018 | HMTZB-CHK | -00 P Kay Metal, Inc | (30,000.00) |
| 05 | AP | 0000043543 | 04/16/2018 | HMTZB-CHK | -00 P Kay Metal, Inc | (200,033.70) |
| 05 | AP | 0000048497 | 04/30/2018 | HMTZB-CHK | -00 P Kay Metal, Inc | (241,185.10) |
| 05 | AP | 0000050891 | 05/10/2018 | HMTZB-CHK | -00 P Kay Metal, Inc | (60,473.40) |
| 05 | AP | 0000051597 | 05/15/2018 | HMTZB-CHK | -00 P Kay Metal, Inc | (171,862.60) |
| 06 | AP | 0000056395 | 06/22/2018 | HMTZB-CHK | -95 P Kay Metal, Inc | (72,633.00) |
| 03 | AP | 0000035776 | 03/26/2018 | HMTZB-CHK | -00 Pacific Steel & Recycling | (262.00) |

Howell Munitions Technology, Inc.
Form 207: Statement of Financial Affairs
#3) Payments to creditors within 90 days before filing

HMT AP Payments 90 days prior to Bankruptcy Filing

| | | | | | | |
|---|---|---|---|---|---|---|
| 06 | AP | 0000053837 | 06/01/2018 | HMTZB-CHK | -00 Pacific Steel & Recycling | (2,441.50) |
| 06 | AP | 0000053837 | 06/01/2018 | HMTZB-CHK | -00 Packaging Corporation of America | (1,050.00) |
| 03 | AP | 0000030547 | 03/12/2018 | HMTZB-CHK | -00 Pape Material Handling H40FT | (128.25) |
| 03 | AP | 0000030547 | 03/12/2018 | HMTZB-CHK | -00 Parker Matthew | (1,311.78) |
| 03 | AP | 0000030547 | 03/12/2018 | HMTZB-CHK | -00 Pitney Bowes | (260.42) |
| 03 | AP | 0000030547 | 03/12/2018 | HMTZB-CHK | -00 Poldervart, Kyle | (1,018.80) |
| 03 | AP | 0000034313 | 03/21/2018 | HMTZB-CHK | -00 Precision Punch Corporation | (298.16) |
| 03 | AP | 0000035776 | 03/26/2018 | HMTZB-CHK | -00 Precision Punch Corporation | (5,990.33) |
| 05 | AP | 0000049176 | 05/03/2018 | HMTZB-CHK | -00 Richard James & Associates Inc | (600.00) |
| 03 | AP | 0000035776 | 03/26/2018 | HMTZB-CHK | -00 Rodeo Internet Services | (396.00) |
| 03 | AP | 0000030547 | 03/12/2018 | HMTZB-CHK | -00 S & A Wood Specialties | (2,033.00) |
| 03 | AP | 0000030547 | 03/12/2018 | HMTZB-CHK | -00 Sager William | (43.50) |
| 03 | AP | 0000036412 | 03/27/2018 | HMTZB-CHK | -00 SAIA MOTOR FREIGHT LINE | (375.62) |
| 03 | AP | 0000030547 | 03/12/2018 | HMTZB-CHK | -00 Sewert Dave | (119.90) |
| 03 | AP | 0000030547 | 03/12/2018 | HMTZB-CHK | -00 Shumaker, Loop & Kendrick | (2,179.18) |
| 03 | AP | 0000035776 | 03/26/2018 | HMTZB-CHK | -00 Shumaker, Loop & Kendrick | (3,435.87) |
| 05 | AP | 0000039067 | 04/03/2018 | HMTZB-CHK | -93 Sierra Bullets, LLC | (14,297.50) |
| 05 | AP | 0000048822 | 05/01/2018 | HMTZB-CHK | -00 Silver State Bullets, LLC | (2,650.00) |
| 03 | AP | 0000030547 | 03/12/2018 | HMTZB-CHK | -00 Sonderen Packaging | (8,487.00) |
| 03 | AP | 0000030547 | 03/12/2018 | HMTZB-CHK | -00 Southwest Gas - All | (5,680.15) |
| 05 | AP | 0000050302 | 05/09/2018 | HMTZB-CHK | -00 Southwest Gas - All | (6,590.24) |
| 05 | AP | 0000050303 | 05/09/2018 | HMTZB-CHK | -00 Southwest Gas - All | (597.46) |
| 03 | AP | 0000030547 | 03/12/2018 | HMTZB-CHK | -00 Spokane Packaging | (3,852.75) |
| 05 | AP | 0000053081 | 05/24/2018 | HMTZB-CHK | -00 Spooner, Richard | (725.00) |
| 05 | AP | 0000049176 | 05/03/2018 | HMTZB-CHK | -00 SPS Commerce, Inc. | (774.00) |
| 03 | AP | 0000034313 | 03/21/2018 | HMTZB-CHK | -00 St. Marks Powder | (50,000.00) |
| 03 | AP | 0000030547 | 03/12/2018 | HMTZB-CHK | -00 Staples Business Advantage | (327.69) |
| 03 | AP | 0000034313 | 03/21/2018 | HMTZB-CHK | -00 Steele Components and Ammo, LLC | (31,632.00) |
| 03 | AP | 0000036387 | 03/27/2018 | HMTZB-CHK | -00 Steele Components and Ammo, LLC | (15,854.44) |
| 03 | AP | 0000030547 | 03/12/2018 | HMTZB-CHK | -00 Stonebraker McQuary Insurance | (2,000.00) |
| 03 | AP | 0000036412 | 03/27/2018 | HMTZB-CHK | -00 Stonebraker McQuary Insurance | (113.00) |
| 05 | AP | 0000051180 | 05/11/2018 | HMTZB-CHK | -00 Sullivan, John | (66.96) |
| 05 | AP | 0000053072 | 05/24/2018 | HMTZB-CHK | -00 Sussman Shank LLP | (7,337.45) |
| 06 | AP | 0000053750 | 06/01/2018 | HMTZB-CHK | -06 Sussman Shank LLP | (11,835.41) |
| 05 | AP | 0000045696 | 04/20/2018 | HMTZB-CHK | -00 Syspro | (150.00) |
| 05 | AP | 0000052908 | 05/23/2018 | HMTZB-CHK | -00 Syspro | (100.00) |
| 03 | AP | 0000029499 | 03/08/2018 | HMTZB-CHK | -00 TechPlate, Inc | (1,499.00) |
| 03 | AP | 0000033624 | 03/20/2018 | HMTZB-CHK | -32 Texas Comptroller of Public Accounts | (7,648.00) |
| 03 | AP | 0000034527 | 03/21/2018 | HMTZB-CHK | -00 Texas Comptroller of Public Accounts | (18,524.03) |
| 05 | AP | 0000044748 | 04/18/2018 | HMTZB-CHK | -00 Texas Comptroller of Public Accounts | (24,128.90) |

Howell Munitions Technology, Inc.
Form 207: Statement of Financial Affairs
#3) Payments to creditors within 90 days before filing

HMT AP Payments 90 days prior to Bankruptcy Filing

| | | | | | | |
|---|---|---|---|---|---|---|
| 05 | AP | 0000051381 | 05/14/2018 | HMTZB-CHK | -00 Texas Comptroller of Public Accounts | (4,550.00) |
| 05 | AP | 0000053182 | 05/25/2018 | HMTZB-CHK | -00 Texas Comptroller of Public Accounts | (14,633.36) |
| 03 | AP | 0000029499 | 03/08/2018 | HMTZB-CHK | -00 Thermal Modification Tech. | (330.00) |
| 03 | AP | 0000031064 | 03/13/2018 | HMTZB-CHK | -00 Thermal Modification Tech. | (350.00) |
| 03 | AP | 0000037369 | 03/29/2018 | HMTZB-CHK | -00 Thermal Modification Tech. | (165.00) |
| 04 | AP | 0000044656 | 04/18/2018 | HMTZB-CHK | -00 Thermal Modification Tech. | (350.00) |
| 05 | AP | 0000052061 | 05/17/2018 | HMTZB-CHK | -00 Thermal Modification Tech. | (700.00) |
| 03 | AP | 0000030547 | 03/12/2018 | HMTZB-CHK | -00 TLR | (3,764.42) |
| 05 | AP | 0000048446 | 04/27/2018 | HMTZB-CHK | -00 TLR | (1,270.00) |
| 06 | AP | 0000053837 | 06/01/2018 | HMTZB-CHK | -00 TLR | (100.00) |
| 05 | AP | 0000045688 | 04/20/2018 | HMTZB-CHK | -00 Travelers | (4,803.00) |
| 05 | AP | 0000052908 | 05/23/2018 | HMTZB-CHK | -00 Tri-Tec Communications, Inc | (96.00) |
| 05 | AP | 0000048446 | 04/27/2018 | HMTZB-CHK | -00 Trojan Lithograph | (14,055.00) |
| 03 | AP | 0000033050 | 03/19/2018 | HMTZB-CHK | -00 TXU Energy | (545.63) |
| 05 | AP | 0000045584 | 04/20/2018 | HMTZB-CHK | -00 TXU Energy | (493.82) |
| 05 | AP | 0000052220 | 05/18/2018 | HMTZB-CHK | -00 TXU Energy | (561.24) |
| 03 | AP | 0000034313 | 03/21/2018 | HMTZB-CHK | -00 Uline | (966.72) |
| 03 | AP | 0000035776 | 03/26/2018 | HMTZB-CHK | -00 Uline | (1,642.70) |
| 05 | AP | 0000048446 | 04/27/2018 | HMTZB-CHK | -00 Uline | (1,705.38) |
| 03 | AP | 0000033144 | 03/19/2018 | HMTZB-CHK | -00 UPS | (115,455.15) |
| 03 | AP | 0000033149 | 03/19/2018 | HMTZB-CHK | -00 UPS | (62,068.85) |
| 03 | AP | 0000036412 | 03/27/2018 | HMTZB-CHK | -00 UPS | (62,768.58) |
| 05 | AP | 0000039400 | 04/04/2018 | HMTZB-CHK | -00 UPS | (80,570.43) |
| 05 | AP | 0000041948 | 04/11/2018 | HMTZB-CHK | -00 UPS | (76,508.73) |
| 05 | AP | 0000044598 | 04/18/2018 | HMTZB-CHK | -00 UPS | (57,189.76) |
| 05 | AP | 0000047171 | 04/25/2018 | HMTZB-CHK | -00 UPS | (77,248.00) |
| 05 | AP | 0000048926 | 05/02/2018 | HMTZB-CHK | -00 UPS | (48,857.62) |
| 05 | AP | 0000050117 | 05/09/2018 | HMTZB-CHK | -00 UPS | (65,689.99) |
| 05 | AP | 0000051795 | 05/16/2018 | HMTZB-CHK | -00 UPS | (54,037.89) |
| 05 | AP | 0000052910 | 05/23/2018 | HMTZB-CHK | -00 UPS | (54,161.59) |
| 05 | AP | 0000053412 | 05/30/2018 | HMTZB-CHK | -00 UPS | (42,847.41) |
| 03 | AP | 0000034881 | 03/22/2018 | HMTZB-CHK | -00 US Customs and Border Protection | (100.00) |
| 03 | AP | 0000030547 | 03/12/2018 | HMTZB-CHK | -00 USF Reddaway, Inc | (3,080.27) |
| 03 | AP | 0000035776 | 03/26/2018 | HMTZB-CHK | -00 USF Reddaway, Inc | (3,807.55) |
| 03 | AP | 0000035812 | 03/26/2018 | HMTZB-CHK | -00 USF Reddaway, Inc | (4,314.88) |
| 05 | AP | 0000049176 | 05/03/2018 | HMTZB-CHK | -00 USF Reddaway, Inc | (4,189.73) |
| 03 | AP | 0000036994 | 03/28/2018 | HMTZB-CHK | -00 Verizon Wireless | (1,250.41) |
| 05 | AP | 0000048512 | 04/30/2018 | HMTZB-CHK | -00 Verizon Wireless | (1,493.49) |
| 05 | AP | 0000053785 | 05/31/2018 | HMTZB-CHK | -53 Verizon Wireless | (1,372.75) |
| 05 | AP | 0000045694 | 04/20/2018 | HMTZB-CHK | -00 Vista Outdoor Sales LLC | (50,140.00) |

Howell Munitions Technology, Inc.                                    HMT AP Payments 90 days prior to Bankruptcy Filing
Form 207: Statement of Financial Affairs
#3) Payments to creditors within 90 days before filing

| | | | | | | |
|---|---|---|---|---|---|---|
| 05 | AP | 0000049403 | 05/04/2018 | HMTZB-CHK | -92 Vista Outdoor Sales LLC | (38,590.00) |
| 05 | AP | 0000050680 | 05/10/2018 | HMTZB-CHK | -00 Visual Marketing | (2,560.00) |
| 03 | AP | 0000030547 | 03/12/2018 | HMTZB-CHK | -00 Waste Management - All | (879.22) |
| 05 | AP | 0000047233 | 04/25/2018 | HMTZB-CHK | -00 Waste Management - All | (17.16) |
| 03 | AP | 0000030547 | 03/12/2018 | HMTZB-CHK | -00 Western Analytical | (450.00) |
| 06 | AP | 0000053837 | 06/01/2018 | HMTZB-CHK | -00 Western Analytical | (990.00) |
| 03 | AP | 0000030547 | 03/12/2018 | HMTZB-CHK | -00 Western States Fire Protection | (550.00) |
| 03 | AP | 0000029608 | 03/08/2018 | HMTZB-CHK | -00 Worldpay Fees | (1,895.25) |
| 03 | AP | 0000030460 | 03/12/2018 | HMTZB-CHK | -00 Worldpay Fees | (23.58) |
| 03 | AP | 0000031057 | 03/13/2018 | HMTZB-CHK | -00 Worldpay Fees | (107.65) |
| 03 | AP | 0000032254 | 03/15/2018 | HMTZB-CHK | -00 Worldpay Fees | (27.81) |
| 03 | AP | 0000033098 | 03/19/2018 | HMTZB-CHK | -00 Worldpay Fees | (3,006.82) |
| 03 | AP | 0000033603 | 03/20/2018 | HMTZB-CHK | -00 Worldpay Fees | (233.85) |
| 03 | AP | 0000034802 | 03/22/2018 | HMTZB-CHK | -00 Worldpay Fees | (1,995.00) |
| 03 | AP | 0000036370 | 03/27/2018 | HMTZB-CHK | -00 Worldpay Fees | (278.70) |
| 03 | AP | 0000036992 | 03/28/2018 | HMTZB-CHK | -00 Worldpay Fees | (2,794.62) |
| 04 | AP | 0000038420 | 04/02/2018 | HMTZB-CHK | -00 Worldpay Fees | (703.93) |
| 05 | AP | 0000038885 | 04/03/2018 | HMTZB-CHK | -00 Worldpay Fees | (379.05) |
| 05 | AP | 0000039988 | 04/05/2018 | HMTZB-CHK | -00 Worldpay Fees | (61,812.04) |
| 05 | AP | 0000041387 | 04/10/2018 | HMTZB-CHK | -00 Worldpay Fees | (66.46) |
| 05 | AP | 0000044655 | 04/18/2018 | HMTZB-CHK | -00 Worldpay Fees | (56.08) |
| 05 | AP | 0000045913 | 04/23/2018 | HMTZB-CHK | -00 Worldpay Fees | (259.95) |
| 05 | AP | 0000046490 | 04/24/2018 | HMTZB-CHK | -00 Worldpay Fees | (914.18) |
| 05 | AP | 0000048796 | 05/01/2018 | HMTZB-CHK | -00 Worldpay Fees | (389.74) |
| 05 | AP | 0000049143 | 05/03/2018 | HMTZB-CHK | -00 Worldpay Fees | (755.77) |
| 05 | AP | 0000049346 | 05/04/2018 | HMTZB-CHK | -00 Worldpay Fees | (45,894.71) |
| 05 | AP | 0000049693 | 05/08/2018 | HMTZB-CHK | -00 Worldpay Fees | (249.95) |
| 05 | AP | 0000051499 | 05/15/2018 | HMTZB-CHK | -00 Worldpay Fees | (199.95) |
| 05 | AP | 0000051505 | 05/15/2018 | HMTZB-CHK | -00 Worldpay Fees | (527.66) |
| 05 | AP | 0000052055 | 05/17/2018 | HMTZB-CHK | -00 Worldpay Fees | (224.10) |
| 05 | AP | 0000052217 | 05/18/2018 | HMTZB-CHK | -00 Worldpay Fees | (340.48) |
| 05 | AP | 0000052616 | 05/22/2018 | HMTZB-CHK | -00 Worldpay Fees | (3,601.99) |
| 05 | AP | 0000052633 | 05/22/2018 | HMTZB-CHK | -00 Worldpay Fees | (415.00) |
| 05 | AP | 0000053298 | 05/29/2018 | HMTZB-CHK | -00 Worldpay Fees | (371.90) |
| 03 | AP | 0000035776 | 03/26/2018 | HMTZB-CHK | -00 Wright, Marissa | (13.40) |
| 05 | AP | 0000038396 | 04/02/2018 | HMTZB-CHK | -00 Wright, Marissa | (85.75) |
| 05 | AP | 0000049176 | 05/03/2018 | HMTZB-CHK | -00 Wynalda Packaging | (12,800.00) |
| 03 | AP | 0000037865 | 03/30/2018 | HMTZB-CHK | -00 XO Communications | (6,397.25) |
| 05 | AP | 0000048512 | 04/30/2018 | HMTZB-CHK | -00 XO Communications | (6,411.87) |
| 05 | AP | 0000053785 | 05/31/2018 | HMTZB-CHK | -05 XO Communications | (6,287.67) |

Howell Munitions Technology, Inc.
Form 207: Statement of Financial Affairs
#3) Payments to creditors within 90 days before filing

HMT AP Payments 90 days prior to Bankruptcy Filing

| | | | | | | |
|---|---|---|---|---|---|---|
| 05 | AP | 0000049176 | 05/03/2018 | HMTZB-CHK | -00 YRC Freight | (1,558.75) |
| 03 | AP | 0000034775 | 03/22/2018 | HMTZB-CHK | -00 Zions Bank Fees | (2,067.34) |
| 05 | AP | 0000046449 | 04/24/2018 | HMTZB-CHK | -00 Zions Bank Fees | (2,338.28) |
| 05 | AP | 0000052618 | 05/22/2018 | HMTZB-CHK | -00 Zions Bank Fees | (1,991.42) |
| 06 | AP | 0000053837 | 06/01/2018 | HMTZB-CHK | -00 Zoro Tools Inc | (275.74) |
| 03 | CS | 0000026961 | 04/11/2018 | GLJ:0000042025 | ADP-Payroll | (236,112.34) |
| 03 | CS | 0000026975 | 04/25/2018 | GLJ:0000047238 | ADP-Payroll | (229,726.26) |
| 03 | CS | 0000027427 | 03/28/2018 | GLJ:0000036987 | ADP-Payroll | (227,393.42) |
| 03 | CS | 0000027478 | 03/14/2018 | GLJ:0000031683 | ADP-Payroll | (221,725.25) |
| 03 | CS | 0000027495 | 05/09/2018 | GLJ:0000050337 | ADP-Payroll | (209,765.88) |
| 03 | CS | 0000027674 | 05/23/2018 | GLJ:0000052911 | ADP-Payroll | (138,957.08) |
| 03 | CS | 0000027675 | 06/18/2018 | GLJ:0000055227 | Sussman Shank LLP | (41,214.64) |
| | | | 06/18/2018 | GLJ:0000055227 | Advanced CFO Solutions | (87,289.19) |
| 03 | CS | 0000028242 | 05/16/2018 | GLJ:0000051875 | ADP-Payroll | (82,043.81) |
| 03 | CS | 0000028275 | 04/17/2018 | GLJ:0000044058 | Ascensus 401k | (26,504.22) |
| 03 | CS | 0000028279 | 04/30/2018 | GLJ:0000048534 | Ascensus 401k | (26,389.48) |
| 03 | CS | 0000028899 | 03/29/2018 | GLJ:0000037662 | Ascensus 401k | (26,169.25) |
| 03 | CS | 0000029504 | 05/17/2018 | GLJ:0000052128 | Ascensus 401k | (25,422.90) |
| 03 | CS | 0000029587 | 04/13/2018 | GLJ:0000043142 | Capital One Visa Pmt | (24,133.09) |
| 03 | CS | 0000030177 | 03/20/2018 | GLJ:0000033945 | Capital One Visa Pmt | (23,955.11) |
| 03 | CS | 0000030196 | 03/19/2018 | GLJ:0000033112 | Ascensus 401k | (18,923.29) |
| 03 | CS | 0000030435 | 05/24/2018 | GLJ:0000053084 | Ascensus 401k | (17,090.17) |
| 03 | CS | 0000030444 | 03/06/2018 | GLJ:0000028275 | Capital One Visa Pmt | (16,490.23) |
| 03 | CS | 0000030451 | 06/01/2018 | GLJ:0000053797 | Capital One Visa Pmt | (10,000.00) |
| 03 | CS | 0000030726 | 06/05/2018 | GLJ:0000054244 | Capital One Visa Pmt | (10,000.00) |
| 03 | CS | 0000030868 | 05/29/2018 | GLJ:0000053286 | Payroll- Pre | (9,619.98) |
| 03 | CS | 0000031018 | 06/18/2018 | GLJ:0000055224 | Payroll- Pre | (7,619.74) |
| 03 | CS | 0000031590 | 06/05/2018 | GLJ:0000054156 | Payroll- Pre | (5,804.85) |
| 03 | CS | 0000031683 | 06/06/2018 | GLJ:0000054291 | Payroll- Pre | (5,295.86) |
| 03 | CS | 0000032128 | 05/15/2018 | GLJ:0000051510 | Capital One Visa Pmt | (5,000.00) |
| 03 | CS | 0000032248 | 04/11/2018 | GLJ:0000041947 | Payroll - Pre | (4,146.39) |
| 03 | CS | 0000032746 | 06/07/2018 | GLJ:0000054486 | Payroll - Pre | (3,230.65) |
| 03 | CS | 0000032771 | 03/01/2018 | GLJ:0000026961 | ADP Fees | (3,217.80) |
| 03 | CS | 0000032830 | 05/29/2018 | GLJ:0000053302 | Payroll- Pre | (3,199.35) |
| 03 | CS | 0000033042 | 05/29/2018 | GLJ:0000053289 | Payroll- Pre | (2,183.04) |
| 03 | CS | 0000033079 | 03/12/2018 | GLJ:0000030726 | Payroll- Pre | (2,001.39) |
| 03 | CS | 0000033112 | 03/16/2018 | GLJ:0000032830 | Payroll- Pre | (1,980.93) |
| 03 | CS | 0000033384 | 04/17/2018 | GLJ:0000044092 | Payroll- Pre | (1,757.90) |
| 03 | CS | 0000033575 | 05/17/2018 | GLJ:0000052043 | Payroll- Pre | (1,491.49) |
| 03 | CS | 0000033594 | 05/31/2018 | GLJ:0000053787 | Payroll- Pre | (1,384.13) |

Howell Munitions Technology, Inc.                                              HMT AP Payments 90 days prior to Bankruptcy Filing
Form 207: Statement of Financial Affairs
#3) Payments to creditors within 90 days before filing

| | | | | | | |
|---|---|---|---|---|---|---|
| 03 | CS | 0000033607 | 06/05/2018 | GLJ:0000054148 | Payroll- Pre | (1,271.77) |
| 03 | CS | 0000033945 | 05/09/2018 | GLJ:0000050121 | Payroll- Pre | (1,153.14) |
| 03 | CS | 0000034661 | 05/14/2018 | GLJ:0000051386 | Payroll- Pre | (946.20) |
| 03 | CS | 0000034771 | 05/30/2018 | GLJ:0000053394 | Payroll- Pre | (919.86) |
| 03 | CS | 0000034796 | 03/20/2018 | GLJ:0000033607 | Payroll- Pre | (755.14) |
| 03 | CS | 0000035221 | 05/04/2018 | GLJ:0000049365 | Payroll- Pre | (685.93) |
| 03 | CS | 0000035310 | 04/16/2018 | GLJ:0000043745 | Payroll- Pre | (668.29) |
| 03 | CS | 0000035742 | 04/02/2018 | GLJ:0000038310 | Ssafe Fees | (440.00) |
| 03 | CS | 0000035824 | 03/05/2018 | GLJ:0000027950 | Worldpay Fees | (410.80) |
| 03 | CS | 0000036344 | 04/17/2018 | GLJ:0000044321 | Capital One Visa Pmt | (291.16) |
| 03 | CS | 0000036361 | 06/04/2018 | GLJ:0000054097 | Worldpay Chargeback | (259.95) |
| 03 | CS | 0000036712 | 03/02/2018 | GLJ:0000027478 | Intuit Fees | (49.41) |
| 03 | CS | 0000036929 | 03/05/2018 | GLJ:0000027675 | Intuit Fees | (13.63) |

7/12/18 11:09AM

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of Nevada

In re    **Howell Munitions & Technology, Inc.**                    Case No.    **18-50610-btb**
                                        Debtor(s)          Chapter    **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | | |
   |---|---|---|
   | For legal services, I have agreed to accept | $ | **150,000.00** * |
   | Prior to the filing of this statement I have received | $ | **150,000.00** |
   | Balance Due | $ | **0.00** |

2. $ __**0.00**__ of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ☐ Debtor    ☑ Other (specify):    **David Howell**

4. The source of compensation to be paid to me is:

   ☑ Debtor    ☐ Other (specify):

5. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
   e. [Other provisions as needed]
      **See application to employ Winthrop Couchot Golubow Hollander, LLP on file with the Court for services to be rendered.**

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**July 12, 2018**
*Date*

                              **Robert E. Opera**
                              *Signature of Attorney*
                              **Winthrop Couchot Golubow Hollander, LLP**
                              **1301 Dove Street, Suite 500**
                              **Newport Beach, CA 92660**
                              **949-720-4130  Fax: 949-720-4111**
                              **ropera@wcghlaw.com**
                              *Name of law firm*

---

*Winthrop Couchot Golubow Hollander, LLP agreed to accept $150,000 to represent the eight related Debtors.

7/12/18 1:43AM

## United States Bankruptcy Court
### District of Nevada

In re    Howell Munitions & Technology, Inc.

Debtor(s)

Case No.    18-50610-btb
Chapter    11

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| David Howell<br>815 D Street<br>Lewiston, ID 83501 | | 95 | Stock |
| Rudy Zaruba<br>10202 Russet Field Ct.<br>Houston, TX 77070 | | 5 | Stock |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Proposed Chief Restructuring Officer** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    July 12, 2018

Signature    _J. Michael Issa_

_Penalty for making a false statement of concealing property:_ Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

## United States Bankruptcy Court
### District of Nevada

In re   **Howell Munitions & Technology, Inc.**

Debtor(s)

Case No.   **18-50610-btb**

Chapter   **11**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Howell Munitions & Technology, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**July 12, 2018**

Date

**Robert E. Opera**

Signature of Attorney or Litigant

Counsel for   **Howell Munitions & Technology, Inc.**

**Winthrop Couchot Golubow Hollander, LLP**

**1301 Dove Street, Suite 500**
**Newport Beach, CA 92660**
**949-720-4130 Fax:949-720-4111**
**ropera@wcghlaw.com**

7/12/18  1:40AM

Name, Address, Telephone No. & I.D. No.
Robert E. Opera
1301 Dove Street, Suite 500
Newport Beach, CA 92660
949-720-4130
NV

## UNITED STATES BANKRUPTCY COURT
### District of Nevada

In Re
Howell Munitions & Technology, Inc.

BANKRUPTCY NO. **18-50610-btb**
CHAPTER NO. **11**

Debtor(s)

## DECLARATION RE: ELECTRONIC FILING OF PETITION
### SCHEDULES, STATEMENTS AND PLAN (if applicable)

PART I - DECLARATION OF PETITIONER

I [We] __J. Michael Issa__ and _____, the undersigned debtor(s) hereby declare under penalty of perjury that the information I have given my attorney and the information provided in the electronically filed petition, statements, schedules, amendments and plan (if applicable) as indicated above is true and correct. I consent to my attorney filing my petition, this declaration, statements, schedules and plan (if applicable) as indicated above to the United States Bankruptcy Court. I understand that this DECLARATION RE: ELECTRONIC FILING is to be filed with the Clerk once all schedules have been filed electronically but, in no event, no later than 15 days following the date the petition was electronically filed. I understand that failure to file the signed original of this DECLARATION will cause my case to be dismissed pursuant to 11 U.S.C. § 707(a)(3) without further notice.

☐   If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7 or 13. I am aware that I may proceed under chapter 7, 11, 12, or 13 of 11 United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7 or 13. I request relief in accordance with the chapter specified in this petition.

☑   [If petitioner is a corporation or partnership] I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. The debtor requests relief in accordance with the chapter specified in this petition.

Dated: __July 12, 2018__

Signed: _____

J. Michael Issa/Proposed Chief Restructuring
Officer
(Applicant)

PART II - DECLARATION OF ATTORNEY

I, the attorney for the petitioner named in the foregoing petition, declare that, I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

Dated: __July 12, 2018__

Signed: _____

Robert E. Opera
Attorney for Debtor(s)

# United States Bankruptcy Court
## District of Nevada

In re    Howell Munitions & Technology, Inc.

Debtor(s)

Case No.    **18-50610-btb**

Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Proposed Chief Restructuring Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **July 12, 2018**

J. Michael Issa/Proposed Chief Restructuring Officer
Signer/Title

Howell Munitions & Technology, Inc.
815 D. Street
Lewiston, ID 83501

Winthrop Couchot Golubow Hollander, LLP
Attn: Robert E. Opera
1301 Dove Street, Suite 500
Newport Beach, CA 92660

U.S. Department of Justice
Office of the U.S. Trustee, Region 17
300 Booth Street, Suite 3009
Reno, NV 89509

ADP, INC.
PO Box 842875
Boston, MA 2284


A-L Compressed Gases, Inc
4230 E Trent Ave
Spokane, WA 99202


Aleksander Bukowy
4821 Gentry Lane
Carson City, NV 89701


Alex Rakos
710 Sunset Blvd North Unit B
Sunset Beach, NC 28468


Allen Nicholas
412 Hopewell Rd.
Maryville, TN 37801


Angela Berring
2404 Cypress Drive
St Charles, MO 63301

Antony Halks
631 Preston Ave #3
Lewiston, ID  83501


Arthur W Eaton
1395 53rd St N
Lewiston, ID  83501


Bailey Kristiansson, LLC
PO Box 104
Fulshear, TX 77441


Barry Foster
7473 Rodebaugh Road
Reynoldsburg, OH 43068


Bear Hunting Media
PO Box 168
West Fork, AR 72774


Benjamen Iverson
420 Vista Ave
Lewiston, ID  83501

Benjamin Prior
1628 9th Avenue
Clarkston, WA  99403


Berggren Fritz
5135 Neal Ranch Rd.
Colorado Springs, CO 80906


Black Rifle Coffee Company
381 West Ironwood Dr
Salt Lake City, UT 84115


Blake Brockman
7400 Center Ave Apt 317
Huntington Beach, CA 90703


Blue Cross of Idaho
PO Box 6948
Boise, ID 83707


Bradley Bjorkquist
3208 6th St C
Lewiston, ID  83501

Bradley Gasper
1516 15th Ave
Lewiston, ID  83501


Brady King
618 Bryden Drive Apt D
Lewiston, ID 83501


Brandon Dean
2575 Reservoir Rd
Clarkston, WA  99403


Brenda L Anderson
3531 13th Street
Lewiston, ID  83501


Brendon Martin
2728 17th St #202
Lewiston, ID  83501


Brian A McCammon
411 3rd Ave
Lewiston, ID  83501

Brook Robinett
30100 Mission Creek Rd
Culdesac, ID  83524


Camp Cabin & Home
2119  4th Ave North
Lewiston, ID 83501


Canon
One Canon Park
Melville, NY  11747


Capital One Visa Statement
PO Box 30285
Salt Lake City, UT 84130


Century Link
PO Box 91155
Seattle, WA 98111


Chad M Kaufmann
517 Airway Dr
Lewiston, ID  83501

Charter Business-25 Stokes

PO Box 60188

Los Angeles, CA 90060


Chris A Stout

1036 Hemlock Dr

Lewiston, ID  83501


Chris Hayes

362 Reservoir Drive

Lewiston, ID 83501


Christopher Hoit

272 Riverboat Road

Dayton, NV 89403


City of Jersey Viilage

16501 Jersey Drive

Jersey Village, TX 77040


City of Lewiston - ALL

PO Box 617

Lewiston, ID 83501

Clark County Assessor, c/o Bankruptcy Clerk

500 S Grand Central Pkwy, Box 551401

Las Vegas, NV 89155-1401


Clayton Hewitt

7509 N Sycamore Ave

Kansas City, MO 64158


Clayton J Holton

2321 Silver Sage Drive

Carson City, NV  89701


Clayton L Seely

2805 9th Ave

Lewiston, ID  83501


Clearwater Medical Clinic

1522  17th Street

Lewiston, ID 83501


Comcast

PO Box 660618

Dallas, TX 75266

Corey Van Zante
3710 14th Street C
Lewiston, ID  83501


Craig Draper
8842 W Mornin Mist St
Boise, ID 83709


DaJo Trucking, Inc.
4093 Lucky Lane
Lewiston, ID 83501


Daniel Atkinson
3840 N Vine
Tucson, AZ 85719


Daniel Manuel Aguilar
419 2nd Avenue, Apt 3
Lewiston, ID  83501


Dara R Bringman
336 5th St. Apt. B
Lewiston, ID  83501

David C Howell
29978 Thiessen Rd
Lewiston, ID  83501


David Sanborn
102 N 9th Street
Kendrick, ID  83537


David Town
1014 15th St. Apt. 2
Lewiston, ID  83501


Don Crea
4034 S Garfield
Spokane, WA 99203


Donald E Young
1411 Bryden Ave 6
Lewiston, ID  83501


Douglas Newton
2400 W. Morrell
Jackson, MI 49203

Environmental Protection Agency, Office of General
Counsel

1200 Pennsylvania Ave, N.W.

Washington, DC 20460


Eric Nelson

2104 14th Street

Lewiston, ID 83501



Evonne R. Lucas

5307 S Rome Cir

Aurora, CO  80015



FedEx Freight

Dept CH PO Box 10306

Palatine, IL 60055



Francisco Magallanes

6778 Orizaba Ave

Long Beach, CA 90805



Fuqua Park Row, LLC, c/o Mike Little, J.M Little
Attorney at Law, P.C.

5718 Westheimer, Suite 1840

Houston, TX 77099

Gary J Steckel
1901 7th Ave 4
Lewiston, ID  83501


General Tool & Supply Co
116  9th Street
Lewiston, ID 83501


George's Lock & Kew Service
1728 Main St
Lewiston, ID 83501


Gloria Stolte
37279 Growler Point Road
Reubens, ID  83548


Gordon Patrners
4900 Woodway Drive #1125
Houston, TX 77056


Hahn Supply, Inc
2101 Main Street
Lewiston, ID 83501

Industrial Hearing Service Inc
12021 NE Summer St.
Portland, OR 97220


Inland NW Metallurgical Services
16203 E Marietta Ave
Spokane, WA 99216


Jack Landis
216 S California St
Yerington, NV 89447


Jacob T Maasdam
630 D Preston Ave
Lewiston, ID  83501


James Chase
1703 Cedar Drive
Lewiston, ID 83501


Jansen Jonson
3790 Foothill Drive
Lewiston, ID 83501

Jeff J Lohman
PO Box 493
Juliaetta, ID  83535


Jeff McClain
5147 Canary Lane
Nampa, ID 83687


Jeffrey Alan Ackeret
2623 Sunset Dr
Lewiston, ID  83501


Jeremy Jenkins
1804 15th Ave
Lewiston, ID  83501


Jessie M Baker
2130 Hillyard Drive
Clarkston, WA  99403


Jesus Ramirez
2109 Idaho Street
Carson City, NV 89701

Joey Hayashi
262 Tangerine Drive
Buda, TX 78610


John Kissler
3415 8th St Apt F
Lewiston, ID 83501


John McClintin
9701 Trumbull SE
Albuquerque, NM 87123


Joseph Cambern
629 N 96th Street
Mesa, AZ 85207


Joseph Chase
434 Linden Ave
Lewiston, ID 83501


Joseph Levi Seideman
1328 14 Ave
Lewiston, ID  83501

Joshua Wemlinger

1208 11th Avenue

Lewiston, ID  83501


Julio S Chavez

8888 Citrus Ave Unit C-22

Fontana, CA 92335


Karin Nelson

3207 6th Street C

Lewiston, ID  83501


Kathryn I Marion

304 Watson St

Culdesac, ID  83524


KC Auto Paint & Supplies

151 Thain Road

Lewiston, ID 83501


Keith Katzenberger

1825 Powers Drive

Lewiston, ID 83501

Kelly's Cleaning Service
3536 8th St C
Lewiston, ID 83501


Kelsey Dawn Wakefield
39565 Whispering Pines Lane
Lewiston, ID  83501


Kendal Watkins
102 Spinnaker Circle
Daytona Beach, FL 32119


Kevin Robert Acree
1714 Burrell Ave
Lewiston, ID  83501


Krista Lathrop
1331 Boston St
Clarkston, WA  99403


Kyle Taylor Garrison
824 7th Street
Clarkston, WA  99403

Landscapes By Design
721 Bryden Ave
Lewiston, ID 83501


Lewis Clark Recyclers
PO Box 1687
Lewiston, ID 83501


Lewiston Sprinkler Company
1602 16th Ave
Lewiston, ID 83501


Liberty Mutual Insurance
PO Box 85307
San Diego, CA 92186


LifeMap Assurance Company
PO Box 6840
Portland, OR 97228


Lisa McEwen
620 S B St.
Grangeville, ID  83530

Lolo Sporting Goods, Inc
1026 Main St
Lewiston, ID 83501


Luvata Appleton, LLC.
PO Box 200498
Pittsburgh, PA 15251


Matt Dodson
161 Schuller Grade Road
Yakima, WA 98908


Matthew R Lerche
1919 Birch Ave
Lewiston, ID  83501


Matthew W Shaw
204 3rd street
Lewiston, ID  83501


Mesa County Sherrif's Office
544 Rood Ave
Grand Junction, CO 81502

Michael Arthur Long
2031 Lone Mountain  # 49
Carson City, NV  89706


Michael Dal Harrell
3507 11th st
lewiston, ID  83501


Michael J Carnes
10841 Prairie Lane
Mokena, IL 60448


Michael Mundy
3958 Foothill Drive
Lewiston, ID  83501


Michael Nguyen
2085 Marter Ave
Simi Valley, CA 93065


Michael Rogers
1627 18th Ave.
Lewiston, ID  83501

Michael T Devin
1817 12th ave
Lewiston, ID  83501


MichaelMcWhorter
3159 Bear Hollow Road
Uniontown, OH 44685


Midwest Brass, LLC
9524 US-31
West Olive, MI 49460


Mike Doxtator
POB 1068
Lewiston, ID  83501


Milan Blagojevic-Namenska A.D.
Radnicka DD 32240
Lucani, Serbia


Mytota, Inc.
12435 Tesuque Dr
Apple Valley, CA 92308

Nathan Dreadfulwater
1209 Grelle Ave
Lewiston, ID  83501


Nathan W Karki
1718 1st Street
Lewiston, ID 83501


Nevada Dept. of Environmental Protection
901 S. Stweart Street, Suite 4001
Carson City, NV 89701


Nevada Dept. of Environmental Protection
22030 E. Flaminog Road, Suite 230
Las Vegas, NV 89119


NMHG Financial Services, Inc.
PO Box 35701
Billings, MT 59107


Northwestern Mutual
PO Box 2062
Milwaukee, WI 53201

Novation, Inc.
2616 N. Locust Rd.
Spokane, WA 99206


Orange County Sherrif's Office
PO Box 445
Orange, VA 22960


Pitney Bowes
PO Box 371874
PIttsburgh, PA 15250


Raymond Dave Tyson
20840 NW Kachina Ave
Redmond, OR 97756


Reymon Joseph Parot
PO Box 854
Asotin, WA  99402


Richard Withers
8110 201st Street East
Spanaway, WA 98387

Robert Hartshorn

7012 NE 141ST CT

Vancouver, WA 98682


Robert Kee

91103 Youngs River Road

Astoria, OR 97103


Robert Wallace

2298 Willow Street Pike

Lancaster, PA 17602


Roberto Garza

2821 Lovelace Way

Carson City, NV 89706


Rodolfo Ahumada

293 Monte Cristo Drive

Dayton, NV  89403


Ryan Pattman

1201 Canterbury Blvd

Altus, OK 73521

Saia Motor Freight
PO Box 730532
Dallas, TX 75373

Schurman's True Value
801 6th Street
Clarkston, WA 99403

Scott B Penton
1060 Canterwood Drive
Moscow, ID  83843

Sean Brady Becker
2611 Meadowlark Dr
Lewiston, ID  83501

Shaun Barclay
1815 Imnaha Lane
Lewiston, ID  83501

Shawn Burke
147 Shiloh Dr
Lewiston, ID  83501

Southwest Gas - All
PO Box 98890
Las Vegas, NV 89193


SPS Commerce, Inc.
PO Box 205782
Dallas, TX 75320


Stephen S Howell
836 Frost Ln
Clarkston, WA  99403


Steven Michael Hill
PO Box 562
Asotin, WA  99402


Sunnen Products Co
PO Box 952481
St Lous, MO 63195


TalkingLead, LLC
306 Royal Glen Blvd.
Murfreesboro, TN 37128

Taylor Stanley
40 Santiago Road
Debary, FL 32713


Tequis Garnett Penney
PO Box 417
Lapwai, ID  83540


Tharco
PO Box 51584
Los Angeles, CA 90051


Thermal Mod
19830 SW Teton Ave
Tualatin, OR 97062


Timothy B Stevenson Sr
P.O. Box 1805
Lewiston, ID  83501


Timothy Charbonneau
479 Hennessey Road
Enosburg Falls, VT 5450

Timothy R Norris
904 25th Avenue # 201
Lewiston, ID  83501

Tobias D Thill
122 15th Avenue
Lewiston, ID  83501

Total Logistics Resource
11855 NE Glenn Winding Dr
Portland, OR 97220

Travis Johnson
3333 1/2 5th St
Lewiston, ID  83501

Trevor Ellico
6393 Orangewood Drive
Alta Loma, CA 91701

Trevor TJ Torrez
205 14th Ave
Lewiston, ID  83501

United States Attorney's Office, Attn: Civil Process
Clerk

501 Las Vegas Blvd., South, Suite 1100

Las Vegas, NV 89101


US Dept. of Labor, Occupational Safety & Health
Administration

200 Constitution Ave, NW, Room Number N3626

Washington, DC 20210


Val Mundell

1438 Greco Drive

Clarkston, WA 99403


Valley Vision, Inc

111 Main Street Suite 130

Lewiston, ID 83501


Vanguard

PO Box 28067

New York, NY 10087


Vista Outdoor Sales LLC

SDS 12-0312, PO Box 86

Minneapolis, MN 55486

Visual Marketing
17102 Cypress Knee Drive
Cypress, TX 77429


Ward Zinn
1204 Carrie Lane NW
Piedmont, OK 73078


Wastewater Engineers, Inc
210 Coy Court
Oxford, MI 48371


Wayne Dalton
PO Box 676576
Dallas, TX 75267


Webscale Networks
201 Ravendale Drive
Mountain View, CA 94043


Wells Fargo Equipment Finance
300 Tri-State International, Suite 400
Lincolnshire, IL 60069

William Zimmerman

18502 Bonney Lake Blvd E

Bonney Lake, WA 98391