## United States Bankruptcy Court
### District of Nevada

In re   **Howell Munitions & Technology, Inc.**

Debtor(s)

Case No.   **18-50610-btb**

Chapter   **11**

# AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s) or statement(s) are transmitted herewith:
**20 Largest Unsecured Claims**
**Form 206: Summary of Assets and Liabilities**
**Schedule A/B: Property**
**Schedule D: Creditors Who Have Claims Secured by Property**
**Schedule E/F: Creditors Who Have Unsecured Claims**
**Schedule G: Executory Contracts and Unexpired Leases**
**Schedule H: Codebtors**
**Form 207: Statement of Financial Affairs**
**Verification of Creditor Matrix (Supplemental)**

## NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES

Pursuant to Federal Rule of Bankruptcy Procedure 1009(a), I certify that notice of the filing of the amendment(s) listed above has been given this date to any and all entities affected by the amendment as follows:

Date:   _J-7 24 2018_

**Robert E. Opera**
Attorney for Debtor(s)
**Winthrop Couchot Golubow Hollander, LLP**
**1301 Dove Street, Suite 500**
**Newport Beach, CA 92660**
**949-720-4130 Fax:949-720-4111**
**ropera@wcghlaw.com**

## GENERAL NOTES TO SCHEDULES OF ASSETS AND
## LIABILITIES AND STATEMENT OF FINANCIAL AFFAIRS

The Debtor submits its Schedules of Assets and Liabilities (the "Schedules") and Statement of Financial Affairs (the "Statement") pursuant to Section 521 of the Bankruptcy Code and Rule 1007 of the Federal Rules of Bankruptcy Procedure.

The Schedules and the Statement have been prepared by the Debtor's current management with the assistance of certain of its professionals. The Debtor has endeavored to ensure that the Schedules and Statement are accurate and complete. The Debtor notes, however, the following matters with respect to the preparation of the Schedules and the Statement.

1.  The Debtor's proposed Chief Restructuring Officer ("CRO") was appointed on or about June 7, 2018. Accordingly, the CRO has limited "institutional knowledge" regarding the Debtor's financial affairs.

2.  The Debtor has prepared the Schedules based largely upon its review of financial records in the Debtor's possession that may have been prepared by former employees of the Debtor. Such financial records generally are not audited.

While the Schedules and the Statement are materially accurate to the best of the Debtor's belief, under the circumstances of this case, the Debtor cannot warrant the accuracy and completeness of the Schedules and the Statement. The Debtor reserves the right to amend the Schedules and the Statement as appropriate based upon a subsequent receipt of information that may result in a change in the disclosures contained in the Schedules and the Statement.

Unless otherwise stated, the asset and liability data contained in the Schedules and the Statement are reflected as of June 8, 2018, the date the petition was filed in this Chapter 11 case (the "Petition Date"). Valuation methodologies are as indicated in the Schedules (e.g., orderly liquidation value or book value). Actual fair market values may differ materially from the values indicated.

It would be prohibitively expensive, unduly burdensome and extremely time-consuming to obtain current market valuations of the Debtor's assets. Moreover, the value of certain assets, such as potential litigation claims, is impossible to determine at this time. Accordingly, in certain instances, values of assets are stated as "unknown" or "uncertain." The reader therefore should not place undue reliance upon the values listed for the Debtor's assets in the Schedules.

Any failure by the Debtor to designate a claim listed on the Debtor's Schedules as "disputed," "contingent" or "unliquidated" does not constitute an admission by the Debtor that such amount is not "disputed," "contingent" or "unliquidated." The Debtor reserves the right to subsequently designate any claim as "disputed," "contingent" or "unliquidated." The Debtor further reserves the rights to dispute, object to, assert counterclaims, rights of setoff, rights of recoupment, or defenses to, subordinate, avoid, and/or obtain reclassification of any claim or any interest in property securing such claim.

234686

The dollar amounts of claims listed may be exclusive of contingent and unliquidated amounts, such as accrued interest or attorneys' fees and costs.

The claims of creditors for, among other things, merchandise, goods, services, or taxes may be listed as the lower of the amounts invoiced by such creditor or the amounts entered on the Debtor's books and records and may not reflect credits or allowances due from such creditors to the Debtor. The Debtor reserves all of its rights with respect to any such credits and allowances.

The identity of some of the holders of claims might have changed over time due to trading and/or transfer of certain of these claims. It is the Debtor's belief that, as of the Petition Date, the claims against the Debtor were held by the entities identified in the Schedules.

Each Schedule and the Statement is subject to further amendment by the Debtor.

234686

## SCHEDULE A/B DISCLAIMER

The Debtor has obtained no current appraisals of the value of these assets. The actual value of the assets listed may differ significantly from the amounts reflected in Schedule A/B.

## GENERAL NOTES REGARDING SCHEDULE D

The Debtor reserves the right to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a secured claimant listed on Schedule D.  Moreover, although the Debtor has scheduled secured claims on its Schedule D, the Debtor reserves all rights to dispute or challenge any secured nature of any claimant's claim or the characterization of the structure of any such transaction, or any document or instruments related to such claimant's claim.

Any failure by the Debtor to designate a claim on Schedule D as "contingent," "unliquidated" or "disputed" does not constitute an admission by the Debtor that such claim is not contingent, unliquidated, or disputed, and the Debtor reserves the right to dispute, or to assert offsets or defenses to, any claims reflected on Schedule D as to amount, liability, classification or otherwise and to subsequently designate any such claim as disputed, contingent or unliquidated.

Schedule D is subject to further amendment by the Debtor. The description provided for a claim in Schedule D is intended only to be a summary of such claim.  Reference to the applicable credit agreement and related documents is necessary for a complete description of the collateral and the nature, extent, and priority of any liens. Nothing herein shall be deemed a modification or interpretation of the terms of such agreements.

The Debtor reserves the right to assert that any claim listed on Schedule D with respect to equipment, an interest in which has been acquired by the Debtor, does not reflect a secured claim, but instead reflects a lease subject to the provisions of Section 365 of the Bankruptcy Code.

## GENERAL NOTES REGARDING SCHEDULE E/F

The Debtor's characterization of the claims listed in Schedule E as priority claims is preliminary in nature and the Debtor reserves its rights to amend Schedule E, and/or dispute and challenge whether, and to what extent, such claims are entitled to priority.

The amounts stated in Schedule F for the claims of any parties to contracts with the Debtor do not include any claims for breach of contract or other damages; the stated amount is the amount of the account payable owing to the contract party as of the Petition Date in the Debtor's books and records.

The claims listed on Schedule F are subject to further review, reconciliation and amendment by the Debtor.

## GENERAL NOTES REGARDING SCHEDULE G

While effort has been made to ensure the accuracy of Schedule G (Schedule of Executory Contracts and Unexpired Leases), the Debtor does not make, and specifically disclaims, any representation or warranty as to the validity or enforceability of contracts, agreements or documents listed in Schedule G. The Debtor hereby reserves the right to dispute the validity, status, characterization or enforceability of contracts, agreements and leases set forth in Schedule G and to amend or supplement Schedule G. By listing a contract or lease on Schedule G, the Debtor is not admitting that such contract or lease is an executory contract or lease pursuant to Section 365 of the Bankruptcy Code and reserves the right to dispute any such classification.

The Debtor reserves the right to assert that any lease listed in Schedule G is not a true lease but constitutes a secured transaction.

234686

## NOTES REGARDING CONSOLIDATION OF OPERATIONS

While the eight related Debtors are separate legal entities, the Debtors, other than Debtor Components Exchange, LLC (collectively, the "HMT Debtors"), generally have operated on a consolidated basis. The Debtors, together with two non-debtors, Twin River Contract Loading, Inc. and Big Canyon Environmental, LLC, have prepared financial statements on a consolidated basis. The HMT Debtors have used one cash management system to administer all receipts obtained by the HMT Debtors and all disbursement made by the HMT Debtors in connection with the operation of their businesses. All cash collected from revenues generated by the HMT Debtors is earned by Debtor Howell Munitions & Technology, Inc. ("HMT") and deposited into one checking account held by HMT. Payroll and all other expenses incurred by the HMT Debtors are paid from this one checking account. HMT pays all expenses because HMT is the party that contracts with, and is indebted to, third parties for the operation of the Debtors' businesses.

Based upon the consolidated nature of the HMT Debtors' pre-petition operations, Schedules E and F for the HMT Debtors generally list the same obligations. Notwithstanding that fact, each creditor listed in Schedules E and F for the HMT Debtors is entitled to receive in the HMT cases distributions in an aggregate amount not to exceed the total amount of the creditor's allowed claim.

Components Exchange's operations largely have been maintained separately from the HMT Debtors. Accordingly, Schedules E and F for Components Exchange differ from Schedules E and F of the HMT Debtors.

The Debtor reserves the right to amend the Schedules, including Schedules E and F, as circumstances warrant.

7/24/18 1:24PM

Fill in this information to identify the case:

Debtor name    **Howell Munitions & Technology, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF NEVADA

Case number (if known)    **18-50610-btb**

■ Check if this is an
amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■    *Schedule H: Codebtors* (Official Form 206H)

■    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐    Amended *Schedule*

■    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐    Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **July 24, 2018**                    X _____
                                                    Signature of individual signing on behalf of debtor

                                                    **J. Michael Issa**
                                                    Printed name

                                                    **Proposed Chief Restructuring Officer**
                                                    Position or relationship to debtor

Official Form 202                    **Declaration Under Penalty of Perjury for Non-Individual Debtors**

7/22/18 10:24PM

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | Howell Munitions & Technology, Inc. |
| United States Bankruptcy Court for the: | DISTRICT OF NEVADA |
| Case number (if known): | 18-50610-btb |

■ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| P Kay Metal, Inc<br>Larry Kay<br>2448 E. 25th Street<br>Los Angeles, CA 90058 | | | Subject to Setoff | | | $3,653,103.80 |
| Midwest Brass, LLC<br>9254 US-31<br>West Olive, MI 49460 | | | | | | $553,667.00 |
| Crow Shooting Supply<br>200 S. Front St.<br>Montezuma, IA 80171 | | | | | | $473,476.29 |
| Leader Tool Co Inc<br>brian Gunn<br>PO Box 66<br>Harbor Beach, MI 48441 | | | | | | $212,684.90 |
| St. Marks Powder<br>Jodi McIver<br>PO Box 222<br>Saint Marks, FL 32327 | | | | | | $191,591.20 |
| Luvata Appleton, LLC<br>PO Box 200498<br>Pittsburgh, PA 15251 | | | | | | $148,247.28 |
| Bitterroot Security & Inv. LL<br>Terry Roberts<br>410 9th Street<br>Clarkston, WA 99403 | | | | | | $118,000.00 |

7/22/18 10:24PM

Debtor  **Howell Munitions & Technology, Inc.**
          Name

Case number *(if known)*    **18-50610-btb**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Oracle America Ben Thorp 500 Oracle Parkway Redwood Shores, CA 94065** | | | **Disputed** | | | **$115,773.00** |
| **UPS Lockbox 577 Carol Stream, IL 60132** | | | **Disputed Subject to Setoff** | | | **$97,697.98** |
| **Anatolia Fisek Sanayi ve Ticar Engin Sanayi Cad. 110 Armutlu Kemalpasa Izmir, Turkey 35373-0000** | | | | | | **$76,690.50** |
| **Binary Anvil Inc. 22525 SE 64th Place, Suite 257 Issaquah, WA 98027-5383** | | | **Disputed** | | | **$73,611.64** |
| **Collier Electric Bryan & Laura Collier 1119 Van Arsdol Clarkston, WA 99403** | | | | | | **$57,984.75** |
| **Wynalda Packaging Accounting 616 866 1561 8221 Graphic Drive Belmont, MI 49306** | | | | | | **$57,227.01** |
| **Listrak 100 W. Millport Rd. Lilitz, PA 17543** | | | | | | **$56,539.50** |
| **Comm Trade USA, Inc 1934 West Gray St., Ste. 200 Houston, TX 77019** | | | | | | **$47,185.68** |
| **IMC-Metals America, LLC Marcia Melocik, Donna 99 E. River Dr., Riverview Square 2 East Hartford, CT 06108** | | | | | | **$40,621.70** |
| **Brand Makers LLC Amber Newell 464 South Main St. Spanish Fork, UT 84660** | | | | | | **$39,700.00** |

Official form 204                Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims                page 2

7/22/18 10:24PM

| Debtor | **Howell Munitions & Technology, Inc.** | | Case number *(if known)* | **18-50610-btb** |
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| **Capital One Visa Statement PO Box 30285 Salt Lake City, UT 84130** | | | | | | **$37,372.46** |
| **STI International 114 Halmar Cove Georgetown, TX 78628** | | | | | | **$31,904.00** |
| **Val Mundell 1438 Greco Drive Clarkston, WA 99403** | | | | | | **$30,000.00** |

7/22/18 10:24PM

**Fill in this information to identify the case:**

Debtor name      **Howell Munitions & Technology, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF NEVADA

Case number (if known)   **18-50610-btb**

■ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

**Part 1:   Summary of Assets**

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*............................................................................................................. $      **0.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*........................................................................................................... $   **11,416,921.45**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*............................................................................................................. $   **11,416,921.45**

**Part 2:   Summary of Liabilities**

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................... $   **23,104,000.00**

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................... $    **180,028.36**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................... +$   **7,939,885.22**

4.   **Total liabilities** ...............................................................................................................................
   Lines 2 + 3a + 3b                                                                          $   **31,223,913.58**

7/22/18 10:24PM

| Fill in this information to identify the case: |
|---|

Debtor name    **Howell Munitions & Technology, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF NEVADA

Case number (if known)    **18-50610-btb**

■ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:     Cash and cash equivalents**

1. Does the debtor have any cash or cash equivalents?

☐ No. Go to Part 2.
■ Yes Fill in the information below.

All cash or cash equivalents owned or controlled by the debtor

Current value of debtor's interest

3.    Checking, savings, money market, or financial brokerage accounts *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Wells Fargo Bank** | **Checking** | **1886** | $377.00 |
| 3.2. | **Zions Bank** | **Checking** | **0992** | $93,297.00 |
| 3.3. | **Zions Bank** | **Savings** | **0161** | $5.00 |
| 3.4. | **Zions Bank** | **Savings** | **9742** | $44.00 |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**
      Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$93,723.00

**Part 2:     Deposits and Prepayments**

6. Does the debtor have any deposits or prepayments?

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7/22/18 10:24PM

| Debtor | **Howell Munitions & Technology, Inc.** | Case number *(if known)* **18-50610-btb** |
|---|---|---|
| | Name | |

**7.**  **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

**Prepaid insurance:**

| 7.1. | **Stonebraker McQuary Insurance** | $159,598.00 |
|---|---|---|

| 7.2. | **Prepaid inventory - Various** | $209,343.00 |
|---|---|---|

**8.**  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

**9.**  **Total of Part 2.**
Add lines 7 through 8. Copy the total to line 81.

$368,941.00

**Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

**11.**  **Accounts receivable**

| 11a. 90 days old or less: | 2,341,477.00 | - | 234,148.00 | = .... | $2,107,329.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | 488,064.00 | - | 244,032.00 | =.... | $244,032.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

**12.**  **Total of Part 3.**
Current value on lines 11a + 11b = line 12. Copy the total to line 82.

$2,351,361.00

**Investments**

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

**Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.**  **Raw materials** **Components: lead; copper; brass; powder primer** | 12/2017 | $2,987,943.36 | Standard Costing | $2,987,943.36 |

Inventory values listed are as of 6/7/18

Official Form 206A/B                Schedule A/B Assets - Real and Personal Property                page 2

7/22/18 10:24PM

| Debtor | **Howell Munitions & Technology, Inc.** | | Case number *(if known)* **18-50610-btb** |
|---|---|---|---|
| | Name | | |

| 20. | Work in progress<br>Unfinished cases;<br>unfinished bullets | 12/2017 | $117,158.39 | Standard Costing | $117,158.39 |
|---|---|---|---|---|---|

Inventory values listed are as of 6/7/18

| 21. | Finished goods, including goods held for resale<br>Bullets and ammunition | 12/2017 | $1,520,615.98 | Standard Costing | $1,520,615.98 |
|---|---|---|---|---|---|

Inventory values listed are as of 6/7/18

**22.    Other inventory or supplies**

**23.    Total of Part 5.**

Add lines 19 through 22. Copy the total to line 84.

$4,625,717.73

**24.    Is any of the property listed in Part 5 perishable?**

■ No
☐ Yes

**25.    Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

| | | Valuation method | | Current Value | |
|---|---|---|---|---|---|
| ■ Yes. Book value | 240521.77 | | Standard Costing | | 240521.77 |

**26.    Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No
■ Yes

---

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

---

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **39.    Office furniture**<br>Office furniture and office equipment | $10,764.00 | Estimate 25%<br>of Book Value | $2,690.94 |
| **40.    Office fixtures** | | | |
| **41.    Office equipment, including all computer equipment and<br>communication systems equipment and software**<br>Value included in #39 | Unknown | | Unknown |

**42.    Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork;
books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
collections; other collections, memorabilia, or collectibles

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

7/22/18 10:24PM

| Debtor | **Howell Munitions & Technology, Inc.** | Case number (if known) **18-50610-btb** |
|---|---|---|
| | Name | |

| 43. | **Total of Part 7.** | | **$2,690.94** |
|---|---|---|---|
| | Add lines 39 through 42. Copy the total to line 86. | | |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
■ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☐ No
■ Yes

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| | **General description**<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | **Net book value of debtor's interest**<br>(Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| | 47.1.   **See attached list** | **$57,323.00** | **Estimate 25%**<br>of Book Value | **$14,330.76** |
| 48. | **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49. | **Aircraft and accessories** | | | |
| 50. | **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**<br>**Manufacturing equipment** | **$4,693,176.60** | Appraised Orderly Liquidation Value (July 2017 appraisal) | **$3,893,525.00** |

| 51. | **Total of Part 8.** | | **$3,907,855.76** |
|---|---|---|---|
| | Add lines 47 through 50. Copy the total to line 87. | | |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
■ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☐ No
■ Yes

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| | **Description and location of property**<br>Include street address or other description such as Assessor | **Nature and extent of debtor's interest in property** | **Net book value of debtor's interest**<br>(Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|---|---|

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 4

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

7/22/18 10:24PM

| Debtor | **Howell Munitions & Technology, Inc.** | Case number *(if known)* **18-50610-btb** |
|--------|------------------------------------------|-------------------------------------------|
|        | Name |  |

Parcel Number (APN), and type
of property (for example,
acreage, factory, warehouse,
apartment or office building, if
available.

| 55.1. | **Leasehold improvements** | | $1,153,991.33 | $0.00 |
|-------|----------------------------|---|---------------|-------|

| 55.2. | **See attached list** | **See attached list** | **Unknown** | **Unknown** |
|-------|------------------------|-----------------------|-------------|-------------|

**56.    Total of Part 9.**                                                                                              $0.00

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

**57.    Is a depreciation schedule available for any of the property listed in Part 9?**
☐ No
■ Yes

**58.    Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 10:    Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|-------------------------------------------------------|------------------------------------------|-------------------------------------|
| **60.    Patents, copyrights, trademarks, and trade secrets** **Various trademarks for Freedom Munitions and X-Treme Bullets brands and product names** | **Unknown** | | **Unknown** |
| **61.    Internet domain names and websites** **www.freedommunitions.com; www.xtremebullets.com** | **Unknown** | | **Unknown** |
| **62.    Licenses, franchises, and royalties** **Various municipal and operating licenses and permits** | **Unknown** | | **Unknown** |
| **63.    Customer lists, mailing lists, or other compilations** **www.freedommunitions.com and www.xtremebullets.com customer lists and mailing lists** | **Unknown** | | **Unknown** |

**64.    Other intangibles, or intellectual property**

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 5

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

7/22/18 10:24PM

| Debtor | **Howell Munitions & Technology, Inc.** | Case number (if known) **18-50610-btb** |
|---|---|---|
| | Name | |

65.     Goodwill

66.     **Total of Part 10.**                                                                                              **$0.00**

        Add lines 60 through 65. Copy the total to line 89.

67.     **Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C.§§ 101(41A) and 107?**
        ☐ No
        ■ Yes

68.     **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
        ■ No
        ☐ Yes

69.     **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
        ■ No
        ☐ Yes

**Part 11:      All other assets**

70.     **Does the debtor own any other assets that have not yet been reported on this form?**
        Include all interests in executory contracts and unexpired leases not previously reported on this form.

        ☐ No. Go to Part 12.
        ■ Yes Fill in the information below.

                                                                                                              Current value of
                                                                                                              debtor's interest

71.     **Notes receivable**
        Description (include name of obligor)

72.     **Tax refunds and unused net operating losses (NOLs)**
        Description (for example, federal, state, local)

73.     **Interests in insurance policies or annuities**
        **Various liability insurance policies and D&O policy; See
        attached list**                                                                                              **$0.00**

74.     **Causes of action against third parties (whether or not a lawsuit
        has been filed)**

        **American Marksman**                                                                                     **$66,632.02**

| Nature of claim | **Unpaid accounts receivable balance** |
|---|---|
| Amount requested | **$66,632.02** |

        **See attached list**                                                                                          **Unknown**

| Nature of claim | |
|---|---|
| Amount requested | **$0.00** |

75.     **Other contingent and unliquidated claims or causes of action of
        every nature, including counterclaims of the debtor and rights to
        set off claims**

76.     **Trusts, equitable or future interests in property**

77.     **Other property of any kind not already listed** Examples: Season tickets,

Official Form 206A/B                         Schedule A/B Assets - Real and Personal Property                         page 6

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

7/22/18 10:24PM

| Debtor | **Howell Munitions & Technology, Inc.** | | Case number *(if known)* **18-50610-btb** |
| | Name | | |

country club membership

| 78. | **Total of Part 11.** | $66,632.02 |
| | Add lines 71 through 77. Copy the total to line 90. | |

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

7/22/18 10:24PM

Debtor    **Howell Munitions & Technology, Inc.**    Case number *(if known)*  **18-50610-btb**
               Name

| Part 12: | Summary |
| --- | --- |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $93,723.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $368,941.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $2,351,361.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $4,625,717.73 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $2,690.94 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $3,907,855.76 | |
| 88. **Real property.** *Copy line 56, Part 9.*.....................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $66,632.02 | |
| 91. **Total.** Add lines 80 through 90 for each column | $11,416,921.45 | + 91b.    $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $11,416,921.45 |

Official Form 206A/B                  Schedule A/B Assets - Real and Personal Property              page 8

**Form 206: Schedule A/B: Assets – Real and Personal Property**
**#47) Automobiles, vans, trucks, and motorcycles**

## HOWELL MUNITIONS & TECHNOLOGY, INC.
## VEHICLE LISTING

| Year | Make | Model |
|------|------|-------|
| 1968 | GMC | Fire Truck |
| 2004 | Ford | F250 |
| 1981 | Tank | Water |
| 2015 | Toyota | Rav 4 |

234644

Howell Munitions & Technology, Inc.
Schedule A/B: Assets - Real and Personal Property
#55) Any building, improved real estate, or land debtor owns or has an interest

## LEASE - REAL PROPERTY INFORMATION

| Lessee | Lessor | Address | Type of Property |
|--------|--------|---------|------------------|
| HMT | Dave Howell Rentals | 4093 Lucky Lane, Lewiston, Idaho | Commercial |
| HMT | Dave Howell Rentals | Ballistics Lab at 29978 Thiessen Road, Lewiston, Idaho | Commercial |
| HMT | Dave Howell Rentals | 815 D. Street, Lewiston, Idaho | Commercial |
| HMT | Dave Howell Rentals | 805 D. Street, Lewiston, Idaho | Commercial |
| HMT | Dave Howell Rentals | Airport Powder Storage, Lewiston, Idaho | Commercial |
| HMT | Dave Howell Rentals | 153 Southport, Lewiston, Idaho | Commercial |
| HMT | Dave Howell Rentals | 829 D Street, Lewiston, Idaho | Commercial |
| HMT | Dave Howell Rentals | 2337 3rd Avenue N., Lewiston, Idaho | Commercial |
| HMT | Dave Howell Rentals | 12 Stokes Dr, Moundhouse, NV | Commercial |
| HMT | Dave Howell Rentals | 31 Stokes Dr, Moundhouse, NV | Commercial |
| HMT | 823 D Street LLC | 823 D. Street, Lewiston Idaho | Commercial |
| HMT | Dave Howell Rentals | 25 Stokes Dr, Moundhouse, NV | Commercial |
| HMT | Dave Howell Rentals | 3790 Foothill Drive, Lewiston, Idaho | Residential |

234675

Howell Munitions & Technology, Inc.
Case No. 18-50610-btb
Form 206: Schedule A/B: Assets – Real and Personal Property
#74) Causes of action against third parties

| Third Party | Current Value of Debtor's Interest |
|---|---|
| American Marksman | $66,632.02 |
| UPS | Unknown |
| United States Department of Treasury, Alcohol and Tobacco Tax and Trade Bureau | Unknown |
| Twin River Contract Loading, Inc. | Unknown |
| Big Canyon Environmental, LLC | Unknown |
| X-Treme Bullets Inc. | Unknown |
| Ammo Load Worldwide, Inc. | Unknown |
| Clearwater Bullet, Inc. | Unknown |
| Freedom Munitions, LLC | Unknown |

234699

Howell Munitions & Technology, Inc.
Case No. 18-50610-btb
Form 206: Schedule A/B: Assets – Real and Personal Property
#74) Causes of action against third parties

| <u>Third Party</u> | <u>Current Value of Debtor's Interest</u> |
|---|---|
| Howell Machine, Inc. | Unknown |
| Lewis-Clark Ammunition Components, LLC | Unknown |
| Components Exchange, LLC | Unknown |
| Z.B., N.A., dba Zions First National Bank | Unknown |
| CFO Solutions LLC, dba Advanced CFO | Unknown |
| Sussman Shank LLP | Unknown |
| Creason, Moore, Dokken & Geidl, PLLC | Unknown |
| David C. Howell | Unknown |

234699

7/22/18 10:24PM

**Fill in this information to identify the case:**

Debtor name    **Howell Munitions & Technology, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF NEVADA

Case number (if known)    **18-50610-btb**

■ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property
12/15

Be as complete and accurate as possible.

1. Do any creditors have claims secured by debtor's property?

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:**   List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|---|
| 2.1 | **Corporation Service Company, as Rep**<br>Creditor's Name<br>**Attn: Legal Dept.**<br>**PO Box 2576**<br>**Springfield, IL 62708**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br><br>Describe the lien<br><br>Is the creditor an insider or related party?<br>☑ No | $0.00 | $0.00 |
| | Creditor's email address, if known | ☐ Yes<br>Is anyone else liable on this claim? | | |
| | **Date debt was incurred**<br>**UCC 20160095207C**<br>**Last 4 digits of account number** | ☑ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | Do multiple creditors have an interest in the same property?<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | | |
| 2.2 | **Integrity Bank, SSB**<br>Creditor's Name<br>**4040 Washington Ave.**<br>**Houston, TX 77007-5606**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**All inventory, chattel, accounts, euipment, etc.**<br><br>Describe the lien<br>**Lien# B2017120077**<br>Is the creditor an insider or related party?<br>☑ No | $250,000.00 | $0.00 |
| | Creditor's email address, if known | ☐ Yes<br>Is anyone else liable on this claim? | | |
| | **Date debt was incurred**<br><br>**Last 4 digits of account number** | ☐ No<br>☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is:<br>Check all that apply | | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

7/22/18 10:24PM

Debtor    **Howell Munitions & Technology, Inc.**                              Case number (if know)    **18-50610-btb**
Name

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.3 | **Toyota Industries**<br>**Commercial Finance, In** | Describe debtor's property that is subject to a lien | $0.00 | $0.00 |

Creditor's Name

**PO Box 9050**
**Coppell, TX 75019**

Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an
interest in the same property?
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**Used forklift**

Describe the lien
**Lien#s B201611868002**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.4 | **US Dept. of Treasury** | Describe debtor's property that is subject to a lien | $5,329,000.00 | $0.00 |

Creditor's Name

**Alcohol & Tobacco Tax &**
**Trade Bureau**
**National Revenue Center**
**550 Main Street, Suite 8002**
**Cincinnati, OH 45202-5215**

Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an
interest in the same property?
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

Describe the lien
**Federal tax lien**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.5 | **WCP Solutions** | Describe debtor's property that is subject to a lien | Unknown | $0.00 |

Creditor's Name

**15321 E Marietta Ave**
**Spokane, WA 99216**

Creditor's mailing address

**Packaging materials**

Describe the lien
**Lien# B201711881525**

---

Official Form 206D         Additional Page of Schedule D: Creditors Who Have Claims Secured by Property         page 2 of 4

7/22/18 10:24PM

| Debtor | Howell Munitions & Technology, Inc. | Case number (if know) | 18-50610-btb |
|---|---|---|---|
| | Name | | |

Is the creditor an insider or related party?

■ No
☐ Yes

Is anyone else liable on this claim?

☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

| | |
|---|---|
| Creditor's email address, if known | |
| Date debt was incurred | |
| Last 4 digits of account number | |

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.6 | **Wells Fargo Bank, N.A.** | Describe debtor's property that is subject to a lien | $25,000.00 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | **Hyster Forklift** | | |

**300 Tri State Intl., Ste. 400
Lincolnshire, IL 60069-4417**
Creditor's mailing address

**Describe the lien**
**UCC # B201511638100; B201511632368; B2201511640299**

Is the creditor an insider or related party?

■ No
☐ Yes

Is anyone else liable on this claim?

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

| | |
|---|---|
| Creditor's email address, if known | |
| Date debt was incurred | |
| Last 4 digits of account number | |

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.7 | **Z.B., N.A.,dba Zions First National Bank** | Describe debtor's property that is subject to a lien | $17,500,000.00 | $31,650,000.00* |
|---|---|---|---|---|
| | Creditor's Name | **All personal property assets of the Debtor, including all inventory, chattel paper, accounts, equipment, furniture, and general intangibles** | | |

**One South Main Street,
Suite 1400
Salt Lake City, UT 84130**
Creditor's mailing address

**Describe the lien**
**Idaho UCC-1 B201211171757, B201311254066, B201411404068**

Is the creditor an insider or related party?

■ No
☐ Yes

Is anyone else liable on this claim?

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

| | |
|---|---|
| Creditor's email address, if known | |
| Date debt was incurred | |
| Last 4 digits of account number | |

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

*Represents estimated aggregate value of collateral provided by this Debtor, affiliated Debtors, and non-debtor entities.

---

7/22/18 10:24PM

| Debtor | **Howell Munitions & Technology, Inc.** | Case number (if know) | **18-50610-btb** |
|---|---|---|---|
| | Name | | |

- ☒ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

| 3. | Total of the dollar amounts from Part 1, Column A, Including the amounts from the Additional Page, If any. | **$23,104,000.00** |
|---|---|---|

### Part 2:  List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                                                   Best Case Bankruptcy

7/22/18 10:24PM

Fill in this information to identify the case:

Debtor name   **Howell Munitions & Technology, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF NEVADA

Case number (if known)   **18-50610-btb**

■ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims
12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ■ Yes. Go to line 2.

2.  List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors
    with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**Aleksander Bukowy**<br>**4821 Gentry Lane**<br>**Carson City, NV 89701** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00**    **$0.00** |
| | Date or dates debt was incurred<br>**Various** | Basis for the claim:<br>**For notice purposes only** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |
| **2.2** | Priority creditor's name and mailing address<br>**Antony Halks**<br>**631 Preston Ave #3**<br>**Lewiston, ID 83501** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,307.25**    **$1,307.25** |
| | Date or dates debt was incurred<br>**Various** | Basis for the claim: | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

Official Form 206E/F
Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Schedule E/F: Creditors Who Have Unsecured Claims
27277

page 1 of 76
Best Case Bankruptcy

7/22/18 10:24PM

| Debtor | **Howell Munitions & Technology, Inc.** | Case number (if known) | **18-50610-btb** |
|---|---|---|---|
| | Name | | |

---

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $10,484.78 | $10,484.78 |
|---|---|---|---|---|
| | **Arthur W Eaton**<br>**1395 53rd St N**<br>**Lewiston, ID 83501** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**Various** | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $1,627.92 | $1,627.92 |
|---|---|---|---|---|
| | **Benjamen Iverson**<br>**420 Vista Ave**<br>**Lewiston, ID 83501** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**Various** | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $1,062.86 | $1,062.86 |
|---|---|---|---|---|
| | **Benjamin Prior**<br>**1628 9th Avenue**<br>**Clarkston, WA 99403** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**Various** | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $1,314.10 | $1,314.10 |
|---|---|---|---|---|
| | **Bradley Bjorkquist**<br>**3208 6th St C**<br>**Lewiston, ID 83501** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**Various** | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

---

7/22/18 10:24PM

| Debtor | **Howell Munitions & Technology, Inc.** | Case number (if known) | **18-50610-btb** |
|---|---|---|---|
| | Name | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,053.82 | $3,053.82 |
|---|---|---|---|---|

**Bradley Gasper**
**1516 15th Ave**
**Lewiston, ID 83501**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,220.65 | $3,220.55 |
|---|---|---|---|---|

**Brady King**
**618 Bryden Drive Apt D**
**Lewiston, ID 83501**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $8,039.32 | $8,039.32 |
|---|---|---|---|---|

**Brandon Dean**
**2575 Reservoir Rd**
**Clarkston, WA 99403**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $685.08 | $685.08 |
|---|---|---|---|---|

**Brenda L Anderson**
**3531 13th Street**
**Lewiston, ID 83501**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

7/22/18 10:24PM

| Debtor | **Howell Munitions & Technology, Inc.** | Case number (if known) | **18-50610-btb** |
|---|---|---|---|
| | Name | | |

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,295.05** | **$1,295.05** |
|---|---|---|---|---|
| | **Brendon Martin** | Check all that apply. | | |
| | **2728 17th St #202** | ☐ Contingent | | |
| | **Lewiston, ID 83501** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **Various** | | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,114.26** | **$2,114.26** |
|---|---|---|---|---|
| | **Brian A McCammon** | Check all that apply. | | |
| | **411 3rd Ave** | ☐ Contingent | | |
| | **Lewiston, ID 83501** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **Various** | | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,057.40** | **$1,057.40** |
|---|---|---|---|---|
| | **Brook Robinett** | Check all that apply. | | |
| | **30100 Mission Creek Rd** | ☐ Contingent | | |
| | **Culdesac, ID 83524** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **Various** | | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|
| | **Bureau of Alcohol, Tobacco, Firearms** | Check all that apply. | | |
| | **and Explosives** | ☐ Contingent | | |
| | **Public Governmental Affairs** | ☐ Unliquidated | | |
| | **99 New York Ave., NE** | ■ Disputed | | |
| | **Washington, DC 20226** | | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **For notice purposes only** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No | | |
| | | ☐ Yes | | |

7/22/18 10:24PM

| Debtor | **Howell Munitions & Technology, Inc.** | Case number (if known) | **18-50610-btb** |
|---|---|---|---|
| | Name | | |

---

**2.15** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00

**California Dept. of Tax and Fee Admin.**
**Special Operations Bktcy Team, MIC:74**
**PO Box 942879**
**Sacramento, CA 94279-0074**

Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**For Notice Purposes Only**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.16** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,610.22 | $3,610.22

**Chad M Kaufmann**
**517 Airway Dr**
**Lewiston, ID 83501**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.17** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00

**Chief Counsel**
**FTB, Legal Dept.**
**PO Box 1720, MS A-260**
**Rancho Cordova, CA 95741-1720**

Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**For Notice Purposes Only**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.18** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $960.93 | $960.93

**Chris A Stout**
**1036 Hemlock Dr**
**Lewiston, ID 83501**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

7/22/18 10:24PM

| Debtor | **Howell Munitions & Technology, Inc.** | Case number (if known) | **18-50610-btb** |
|---|---|---|---|
| | Name | | |

---

**2.19** | Priority creditor's name and mailing address
**Christopher Holt**
**272 Riverboat Road**
**Dayton, NV 89403**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$57.26 | $57.26

Date or dates debt was incurred
**Various**

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.20** | Priority creditor's name and mailing address
**Clark County Assessor**
**c/o Bankruptcy Clerk**
**500 S. Grand Central Pkwy**
**Box 551220**
**Las Vegas, NV 89155-1401**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$0.00 | $0.00

Date or dates debt was incurred

Basis for the claim:
**For Notice Purposes Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.21** | Priority creditor's name and mailing address
**Clark County Treasurer**
**c/o Bankruptcy Clerk**
**500 S. Grand Central Pkwy, Box**
**551220**
**Las Vegas, NV 89155-1401**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$0.00 | $0.00

Date or dates debt was incurred

Basis for the claim:
**For notice purposes only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.22** | Priority creditor's name and mailing address
**Clayton J Holton**
**2321 Silver Sage Drive**
**Carson City, NV 89701**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00 | $0.00

Date or dates debt was incurred
**Various**

Basis for the claim:
**For notice purposes only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

7/22/18 10:24PM

| Debtor | **Howell Munitions & Technology, Inc.** | Case number (if known) | **18-50610-btb** |
|---|---|---|---|
| | Name | | |

| 2.23 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $906.75 | $906.75 |
|---|---|---|---|---|
| | **Clayton L Seely** | Check all that apply. | | |
| | **2805 9th Ave** | ☐ Contingent | | |
| | **Lewiston, ID 83501** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **Various** | | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.24 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|
| | **Commodity Futures Trading Commission** | Check all that apply. | | |
| | **1155 21st St. NW** | ☐ Contingent | | |
| | **Washington, DC 20581** | ☐ Unliquidated | | |
| | | ■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **For notice purposes only** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No | | |
| | | ☐ Yes | | |

| 2.25 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,375.00 | $1,375.00 |
|---|---|---|---|---|
| | **Corey Van Zante** | Check all that apply. | | |
| | **3710 14th Street C** | ☐ Contingent | | |
| | **Lewiston, ID 83501** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **Various** | | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.26 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $37.26 | $37.26 |
|---|---|---|---|---|
| | **Dan Hellickson** | Check all that apply. | | |
| | **1662 Ashley Drive** | ☐ Contingent | | |
| | **Clarkston, WA 99403** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **Various** | | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

7/22/18 10:24PM

| Debtor | **Howell Munitions & Technology, Inc.** | Case number (if known) | **18-50610-btb** |
|---|---|---|---|
| | Name | | |

| 2.27 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,665.30 | $1,665.30 |
|---|---|---|---|---|
| | **Daniel Manuel Aguilar** | *Check all that apply.* | | |
| | **419 2nd Avenue, Apt 3** | ☐ Contingent | | |
| | **Lewiston, ID 83501** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **Various** | | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.28 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,633.20 | $6,633.20 |
|---|---|---|---|---|
| | **Dara R Bringman** | *Check all that apply.* | | |
| | **336 5th St. Apt. B** | ☐ Contingent | | |
| | **Lewiston, ID 83501** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **Various** | | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.29 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,991.34 | $5,991.34 |
|---|---|---|---|---|
| | **David C Howell** | *Check all that apply.* | | |
| | **29978 Thiessen Rd** | ☐ Contingent | | |
| | **Lewiston, ID 83501** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **Various** | | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.30 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $840.07 | $840.07 |
|---|---|---|---|---|
| | **David Sanborn** | *Check all that apply.* | | |
| | **102 N 9th Street** | ☐ Contingent | | |
| | **Kendrick, ID 83537** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **Various** | | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

7/22/18 10:24PM

| Debtor | Howell Munitions & Technology, Inc. | Case number (if known) | 18-50610-btb |
|--------|-------------------------------------|------------------------|--------------|
|        | Name                                |                        |              |

| 2.31 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $387.67 | $387.67 |
|------|---------------------------------------------|----------------------------------------------|---------|---------|

**David Town**
**1014 15th St. Apt. 2**
**Lewiston, ID 83501**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.32 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|------|---------------------------------------------|----------------------------------------------|-------|-------|

**Dept. of Employment, Training &**
**Rehab**
**Employment Security Division**
**500 East Third Street**
**Carson City, NV 89713**

Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**For notice purposes only**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.33 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,285.25 | $4,285.25 |
|------|---------------------------------------------|----------------------------------------------|-----------|-----------|

**Don Crea**
**4034 S Garfield**
**Spokane, WA 99203**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.34 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $788.42 | $788.42 |
|------|---------------------------------------------|----------------------------------------------|---------|---------|

**Donald E Young**
**1411 Bryden Ave 6**
**Lewiston, ID 83501**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

7/22/18 10:24PM

| Debtor | **Howell Munitions & Technology, Inc.** | Case number (if known) | **18-50610-btb** |
|---|---|---|---|
| | Name | | |

**2.35** | Priority creditor's name and mailing address
**Environmental Protection Agency**
**Office of General Counsel**
**1200 Pennsylvania Ave., N.W.**
**Washington, DC 20460**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**$0.00**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**For notice purposes only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.36** | Priority creditor's name and mailing address
**Franchise Tax Board**
**Bankruptcy Section, MS A340**
**PO Box 2952**
**Sacramento, CA 95812-2952**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**$0.00**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**For notice purposes only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.37** | Priority creditor's name and mailing address
**Gary J Steckel**
**1901 7th Ave 4**
**Lewiston, ID 83501**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$154.58**    **$154.58**

Date or dates debt was incurred
**Various**

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.38** | Priority creditor's name and mailing address
**Gloria Stolte**
**37279 Growler Point Road**
**Reubens, ID 83548**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$559.50**    **$559.50**

Date or dates debt was incurred
**Various**

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

7/22/18 10:24PM

| Debtor | **Howell Munitions & Technology, Inc.** | Case number (if known) | **18-50610-btb** |
|---|---|---|---|
| | Name | | |

---

**2.39** | Priority creditor's name and mailing address
**Idaho State Tax Commission**
**Bankruptcy Division**
**PO Box 36**
**Boise, ID 83722**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

$658.90    $658.90

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)    ☑ No
☐ Yes

---

**2.40** | Priority creditor's name and mailing address
**Internal Revenue Service**
**PO Box 7346**
**Philadelphia, PA 19101-7346**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**For notice purposes only**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)    ☑ No
☐ Yes

---

**2.41** | Priority creditor's name and mailing address
**Jacob T Maasdam**
**630 D Preston Ave**
**Lewiston, ID 83501**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$6,435.60    $6,435.60

Date or dates debt was incurred
**Various**

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)    ☑ No
☐ Yes

---

**2.42** | Priority creditor's name and mailing address
**James Chase**
**1703 Cedar Drive**
**Lewiston, ID 83501**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,346.16    $1,346.16

Date or dates debt was incurred
**Various**

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)    ☑ No
☐ Yes

---

7/22/18 10:24PM

| Debtor | **Howell Munitions & Technology, Inc.** | Case number (if known) | **18-50610-btb** |
|---|---|---|---|
| | Name | | |

| 2.43 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,558.90 | $4,558.90 |
|---|---|---|---|---|
| | **Jeff J Lohman**<br>**PO Box 493**<br>**Juliaetta, ID 83535** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**Various** | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.44 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,420.65 | $1,420.65 |
|---|---|---|---|---|
| | **Jeffrey Alan Ackeret**<br>**2623 Sunset Dr**<br>**Lewiston, ID 83501** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**Various** | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.45 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $788.33 | $788.33 |
|---|---|---|---|---|
| | **Jeremy Jenkins**<br>**1804 15th Ave**<br>**Lewiston, ID 83501** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**Various** | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.46 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $628.13 | $628.13 |
|---|---|---|---|---|
| | **Jessie M Baker**<br>**2130 Hillyard Drive**<br>**Clarkston, WA 99403** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**Various** | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

7/22/18 10:24PM

Debtor    **Howell Munitions & Technology, Inc.**                    Case number (if known)    **18-50610-btb**
          Name

| 2.47 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,596.27 | $2,596.27 |
|---|---|---|---|---|

**Jesus Ramirez**
**2109 Idaho Street**
**Carson City, NV 89701**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.48 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $111.00 | $111.00 |
|---|---|---|---|---|

**John Kissler**
**3415 8th St Apt F**
**Lewiston, ID 83501**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.49 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,432.04 | $0.00 |
|---|---|---|---|---|

**Joseph Levi Seideman**
**1328 14 Ave**
**Lewiston, ID 83501**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.50 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,470.94 | $1,470.94 |
|---|---|---|---|---|

**Joshua Wemlinger**
**1208 11th Avenue**
**Lewiston, ID 83501**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

7/22/18 10:24PM

| Debtor | **Howell Munitions & Technology, Inc.** | Case number (if known) | **18-50610-btb** |
|---|---|---|---|
| | Name | | |

| 2.51 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,240.48 | $3,240.48 |
|---|---|---|---|---|

**2.51**

Priority creditor's name and mailing address
**Karin Nelson**
**3207 6th Street C**
**Lewiston, ID 83501**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$3,240.48    $3,240.48

Date or dates debt was incurred
**Various**

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.52**

Priority creditor's name and mailing address
**Kathryn I Marion**
**304 Watson St**
**Culdesac, ID 83524**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$3,269.83    $3,269.83

Date or dates debt was incurred
**Various**

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.53**

Priority creditor's name and mailing address
**Kelsey Dawn Wakefield**
**39565 Whispering Pines Lane**
**Lewiston, ID 83501**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,441.23    $1,441.23

Date or dates debt was incurred
**Various**

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.54**

Priority creditor's name and mailing address
**Kevin Robert Acree**
**1714 Burrell Ave**
**Lewiston, ID 83501**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,102.50    $1,102.50

Date or dates debt was incurred
**Various**

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

7/22/18 10:24PM

| Debtor | **Howell Munitions & Technology, Inc.** | Case number (if known) | **18-50610-btb** |
|---|---|---|---|
| | Name | | |

**2.55** Priority creditor's name and mailing address
**Krista Lathrop**
**1331 Boston St**
**Clarkston, WA 99403**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,943.51   $2,943.51

Date or dates debt was incurred
**Various**

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.56** Priority creditor's name and mailing address
**Kyle Taylor Garrison**
**824 7th Street**
**Clarkston, WA 99403**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$911.88   $911.88

Date or dates debt was incurred
**Various**

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.57** Priority creditor's name and mailing address
**Lisa McEwen**
**620 S B St.**
**Grangeville, ID 83530**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,359.08   $1,359.08

Date or dates debt was incurred
**Various**

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.58** Priority creditor's name and mailing address
**Lucas R. Evonne**
**5307 S Rome Cir**
**Aurora, CO 80015**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$86.97   $86.97

Date or dates debt was incurred
**Various**

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

7/22/18 10:24PM

| Debtor | **Howell Munitions & Technology, Inc.** | Case number (if known) | **18-50610-btb** |
|---|---|---|---|
| | Name | | |

| 2.59 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,295.86 | $5,295.86 |
|---|---|---|---|---|

**Matt Dodson**
**161 Schuller Grade Road**
**Yakima, WA 98908**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.60 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $10,756.38 | $10,756.38 |
|---|---|---|---|---|

**Matthew R Lerche**
**1919 Birch Ave**
**Lewiston, ID 83501**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.61 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $713.70 | $713.70 |
|---|---|---|---|---|

**Matthew W Shaw**
**204 3rd street**
**Lewiston, ID 83501**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.62 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $983.40 | $983.40 |
|---|---|---|---|---|

**Michael Arthur Long**
**2031 Lone Mountain  # 49**
**Carson City, NV 89706**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Official Form 206 E/F    Schedule E/F: Creditors Who Have Unsecured Claims    Page 16 of 76

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

7/22/18 10:24PM

| Debtor | **Howell Munitions & Technology, Inc.** | Case number (if known) | **18-50610-btb** |
|---|---|---|---|
| | Name | | |

| 2.63 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $819.00 | $819.00 |
|---|---|---|---|---|
| | **Michael Dal Harrell**<br>**3507 11th st**<br>**lewiston, ID 83501** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**Various** | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.64 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|
| | **Michael Mundy**<br>**3958 Foothill Drive**<br>**Lewiston, ID 83501** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**Various** | Basis for the claim:<br>**For notice purposes only** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.65 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,158.00 | $2,158.00 |
|---|---|---|---|---|
| | **Michael Rogers**<br>**1627 18th Ave.**<br>**Lewiston, ID 83501** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**Various** | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.66 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,893.78 | $2,893.78 |
|---|---|---|---|---|
| | **Michael T Devin**<br>**1817 12th ave**<br>**Lewiston, ID 83501** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**Various** | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

7/22/18 10:24PM

| Debtor | **Howell Munitions & Technology, Inc.** | Case number (if known) | **18-50610-btb** |
|---|---|---|---|
| | Name | | |

**2.67**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $599.65 | $599.65 |
|---|---|---|---|
| **Mike Doxtator**<br>**POB 1068**<br>**Lewiston, ID 83501** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| Date or dates debt was incurred<br>**Various** | Basis for the claim: | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

**2.68**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,155.75 | $1,155.75 |
|---|---|---|---|
| **Nathan Dreadfulwater**<br>**1209 Grelle Ave**<br>**Lewiston, ID 83501** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| Date or dates debt was incurred<br>**Various** | Basis for the claim: | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

**2.69**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,046.61 | $1,046.61 |
|---|---|---|---|
| **Nathan W Karki**<br>**1718 1st Street**<br>**Lewiston, ID 83501** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| Date or dates debt was incurred<br>**Various** | Basis for the claim: | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

**2.70**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|
| **Nevada Department of Taxation**<br>**Bankruptcy Section**<br>**555 E. Washington Ave., #1300**<br>**Las Vegas, NV 89101** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |
| Date or dates debt was incurred | Basis for the claim:<br>**For notice purposes only** | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

7/22/18 10:24PM

| Debtor | Howell Munitions & Technology, Inc. | Case number (if known) | 18-50610-btb |
|---|---|---|---|
| | Name | | |

**2.71**

Priority creditor's name and mailing address
**Nevada Department of Taxation
Bankruptcy Section
4600 Kietzke Ln., Suite L-235
Reno, NV 89502**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**For notice purposes only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.72**

Priority creditor's name and mailing address
**Nevada Department of Taxation
1550 College Parkway, Ste. 115
Carson City, NV 89706**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$96.41    $96.41

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.73**

Priority creditor's name and mailing address
**Nevada Dept of Environmental
Protection
901 S. Stewart Street, Suite 4001
Carson City, NV 89701**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**For notice purposes only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.74**

Priority creditor's name and mailing address
**Nevada Dept of Environmental
Protection
2030 E. Flamingo Road, Suite 230
Las Vegas, NV 89119**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**For notice purposes only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

7/22/18 10:24PM

| Debtor | **Howell Munitions & Technology, Inc.** | Case number (if known) | **18-50610-btb** |
|---|---|---|---|
| | Name | | |

---

| 2.75 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$60.00** | **$60.00** |
|---|---|---|---|---|

**2.75**
Priority creditor's name and mailing address
**Raymond Dave Tyson**
**20840 NW Kachina Ave**
**Redmond, OR 97756**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$60.00  $60.00

Date or dates debt was incurred
**Various**

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.76**
Priority creditor's name and mailing address
**Reymon Joseph Parot**
**PO Box 854**
**Asotin, WA 99402**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,440.60  $1,440.60

Date or dates debt was incurred
**Various**

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.77**
Priority creditor's name and mailing address
**Roberto Garza**
**2821 Lovelace Way**
**Carson City, NV 89706**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$64.64  $64.64

Date or dates debt was incurred
**Various**

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.78**
Priority creditor's name and mailing address
**Rodolfo Ahumada**
**293 Monte Cristo Drive**
**Dayton, NV 89403**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$338.10  $338.10

Date or dates debt was incurred
**Various**

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

7/22/18 10:24PM

| Debtor | Howell Munitions & Technology, Inc. | Case number (if known) | 18-50610-btb |
|---|---|---|---|
| | Name | | |

| 2.79 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,897.59 | $4,897.59 |
|---|---|---|---|---|

**Scott B Penton**
**1060 Canterwood Drive**
**Moscow, ID 83843**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.80 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,974.72 | $3,974.72 |
|---|---|---|---|---|

**Sean Brady Becker**
**2611 Meadowlark Dr**
**Lewiston, ID 83501**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.81 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Secretary of the Treasury**
**1500 Pennsylvania Ave. NW**
**Washington, DC 20220**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**For notice purposes only**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.82 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,055.60 | $7,055.60 |
|---|---|---|---|---|

**Shaun Barclay**
**1815 Imnaha Lane**
**Lewiston, ID 83501**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

7/22/18 10:24PM

| Debtor | **Howell Munitions & Technology, Inc.** | | Case number (if known) | **18-50610-btb** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.83 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $1,048.04 | $1,048.04 |
|---|---|---|---|---|
| | **Shawn Burke**<br>**147 Shiloh Dr**<br>**Lewiston, ID 83501** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**Various** | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.84 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|---|
| | **Small Business Administration**<br>**1020 Main St., #290**<br>**Boise, ID 83702** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**For notice purposes only** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.85 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|---|
| | **Social Security Administration**<br>**Office of the Regional Chief**<br>**Counsel**<br>**160 Spear Street, Suite 800**<br>**San Francisco, CA 94105-1545** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**For notice purposes only** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.86 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $9,154.57 | $9,154.57 |
|---|---|---|---|---|
| | **Stephen S Howell**<br>**836 Frost Ln**<br>**Clarkston, WA 99403** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**Various** | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

7/22/18 10:24PM

| Debtor | Howell Munitions & Technology, Inc. | Case number (if known) | 18-50610-btb |
|---|---|---|---|
| | Name | | |

**2.87** | Priority creditor's name and mailing address
**Steven Michael Hill**
**PO Box 562**
**Asotin, WA 99402**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$719.47 | $719.47

Date or dates debt was incurred
**Various**

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.88** | Priority creditor's name and mailing address
**Tequis Garnett Penney**
**PO Box 417**
**Lapwai, ID 83540**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$663.00 | $663.00

Date or dates debt was incurred
**Various**

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.89** | Priority creditor's name and mailing address
**Texas Workforce Commission**
**Regulatory Integrity Division-SAU**
**101 E. 15th St., Room 556**
**Austin, TX 78778-0001**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$0.00 | $0.00

Date or dates debt was incurred

Basis for the claim:
**For notice purposes only**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.90** | Priority creditor's name and mailing address
**Timothy B Stevenson Sr**
**P.O. Box 1805**
**Lewiston, ID 83501**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$4,707.12 | $4,707.12

Date or dates debt was incurred
**Various**

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

7/22/18 10:24PM

| Debtor | **Howell Munitions & Technology, Inc.** | Case number (if known) | **18-50610-btb** |
|---|---|---|---|
| | Name | | |

| 2.91 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,011.09 | $3,011.09 |
|---|---|---|---|---|

**2.91**
Priority creditor's name and mailing address
**Timothy R Norris**
**904 25th Avenue # 201**
**Lewiston, ID 83501**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$3,011.09**  **$3,011.09**

Date or dates debt was incurred
**Various**

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.92**
Priority creditor's name and mailing address
**Tobias D Thill**
**122 15th Avenue**
**Lewiston, ID 83501**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$11,325.61**  **$11,325.61**

Date or dates debt was incurred
**Various**

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.93**
Priority creditor's name and mailing address
**Travis Johnson**
**3333 1/2 5th St**
**Lewiston, ID 83501**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,233.48**  **$1,233.48**

Date or dates debt was incurred
**Various**

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.94**
Priority creditor's name and mailing address
**Trevor TJ Torrez**
**205 14th Ave**
**Lewiston, ID 83501**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,498.55**  **$1,498.55**

Date or dates debt was incurred
**Various**

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

7/22/18 10:24PM

| Debtor | Howell Munitions & Technology, Inc. | Case number (if known) | 18-50610-btb |
|---|---|---|---|
| | Name | | |

| 2.95 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**U.S. Department of Labor**
**Occupational Safety & Health**
**Admin.**
**200 Constitution Avenue, NW**
**Room# N3626**
**Washington, DC 20210**

Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Date or dates debt was incurred

Basis for the claim:
**For notice purposes only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.96 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**U.S. Dept. of Treasury**
**Alcohol and Tobacco Tax and**
**Trade Bureau**
**Office of Communications**
**1310 G Street, NW, Box 12**
**Washington, DC 20005**

Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Date or dates debt was incurred

Basis for the claim:
**For notice purposes only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.97 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**United States Attorney**
**100 W. Liberty Street, #600**
**Reno, NV 89501**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For notice purposes only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.98 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**United States Attorney's Office**
**Attn: Civil Process Clerk**
**501 Las Vegas Blvd., South, Suite**
**1100**
**Las Vegas, NV 89101**

Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Date or dates debt was incurred

Basis for the claim:
**For Notice Purposes Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

7/22/18 10:24PM

| Debtor | **Howell Munitions & Technology, inc.** | Case number (if known) | **18-50610-btb** |
|---|---|---|---|
| | Name | | |

| 2.99 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**US Securities & Exchange Commission**
**Attn: Bankruptcy Counsel**
**444 S. Flower St., Ste. 900**
**Los Angeles, CA 90071-9591**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**For notice purposes only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**823 D Street, LLC**
**823 D Street**
**Lewiston, ID 83501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**A-L Compressed Gases, Inc.**
**4230 E Trent Ave**
**Spokane, WA 99202**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **Various**

Basis for the claim:  **For Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $550.00 |
|---|---|---|---|

**Absolute Machine Solutions**
**26387 Rocky Top Lane**
**Lapwai, ID 83540**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $531.59 |
|---|---|---|---|

**Action Medical Inc**
**PO Box 189**
**Newmann Lake, WA 99025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,985.22 |
|---|---|---|---|

**ADP, Inc.**
**PO Box 842875**
**Boston, MA 02284**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

7/22/18 10:24PM

| Debtor | **Howell Munitions & Technology, Inc.** | Case number (If known) | **18-50610-btb** |
|---|---|---|---|
| | Name | | |

---

**3.6**

Nonpriority creditor's name and mailing address
**ADT Security Sevices**
PO Box 371878
Pittsburgh, PA 15250-7878

Date(s) debt was incurred **Various**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ___

Is the claim subject to offset? ■ No ☐ Yes

**$633.34**

---

**3.7**

Nonpriority creditor's name and mailing address
**Advanced CFO**
13601 W McMillan Rd
#102
Boise, ID 83713

Date(s) debt was incurred ___

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: ___

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.8**

Nonpriority creditor's name and mailing address
**Air Electric**
5603 E. 3rd Ave.
Spokane, WA 99212

Date(s) debt was incurred **Various**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ___

Is the claim subject to offset? ■ No ☐ Yes

**$4,932.07**

---

**3.9**

Nonpriority creditor's name and mailing address
**Alan Baker CO, LLC**
Sean
PO Box 2128
San Francisco, CA 94083

Date(s) debt was incurred **Various**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ___

Is the claim subject to offset? ■ No ☐ Yes

**$695.00**

---

**3.10**

Nonpriority creditor's name and mailing address
**Alcobra**
Jeff Thomas
4510 N Freya St.
Spokane, WA 99217

Date(s) debt was incurred **Various**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ___

Is the claim subject to offset? ■ No ☐ Yes

**$159.60**

---

**3.11**

Nonpriority creditor's name and mailing address
**Alex Rakos**
710 Sunset Blvd. North, Unit B
Sunset Beach, NC 28468

Date(s) debt was incurred **Various**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ___

Is the claim subject to offset? ■ No ☐ Yes

**$90.00**

---

**3.12**

Nonpriority creditor's name and mailing address
**Alexis Knowles**
574 E. Lenign Drive
Deltona, FL 32738

Date(s) debt was incurred **Various**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ___

Is the claim subject to offset? ■ No ☐ Yes

**$1,600.00**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

7/22/18 10:24PM

| Debtor | **Howell Munitions & Technology, Inc.** | Case number (if known) | **18-50610-btb** |
|---|---|---|---|
| | Name | | |

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $161.55 |
|---|---|---|---|

**Alhambra**
PO Box 660579
Dallas, TX 75266-0579

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $875.00 |
|---|---|---|---|

**All-American Publishing**
5411 Kendall St.
Boise, ID 83706

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $229.08 |
|---|---|---|---|

**Allen Nicholas**
412 Hopewell Rd.
Maryville, TN 37801

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,455.20 |
|---|---|---|---|

**Allied Electronics, Inc**
Chris Iendquist Tom
PO Box 2325
Fort Worth, TX 76113

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,920.00 |
|---|---|---|---|

**Alyssa Gambia**
8460 W 91st St.
Hickory Hills, IL 60457

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**American Security Brass & Reloading**
PO Box 9169
Greerton, Tauranga, New Zealand

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,737.96 |
|---|---|---|---|

**AmeriPride**
Angel
PO Box 1160
Bemidji, MN 56619-1160

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

7/22/18 10:24PM

| Debtor | **Howell Munitions & Technology, Inc.** | Case number (if known) | **18-50610-btb** |
|---|---|---|---|
| | Name | | |

---

**3.20**

Nonpriority creditor's name and mailing address
**Ammo Direct**
P.O. Box 9169
Greerton, Tauranga, New Zealand

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.21**

Nonpriority creditor's name and mailing address
**Ammo Load Worldwide, Inc.**
815 D Street
Lewiston, ID 83501

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ■ Yes

$0.00

---

**3.22**

Nonpriority creditor's name and mailing address
**AmmoSeek LLC**
404 Lindsay Court
Berryville, VA 22611

Date(s) debt was incurred **Various**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$3,000.00

---

**3.23**

Nonpriority creditor's name and mailing address
**Ample Supply Co**
john
1401 S. Prairie Drive
Sycamore, IL 60178

Date(s) debt was incurred **Various**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$242.00

---

**3.24**

Nonpriority creditor's name and mailing address
**Anatek Labs, Inc**
1282 Alturas Drive
Moscow, ID 83843

Date(s) debt was incurred **Various**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$1,386.00

---

**3.25**

Nonpriority creditor's name and mailing address
**Anatolia Fisek Sanayi ve Ticar**
Engin
Sanayi Cad. 110 Armutlu
Kemalpasa Izmir, Turkey 35373-0000

Date(s) debt was incurred **Various**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$76,690.50

---

**3.26**

Nonpriority creditor's name and mailing address
**Andrew Letter**
2960 Carsty Circle
De Pere, WI 54115

Date(s) debt was incurred **Various**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$144.77

---

7/22/18 10:24PM

| Debtor | **Howell Munitions & Technology, Inc.** | Case number (if known) | **18-50610-btb** |
|---|---|---|---|
| | Name | | |

---

**3.27** | Nonpriority creditor's name and mailing address
**Angela Berring**
**2404 Cypress Drive**
**Saint Charles, MO 63301**

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$88.00**

---

**3.28** | Nonpriority creditor's name and mailing address
**Applied Industrial Tech, Inc**
**Verna Aucutt**
**PO Box 100538**
**Pasadena, CA 91189-0538**

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ■ Yes

**$376.24**

---

**3.29** | Nonpriority creditor's name and mailing address
**Armscor Cartridge Inc.**
**Darren Newsom, Michelle**
**2872 US Hwy 93**
**North Victor, MT 59875**

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ■ Yes

**$19,154.12**

---

**3.30** | Nonpriority creditor's name and mailing address
**Asotin County Landfill**
**2901 Sixth Avenue**
**Clarkston, WA 99403**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$83.68**

---

**3.31** | Nonpriority creditor's name and mailing address
**Ater Wynne LLP**
**1331 NW Lovejoy, Ste. 900**
**Portland, OR 98209-3280**

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$13,479.63**

---

**3.32** | Nonpriority creditor's name and mailing address
**Automation Devices INC**
**Jim Winschel**
**7050 W. Ridge Rd.**
**Fairview, PA 16415**

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$6,109.00**

---

**3.33** | Nonpriority creditor's name and mailing address
**Automation Direct**
**PO Box 402417**
**Atlanta, GA 30384**

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,714.50**

---

7/22/18 10:24PM

| Debtor | **Howell Munitions & Technology, Inc.** | Case number (if known) | **18-50610-btb** |
|---|---|---|---|
| | Name | | |

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,669.12 |
|---|---|---|---|

**Avista Utilities**
**1411 E Mission Ave**
**Spokane, WA 99252**

Date(s) debt was incurred  **Various**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Bailey Kristiansson, LLC**
**PO Box 104**
**Fulshear, TX 77441**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **UCC B201711892322; Terminated; For Notice purposes only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $40.00 |
|---|---|---|---|

**Barry Foster**
**7473 Rodebaugh Road**
**Reynoldsburg, OH 43068**

Date(s) debt was incurred  **Various**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,650.00 |
|---|---|---|---|

**Bear Hunting Media**
**PO Box 168**
**West Fork, AR 72774**

Date(s) debt was incurred  **Various**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $283.50 |
|---|---|---|---|

**Berggren Fritz**
**5135 Neal Ranch Rd.**
**Colorado Springs, CO 80906**

Date(s) debt was incurred  **Various**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Big Canyon Evnironmental, LLC**
**815 D Street**
**Lewiston, ID 83501**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $73,611.64 |
|---|---|---|---|

**Binary Anvil Inc.**
**22525 SE 64th Place, Suite 257**
**Issaquah, WA 98027-5383**

Date(s) debt was incurred  **Various**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

7/22/18 10:24PM

| Debtor | **Howell Munitions & Technology, Inc.** | Case number (if known) | **18-50610-btb** |
|---|---|---|---|
| | Name | | |

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $347.71 |
|---|---|---|---|

**Bitterroot Bolt & Chain Co.**
**Orin Triplett**
**2522 4th Ave. North**
**Lewiston, ID 83501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $118,000.00 |
|---|---|---|---|

**Bitterroot Security & Inv. LL**
**Terry Roberts**
**410 9th Street**
**Clarkston, WA 99403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,212.21 |
|---|---|---|---|

**Black Rifle Coffee Company**
**381 West Ironwood Dr.**
**Salt Lake City, UT 84115**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $63.00 |
|---|---|---|---|

**Blake Brockman**
**7400 Center Ave., Apt. 317**
**Cerritos, CA 90703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,350.37 |
|---|---|---|---|

**Blue Cross of Idaho**
**PO Box 6948**
**Boise, ID 83707**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,033.68 |
|---|---|---|---|

**Blue Mountain Containers**
**Brandon Dean**
**PO Box 1869**
**Lewiston, ID 83501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,538.31 |
|---|---|---|---|

**Blue Ribbon Supply Inc**
**PO Box 798**
**Lewiston, ID 83501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

7/22/18 10:24PM

| Debtor | **Howell Munitions & Technology, Inc.** | Case number (if known) | **18-50610-btb** |
|---|---|---|---|
| | Name | | |

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,000.00 |
|---|---|---|---|

**Bosnian Austrian Security Serv**
**Nedzib Bungur**
**Debelo Brdo 43**
**70 000 Sarajevo**
**Bosnia and Herzegovina**

Date(s) debt was incurred **Various**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,500.00 |
|---|---|---|---|

**Brand Avalanche Media, LLC.**
**Travis Horton**
**4343 16th Ave., #161**
**Moline, IL 61265**

Date(s) debt was incurred **Various**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $39,700.00 |
|---|---|---|---|

**Brand Makers LLC**
**Amber Newell**
**464 South Main St.**
**Spanish Fork, UT 84660**

Date(s) debt was incurred **Various**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $165.30 |
|---|---|---|---|

**Brandon Kobberdahl**
**15357 67th Ave. North**
**Maple Grove, MN 55311**

Date(s) debt was incurred **Various**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19.68 |
|---|---|---|---|

**Brian Elledge**
**17451 SE Ten Eyck Rd.**
**Sandy, OR 97055**

Date(s) debt was incurred **Various**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $230.20 |
|---|---|---|---|

**Bryce Kidd**
**3213 Lew Wallace Drive**
**Clovis, NM 88101**

Date(s) debt was incurred **Various**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $344.78 |
|---|---|---|---|

**Buchanan Automation Inc**
**PO Box 1249**
**Snohomish, WA 98291**

Date(s) debt was incurred **Various**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

7/22/18 10:24PM

| Debtor | **Howell Munitions & Technology, Inc.** | Case number (if known) | **18-50610-btb** |
|---|---|---|---|
| | Name | | |

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,273.25 |
|---|---|---|---|

**C.Bennett Services, Inc**
PO Box 2362
Cypress, TX 77410

Date(s) debt was incurred **Various**
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $64.12 |
|---|---|---|---|

**Camp Cabin & Home**
2119 4th Ave. North
Lewiston, ID 83501

Date(s) debt was incurred **Various**
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,800.00 |
|---|---|---|---|

**Canon**
One Canon Park
Melville, NY 11747

Date(s) debt was incurred **Various**
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,544.25 |
|---|---|---|---|

**Canon Financial Serivces**
14904 Collections Center Drive
Chicago, IL 60693-0149

Date(s) debt was incurred **Various**
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,589.37 |
|---|---|---|---|

**Canon Solutions America**
15004 Collections Center Dr.
Chicago, IL 60693

Date(s) debt was incurred **Various**
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $158,880.15 |
|---|---|---|---|

**Capital Cartridge LLC**
**Brian**
9702 Wallisville Rd., Suite B
Houston, TX 77013

Date(s) debt was incurred **Various**
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $37,372.46 |
|---|---|---|---|

**Capital One Visa Statement**
PO Box 30285
Salt Lake City, UT 84130

Date(s) debt was incurred **Various**
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

7/22/18 10:24PM

| Debtor | **Howell Munitions & Technology, Inc.** | Case number (if known) | **18-50610-btb** |
|---|---|---|---|
| | Name | | |

**3.62** | Nonpriority creditor's name and mailing address
**Cascade Columbia Distribution**
**Greg Switzer**
**6900 Fox Ave.**
**South Seattle, WA 98108**

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$10,321.46**

---

**3.63** | Nonpriority creditor's name and mailing address
**Catalyst Medical Group**
**Christine Thomas**
**2315 8th Street**
**Lewiston, ID 83501**

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,443.37**

---

**3.64** | Nonpriority creditor's name and mailing address
**CED - Consolidated Electrical**
**Terry, Gaye**
**PO Box 398855**
**San Francisco, CA 94139-8855**

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,657.87**

---

**3.65** | Nonpriority creditor's name and mailing address
**Century Link**
**PO Box 91155**
**Seattle, WA 98111**

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$562.21**

---

**3.66** | Nonpriority creditor's name and mailing address
**Century Spring Corp**
**231274 Momentum Pl.**
**Chicago, IL 60689**

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$820.37**

---

**3.67** | Nonpriority creditor's name and mailing address
**Chad Rager**
**17259 Castle Ct.**
**Purcellville, VA 20132**

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.68** | Nonpriority creditor's name and mailing address
**Charter Business - 25 Stokes**
**PO Box 60188**
**Los Angeles, CA 90060**

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$2,148.74**

---

7/22/18 10:24PM

| Debtor | **Howell Munitions & Technology, Inc.** | Case number (if known) | **18-50610-btb** |
|---|---|---|---|
| | Name | | |

---

**3.69** | Nonpriority creditor's name and mailing address
**Chemetall - Oakite Products, I**
**Hans Juergensen**
**22040 Network Place**
**Chicago, IL 60673-1220**

Date(s) debt was incurred **Various**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

**$2,905.47**

---

**3.70** | Nonpriority creditor's name and mailing address
**Chemithon Surface Finishing, I**
**Dale Flinchbaugh**
**5430 W. Marginal Way SW**
**Seattle, WA 98106**

Date(s) debt was incurred **Various**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

**$2,588.17**

---

**3.71** | Nonpriority creditor's name and mailing address
**Chemix Corp.**
**412 E. Commonwealth Ave., Ste. 1**
**Fullerton, CA 92832**

Date(s) debt was incurred **Various**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

**$4,828.51**

---

**3.72** | Nonpriority creditor's name and mailing address
**Chris Hayes**
**362 Reservoir Drive**
**Lewiston, ID 83501**

Date(s) debt was incurred **Various**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.73** | Nonpriority creditor's name and mailing address
**Christian Domagall**
**4121 98th Ave. NE**
**Circle Pines, MN 55014**

Date(s) debt was incurred **Various**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

**$22.09**

---

**3.74** | Nonpriority creditor's name and mailing address
**Christopher Koolhof**
**11965 Norman Lane**
**Auburn, CA 95603**

Date(s) debt was incurred **Various**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

**$169.00**

---

**3.75** | Nonpriority creditor's name and mailing address
**City of Cameron**
**City of Cameron**
**PO Box 8332**
**Cameron, TX 76520**

Date(s) debt was incurred **Various**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

**$50.00**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

7/22/18 10:24PM

| Debtor | **Howell Munitions & Technology, Inc.** | | Case number (if known) | **18-50610-btb** |
|---|---|---|---|---|
| | Name | | | |

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.39 |
|---|---|---|---|

**City of Jersey Village**
16501 Jersey Drive
Jersey Village, TX 77040

Date(s) debt was incurred __Various__
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,349.22 |
|---|---|---|---|

**City of Lewiston**
PO Box 617
Lewiston, ID 83501

Date(s) debt was incurred __Various__
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18.00 |
|---|---|---|---|

**Clarkston Auto & Truck Parts**
507 Third St.
Clarkston, WA 99403

Date(s) debt was incurred __Various__
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $378.56 |
|---|---|---|---|

**Clayton Hewitt**
7509 N Sycamore Ave
Kansas City, MO 64158

Date(s) debt was incurred __Various__
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19,282.94 |
|---|---|---|---|

**Clean Harbors Env. Services In**
PO Box 3442
Boston, MA 02241-3442

Date(s) debt was incurred __Various__
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Clearwater Bullet, Inc.**
153 Southport Ave., Building 4
Lewiston, ID 83501

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $90.00 |
|---|---|---|---|

**Clearwater Medical Clinic**
1522 17th Street
Lewiston, ID 83501

Date(s) debt was incurred __Various__
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

7/22/18 10:24PM

| Debtor | **Howell Munitions & Technology, Inc.** | Case number (if known) | **18-50610-btb** |
|---|---|---|---|
| | Name | | |

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,126.57** |
|---|---|---|---|

**Clearwater Propane**
**PO Box 675**
**Lewiston, ID 83501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$561.83** |
|---|---|---|---|

**CNC Pros International, INC**
**1582. E. Bramble Ln.**
**Meridian, ID 83642**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$118.04** |
|---|---|---|---|

**Coleman Oil Company**
**PO Box 1308**
**Lewiston, ID 83501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$57,984.75** |
|---|---|---|---|

**Collier Electric**
**Bryan & Laura Collier**
**1119 Van Arsdol**
**Clarkston, WA 99403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$12,670.30** |
|---|---|---|---|

**Columbia Electric Supply**
**Nate, Rusty, Eric, Josh, Jason**
**8100 NE ST. Johns Rd., E 102**
**Vancouver, WA 98665**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$282.15** |
|---|---|---|---|

**Comcast**
**PO Box 660618**
**Dallas, TX 75266**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$47,185.68** |
|---|---|---|---|

**Comm Trade USA, Inc**
**1934 West Gray St., Ste. 200**
**Houston, TX 77019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

7/22/18 10:24PM

| Debtor | **Howell Munitions & Technology, Inc.** | Case number (if known) | **18-50610-btb** |
|---|---|---|---|
| | Name | | |

---

**3.90** | Nonpriority creditor's name and mailing address
**Community Impact Newspaper**
**16225 Impact Way, Ste. One**
**Pflugerville, TX 78660**
Date(s) debt was incurred **Various**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,880.00**

---

**3.91** | Nonpriority creditor's name and mailing address
**Complete Capital Services, Inc.**
**22811 Greater Mack Ave., Ste. 203**
**Saint Clair Shores, MI 48080**
Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.92** | Nonpriority creditor's name and mailing address
**Components Exchange**
**Molly K**
**21530 Buckskin Ln.**
**Peck, ID 83545**
Date(s) debt was incurred **Various**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ■ Yes

**$111,434.80**

---

**3.93** | Nonpriority creditor's name and mailing address
**Components Exchange, LLC**
**815 D Street**
**Lewiston, ID 83501**
Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.94** | Nonpriority creditor's name and mailing address
**Comstock Propane Inc**
**36 Miles Rd.**
**Carson City, NV 89706**
Date(s) debt was incurred **Various**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$435.14**

---

**3.95** | Nonpriority creditor's name and mailing address
**Concept Automation Systems**
**Debbie Byrd**
**3633 Research Way, #101**
**Carson City, NV 89706**
Date(s) debt was incurred **Various**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,045.30**

---

**3.96** | Nonpriority creditor's name and mailing address
**Corporation Service Company, as Rep**
**Attn: Legal Dept.**
**PO Box 2576**
**Springfield, IL 62708**
Date(s) debt was incurred **UCC 20160095207C**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

7/22/18 10:24PM

| Debtor | **Howell Munitions & Technology, Inc.** | Case number (if known) | **18-50610-btb** |
|---|---|---|---|
| | Name | | |

---

**3.97** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,600.00**

**Covert Madison**
**3004 Hubbartd Place**
**New Smyrna Beach, FL 32168**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.98** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$120.00**

**Craig Draper**
**8842 W Mornin Mist St.**
**Boise, ID 83709**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.99** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$105.50**

**Creason, Moore, Dokken & Geidl**
**PO Box 835**
**Lewiston, ID 83501**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.100** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$473,476.29**

**Crow Shooting Supply**
**200 S. Front St.**
**Montezuma, IA 80171**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.101** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$739.33**

**Culligan, LLC.**
**PO Box 8332**
**Moscow, ID 83843**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.102** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$177.60**

**Custom Fluid Power Inc**
**Darren Butters**
**16083 N Franklin Blvd. Ste. 1**
**Nampa, ID 83687**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.103** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,217.00**

**Custom Master/Flo King**
**VALERIE**
**401 Lake Bennett Ct.**
**Longwood, FL 32750-6341**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

7/22/18 10:24PM

| Debtor | **Howell Munitions & Technology, Inc.** | Case number (if known) | **18-50610-btb** |
|---|---|---|---|
| | Name | | |

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,400.00 |
|---|---|---|---|

DaJo Trucking, Inc.
4093 Lucky Lane
Lewiston, ID 83501

Date(s) debt was incurred __Various__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,085.00 |
|---|---|---|---|

Danglers Inc.
35 Oakdale Ave.
Johnston, RI 02818

Date(s) debt was incurred __Various__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.00 |
|---|---|---|---|

Daniel Atkinson
3840 N Vine
Tucson, AZ 85719

Date(s) debt was incurred __Various__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $46.04 |
|---|---|---|---|

Darcy Richard
91 Wynnewood Ct.
Freehold, NJ 07728

Date(s) debt was incurred __Various__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $435,262.98 |
|---|---|---|---|

David Howell
PO Box 1903
Lewiston, ID 83501

Date(s) debt was incurred __Various__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

David Howell Rentals
P.O. Box 1903
Lewiston, ID 83501

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $41.60 |
|---|---|---|---|

David Lane
8850 Chumash Ln
Riverside, CA 92509

Date(s) debt was incurred __Various__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

7/22/18 10:24PM

| Debtor | **Howell Munitions & Technology, Inc.** | Case number (if known) | **18-50610-btb** |
|---|---|---|---|
| | Name | | |

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $151.24 |
|---|---|---|---|

**Davis Brian**
**1056 Creekside Ct., Unit 1A**
**Wheeling, IL 60090**

Date(s) debt was incurred **Various**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,710.13 |
|---|---|---|---|

**Dayton Lamina**
**500 Progess Road**
**Dayton, OH 45449**

Date(s) debt was incurred **Various**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $60.00 |
|---|---|---|---|

**Deburring Equipment Manufactri**
**TIM**
**3248 Hillside Ave.**
**Norco, CA 92860**

Date(s) debt was incurred **Various**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,811.00 |
|---|---|---|---|

**Deductible Recovery Group**
**Ame Janaszek**
**PO Box 6068-01**
**Hermitage, PA 16148-1068**

Date(s) debt was incurred **Various**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,805.00 |
|---|---|---|---|

**Die-Namic, Inc**
**Sue Leonard**
**PO Box 30516, Dept. 7006**
**Lansing, MI 48909-8016**

Date(s) debt was incurred **Various**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23.25 |
|---|---|---|---|

**Douglas Newton**
**2400 W. Morrell**
**Jackson, MI 49203**

Date(s) debt was incurred **Various**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $126.43 |
|---|---|---|---|

**East Side Plating**
**Debbie Bergland**
**8400 SE 26th Place**
**Portland, OR 97202**

Date(s) debt was incurred **Various**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

7/22/18 10:24PM

| Debtor | **Howell Munitions & Technology, Inc.** | Case number (if known) | **18-50610-btb** |
|---|---|---|---|
| | Name | | |

---

**3.118** | Nonpriority creditor's name and mailing address
**Emir Hidir**
**1382 Sokak 8/3**
**Alsancak Ismir**
**Turkey 35220**

Date(s) debt was incurred **Various**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _
Is the claim subject to offset? ■ No ☐ Yes

---

**3.119** | Nonpriority creditor's name and mailing address
**Emir Hidir**
**1382 Sokak 8/3**
**Alsancak Ismir**
**Turkey 35220**

Date(s) debt was incurred **Various**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$99,019.48**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _
Is the claim subject to offset? ■ No ☐ Yes

---

**3.120** | Nonpriority creditor's name and mailing address
**Engin Hidir**
**1382 Sokak 8/3**
**Alsancak Ismir**
**Turkey 35220**

Date(s) debt was incurred **Various**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _
Is the claim subject to offset? ■ No ☐ Yes

---

**3.121** | Nonpriority creditor's name and mailing address
**Environ-Metal, Inc.**
**Tina Larsen-Sales Rep   tlarsen@hevishot**
**1307 Clark Mill Street**
**Sweet Home, OR 97386**

Date(s) debt was incurred **Various**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$26,500.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _
Is the claim subject to offset? ☐ No ■ Yes

---

**3.122** | Nonpriority creditor's name and mailing address
**Eric Nelson**
**2104 14th Street**
**Lewiston, ID 83501**

Date(s) debt was incurred **Various**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _
Is the claim subject to offset? ■ No ☐ Yes

---

**3.123** | Nonpriority creditor's name and mailing address
**eShipping LLC**
**Jessica O'Leary**
**PO Box 775332**
**Chicago, IL 60677-5332**

Date(s) debt was incurred **Various**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$15,598.09**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _
Is the claim subject to offset? ■ No ☐ Yes

---

**3.124** | Nonpriority creditor's name and mailing address
**Estes Express Line**
**PO Box 25612**
**Richmond, VA 23260**

Date(s) debt was incurred **Various**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$15,473.52**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _
Is the claim subject to offset? ■ No ☐ Yes

---

7/22/18 10:24PM

| Debtor | **Howell Munitions & Technology, Inc.** | Case number (if known) | **18-50610-btb** |
|---|---|---|---|
| | Name | | |

---

**3.125** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,655.00**

Falkor Defense
Teri Bell
2902 US Hwy 93 North
Kalispell, MT 59912

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.126** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

Fastenal Company
2001 Theurer Blvd.
Winona, MN 55987

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.127** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$318.68**

Fastenal NVCAR0715
PO Box 1286
Winona, MN 55987-1286

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.128** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,101.31**

Fastenal NVCAR0796
PO Box 1286
Winona, MN 55987

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.129** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$762.35**

Fastenal WACOV2418
PO Box 1286
Winona, ID 83501

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.130** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,006.10**

FedEx Freight
Dept CH
PO Box 10306
Palatine, IL 60055

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.131** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$629.64**

Fisher Systems
2117 12th Ave.
Lewiston, ID 83501

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

7/22/18 10:24PM

| Debtor | **Howell Munitions & Technology, Inc.** | Case number (if known) | **18-50610-btb** |
|---|---|---|---|
| | Name | | |

---

**3.132** | Nonpriority creditor's name and mailing address
**FMG Publications**
**12345 World Trade Drive**
**San Diego, CA 92128**

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.133** | Nonpriority creditor's name and mailing address
**Fort Worth Engineering**
**850 Grapevine Trail**
**Kennedale, TX 76060**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$23,493.50**

---

**3.134** | Nonpriority creditor's name and mailing address
**Francisco Magallanes**
**6778 Orizaba Ave.**
**Long Beach, CA 90805**

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$116.25**

---

**3.135** | Nonpriority creditor's name and mailing address
**Frasier Transport Inc.**
**Holly Bell**
**8171 E. Executive Ave.**
**Nampa, ID 83687**

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$7,000.00**

---

**3.136** | Nonpriority creditor's name and mailing address
**Freedom Munitions, LLC**
**815 D Street**
**Lewiston, ID 83501**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.137** | Nonpriority creditor's name and mailing address
**Freight Quote.com**
**Derek Wiles, Rep**
**PO Box 9121**
**Minneapolis, MN 55480-9121**

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$2,033.86**

---

**3.138** | Nonpriority creditor's name and mailing address
**Fuqua Park Row, LLC**
**c/o Mike Little**
**J.M. Little Attorney at Law, P.C.**
**5718 Westheimer, Suite 1840**
**Houston, TX 77099**

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$18,330.31**

---

7/22/18 10:24PM

| Debtor | **Howell Munitions & Technology, Inc.** | Case number *(if known)* | **18-50610-btb** |
|---|---|---|---|
| | Name | | |

---

**3.139** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$100.41**

**Gary's Pool & Spa Service LLC**
1113 14th Ave.
Lewiston, ID 83501

Date(s) debt was incurred **Various**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.140** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,034.53**

**General Tool & Supply Co.**
116 9th Street
Lewiston, ID 83501

Date(s) debt was incurred **Various**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.141** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$524.57**

**George's Lock & Kew Service**
1728 Main Street
Lewiston, ID 83501

Date(s) debt was incurred **Various**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.142** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$359.94**

**Global Industrial**
Brian
29833 Network Pl.
Chicago, IL 60673

Date(s) debt was incurred **Various**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.143** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,582.64**

**Goldenwest Lubricants**
Mitzy Macias
1937 Mount Vernon Ave.
Pomona, CA 91768

Date(s) debt was incurred **Various**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.144** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$29,793.00**

**Gordon Partners**
4900 Woodway Drive #1125
Houston, TX 77056

Date(s) debt was incurred **Various**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.145** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,174.11**

**Grainger**
Linda Fetuu
PO Box 419267
Kansas City, MO 64141

Date(s) debt was incurred **Various**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

7/22/18 10:24PM

| Debtor | Howell Munitions & Technology, Inc. | Case number (if known) | 18-50610-btb |
|---|---|---|---|
| | Name | | |

| 3.146 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $119.99 |
|---|---|---|---|

**Greenia Matt**
**588 Timberland Drive**
**Atlanta, GA 30342**

Date(s) debt was incurred **Various**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,602.32 |
|---|---|---|---|

**Guardian Heating**
**929 16th Ave.**
**Lewiston, ID 83501**

Date(s) debt was incurred **Various**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.148 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,934.66 |
|---|---|---|---|

**GunsAmerica LLC**
**5930 Royal Ln., Ste. E**
**PMB 329, TX 75230**

Date(s) debt was incurred **Various**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,320.00 |
|---|---|---|---|

**Hahn Supply, Inc.**
**2101 Main Street**
**Lewiston, ID 83501**

Date(s) debt was incurred **Various**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $23.25 |
|---|---|---|---|

**Hammond Fredrick**
**9802 Magellan Drive**
**Key Largo, FL 33037**

Date(s) debt was incurred **Various**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.151 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $715.95 |
|---|---|---|---|

**Hampton Inn & Suites Carson Ci**
**10 Hospitality Way**
**Carson City, NV 89706**

Date(s) debt was incurred **Various**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.152 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,188.13 |
|---|---|---|---|

**Hangtown Range**
**Hangtown Range**
**1540 Broadway**
**Placerville, CA 95667**

Date(s) debt was incurred **Various**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

7/22/18 10:24PM

| Debtor | **Howell Munitions & Technology, Inc.** | Case number (if known) | **18-50610-btb** |
|---|---|---|---|
| | Name | | |

**3.153** Nonpriority creditor's name and mailing address

**Henry Thomas**
**21 Churcill Downs Drive**
**St. Peters, MO 63376**

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$40.48

---

**3.154** Nonpriority creditor's name and mailing address

**Heriberto Martinez**
**10 Vista Rd.**
**Reading, PA 19610**

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$365.45

---

**3.155** Nonpriority creditor's name and mailing address

**High Sierra Business Systems**
**2814 N Carson St.**
**Carson City, NV 89706**

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$351.25

---

**3.156** Nonpriority creditor's name and mailing address

**Howell Construction**
**29978 Thiessen Road**
**Lewiston, ID 83501**

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$58,977.85

---

**3.157** Nonpriority creditor's name and mailing address

**Howell Machine, Inc.**
**815 D Street**
**Lewiston, ID 83501**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.158** Nonpriority creditor's name and mailing address

**Huber Action Freight**
**PO Box 709**
**Colfax, WA 99111**

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$323.61

---

**3.159** Nonpriority creditor's name and mailing address

**IMC-Metals America, LLC**
**Marcia Melocik, Donna**
**99 E. River Dr., Riverview Square 2**
**East Hartford, CT 06108**

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$40,621.70

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

7/22/18 10:24PM

| Debtor | Howell Munitions & Technology, Inc. | Case number (if known) | 18-50610-btb |
|---|---|---|---|
| | Name | | |

---

**3.160**

Nonpriority creditor's name and mailing address
**Industrial Hearing Service Inc.**
12021 NE Summer St.
Portland, OR 97220

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$353.16**

---

**3.161**

Nonpriority creditor's name and mailing address
**Inland NW Metallurgical Services**
16203 E Marietta Ave
Spokane, WA 99216

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$90.00**

---

**3.162**

Nonpriority creditor's name and mailing address
**Instructure Inc**
6330 S. 3000 East, Ste. 700
Salt Lake City, UT 84121-6237

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$3,124.25**

---

**3.163**

Nonpriority creditor's name and mailing address
**Integrity Bank, SSB**
4040 Washington Ave.
Houston, TX 77007-5606

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.164**

Nonpriority creditor's name and mailing address
**Isaac Jacks**
19 Maplecrest Dr.
Charleston, SC 29412

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$28.00**

---

**3.165**

Nonpriority creditor's name and mailing address
**Jack Landis**
216 S California St
Yerington, NV 89447

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$145.73**

---

**3.166**

Nonpriority creditor's name and mailing address
**Jagemann Stamping Company**
George Klaybourne
5757 W. Custer St.
Manitowoc, WI 54220

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$16,000.00**

---

7/22/18 10:24PM

Debtor **Howell Munitions & Technology, Inc.**
Name

Case number (if known) **18-50610-btb**

| 3.167 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jansen Jones**
**3790 Foothill Drive**
**Lewiston, ID 83501**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.168 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $117.08 |
|---|---|---|---|

**Jeff McClain**
**5147 Canary Lane**
**Nampa, ID 83687**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.169 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $175.04 |
|---|---|---|---|

**Jeffrey Romanowski**
**6569 Kali Dr.**
**Eldersburg, MD 21784**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.170 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,153.10 |
|---|---|---|---|

**Jeremy Buck**
**12405 S. Alcan St.**
**Olathe, KS 66062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.171 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $286.64 |
|---|---|---|---|

**Jerry Savage**
**5073 Dyer Lane**
**Taylorsville, UT 84129**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.172 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $224.46 |
|---|---|---|---|

**Joey Hayashi**
**262 Tangerine Drive**
**Buda, TX 78610**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.173 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $146.48 |
|---|---|---|---|

**John Hendrickson**
**19412 Pompano Ln., Unit 105**
**Huntington Beach, CA 92648**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

7/22/18 10:24PM

| Debtor | **Howell Munitions & Technology, Inc.** | Case number *(if known)* | **18-50610-btb** |
|---|---|---|---|
| | Name | | |

---

**3.174** | Nonpriority creditor's name and mailing address

**John Johnson**
**803 Shirez Drive**
**Grovetown, GA 30813**

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$22.75**

---

**3.175** | Nonpriority creditor's name and mailing address

**John McClintin**
**9701 Trumbull SE**
**Albuquerque, NM 87123**

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$265.26**

---

**3.176** | Nonpriority creditor's name and mailing address

**John Visscher**
**10038 River Drive**
**Gibsonton, FL 33534**

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$22.09**

---

**3.177** | Nonpriority creditor's name and mailing address

**Jones, Brower & Callery, PLLC**
**Bob Brower**
**1304 Idaho St.**
**Lewiston, ID 83501**

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$120.00**

---

**3.178** | Nonpriority creditor's name and mailing address

**Jose Luis Fernandez**
**7119 Ilex Street**
**Houston, TX 77087**

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$2,815.00**

---

**3.179** | Nonpriority creditor's name and mailing address

**Joseph Cambern**
**629 N 96th Street**
**Mesa, AZ 85207**

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$146.48**

---

**3.180** | Nonpriority creditor's name and mailing address

**Joseph Chase**
**434 Linden Ave**
**Lewiston, ID 83501**

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **For notice purposes only**

Is the claim subject to offset? ☐ No ☐ Yes

**$0.00**

---

7/22/18 10:24PM

| Debtor | **Howell Munitions & Technology, Inc.** | Case number (if known) | **18-50610-btb** |
|---|---|---|---|
| | Name | | |

---

**3.181** | Nonpriority creditor's name and mailing address
**Julio S Chavez**
**8888 Citrus Ave., Unit C-22**
**Fontana, CA 92335**

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$198.79**

---

**3.182** | Nonpriority creditor's name and mailing address
**KC Auto Paint & Supplies**
**151 Thain Road**
**Lewiston, ID 83501**

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$610.90**

---

**3.183** | Nonpriority creditor's name and mailing address
**Keith Katzenberger**
**1825 Powers Drive**
**Lewiston, ID 83501**

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,125.00**

---

**3.184** | Nonpriority creditor's name and mailing address
**Kelly's Cleaning Service**
**3536 8th St. C**
**Lewiston, ID 83501**

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$198.00**

---

**3.185** | Nonpriority creditor's name and mailing address
**Kendal Watkins**
**102 Spinnaker Circle**
**Daytona Beach, FL 32119**

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$2,000.00**

---

**3.186** | Nonpriority creditor's name and mailing address
**Keyence Corp. of America**
**Andy Scheller**
**Dept. CH 17128**
**Palatine, IL 60055-7128**

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,248.50**

---

**3.187** | Nonpriority creditor's name and mailing address
**Krieger Barrels, Inc.**
**David/ Sandy**
**2024 Mayfield Rd.**
**Ritchfield, WI 53076**

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$530.00**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

7/22/18 10:24PM

| Debtor | **Howell Munitions & Technology, Inc.** | Case number (if known) | **18-50610-btb** |
|---|---|---|---|
| | Name | | |

| 3.188 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $899.48 |
|---|---|---|---|

**Laird Plastics**
**Ron McKay**
**7017 E. Mission Ave.**
**Spokane Valley, WA 99212-1198**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.189 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $84.25 |
|---|---|---|---|

**Landscapes By Design**
**721 Bryden Ave**
**Lewiston, ID 83501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.190 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,166.67 |
|---|---|---|---|

**Larysa Unleashed LLC**
**8218 Santa Rosa Ct.**
**Sarasota, FL 34243**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.191 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Lax Firing Range**
**234 S. Hindry Ave.**
**Inglewood, CA 90301**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.192 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $212,684.90 |
|---|---|---|---|

**Leader Tool Co Inc**
**brian Gunn**
**PO Box 66**
**Harbor Beach, MI 48441**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.193 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,578.50 |
|---|---|---|---|

**Lewis Clark Recyclers**
**PO Box 1687**
**Lewiston, ID 83501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.194 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Lewis-Clark Ammunition Components, LLC**
**815 D Street**
**Lewiston, ID 83501**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

7/22/18 10:24PM

| Debtor | **Howell Munitions & Technology, inc.** | Case number (if known) | **18-50610-btb** |
|---|---|---|---|
| | Name | | |

---

**3.195** | Nonpriority creditor's name and mailing address
**Lewiston Auto Parts**
**208-746-1322 FOR LOCAL ORDERS**
**PO Box 2648**
**Hayden, ID 83835**

Date(s) debt was incurred **Various**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$124.44

---

**3.196** | Nonpriority creditor's name and mailing address
**Lewiston Sprinkler Company**
**1602 16th Ave.**
**Lewiston, ID 83501**

Date(s) debt was incurred **Various**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$114.96

---

**3.197** | Nonpriority creditor's name and mailing address
**Liberty Mutual Insurance**
**PO Box 85307**
**San Diego, CA 92186**

Date(s) debt was incurred **Various**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$1,464.20

---

**3.198** | Nonpriority creditor's name and mailing address
**LifeMap Assurance Company**
**PO Box 6840**
**Portland, OR 97228**

Date(s) debt was incurred **Various**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$6,048.83

---

**3.199** | Nonpriority creditor's name and mailing address
**Lindsey Monroe**
**1986 Shubert Ln.**
**Port Orange, FL 32128**

Date(s) debt was incurred **Various**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$1,600.00

---

**3.200** | Nonpriority creditor's name and mailing address
**Listrak**
**100 W. Millport Rd.**
**Lititz, PA 17543**

Date(s) debt was incurred **Various**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$56,539.50

---

**3.201** | Nonpriority creditor's name and mailing address
**Logicbroker, Inc**
**Craig Regan**
**One Enterprise Drive, Ste. 425**
**Shelton, CT 06484**

Date(s) debt was incurred **Various**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$7,500.00

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

7/22/18 10:24PM

| Debtor | Howell Munitions & Technology, Inc. | Case number (if known) | 18-50610-btb |
|---|---|---|---|
| | Name | | |

---

**3.202** | Nonpriority creditor's name and mailing address
Lolo Sporting Goods, Inc.
1026 Main St.
Lewiston, ID 83501

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **For Notice Purposes Only**

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.203** | Nonpriority creditor's name and mailing address
Loomis
Dept. CH 10500
Palatine, IL 60055

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

$3,294.30

---

**3.204** | Nonpriority creditor's name and mailing address
Luvata Appleton, LLC
PO Box 200498
Pittsburgh, PA 15251

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

$148,247.28

---

**3.205** | Nonpriority creditor's name and mailing address
Maintenance Connection Inc
Jeff Ruiter
1477 Drew Ave., Ste. 103
Davis, CA 95616

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

$4,318.56

---

**3.206** | Nonpriority creditor's name and mailing address
Mark Ginter
9695 Coyote Ct.
Noblesville, IN 46060

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

$87.47

---

**3.207** | Nonpriority creditor's name and mailing address
Martin Heald
112 Kearsarge Valley Rd.
Wilmot, NH 03287

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

$116.60

---

**3.208** | Nonpriority creditor's name and mailing address
McMaster-Carr Supply Co
PO Box 7690
Chicago, IL 60680-7690

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

$1,150.83

---

7/22/18 10:24PM

| Debtor | **Howell Munitions & Technology, Inc.** | Case number *(if known)* | **18-50610-btb** |
|---|---|---|---|
| | Name | | |

---

**3.209**

**Nonpriority creditor's name and mailing address**
**Media Lodge, Inc**
PO Box 2511
Kennesaw, GA 30156

Date(s) debt was incurred **Various**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **_**

Is the claim subject to offset? ■ No ☐ Yes

$23,923.00

---

**3.210**

**Nonpriority creditor's name and mailing address**
**Mesa County Sheriff's Office**
544 Rood Ave.
Grand Junction, CO 81502

Date(s) debt was incurred **Various**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **_**

Is the claim subject to offset? ■ No ☐ Yes

$7,129.92

---

**3.211**

**Nonpriority creditor's name and mailing address**
**Miami Police Depot, Inc.**
2640 W. 84th St.
Hialeah, FL 33016

Date(s) debt was incurred **_**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **_**

Is the claim subject to offset? ☐ No ■ Yes

$0.00

---

**3.212**

**Nonpriority creditor's name and mailing address**
**Michael Carnes**
10841 Prairie Lane
Mokena, IL 60448

Date(s) debt was incurred **_**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **_**

Is the claim subject to offset? ■ No ☐ Yes

$73.50

---

**3.213**

**Nonpriority creditor's name and mailing address**
**Michael Jackson**
25111 Linda Vista Dr.
Laguna Hills, CA 92653

Date(s) debt was incurred **Various**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **_**

Is the claim subject to offset? ■ No ☐ Yes

$207.16

---

**3.214**

**Nonpriority creditor's name and mailing address**
**Michael McWhorter**
3159 Bear Hollow Road
Uniontown, OH 44685

Date(s) debt was incurred **Various**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **_**

Is the claim subject to offset? ■ No ☐ Yes

$828.64

---

**3.215**

**Nonpriority creditor's name and mailing address**
**Michael Nguyen**
2085 Marter Ave.
Simi Valley, CA 93065

Date(s) debt was incurred **Various**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **_**

Is the claim subject to offset? ■ No ☐ Yes

$85.68

---

7/22/18 10:24PM

Debtor    **Howell Munitions & Technology, Inc.**    Case number (if known)    **18-50610-btb**
Name

| 3.216 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $54.40 |
|---|---|---|---|
| | **Michael White** | ☐ Contingent | |
| | **2001 Vintners Ct.** | ☐ Unliquidated | |
| | **Raleigh, NC 27610** | ☐ Disputed | |
| | Date(s) debt was incurred **Various** | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.217 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $553,667.00 |
|---|---|---|---|
| | **Midwest Brass, LLC** | ☐ Contingent | |
| | **9254 US-31** | ☐ Unliquidated | |
| | **West Olive, MI 49460** | ☐ Disputed | |
| | Date(s) debt was incurred **Various** | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.218 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11.88 |
|---|---|---|---|
| | **Mike Kasaba** | ☐ Contingent | |
| | **18635 Filmore St.** | ☐ Unliquidated | |
| | **Livonia, MI 48152** | ☐ Disputed | |
| | Date(s) debt was incurred **Various** | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.219 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Milan Blagojevic-Namenska A.D.** | ☐ Contingent | |
| | **Radnicka bb** | ☐ Unliquidated | |
| | **32240 Lucani** | ☐ Disputed | |
| | **Republic of Serbia** | | |
| | Date(s) debt was incurred **Various** | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.220 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,844.05 |
|---|---|---|---|
| | **Miles Chemical** | ☐ Contingent | |
| | **12801 Rangoon St.** | ☐ Unliquidated | |
| | **Arleta, CA 91331** | ☐ Disputed | |
| | Date(s) debt was incurred **Various** | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.221 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,016.96 |
|---|---|---|---|
| | **Mitch Savoie** | ☐ Contingent | |
| | **825 Ombrage Rd.** | ☐ Unliquidated | |
| | **Carencro, LA 70520** | ☐ Disputed | |
| | Date(s) debt was incurred **Various** | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.222 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $17,183.00 |
|---|---|---|---|
| | **Moss Adams LLP** | ☐ Contingent | |
| | **PO Box 101822** | ☐ Unliquidated | |
| | **Pasadena, CA 91189-1822** | ☐ Disputed | |
| | Date(s) debt was incurred **Various** | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

7/22/18 10:24PM

| Debtor | **Howell Munitions & Technology, Inc.** | Case number *(if known)* | **18-50610-btb** |
|---|---|---|---|
| | Name | | |

---

| 3.223 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,285.89** |
|---|---|---|---|

**Motion Industries, Inc**
ken
9922 E. Montgomery, Units 18 & 19
Spokane Valley, WA 99206

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.224 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,065.92** |
|---|---|---|---|

**Mound House True Value Hardware**
10189 Hwy 50 E
Carson City, NV 89706

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.225 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,661.63** |
|---|---|---|---|

**MSC Industrial Supply Co**
PO Box 953635
Saint Louis, MO 63195

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.226 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,000.00** |
|---|---|---|---|

**Mytota, Inc.**
12435 Tesuque Dr
Apple Valley, CA 92308

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.227 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,699.16** |
|---|---|---|---|

**National Machinery, LLC**
Tammi Dryfus
161 Greenfield Street
Tiffin, OH 44883

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.228 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**NET Global**
359 W. Elm Street
Penbroke, MA 02359

- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.229 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5.00** |
|---|---|---|---|

**Nevada Employment Security Div**
500 E Third St.
Carson City, NV 89713-0030

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

7/22/18 10:24PM

| Debtor | Howell Munitions & Technology, Inc. | Case number (if known) | 18-50610-btb |
|---|---|---|---|
| | Name | | |

**3.230** | Nonpriority creditor's name and mailing address
**Nevada Occupational Health Cen**
PO Box 21226
Carson City, NV 89721

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

$1,169.88

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.231** | Nonpriority creditor's name and mailing address
**Nickolaus Mans**
173 Fischer
Spur, GA 30265

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

$684.91

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.232** | Nonpriority creditor's name and mailing address
**NMHG Financial Services, Inc.**
P.O. Box 35701
Billings, MT 59107

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

$0.00

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.233** | Nonpriority creditor's name and mailing address
**North Coast Electric**
4105 North Gov't Way
Couer d' Alene, ID 83815

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

$1,269.61

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.234** | Nonpriority creditor's name and mailing address
**Northwestern Mutual**
PO Box 2062
Milwaukee, WI 53201

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

$6,800.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.235** | Nonpriority creditor's name and mailing address
**Novation, Inc.**
2616 N. Locust Rd.
Spokane, WA 99206

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

$425.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.236** | Nonpriority creditor's name and mailing address
**Nu-Systems, Inc**
1266 Dresslerville Rd.
Gardenville, NV 89721

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

$105.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

7/22/18 10:24PM

| Debtor | **Howell Munitions & Technology, Inc.** | | Case number (if known) | **18-50610-btb** |
|---|---|---|---|---|

Name

---

**3.237** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,424.00**

**Nuvodia, LLC**
**801 S Stevens Street**
**Spokane, WA 99204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.238** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,484.42**

**NV Energy**
**PO Box 30065**
**Reno, NV 89520**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.239** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$13,642.34**

**Oak Harbor Freight**
**PO Box 1469**
**Auburn, WA 98071**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.240** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$29,142.29**

**Old Dominion Freight Lines**
**PO Box 742296**
**Los Angeles, CA 90074-2296**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.241** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$115,773.00**

**Oracle America**
**Ben Thorp**
**500 Oracle Parkway**
**Redwood Shores, CA 94065**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.242** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,508.57**

**Orange County Sherri's Office**
**PO Box 445**
**Orange, VA 22960**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.243** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$667.25**

**Oxarc**
**1513 3rd Ave**
**Lewiston, ID 83501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

7/22/18 10:24PM

| Debtor | **Howell Munitions & Technology, Inc.** | Case number (if known) | **18-50610-btb** |
|---|---|---|---|
| | Name | | |

---

**3.244** | Nonpriority creditor's name and mailing address
**P Kay Metal, Inc**
**Larry Kay**
**2448 E. 25th Street**
**Los Angeles, CA 90058**

Date(s) debt was incurred **Various**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ■ Yes

**$3,653,103.80**

---

**3.245** | Nonpriority creditor's name and mailing address
**Pacific Steel & Recycling**
**Cindy Hanson**
**PO Box 1570**
**Hayden, ID 83835**

Date(s) debt was incurred **Various**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$3,060.64**

---

**3.246** | Nonpriority creditor's name and mailing address
**Packaging Corporation of Ameri**
**Tawnya McKinney**
**PO Box 51584**
**Los Angeles, CA 90051**

Date(s) debt was incurred **Various**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$27,313.39**

---

**3.247** | Nonpriority creditor's name and mailing address
**Pape Material Handling H40FT**
**Tim Timmerman**
**PO Box 5077**
**Portland, OR 97208-0507**

Date(s) debt was incurred **Various**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

**$928.99**

---

**3.248** | Nonpriority creditor's name and mailing address
**Parallel Group**
**1380 Hamel Road**
**Hamel, MN 55340**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.249** | Nonpriority creditor's name and mailing address
**Parallel, LLC**
**Parallel, LLC**
**1380 Hamel Rd.**
**Medina, MI 55340**

Date(s) debt was incurred **Various**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$11,001.02**

---

**3.250** | Nonpriority creditor's name and mailing address
**Patrick Harvey**
**2818 Cambridge Rd.**
**Lake Worth, FL 33462**

Date(s) debt was incurred **Various**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$63.00**

---

7/22/18 10:24PM

| Debtor | **Howell Munitions & Technology, Inc.** | Case number (if known) | **18-50610-btb** |
|---|---|---|---|
| | Name | | |

---

**3.251** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,655.00**

PCB Piezotronics, Inc.
Steve
3425 Walden Ave.
Depew, NY 14043

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.252** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$843.96**

Perfection Tire of Lewiston
533 Thain Road
Lewiston, ID 83501

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.253** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$155.42**

Phillip A Swiderski Sr
15971 Smokey Hollow Road
Traverse City, MI 49686

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.254** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$178.63**

Pinnacle Investigations Corp
920 N Argonne Rd., Ste. 200
Spokane Valley, WA 99212

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.255** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,084.98**

Pitney Bowes
PO Box 371874
Pittsburgh, PA 15250

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.256** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,188.25**

Pivot Precision
1-716-625-8000
6550 Campbell Blvd.
Lockport, NY 14094-9228

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.257** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Precision One Ammo
2071 Wambaw Creek Road
Charleston, SC 29492

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

---

7/22/18 10:24PM

| Debtor | **Howell Munitions & Technology, Inc.** | Case number (if known) | **18-50610-btb** |
|---|---|---|---|
| | Name | | |

---

**3.258** | Nonpriority creditor's name and mailing address
**Precision Punch Corporation**
**304 Christian Ln.**
**Berlin, CT 06037**

Date(s) debt was incurred **Various**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$2,634.68

---

**3.259** | Nonpriority creditor's name and mailing address
**Primeland Cooperatives**
**P.O. Box 467**
**Lewiston, ID 83501**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$90.91

---

**3.260** | Nonpriority creditor's name and mailing address
**Raul Sotelo**
**19439 Rosebud Ridge Way**
**Spring, TX 77379**

Date(s) debt was incurred **Various**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$231.00

---

**3.261** | Nonpriority creditor's name and mailing address
**Reaco, LLC**
**Katie Burg**
**PO Box 2468**
**Kearney, NE 68848**

Date(s) debt was incurred **Various**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$27,296.00

---

**3.262** | Nonpriority creditor's name and mailing address
**Rex Layton**
**1134 6th St.**
**Clarkston, WA 99403**

Date(s) debt was incurred **Various**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$5,150.00

---

**3.263** | Nonpriority creditor's name and mailing address
**Richard James & Associates Inc**
**4317 NE Thurston Way, Ste. 270**
**Vancouver, WA 98662**

Date(s) debt was incurred **Various**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$300.00

---

**3.264** | Nonpriority creditor's name and mailing address
**Richard Withers**
**8110 201st Street East**
**Spanaway, WA 98387**

Date(s) debt was incurred **Various**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$15.96

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

7/22/18 10:24PM

| Debtor | **Howell Munitions & Technology, Inc.** | Case number (if known) | **18-50610-btb** |
|---|---|---|---|
| | Name | | |

**3.265** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$73.02**

Robert Hartshorn
7012 NE 141st Ct
Vancouver, WA 98682

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.266** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$46.04**

Robert Kee
91103 Youngs River Road
Astoria, OR 97103

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.267** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$97.30**

Robert Stopa
1101 S Hunt Club Dr., Apt 412
Mt. Prospect, IL 60056

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.268** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$20.93**

Robert Wallace
2298 Willow Street Pike
Lancaster, PA 17602

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.269** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$792.00**

Rodeo Internet Services
909 6th St.
Clarkston, WA 99403

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.270** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$69.75**

Rolf Johnsen
39 Greenwood Drive
South San Francisco, CA 94080

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.271** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$313.50**

Ronnie Earle
61 Wilderness Ct.
Harpes Ferry, WV 25425

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

7/22/18 10:24PM

| Debtor | **Howell Munitions & Technology, Inc.** | Case number (if known) | **18-50610-btb** |
|---|---|---|---|
| | Name | | |

| 3.272 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,870.02** |
|---|---|---|---|

**Royal Diversified Products, In**
PO Box 444
Warren, RI 02885-0444

Date(s) debt was incurred **Various**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.273 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$13,415.69** |
|---|---|---|---|

**Royal Metal Industries, Inc**
Visanu Chawla
7240 Sycamore Canyon Blvd.
Riverside, CA 92508

Date(s) debt was incurred **Various**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.274 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$79.36** |
|---|---|---|---|

**Rudolph's Auto Service**
508 Beachey Street
Lewiston, ID 83501

Date(s) debt was incurred **Various**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.275 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12,115.52** |
|---|---|---|---|

**Rudy Zaruba**
10202 Russet Field Ct.
Houston, TX 77070

Date(s) debt was incurred **Various**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ■ Yes

| 3.276 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$64.00** |
|---|---|---|---|

**Ryan Pattman**
1201 Canterbury Blvd.
Altus, OK 73521

Date(s) debt was incurred **Various**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.277 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,009.00** |
|---|---|---|---|

**S & A Wood Specialties**
larry
1323 A Ripon Ave.
Lewiston, ID 83501

Date(s) debt was incurred **Various**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.278 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,250.00** |
|---|---|---|---|

**SAAMI**
Randy
11 Mile Hill Rd.
Newton, CT 06470

Date(s) debt was incurred **Various**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

7/22/18 10:24PM

| Debtor | **Howell Munitions & Technology, Inc.** | | Case number (if known) | **18-50610-btb** |
|---|---|---|---|---|
| | Name | | | |

---

**3.279** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$942.28**

**Safety- Kleen Systems**
**1200 Marietta Way**
**Sparks, NV 89431**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.280** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,400.00**

**Saginaw Machine Systems**
**Dave Albert**
**800 N. Hamilton St.**
**Saginaw, MI 48602-4354**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.281** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$375.62**

**Saia Motor Freight**
**PO Box 730532**
**Dallas, TX 75373**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.282** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$107.90**

**Schurman's True Value**
**801 6th Street**
**Clarkston, WA 99403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.283** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,925.61**

**Schwab's Screw Machine Product**
**24458 Webb Rd.**
**Lapwal, ID 83540**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

---

**3.284** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$271.38**

**Sean Blakely**
**2671 SW Windship Way**
**Stuart, FL 34997**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.285** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,130.00**

**Seaport Machine**
**1719 13th Street**
**Clarkston, WA 99403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

7/22/18 10:24PM

Debtor **Howell Munitions & Technology, Inc.**
Name

Case number (if known) **18-50610-btb**

| 3.286 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,992.74 |
|---|---|---|---|

**Shumaker, Loop & Kendrick**
**240 S. Pineapple Ave.**
**Sarasota, FL 34236**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.287 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Silver State Bullets, LLC**
**Jim & Diane House**
**PO Box 2270**
**Dayton, NV 89403**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.288 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Southwest Gas**
**PO Box 98890**
**Las Vegas, NV 89193**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.289 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,009.41 |
|---|---|---|---|

**Spokane House of Hose**
**Gerry Zinkgraf**
**5520 E. Sprague Ave.**
**Spokane Valley, WA 99212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.290 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,988.69 |
|---|---|---|---|

**Spokane Packaging**
**3808 N. Sullivan Rd., Bldg #21**
**Spokane, WA 99216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.291 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $772.10 |
|---|---|---|---|

**SPS Commerce, Inc.**
**PO Box 205782**
**Dallas, TX 75320**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.292 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $191,591.20 |
|---|---|---|---|

**St. Marks Powder**
**Jodi McIver**
**PO Box 222**
**Saint Marks, FL 32327**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

7/22/18 10:24PM

Debtor  **Howell Munitions & Technology, Inc.**          Case number (if known)  **18-50610-btb**
Name

| 3.293 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,386.13 |
|---|---|---|---|

**Staples Business Advantage**
PO Box 83689, Dept. LA
Chicago, IL 60696-3689

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.294 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Starline, Inc**
Debbie Myers
1300 W. Henry
Sedalia, MO 65301

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.295 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $116.25 |
|---|---|---|---|

**Steve Olson**
562 East Wigeon Way
Suisun City, CA 94585

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.296 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $432.40 |
|---|---|---|---|

**Steven Robedeau**
1643 Grayfriars
Holt, MI 48842

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.297 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**STI Brasil (Tactical Gear Imports)**
AV. Professor Mario Werneck
2275 Bairro Buritis
Belo Horizonte
Minal Gerais, Brazil

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.298 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $31,904.00 |
|---|---|---|---|

**STI International**
114 Halmar Cove
Georgetown, TX 78628

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.299 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,243.00 |
|---|---|---|---|

**Stonebraker McQuary Insurance**
Don McQuary
PO Box 9
Clarkston, WA 99403

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

7/22/18 10:24PM

| Debtor | **Howell Munitions & Technology, Inc.** | | Case number (if known) | **18-50610-btb** |
|---|---|---|---|---|

Name

---

**3.300** | Nonpriority creditor's name and mailing address
**Sunnen Products Co.**
**PO Box 952481**
**Saint Louis, MO 63195**

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$325.18**

---

**3.301** | Nonpriority creditor's name and mailing address
**Sutherland Asbill & Brennan LL**
**999 Peachtree St., NE, Ste. 2300**
**Atlanta, GA 30309-3996**

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,635.00**

---

**3.302** | Nonpriority creditor's name and mailing address
**TalkingLead, LLC**
**306 Royal Glen Blvd.**
**Murfreesboro, TN 37128**

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$6,300.00**

---

**3.303** | Nonpriority creditor's name and mailing address
**Taylor Stanley**
**40 Santiago Road**
**Debary, FL 32713**

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$51.75**

---

**3.304** | Nonpriority creditor's name and mailing address
**Tharco**
**PO Box 51584**
**Los Angeles, CA 90051**

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,050.00**

---

**3.305** | Nonpriority creditor's name and mailing address
**The High Road Group, Inc.**
**Ron Bice, Michelle Pawelek**
**1492 S. Seguin Ave.**
**New Braunfels, TX 78130**

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$24,999.90**

---

**3.306** | Nonpriority creditor's name and mailing address
**Thermal Mod**
**19830 SW Teton Ave**
**Tualatin, OR 97062**

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

7/22/18 10:24PM

Debtor  **Howell Munitions & Technology, Inc.**                     Case number (if known)  **18-50610-btb**
        _Name_

---

**3.307** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,820.00
--- | --- | --- | ---

**Thiessen Oil Co**
**Kerri Jones, Tarrin, Allen, Jay**
**815 Snake River Ave.**
**Lewiston, ID 83501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.308** Nonpriority creditor's name and mailing address

**Timothy Charbonneau**
**479 Hennessey Road**
**Enosburg Falls, VT 05450**

Date(s) debt was incurred  **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.        $99.25

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.309** Nonpriority creditor's name and mailing address

**TLR**
**Nicole**
**11855 NE Glenn Winding Dr.**
**Portland, OR 97220**

Date(s) debt was incurred  **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.        $300.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.310** Nonpriority creditor's name and mailing address

**Total Logistics Resource**
**11855 NE Glenn Winding Dr.**
**Portland, OR 97220**

Date(s) debt was incurred  **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.        $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.311** Nonpriority creditor's name and mailing address

**Toyota Industries Commercial Finance, In**
**PO Box 9050**
**Coppell, TX 75019**

Date(s) debt was incurred  _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.        $0.00

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.312** Nonpriority creditor's name and mailing address

**Travelers**
**PO Box 660317**
**Dallas, TX 75266**

Date(s) debt was incurred  **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.        $6,404.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.313** Nonpriority creditor's name and mailing address

**Travers Tool Co, Inc**
**128-15 26th Ave.**
**Flushing, NY 11354**

Date(s) debt was incurred  **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.        $395.08

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

7/22/18 10:24PM

| Debtor | **Howell Munitions & Technology, Inc.** | Case number (if known) | **18-50610-btb** |
|---|---|---|---|
| | Name | | |

---

**3.314** | Nonpriority creditor's name and mailing address

**Travis Pattern & Foundry**
**1413 E. Hawthorne Rd.**
**Spokane, WA 99217**

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$1,221.78

---

**3.315** | Nonpriority creditor's name and mailing address

**Treasure Valley Coffee**
**PO Box 6145**
**Kennewick, WA 99336**

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$219.94

---

**3.316** | Nonpriority creditor's name and mailing address

**Trevor Ellico**
**6393 Orangewood Drive**
**Rancho Cucamonga, CA 91701**

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$195.00

---

**3.317** | Nonpriority creditor's name and mailing address

**Twin River Contract Loading, Inc.**
**815 D Street**
**Lewiston, ID 83501**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.318** | Nonpriority creditor's name and mailing address

**Uline**
**PO Box 88741**
**Chicago, IL 60680-1741**

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$1,484.80

---

**3.319** | Nonpriority creditor's name and mailing address

**Unis "Ginex" d.d. Gorazde**
**Visegradska bb**
**73000 Gorazde,**
**Bosnia and Herzegovina**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.320** | Nonpriority creditor's name and mailing address

**United Tool Corporation**
**3718 E Newby Street Suite 108**
**Nampa, ID 83687**

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$130.00

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

7/22/18 10:24PM

| Debtor | **Howell Munitions & Technology, Inc.** | Case number (if known) | **18-50610-btb** |
|---|---|---|---|
| | Name | | |

---

**3.321** | Nonpriority creditor's name and mailing address
**UPS**
**Lockbox 577**
**Carol Stream, IL 60132**

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ■ Yes

**$97,697.98**

---

**3.322** | Nonpriority creditor's name and mailing address
**US Dept. of Treasury**
**Alcohol & Tobacco Tax & Trade Bureau**
**National Revenue Center**
**550 Main Street, Suite 8002**
**Cincinnati, OH 45202-5215**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.323** | Nonpriority creditor's name and mailing address
**USF Reddaway, Inc**
**26401 Network Place**
**Chicago, IL 60673-1264**

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ■ Yes

**$4,667.84**

---

**3.324** | Nonpriority creditor's name and mailing address
**Val Mundell**
**1438 Greco Drive**
**Clarkston, WA 99403**

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$30,000.00**

---

**3.325** | Nonpriority creditor's name and mailing address
**Valley Car Sales**
**JUDY HOBSON**
**1801 Main Street**
**Lewiston, ID 83501**

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$450.00**

---

**3.326** | Nonpriority creditor's name and mailing address
**Valley Drug Testing**
**PO Box 861**
**Lewiston, ID 83501**

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$70.00**

---

**3.327** | Nonpriority creditor's name and mailing address
**Valley Vision, Inc.**
**111 Main Street Suite 130**
**Lewiston, ID 83501**

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$5,000.00**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

7/22/18 10:24PM

| Debtor | **Howell Munitions & Technology, inc.** | Case number (if known) | **18-50610-btb** |
|---|---|---|---|
| | Name | | |

| 3.328 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,795.67 |

**Vanguard**
PO Box 28067
New York, NY 10087

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.329 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,925.00 |

**Velocity EHS**
586 Argus Rd., Ste. 201
Ontario, Canada L6J3J3

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.330 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $469.85 |

**Verizon Wireless**
PO Box 660108
Dallas, TX 75266-0108

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.331 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,000.00 |

**Victoria Johnson**
1551 Mobile Ave.
Daytona Beach, FL 32117

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.332 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Vista Outdoor Sales, LLC**
SDS 12-0312, PO Box 86
Minneapolis, MN 55486

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.333 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,280.00 |

**Visual Marketing**
17102 Cypress Knee Drive
Cypress, TX 77429

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.334 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $104.63 |

**Ward Zinn**
1204 Carrie Lane NW
Piedmont, OK 73078

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

7/22/18 10:24PM

| Debtor | **Howell Munitions & Technology, Inc.** | Case number (if known) | **18-50610-btb** |
|---|---|---|---|
| | Name | | |

---

**3.335** | Nonpriority creditor's name and mailing address
**Waste Management - All**
**Capital Sanitation**
**PO Box 541065**
**Los Angeles, CA 90054-1065**

Date(s) debt was incurred **Various**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$1,797.76

---

**3.336** | Nonpriority creditor's name and mailing address
**Wastewater Engineers, Inc.**
**210 Coy Court**
**Oxford, MI 48371**

Date(s) debt was incurred **Various**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$3,200.00

---

**3.337** | Nonpriority creditor's name and mailing address
**Wayne Dalton**
**PO Box 676576**
**Dallas, TX 75267**

Date(s) debt was incurred **Various**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **For Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.338** | Nonpriority creditor's name and mailing address
**WCP Solutions**
**15321 E. Marietta**
**Spokane Valley, WA 99216**

Date(s) debt was incurred **Various**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$1,520.65

---

**3.339** | Nonpriority creditor's name and mailing address
**Webscale Networks**
**201 Ravendale Drive**
**Mountain View, CA 94043**

Date(s) debt was incurred **Various**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$18,645.36

---

**3.340** | Nonpriority creditor's name and mailing address
**Wells Fargo Equipment Finance**
**Manufacturer Services Group**
**PO Box 7777**
**San Francisco, CA 94120-7777**

Date(s) debt was incurred **Various**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$4,333.05

---

**3.341** | Nonpriority creditor's name and mailing address
**Wells Fargo Equipment Finance**
**300 Tri-State International**
**Suite 400**
**Lincolnshire, IL 60069**

Date(s) debt was incurred **Various**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$13,400.00

---

7/22/18 10:24PM

| Debtor | **Howell Munitions & Technology, Inc.** | | Case number (if known) | **18-50610-btb** |
|--------|------------------------------------------|--|------------------------|------------------|

Name

---

**3.342** | **Nonpriority creditor's name and mailing address**
**Western Analytical**
13744 Monte Vista Ave.
Chino, CA 91710

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$1,490.00

---

**3.343** | **Nonpriority creditor's name and mailing address**
**William Zimmerman**
18502 Bonney Lake Blvd. E
Bonney Lake, WA 98391

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$2.08

---

**3.344** | **Nonpriority creditor's name and mailing address**
**Wilson Tool Intl.**
Ali Swanson
12912 Farnham Ave.
White Bear Lake, MN 55110

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$15,116.19

---

**3.345** | **Nonpriority creditor's name and mailing address**
**Womack Everett**
50 Cherokee Lane
Blue Ridge, GA 30513

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$915.75

---

**3.346** | **Nonpriority creditor's name and mailing address**
**Wynalda Packaging**
Accounting 616 866 1561
8221 Graphic Drive
Belmont, MI 49306

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$57,227.01

---

**3.347** | **Nonpriority creditor's name and mailing address**
**X-Treme Bullets, Inc.**
25 Stokes Drive
Carson City, NV 89706

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.348** | **Nonpriority creditor's name and mailing address**
**XPO Logistics, Inc**
27724 Network Place
Chicago, IL 60673-1277

Date(s) debt was incurred **Various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$3,494.00

---

7/22/18 10:24PM

| Debtor | **Howell Munitions & Technology, Inc.** | Case number (if known) | **18-50610-btb** |
|---|---|---|---|
| | Name | | |

---

**3.349** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$158.87**
---

YRC Freight
10990 Roe Avenue
Overland Park, KS 66211

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.350** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**
---

Z.B., N.A.,dba Zions First National Bank
One South Main Street, Suite 1400
Salt Lake City, UT 84130

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.351** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,274.44**
---

Zoro Tools Inc
Customer Service
909 Asbury Drive
Buffalo Grove, IL 60089

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.352** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$88.00**
---

Zuerlein Darrell
13620 246th St.
Hermosa, SD 57744

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 180,028.36 |
| 5b. Total claims from Part 2 | 5b. + | $ | 7,939,885.22 |
| 5c. Total of Parts 1 and 2 Lines 5a + 5b = 5c. | 5c. | $ | 8,119,913.58 |

7/22/18 10:24PM

| Fill in this information to identify the case: |
|---|
| Debtor name **Howell Munitions & Technology, Inc.** |
| United States Bankruptcy Court for the: DISTRICT OF NEVADA |
| Case number (if known) **18-50610-btb** |

■ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal* *Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Lease 823 D Street Lewiston, ID 83501** | |
| | State the term remaining | **12/1/2020** | |
| | List the contract number of any government contract | | **823 D Street, LLC** |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Chief Restructuring Officer Agreement** | |
| | State the term remaining | **unknown** | **Advanced CFO 13601 W McMillan Rd #102 Boise, ID 83713** |
| | List the contract number of any government contract | | |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Exclusive Export/Representation of HMT/FM products in the country of New Zealand** | |
| | State the term remaining | **12/21/2018** | **American Security Brass & Reloading PO Box 9169 Greerton, Tauranga, New Zealand** |
| | List the contract number of any government contract | | |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Freedom Munitions Website Support/Services** | |
| | State the term remaining | **5/1/2019** | **Binary Anvil, Inc. 22525 SE 64th Place Issaquah, WA 98027** |
| | List the contract number of any government contract | | |

7/22/18 10:24PM

Debtor 1  **Howell Munitions & Technology, Inc.**
     First Name       Middle Name       Last Name

Case number (if known)  **18-50610-btb**

 **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Airport Powder Storage 35 North Range 6 West Nez Perce Regional Airport Lewiston, ID 83501** | |
| | State the term remaining | **9/30/2021** | **David Howell Rentals P.O. Box 1903 Lewiston, ID 83501** |
| | List the contract number of any government contract | | |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Lease 4093 Lucky Lane Lewiston, ID 83501** | |
| | State the term remaining | **12/31/2023** | **David Howell Rentals P.O. Box 1903 Lewiston, ID 83501** |
| | List the contract number of any government contract | | |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Lease 29978 Thiessen Road Lewiston, ID 83501** | |
| | State the term remaining | **12/31/2024** | **David Howell Rentals PO Box 1903 Lewiston, ID 83501** |
| | List the contract number of any government contract | | |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Commecial Lease 815 D Street Lewiston, ID 83501** | |
| | State the term remaining | **12/31/2023** | **David Howell Rentals P.O. Box 1903 Lewiston, ID 83501** |
| | List the contract number of any government contract | | |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Lease 805 D Street Lewiston, ID 83501** | |
| | State the term remaining | **12/31/2023** | **David Howell Rentals P.O. Box 1903 Lewiston, ID 83501** |
| | List the contract number of any government contract | | |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Lease 153 Southport Ave. Lewiston, ID 83501** | |
| | State the term remaining | **12/31/2023** | **David Howell Rentals P.O. Box 1903 Lewiston, ID 83501** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

  
7/22/18 10:24PM

| Debtor 1 | Howell Munitions & Technology, Inc. | | Case number *(if known)* | 18-50610-btb |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

### ▮ Additional Page if You Have More Contracts or Leases

**2. List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

List the contract number of any government contract _____

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Commerical Lease 829 D Street Lewiston, ID 83501** | |
|---|---|---|---|
| | State the term remaining | **10/31/2023** | **David Howell Rentals P.O. Box 1903 Lewiston, ID 83501** |
| | List the contract number of any government contract | _____ | |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Lease 2337 3rd Ave. N Lewiston, ID 83501** | |
|---|---|---|---|
| | State the term remaining | **5/31/2019** | **David Howell Rentals P.O. Box 1903 Lewiston, ID 83501** |
| | List the contract number of any government contract | _____ | |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Lease 12 Stokes Drive Moundhouse, NV 89706** | |
|---|---|---|---|
| | State the term remaining | **12/31/2020** | **David Howell Rentals P.O. Box 1903 Lewiston, ID 83501** |
| | List the contract number of any government contract | _____ | |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Lease 31 Stokes Drive Moundhouse, NV 89706** | |
|---|---|---|---|
| | State the term remaining | **12/31/2020** | **David Howell Rentals P.O. Box 1903 Lewiston, ID 83501** |
| | List the contract number of any government contract | _____ | |

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Residential Lease 3790 Foothill Drive Lewiston, ID 83501** | |
|---|---|---|---|
| | State the term remaining | **6/14/2020** | **David Howell Rentals P.O. Box 1903 Lewiston, ID 83501** |
| | List the contract number of any government contract | _____ | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

7/22/18 10:24PM

Debtor 1  **Howell Munitions & Technology, Inc.**

First Name        Middle Name        Last Name

Case number (if known)  **18-50610-btb**

**Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Lease**<br>**25 Stokes Drive**<br>**Moundhouse, NV 89706** | |
| | State the term remaining | 12/31/2020 | **David Howell Rentals** |
| | List the contract number of any government contract | | **P.O. Box 1903**<br>**Lewiston, ID 83501** |
| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Consultant agreement** | |
| | State the term remaining | 9/18/2019 | **Eric Nelson** |
| | List the contract number of any government contract | | **2104 14th St.**<br>**Lewiston, ID 83501** |
| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **Vending lockers** | |
| | State the term remaining | 1/11/2019 | **Fastenal Company** |
| | List the contract number of any government contract | | **2001 Theurer Blvd.**<br>**Winona, MN 55987** |
| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **Supplier Agreement for components provided by HMT** | |
| | State the term remaining | 12/31/2018 | **LAX Firing Range** |
| | List the contract number of any government contract | | **234 S. Hindry Ave.**<br>**Inglewood, CA 90301** |
| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **Exclusive Export/Representation of HMT/FM products in the country of Peru** | |
| | State the term remaining | 12/31/2018 | **Miami Police Depot, Inc.** |
| | List the contract number of any government contract | | **2640 W. 84th St.**<br>**Hialeah, FL 33016** |

7/22/18 10:24PM

Debtor 1  **Howell Munitions & Technology, Inc.**
First Name        Middle Name        Last Name

Case number (*if known*)  **18-50610-btb**

 **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | |
|---|---|---|
| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | **Invernizzi NKN 617 Transfer Press Saginaw Brut Turning Machine WB Annealing Machine Tooling system to produce 223 Rem cases** |
| | State the term remaining | **unknown** |
| | List the contract number of any government contract | |

**Midwest Brass, LLC**
**9254 US-31**
**West Olive, MI 49460**

| | | |
|---|---|---|
| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | **Contract to provide technical assistance** |
| | State the term remaining | **5/31/2021** |
| | List the contract number of any government contract | |

**Milan Blagojevic-Namenska A.D.**
**Radnicka bb**
**32240 Lucani**
**Republic of Serbia**

| | | |
|---|---|---|
| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | **Manufacturer's Representative Agreement for HMT/Freedom Munitions products/** |
| | State the term remaining | **Until terminated by either party** |
| | List the contract number of any government contract | |

**Parallel Group**
**1380 Hamel Road**
**Hamel, MN 55340**

| | | |
|---|---|---|
| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | **Supplier Agreement for components provided by HMT** |
| | State the term remaining | **1/31/2019** |
| | List the contract number of any government contract | |

**Precision One Ammo**
**2071 Wambaw Creek Road**
**Charleston, SC 29492**

| | | |
|---|---|---|
| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | **Exclusive Export/Representation of HMT/FM products in the country of Brazil** |
| | State the term remaining | **2/1/2020** |
| | List the contract number of any government contract | |

**STI Brasil (Tactical Gear Imports)**
**AV. Professor Mario Werneck**
**2275 Bairro Buritis**
**Belo Horizonte**
**Minal Gerais, Brazil**

7/22/18 10:24PM

Debtor 1   **Howell Munitions & Technology, Inc.**
         First Name         Middle Name         Last Name                         Case number (if known)   **18-50610-btb**

 **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Pricing/Quantities of primers provided by Ginex** | |
| | State the term remaining | **9/13/2019** | **Unis "Ginex" d.d. Gorazde** |
| | List the contract number of any government contract | | **Visegradska bb 73000 Gorazde, Bosnia and Herzegovina** |

| | | | |
|---|---|---|---|
| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | **Consultant agreement** | |
| | State the term remaining | **12/31/2020** | **Val Mundell** |
| | List the contract number of any government contract | | **1438 Greco Drive Clarkston, WA 99403** |

| | | | |
|---|---|---|---|
| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | **Freedom Munitions website services** | |
| | State the term remaining | **Until terminated by either party** | **Webscale** |
| | List the contract number of any government contract | | **201 Ravendale Drive Mountain View, CA 94043** |

| | | | |
|---|---|---|---|
| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | **H40FTS Hyster Forklift - Xtreme Lease #301-0229222-003** | |
| | State the term remaining | **9/2/2020** | **Wells Fargo Equipment Finance** |
| | List the contract number of any government contract | | **300 Tri-State International Suite 400 Lincolnshire, IL 60069** |

7/22/18 10:24PM

| Fill in this information to identify the case: |
|---|

Debtor name    **Howell Munitions & Technology, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF NEVADA

Case number (if known)    **18-50610-btb**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**              *Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | Ammo Load Worldwide, Inc. | 815 D Street Lewiston, ID 83501 | Z.B., N.A.,dba Zions First National Bank | ■ D 2.7 ☐ E/F ___ ☐ G ___ |
| 2.2 | Ammo Load Worldwide, Inc. | 815 D Street Lewiston, ID 83501 | US Dept. of Treasury | ■ D 2.4 ☐ E/F ___ ☐ G ___ |
| 2.3 | Ammo Load Worldwide, Inc. | 815 D Street Lewiston, ID 83501 | Integrity Bank, SSB | ■ D 2.2 ☐ E/F ___ ☐ G ___ |
| 2.4 | Ammo Load Worldwide, Inc. | 815 D Street Lewiston, ID 83501 | Toyota Industries Commercial Finance, In | ■ D 2.3 ☐ E/F ___ ☐ G ___ |
| 2.5 | Ammo Load Worldwide, Inc. | 815 D Street Lewiston, ID 83501 | Wells Fargo Bank, N.A. | ■ D 2.6 ☐ E/F ___ ☐ G ___ |

7/22/18 10:24PM

| Debtor | **Howell Munitions & Technology, Inc.** | Case number *(if known)* | **18-50610-btb** |

---

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

Column 1: Codebtor | Column 2: Creditor

| 2.6 | **Big Canyon Environmental, LLC** | **815 D Street** Lewiston, ID 83501 | **Z.B., N.A.,dba Zions First National Bank** | ■ D __2.7__ ☐ E/F _____ ☐ G _____ |

| 2.7 | **Big Canyon Environmental, LLC** | **815 D Street** Lewiston, ID 83501 | **Integrity Bank, SSB** | ■ D __2.2__ ☐ E/F _____ ☐ G _____ |

| 2.8 | **Big Canyon Environmental, LLC** | **815 D Street** Lewiston, ID 83501 | **Toyota Industries Commercial Finance, In** | ■ D __2.3__ ☐ E/F _____ ☐ G _____ |

| 2.9 | **Big Canyon Environmental, LLC** | **815 D Street** Lewiston, ID 83501 | **US Dept. of Treasury** | ■ D __2.4__ ☐ E/F _____ ☐ G _____ |

| 2.10 | **Big Canyon Environmental, LLC** | **815 D Street** Lewiston, ID 83501 | **Wells Fargo Bank, N.A.** | ■ D __2.6__ ☐ E/F _____ ☐ G _____ |

| 2.11 | **Clearwater Bullet, Inc.** | **153 Southport Ave., Building 4** Lewiston, ID 83501 | **Z.B., N.A.,dba Zions First National Bank** | ■ D __2.7__ ☐ E/F _____ ☐ G _____ |

| 2.12 | **Clearwater Bullet, Inc.** | **153 Southport Ave., Building 4** Lewiston, ID 83501 | **US Dept. of Treasury** | ■ D __2.4__ ☐ E/F _____ ☐ G _____ |

| 2.13 | **Clearwater Bullet, Inc.** | **153 Southport Ave., Building 4** Lewiston, ID 83501 | **Integrity Bank, SSB** | ■ D __2.2__ ☐ E/F _____ ☐ G _____ |

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com | | Best Case Bankruptcy

7/22/18 10:24PM

| Debtor | **Howell Munitions & Technology, Inc.** | Case number *(if known)* | **18-50610-btb** |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.
Column 1: Codebtor                                                                                    Column 2: Creditor

| 2.14 | **Clearwater Bullet, Inc.** | **153 Southport Ave., Building 4 Lewiston, ID 83501** | **Toyota Industries Commercial Finance, In** | ■ D  **2.3** <br> ☐ E/F ____ <br> ☐ G ____ |
| 2.15 | **Clearwater Bullet, Inc.** | **153 Southport Ave., Building 4 Lewiston, ID 83501** | **Wells Fargo Bank, N.A.** | ■ D  **2.6** <br> ☐ E/F ____ <br> ☐ G ____ |
| 2.16 | **Components Exchange, LLC** | **815 D Street Lewiston, ID 83501** | **Z.B., N.A.,dba Zions First National Bank** | ■ D  **2.7** <br> ☐ E/F ____ <br> ☐ G ____ |
| 2.17 | **Components Exchange, LLC** | **815 D Street Lewiston, ID 83501** | **Integrity Bank, SSB** | ■ D  **2.2** <br> ☐ E/F ____ <br> ☐ G ____ |
| 2.18 | **Components Exchange, LLC** | **815 D Street Lewiston, ID 83501** | **Toyota Industries Commercial Finance, In** | ■ D  **2.3** <br> ☐ E/F ____ <br> ☐ G ____ |
| 2.19 | **Components Exchange, LLC** | **815 D Street Lewiston, ID 83501** | **US Dept. of Treasury** | ■ D  **2.4** <br> ☐ E/F ____ <br> ☐ G ____ |
| 2.20 | **Components Exchange, LLC** | **815 D Street Lewiston, ID 83501** | **Wells Fargo Bank, N.A.** | ■ D  **2.6** <br> ☐ E/F ____ <br> ☐ G ____ |
| 2.21 | **David Howell** | **815 D Street Lewiston, ID 83501** | **Z.B., N.A.,dba Zions First National Bank** | ■ D  **2.7** <br> ☐ E/F ____ <br> ☐ G ____ |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                Best Case Bankruptcy

7/22/18 10:24PM

| Debtor | **Howell Munitions & Technology, Inc.** | Case number *(if known)* | **18-50610-btb** |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.
Column 1: Codebtor                                                                Column 2: Creditor

| 2.22 | **Freedom Munitions, LLC** | 815 D Street Lewiston, ID 83501 | **Z.B., N.A.,dba Zions First National Bank** | ■ D    2.7 ☐ E/F ☐ G |
| 2.23 | **Freedom Munitions, LLC** | 815 D Street Lewiston, ID 83501 | **US Dept. of Treasury** | ■ D    2.4 ☐ E/F ☐ G |
| 2.24 | **Freedom Munitions, LLC** | 815 D Street Lewiston, ID 83501 | **Integrity Bank, SSB** | ■ D    2.2 ☐ E/F ☐ G |
| 2.25 | **Freedom Munitions, LLC** | 815 D Street Lewiston, ID 83501 | **Toyota Industries Commercial Finance, In** | ■ D    2.3 ☐ E/F ☐ G |
| 2.26 | **Freedom Munitions, LLC** | 815 D Street Lewiston, ID 83501 | **Wells Fargo Bank, N.A.** | ■ D    2.6 ☐ E/F ☐ G |
| 2.27 | **Howell Machine, Inc.** | 815 D Street Lewiston, ID 83501 | **Z.B., N.A.,dba Zions First National Bank** | ■ D    2.7 ☐ E/F ☐ G |
| 2.28 | **Howell Machine, Inc.** | 815 D Street Lewiston, ID 83501 | **US Dept. of Treasury** | ■ D    2.4 ☐ E/F ☐ G |
| 2.29 | **Howell Machine, Inc.** | 815 D Street Lewiston, ID 83501 | **Integrity Bank, SSB** | ■ D    2.2 ☐ E/F ☐ G |

7/22/18 10:24PM

| Debtor | **Howell Munitions & Technology, Inc.** | | Case number *(if known)* | **18-50610-btb** |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

Column 1: Codebtor                                                                                          Column 2: Creditor

| 2.30 | Howell Machine, Inc. | 815 D Street Lewiston, ID 83501 | Toyota Industries Commercial Finance, In | ■ D    2.3 ☐ E/F _____ ☐ G _____ |
| 2.31 | Howell Machine, Inc. | 815 D Street Lewiston, ID 83501 | Wells Fargo Bank, N.A. | ■ D    2.6 ☐ E/F _____ ☐ G _____ |
| 2.32 | Lewis-Clark Ammunition Components, LLC | 815 D Street Lewiston, ID 83501 | Z.B., N.A.,dba Zions First National Bank | ■ D    2.7 ☐ E/F _____ ☐ G _____ |
| 2.33 | Lewis-Clark Ammunition Components, LLC | 815 D Street Lewiston, ID 83501 | US Dept. of Treasury | ■ D    2.4 ☐ E/F _____ ☐ G _____ |
| 2.34 | Lewis-Clark Ammunition Components, LLC | 815 D Street Lewiston, ID 83501 | Integrity Bank, SSB | ■ D    2.2 ☐ E/F _____ ☐ G _____ |
| 2.35 | Lewis-Clark Ammunition Components, LLC | 815 D Street Lewiston, ID 83501 | Toyota Industries Commercial Finance, In | ■ D    2.3 ☐ E/F _____ ☐ G _____ |
| 2.36 | Lewis-Clark Ammunition Components, LLC | 815 D Street Lewiston, ID 83501 | Wells Fargo Bank, N.A. | ■ D    2.6 ☐ E/F _____ ☐ G _____ |
| 2.37 | Twin River Contract Loading, Inc. | 815 D Street Lewiston, ID 83501 | Z.B., N.A.,dba Zions First National Bank | ■ D    2.7 ☐ E/F _____ ☐ G _____ |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

7/22/18 10:24PM

| Debtor | **Howell Munitions & Technology, Inc.** | Case number *(if known)* | **18-50610-btb** |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

Column 1: Codebtor                                                         Column 2: Creditor

| 2.38 | **Twin River Contract Loading, Inc.** | 815 D Street Lewiston, ID 83501 | **US Dept. of Treasury** | ■ D ___2.4___ ☐ E/F _____ ☐ G _____ |
| 2.39 | **Twin River Contract Loading, Inc.** | 815 D Street Lewiston, ID 83501 | **Integrity Bank, SSB** | ■ D ___2.2___ ☐ E/F _____ ☐ G _____ |
| 2.40 | **Twin River Contract Loading, Inc.** | 815 D Street Lewiston, ID 83501 | **Toyota Industries Commercial Finance, In** | ■ D ___2.3___ ☐ E/F _____ ☐ G _____ |
| 2.41 | **Twin River Contract Loading, Inc.** | 815 D Street Lewiston, ID 83501 | **Wells Fargo Bank, N.A.** | ■ D ___2.6___ ☐ E/F _____ ☐ G _____ |
| 2.42 | **X-Treme Bullets, Inc.** | 25 Stokes Drive Carson City, NV 89706 | **Z.B., N.A.,dba Zions First National Bank** | ■ D ___2.7___ ☐ E/F _____ ☐ G _____ |
| 2.43 | **X-Treme Bullets, Inc.** | 25 Stokes Drive Carson City, NV 89706 | **US Dept. of Treasury** | ■ D ___2.4___ ☐ E/F _____ ☐ G _____ |
| 2.44 | **X-Treme Bullets, Inc.** | 25 Stokes Drive Carson City, NV 89706 | **Integrity Bank, SSB** | ■ D ___2.2___ ☐ E/F _____ ☐ G _____ |
| 2.45 | **X-Treme Bullets, Inc.** | 25 Stokes Drive Carson City, NV 89706 | **Toyota Industries Commercial Finance, In** | ■ D ___2.3___ ☐ E/F _____ ☐ G _____ |

7/22/18 10:24PM

| Debtor | **Howell Munitions & Technology, Inc.** | Case number *(if known)* | **18-50610-btb** |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
*Column 1:* **Codebtor**                                    *Column 2:* **Creditor**

| 2.46 | **X-Treme Bullets, Inc.** | **25 Stokes Drive** **Carson City, NV 89706** | **Wells Fargo Bank, N.A.** | ■ D  **2.6** ☐ E/F ____ ☐ G ____ |

**Fill in this information to identify the case:**

Debtor name **Howell Munitions & Technology, Inc.**

United States Bankruptcy Court for the: DISTRICT OF NEVADA

Case number (if known) **18-50610-btb**

■ Check if this is an
amended filing

# Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

**1.  Gross revenue from business**\*

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  1/01/2018 to Filing Date | ■ Operating a business<br>☐ Other | $19,287,990.00 |
| **For prior year:**<br>From  1/01/2017 to 12/31/2017 | ■ Operating a business<br>☐ Other | $73,295,671.00 |
| **For year before that:**<br>From  1/01/2016 to 12/31/2016 | ■ Operating a business<br>☐ Other | $103,101,565.00 |

**2.  Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

**3.  Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

\***Such revenues are consolidated with affiliated Debtors, and Twin River Contract Loading, Inc. and Big Canyon Environmental, LLC.**

7/24/18 10:30AM

Debtor    **Howell Munitions & Technology, Inc.**                                Case number *(if known)*  **18-50610-btb**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1.   **See attached list** | **See attached list** | **$9,273,652.32** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.   **See answers to #30 payments to insiders** | **See answers to #30 payments to insiders** | **$398,309.72** | |

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| **US Dept. of Treasury**<br>**Alcohol & Tobacco Tax & Trade Bureau**<br>**National Revenue Center**<br>**550 Main Street, Suite 8002**<br>**Cincinnati, OH 45202-5215** | **Funds levied from bank account**<br>Last 4 digits of account number: _____ | 6/5/2018 | $832,160.77 |

**Part 3:**   **Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

7/24/18 10:30AM

Debtor   **Howell Munitions & Technology, Inc.**                    Case number (if known)  **18-50610-btb**

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Alcohol & Tobacco Tax & Trade Bureau** | **Asserted unpaid federal excise tax** | **US Dept. of Treasury Alcohol & Tobacco Tax & Trade Bureau National Revenue Center 550 Main Street, Suite 8002 Cincinnati, OH 45202-5215** | ■ Pending ☐ On appeal ☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:   Certain Gifts and Charitable Contributions**

**9.** List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☐ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | **Johns Hopkins 1717 Massachusetts Ave. NW, #525 Washington, DC 20036** | **Donation check** | **7/11/2016** | **$20,000.00** |
| | Recipients relationship to debtor **Business contact** | | | |
| 9.2. | **Special Operations Care Fund 999 Peachtree Street NE, Suite 2300 Atlanta, GA 30309** | **Furniture** | **6/4/2017** | **$1,560.00** |
| | Recipients relationship to debtor **Business contact** | | | |

**Part 5:   Certain Losses**

**10.** All losses from fire, theft, or other casualty within 1 year before filing this case.

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss *If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.* List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:   Certain Payments or Transfers**

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

7/24/18 10:30AM

Debtor  **Howell Munitions & Technology, Inc.** _____    Case number *(if known)*  **18-50610-btb**

■ None.

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:   Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:   Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:   Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
■ Yes. State the nature of the information collected and retained.

**Customer names; addresses; emails; phone numbers; account numbers**
_____

Does the debtor have a privacy policy about that information?
☐ No
■ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or**

7/24/18 10:30AM

Debtor    **Howell Munitions & Technology, Inc.**                    Case number *(if known)*  **18-50610-btb**

profit-sharing plan made available by the debtor as an employee benefit?

☐ No. Go to Part 10.

■ Yes. Does the debtor serve as plan administrator?

    ☐ No Go to Part 10.

    ■ Yes. Fill in below:

    Name of plan                                                                          Employer identification number of the plan
    **Howell Munitions & Technology, Inc. 401k Plan**            EIN:  **46-4050425**

    Has the plan been terminated?
    ■ No
    ☐ Yes

---

### Part 10:  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

---

### Part 11:  Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Armscor** 2872 US Hwy 93 North Victor, MT 59875 | **815 D Street** Lewiston, ID 83501 | **1 case processor** | **$32,000.00** |

---

7/24/18 10:30AM

| Debtor | **Howell Munitions & Technology, Inc.** | | Case number (if known) | **18-50610-btb** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Dallas Reloading**<br>**709 Sundance Trial**<br>**Irving, TX 75063** | **815 D Street**<br>**Lewiston, ID 83501** | **1 case processor** | **$32,000.00** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Armscor**<br>**2872 US Hwy 93 North**<br>**Victor, MT 59875** | **153 Southport**<br>**Lewiston, ID 83501** | **1 case processor** | **$32,000.00** |

---

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☐ No.
■ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| **Administrative Agreement**<br>**11-0181-00A, et al.** | **Environmental Protection Agency**<br>**1200 Pennsylvania Ave., NW**<br>**Washington, DC 20460** | **Releasing hazardous waste water without permit** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

---

7/24/18 10:30AM

Debtor    **Howell Munitions & Technology, Inc.**                      Case number (if known)  **18-50610-btb**

| Business name address | Describe the nature of the business | Employer identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|

25.1. **Twin River Contract Loading, Inc.**<br>**815 D Street**<br>**Lewiston, ID 83501**

**Loading ammunition**

Dates business existed<br>EIN:    **26-4767300**<br><br>From-To    **1/1/14 to present**

---

25.2. **X-Treme Bullets, Inc.**<br>**25 Stokes Drive**<br>**Carson City, NV 89706**

**Bullet manufacturing**

EIN:    **26-4675646**<br><br>From-To    **1/1/14 to present**

---

25.3. **Clearwater Bullet, Inc.**<br>**156 Southport Ave., Building 4**<br>**Lewiston, ID 83501**

**Bullet manufacturing**

EIN:    **26-4767149**<br><br>From-To    **1/1/14 to present**

---

25.4. **Ammo Load Worldwide, Inc.**<br>**815 D. Street**<br>**Lewiston, ID 83501**

**Ammunition machine manufacturing**

EIN:    **20-1199439**<br><br>From-To    **1/1/14 to present**

---

25.5. **Howell Machine, Inc.**<br>**815 D Street**<br>**Lewiston, ID 83501**

**Parts manufacturing**

EIN:    **72-1567111**<br><br>From-To    **1/1/14 to present**

---

25.6. **Freedom Munitions, LLC**<br>**815 D Street**<br>**Lewiston, ID 83501**

**Ammunition sales**

EIN:    **45-3954461**<br><br>From-To    **1/1/16 to present**

---

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1. **Angela Smith**<br>**815 D. Street**<br>**Lewiston, ID 83501** | **2/29/18 to 5/25/18**<br>**6/25/18 to present** |
| 26a.2. **Kathie Marion**<br>**815 D Street**<br>**Lewiston, ID 83501** | **12/3/14 to present** |
| 26a.3. **Shaun Barkley**<br>**815 D Street**<br>**Lewiston, ID 83501** | **2/1/14 to present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.1. **Moss Adams**<br>**601 Riverside Ave., Suite 1800**<br>**Spokane, WA 99201** | **2015 to 2018** |

7/24/18 10:30AM

Debtor    **Howell Munitions & Technology, Inc.**                                    Case number (if known)  **18-50610-btb**

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

 ■ None

**Name and address**                                                **If any books of account and records are unavailable, explain why**

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

 ☐ None

**Name and address**

| 26d.1. | **Global Commercial Credit**<br>**Mark Matieney**<br>**30200 Telegraph Rd., Suite 450**<br>**Bingham Farms, MI 48025** |
|---|---|
| 26d.2. | **Zions First National Bank**<br>**Mark Siegel**<br>**1 South Main, Suite 300**<br>**Salt Lake City, UT 84111** |
| 26d.3. | **Global Commercial Credit**<br>**Victor Sandy**<br>**30200 Telegraph Rd., Suite 450**<br>**Bingham Farms, MI 48025** |
| 26d.4. | **Cascadia Capital LLC**<br>**1000 2nd Avenue, Suite 1200**<br>**Seattle, WA 98104** |
| 26d.5. | **Advanced CFO**<br>**13601 W McMillan Rd**<br>**#102**<br>**Boise, ID 83713** |
| 26d.6. | **Integrity Bank, SSB**<br>**4040 Washington Ave.**<br>**Houston, TX 77007-5606** |
| 26d.7. | **Complete Capital Services, Inc.**<br>**P.O. Box 790448**<br>**Saint Louis, MO 63179** |

**27. Inventories**
   Have any inventories of the debtor's property been taken within 2 years before filing this case?

 ☐ No
 ■ Yes. Give the details about the two most recent inventories.

| | **Name of the person who supervised the taking of the Inventory** | **Date of Inventory** | **The dollar amount and basis (cost, market, or other basis) of each Inventory** |
|---|---|---|---|
| 27.1 | **Shaun Barclay and Chris Hayes** | **12/26/17** | **5,879,254.23** |

**Name and address of the person who has possession of Inventory records**
**Shaun Barclay**
**815 D Street**
**Lewiston, ID 83501**

7/24/18 10:30AM

Debtor  **Howell Munitions & Technology, Inc.**                    Case number *(if known)*  **18-50610-btb**

|  | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.2 | **Shaun Barclay** | **12/2016** | **14,724,116.47** |

| Name and address of the person who has possession of inventory records |
|---|
| **Shaun Barclay**<br>**815 D Street**<br>**Lewiston, ID 83501** |

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **David Howell** | **815 D Street**<br>**Lewiston, ID 83501** | **President/Owner** | **95** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Rudy Zaruba** | **10202 Russett Field Ct.**<br>**Houston, TX 77070** | **Owner** | **5** |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
☑ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Jansen Jones** | **3790 Foothill Drive**<br>**Lewiston, ID 83501** | **President** | **December 2016 to February 2018** |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Chris Hayes** | **362 Reservoir Drive**<br>**Lewiston, ID 83501** | **Director of Operations** | **February 2017 to June 2018** |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Advanced CFO** | **13601 W McMillan Rd #102**<br>**Boise, ID 83713** | **CRO** | |

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

7/24/18 10:30AM

| Debtor | **Howell Munitions & Technology, Inc.** | | Case number *(if known)* **18-50610-btb** |

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. **David Howell**<br>**815 D Street**<br>**Lewiston, ID 83501** | **7,404.20** | **6/6/17 to**<br>**8/7/17** | **Asserted expense reimbursement** |
| **Relationship to debtor**<br>**President/Owner** | | | |
| 30.2. **David Howell**<br>**815 D Street**<br>**Lewiston, ID 83501** | **161,982.51** | **6/8/17 to**<br>**6/7/18** | **Salary** |
| **Relationship to debtor**<br>**President** | | | |
| 30.3. **Rudy Zaruba**<br>**10202 Russett Field Ct.**<br>**Houston, TX 77070** | **122,750** | **6/8/17 to**<br>**6/7/18** | **Salary** |
| **Relationship to debtor**<br>**Owner** | | | |
| 30.4. **Thomas Howell**<br>**815 D Street**<br>**Lewiston, ID 83501** | **25,986.36** | **6/8/17 to**<br>**6/7/18** | **Salary** |
| **Relationship to debtor**<br>**Machine Technician** | | | |
| 30.5. **Steve Howell**<br>**815 D Street**<br>**Lewiston, ID 83501** | **73200.07** | **6/8/17 to**<br>**6/7/18** | **Salary** |
| **Relationship to debtor**<br>**Ammo Load Worldwide Manager** | | | |
| 30.6. **Bob Howell**<br>**1237 Airway Ave.**<br>**Lewiston, ID 83501** | **6,986.58** | **6/8/17 to**<br>**6/7/18** | **Contract labor** |
| **Relationship to debtor**<br>**Inventory Transporter** | | | |
| 30.7. **David Howell Rentals**<br>**P.O. Box 1903**<br>**Lewiston, ID 83501** | **804,979** | **6/8/17 to**<br>**6/7/18** | **Rent payments** |
| **Relationship to debtor**<br>**Lessor** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No

■ Yes. Identify below.

| Name of the parent corporation | Employer identification number of the parent corporation |
|---|---|

7/24/18 1:26PM

Debtor **Howell Munitions & Technology, Inc.**          Case number *(if known)* **18-50610-btb**

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| **Howell Munitions & Technology, Inc., parent corporation to X-Treme Bullets, Inc.; Freedom Munitions, LLC; Clearwater Bullets, Inc.; Ammo Load Worldwide, Inc.; and Howell Machine** | EIN:     46-4050425 |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☐  No
☑  Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|
| **Howell Munitions & Technology, Inc. 401k Plan** | EIN:     46-4050425 |

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      **July 24, 2018**

_____          **J. Michael Issa**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor     **Proposed Chief Restructuring Officer**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
☑ Yes

Howell Munitions Technology, Inc.
Form 207: Statement of Financial Affairs
#3) Payments to creditors within 90 days before filing

HMT AP Payments 90 days prior to Bankruptcy Filing

| Period | Source | Journal | Date | Reference | Supplier Name | Dr | Cr |
|---|---|---|---|---|---|---|---|
| 05 | AP | 0000047170 | 04/25/2018 | HMTZB-CHK | -00 1099 Pro Inc. | | (45.00) |
| 05 | AP | 0000045688 | 04/20/2018 | HMTZB-CHK | -00 823 D. Street, LLC | | (5,061.12) |
| 05 | AP | 0000053296 | 05/29/2018 | HMTZB-CHK | -00 823 D. Street, LLC | | (5,061.12) |
| 03 | AP | 0000030547 | 03/12/2018 | HMTZB-CHK | -00 Absolute Machine Solutions | | (150.00) |
| 03 | AP | 0000030547 | 03/12/2018 | HMTZB-CHK | -00 Action Medical Inc | | (159.48) |
| 05 | AP | 0000053729 | 05/31/2018 | HMTZB-CHK | -00 Action Medical Inc | | (80.24) |
| 06 | AP | 0000053837 | 06/01/2018 | HMTZB-CHK | -00 Action Medical Inc | | (128.42) |
| 03 | AP | 0000030206 | 03/09/2018 | HMTZB-CHK | -00 ADP Fees | | (1,538.29) |
| 03 | AP | 0000035313 | 03/23/2018 | HMTZB-CHK | -00 ADP Fees | | (1,177.46) |
| 03 | AP | 0000038056 | 03/30/2018 | HMTZB-CHK | -00 ADP Fees | | (1,183.70) |
| 05 | AP | 0000040546 | 04/06/2018 | HMTZB-CHK | -00 ADP Fees | | (1,145.17) |
| 05 | AP | 0000045693 | 04/20/2018 | HMTZB-CHK | -00 ADP Fees | | (1,206.58) |
| 05 | AP | 0000048445 | 04/27/2018 | HMTZB-CHK | -00 ADP Fees | | (1,183.70) |
| 05 | AP | 0000049346 | 05/04/2018 | HMTZB-CHK | -00 ADP Fees | | (1,152.45) |
| 05 | AP | 0000052087 | 05/17/2018 | HMTZB-CHK | -00 ADP Fees | | (661.74) |
| 05 | AP | 0000052217 | 05/18/2018 | HMTZB-CHK | -00 ADP Fees | | (1,155.62) |
| 05 | AP | 0000053192 | 05/25/2018 | HMTZB-CHK | -00 ADP Fees | | (1,688.23) |
| 06 | AP | 0000053796 | 06/01/2018 | HMTZB-CHK | -00 ADP Fees | | (686.53) |
| 05 | AP | 0000052087 | 05/17/2018 | HMTZB-CHK | -00 ADP, INC. | | (661.74) |
| 05 | AP | 0000045993 | 04/23/2018 | HMTZB-CHK | -00 Advanced CFO Solutions | | (25,000.00) |
| 05 | AP | 0000049577 | 05/07/2018 | HMTZB-CHK | -00 Advanced CFO Solutions | | (23,930.25) |
| 05 | AP | 0000052816 | 05/23/2018 | HMTZB-CHK | -00 Advanced CFO Solutions | | (36,628.17) |
| 03 | AP | 0000030547 | 03/12/2018 | HMTZB-CHK | -00 Advanced Fire | | (448.13) |
| 03 | AP | 0000030547 | 03/12/2018 | HMTZB-CHK | -00 A-L Compressed Gases, Inc | | (843.97) |
| 05 | AP | 0000051728 | 05/15/2018 | HMTZB-CHK | -00 A-L Compressed Gases, Inc | | (2,484.75) |
| 04 | AP | 0000043632 | 04/16/2018 | HMTZB-CHK | -00 Alcobra | | (632.01) |
| 05 | AP | 0000052082 | 05/17/2018 | HMTZB-CHK | -00 Alcobra | | (275.62) |
| 03 | AP | 0000031755 | 03/14/2018 | HMTZB-CHK | -00 Alcohol and Tobacco Tax and Trade Bureau | | (25,000.00) |
| 03 | AP | 0000034316 | 03/21/2018 | HMTZB-CHK | -00 Alcohol and Tobacco Tax and Trade Bureau | | (25,000.00) |
| 03 | AP | 0000036412 | 03/27/2018 | HMTZB-CHK | -00 Alcohol and Tobacco Tax and Trade Bureau | | (25,000.00) |
| 05 | AP | 0000039399 | 04/04/2018 | HMTZB-CHK | -00 Alcohol and Tobacco Tax and Trade Bureau | | (25,000.00) |
| 05 | AP | 0000042633 | 04/12/2018 | HMTZB-CHK | -00 Alcohol and Tobacco Tax and Trade Bureau | | (25,000.00) |
| 05 | AP | 0000044750 | 04/18/2018 | HMTZB-CHK | -00 Alcohol and Tobacco Tax and Trade Bureau | | (25,000.00) |
| 05 | AP | 0000047233 | 04/25/2018 | HMTZB-CHK | -00 Alcohol and Tobacco Tax and Trade Bureau | | (25,000.00) |
| 05 | AP | 0000048531 | 04/30/2018 | HMTZB-CHK | -00 Alcohol and Tobacco Tax and Trade Bureau | | (341,351.11) |
| 06 | AP | 0000054290 | 06/06/2018 | HMTZB-CHK | -60 Alcohol and Tobacco Tax and Trade Bureau | | (832,160.77) |
| 03 | AP | 0000030547 | 03/12/2018 | HMTZB-CHK | -00 Allied Electronics, Inc | | (59.58) |
| 06 | AP | 0000054152 | 06/05/2018 | HMTZB-CHK | -00 American Express - Corporate | | (2,705.03) |
| 03 | AP | 0000031604 | 03/14/2018 | HMTZB-CHK | -00 American Express Fees | | (108.55) |

Howell Munitions Technology, Inc.
Form 207: Statement of Financial Affairs
#3) Payments to creditors within 90 days before filing

HMT AP Payments 90 days prior to Bankruptcy Filing

| | | | | | | |
|---|---|---|---|---|---|---|
| 05 | AP | 0000040436 | 04/06/2018 | HMTZB-CHK | -00 American Express Fees | (5,680.92) |
| 05 | AP | 0000045913 | 04/23/2018 | HMTZB-CHK | -00 American Express Fees | (193.71) |
| 05 | AP | 0000049134 | 05/03/2018 | HMTZB-CHK | -00 American Express Fees | (6.40) |
| 05 | AP | 0000049650 | 05/08/2018 | HMTZB-CHK | -00 American Express Fees | (3,917.42) |
| 05 | AP | 0000053298 | 05/29/2018 | HMTZB-CHK | -00 American Express Fees | (229.99) |
| 03 | AP | 0000034313 | 03/21/2018 | HMTZB-CHK | -00 AmeriPride | (987.04) |
| 05 | AP | 0000045690 | 04/20/2018 | HMTZB-CHK | -00 AmeriPride | (2,846.03) |
| 03 | AP | 0000030547 | 03/12/2018 | HMTZB-CHK | -00 AmmoSeek LLC | (2,000.00) |
| 03 | AP | 0000030547 | 03/12/2018 | HMTZB-CHK | -00 Anatek Labs, Inc | (1,920.00) |
| 06 | AP | 0000053837 | 06/01/2018 | HMTZB-CHK | -00 Anatek Labs, Inc | (764.00) |
| 03 | AP | 0000030547 | 03/12/2018 | HMTZB-CHK | -00 Applied Industrial Tech, Inc | (1,570.28) |
| 03 | AP | 0000035950 | 03/26/2018 | HMTZB-CHK | -00 Armscor Cartridge Inc. | (71,696.67) |
| 05 | AP | 0000038885 | 04/03/2018 | HMTZB-CHK | -00 Authorize.net Fees | (1,850.65) |
| 05 | AP | 0000048923 | 05/02/2018 | HMTZB-CHK | -00 Authorize.net Fees | (1,303.85) |
| 06 | AP | 0000054098 | 06/04/2018 | HMTZB-CHK | -00 Authorize.net Fees | (915.75) |
| 03 | AP | 0000033043 | 03/19/2018 | HMTZB-CHK | -00 Avista Utilities-ALL | (2,456.21) |
| 03 | AP | 0000034527 | 03/21/2018 | HMTZB-CHK | -00 Avista Utilities-ALL | (25,556.40) |
| 03 | AP | 0000034788 | 03/22/2018 | HMTZB-CHK | -00 Avista Utilities-ALL | (873.01) |
| 05 | AP | 0000044053 | 04/17/2018 | HMTZB-CHK | -00 Avista Utilities-ALL | (19,881.48) |
| 05 | AP | 0000044598 | 04/18/2018 | HMTZB-CHK | -00 Avista Utilities-ALL | (9,205.31) |
| 05 | AP | 0000051796 | 05/16/2018 | HMTZB-CHK | -00 Avista Utilities-ALL | (1,744.87) |
| 05 | AP | 0000052220 | 05/18/2018 | HMTZB-CHK | -00 Avista Utilities-ALL | (16,835.57) |
| 05 | AP | 0000052222 | 05/18/2018 | HMTZB-CHK | -00 Avista Utilities-ALL | (1,178.62) |
| 05 | AP | 0000052928 | 05/23/2018 | HMTZB-CHK | -00 Avista Utilities-ALL | (9,157.24) |
| 05 | AP | 0000045694 | 04/20/2018 | HMTZB-CHK | -00 Binary Anvil Inc. | (15,000.00) |
| 03 | AP | 0000036412 | 03/27/2018 | HMTZB-CHK | -00 Bitterroot Bolt & Chain Co. | (22.21) |
| 03 | AP | 0000030549 | 03/12/2018 | HMTZB-CHK | -00 Bitterroot Security & Inv. LLC | (10,000.00) |
| 03 | AP | 0000035394 | 03/23/2018 | HMTZB-CHK | -00 Bitterroot Security & Inv. LLC | (10,000.00) |
| 03 | AP | 0000037867 | 03/30/2018 | HMTZB-CHK | -12 Bitterroot Security & Inv. LLC | (10,000.00) |
| 05 | AP | 0000040443 | 04/06/2018 | HMTZB-CHK | -00 Bitterroot Security & Inv. LLC | (10,000.00) |
| 05 | AP | 0000045694 | 04/20/2018 | HMTZB-CHK | -00 Bitterroot Security & Inv. LLC | (10,000.00) |
| 03 | AP | 0000035394 | 03/23/2018 | HMTZB-CHK | -00 Black Hills Shooters Supply | (95,950.00) |
| 03 | AP | 0000030547 | 03/12/2018 | HMTZB-CHK | -00 Blakely Sean | (76.50) |
| 03 | AP | 0000033109 | 03/19/2018 | HMTZB-CHK | -00 Blue Cross of Idaho | (45,287.06) |
| 05 | AP | 0000045688 | 04/20/2018 | HMTZB-CHK | -00 Blue Cross of Idaho | (66,157.13) |
| 05 | AP | 0000052908 | 05/23/2018 | HMTZB-CHK | -00 Blue Cross of Idaho | (61,636.06) |
| 03 | AP | 0000030547 | 03/12/2018 | HMTZB-CHK | -00 Blue Mountain Containers | (596.34) |
| 05 | AP | 0000047233 | 04/25/2018 | HMTZB-CHK | -00 Blue Mountain Containers | (457.02) |
| 03 | AP | 0000030547 | 03/12/2018 | HMTZB-CHK | -00 Blue Ribbon Supply Inc | (203.48) |
| 03 | AP | 0000034313 | 03/21/2018 | HMTZB-CHK | -00 Blue Ribbon Supply Inc | (1,705.76) |

Howell Munitions Technology, Inc.
Form 207: Statement of Financial Affairs
#3) Payments to creditors within 90 days before filing

HMT AP Payments 90 days prior to Bankruptcy Filing

| | | | | | |
|---|---|---|---|---|---|
| 03 | AP | 0000035776 | 03/26/2018 | HMTZB-CHK | -00 Blue Ribbon Supply Inc | (624.66) |
| 06 | AP | 0000053837 | 06/01/2018 | HMTZB-CHK | -00 Blue Ribbon Supply Inc | (1,425.82) |
| 06 | AP | 0000053838 | 06/01/2018 | HMTZB-CHK | -00 Blue Ribbon Supply Inc | (1,506.01) |
| 03 | AP | 0000034313 | 03/21/2018 | HMTZB-CHK | -00 Bosnian Austrian Security Services | (2,000.00) |
| 03 | AP | 0000030547 | 03/12/2018 | HMTZB-CHK | -00 Bryant Control | (369.60) |
| 05 | AP | 0000053137 | 05/24/2018 | HMTZB-CHK | -00 Bureau of Alcohol, Tobacco, Firearms and Explosives | (1,500.00) |
| 03 | AP | 0000034313 | 03/21/2018 | HMTZB-CHK | -00 C.P.M. LABS | (1,637.00) |
| 05 | AP | 0000045694 | 04/20/2018 | HMTZB-CHK | -00 California Sales Tax | (2,734.73) |
| 03 | AP | 0000030547 | 03/12/2018 | HMTZB-CHK | -00 Canon Financial Serivces | (1,593.71) |
| 03 | AP | 0000030547 | 03/12/2018 | HMTZB-CHK | -00 Canon Solutions America | (915.16) |
| 05 | AP | 0000051385 | 05/14/2018 | HMTZB-CHK | -00 Canon Solutions America | (128.80) |
| 03 | AP | 0000030547 | 03/12/2018 | HMTZB-CHK | -00 Catalyst Medical Group | (463.50) |
| 03 | AP | 0000030547 | 03/12/2018 | HMTZB-CHK | -00 CED - Consolidated Electrical Dist, Inc | (1,254.50) |
| 05 | AP | 0000047233 | 04/25/2018 | HMTZB-CHK | -00 Century Link - ALL | (714.00) |
| 05 | AP | 0000052908 | 05/23/2018 | HMTZB-CHK | -00 Century Link - ALL | (322.52) |
| 03 | AP | 0000030547 | 03/12/2018 | HMTZB-CHK | -00 Century Spring Corp | (271.08) |
| 03 | AP | 0000036342 | 03/27/2018 | HMTZB-CHK | -00 Charter Business-31 Stokes | (355.02) |
| 05 | AP | 0000040911 | 04/09/2018 | HMTZB-CHK | -00 Charter Business-31 Stokes | (1,601.00) |
| 05 | AP | 0000047233 | 04/25/2018 | HMTZB-CHK | -00 Charter Business-31 Stokes | (482.96) |
| 05 | AP | 0000049577 | 05/07/2018 | HMTZB-CHK | -00 Charter Business-31 Stokes | (1,601.00) |
| 03 | AP | 0000029510 | 03/08/2018 | HMTZB-CHK | -00 Cirro | (186.60) |
| 05 | AP | 0000039401 | 04/04/2018 | HMTZB-CHK | -00 Cirro | (143.87) |
| 05 | AP | 0000049577 | 05/07/2018 | HMTZB-CHK | -00 Cirro | (157.22) |
| 06 | AP | 0000054098 | 06/04/2018 | HMTZB-CHK | -00 Cirro | (132.49) |
| 03 | AP | 0000036412 | 03/27/2018 | HMTZB-CHK | -00 City of Jersey Viilage | (280.60) |
| 03 | AP | 0000032755 | 03/16/2018 | HMTZB-CHK | -00 City of Lewiston - ALL | (2,858.56) |
| 05 | AP | 0000043756 | 04/16/2018 | HMTZB-CHK | -00 City of Lewiston - ALL | (2,717.28) |
| 05 | AP | 0000051569 | 05/15/2018 | HMTZB-CHK | -MI City of Lewiston - ALL | (2,869.47) |
| 03 | AP | 0000030547 | 03/12/2018 | HMTZB-CHK | -00 Clean Harbors Env. Services Inc | (9,186.87) |
| 05 | AP | 0000052908 | 05/23/2018 | HMTZB-CHK | -00 Clean Harbors Env. Services Inc | (27,297.27) |
| 06 | AP | 0000054219 | 06/05/2018 | HMTZB-CHK | -00 Clean Harbors Env. Services Inc | (32,951.40) |
| 05 | AP | 0000050849 | 05/10/2018 | HMTZB-CHK | -00 CNA Surety Direct Bill | (167.35) |
| 03 | AP | 0000034313 | 03/21/2018 | HMTZB-CHK | -00 Collier Electric | (10,000.00) |
| 06 | AP | 0000053837 | 06/01/2018 | HMTZB-CHK | -00 Columbia Electric Supply | (8,026.43) |
| 03 | AP | 0000032756 | 03/16/2018 | HMTZB-CHK | -00 Comcast | (282.26) |
| 03 | AP | 0000035382 | 03/23/2018 | HMTZB-CHK | -00 Comcast | (218.68) |
| 05 | AP | 0000044063 | 04/17/2018 | HMTZB-CHK | -00 Comcast | (282.26) |
| 05 | AP | 0000046454 | 04/24/2018 | HMTZB-CHK | -00 Comcast | (218.13) |
| 05 | AP | 0000051569 | 05/15/2018 | HMTZB-CHK | -00 Comcast | (282.15) |
| 05 | AP | 0000053057 | 05/24/2018 | HMTZB-CHK | -00 Comcast | (218.13) |

Howell Munitions Technology, Inc.                                      HMT AP Payments 90 days prior to Bankruptcy Filing
Form 207: Statement of Financial Affairs
#3) Payments to creditors within 90 days before filing

| | | | | | |
|---|---|---|---|---|---|
| 03 | AP | 0000038110 | 03/30/2018 | HMTZB-CHK | -00 Components Exchange | (158,764.53) |
| 05 | AP | 0000045713 | 04/20/2018 | HMTZB-CHK | -00 Components Exchange | (54,986.94) |
| 06 | AP | 0000053742 | 06/01/2018 | HMTZB-CHK | -00 CompuNet, Inc. | (750.00) |
| 03 | AP | 0000030547 | 03/12/2018 | HMTZB-CHK | -00 Comstock Propane Inc | (107.56) |
| 05 | AP | 0000040843 | 04/09/2018 | HMTZB-CHK | -00 Creason, Moore, Dokken & Geidl | (10,000.00) |
| 03 | AP | 0000031748 | 03/14/2018 | HMTZB-CHK | -00 Crow Shooting Supply | (74,089.99) |
| 03 | AP | 0000037867 | 03/30/2018 | HMTZB-CHK | -00 Crow Shooting Supply | (145,324.31) |
| 03 | AP | 0000030547 | 03/12/2018 | HMTZB-CHK | -00 DaJo Trucking, Inc. | (10,000.00) |
| 05 | AP | 0000041491 | 04/10/2018 | HMTZB-CHK | -00 DaJo Trucking, Inc. | (3,293.74) |
| 05 | AP | 0000046482 | 04/24/2018 | HMTZB-CHK | -00 DaJo Trucking, Inc. | (5,136.17) |
| 05 | AP | 0000048380 | 04/27/2018 | HMTZB-CHK | -00 DaJo Trucking, Inc. | (3,500.00) . |
| 05 | AP | 0000050609 | 05/10/2018 | HMTZB-CHK | -00 DaJo Trucking, Inc. | (6,946.61) |
| 05 | AP | 0000052908 | 05/23/2018 | HMTZB-CHK | -00 Danglers Inc. | (1,302.00) |
| 03 | AP | 0000033155 | 03/19/2018 | HMTZB-CHK | -00 David Howell | (27,000.00) |
| 05 | AP | 0000039672 | 04/04/2018 | HMTZB-CHK | -00 David Howell | (35,000.00) |
| 05 | AP | 0000043181 | 04/13/2018 | HMTZB-CHK | -00 David Howell | (35,000.00) |
| 05 | AP | 0000052496 | 05/21/2018 | HMTZB-CHK | -00 David Howell | (34,800.00) |
| 05 | AP | 0000053581 | 05/31/2018 | HMTZB-CHK | -00 David Howell | (8,000.00) |
| 06 | AP | 0000053969 | 06/04/2018 | HMTZB-CHK | -00 David Howell | (28,800.00) |
| 03 | AP | 0000034313 | 03/21/2018 | HMTZB-CHK | -00 Debarment Solutions Institute, LLC | (4,631.25) |
| 03 | AP | 0000030547 | 03/12/2018 | HMTZB-CHK | -00 Deductible Recovery Group | (4,779.60) |
| 03 | AP | 0000030547 | 03/12/2018 | HMTZB-CHK | -00 Discovery Benefits | (174.30) |
| 03 | AP | 0000030547 | 03/12/2018 | HMTZB-CHK | -00 Dodson, Matthew | (270.00) |
| 03 | AP | 0000030547 | 03/12/2018 | HMTZB-CHK | -00 Douglas Garage Door Service | (185.00) |
| 03 | AP | 0000035776 | 03/26/2018 | HMTZB-CHK | -00 Estes Express Line | (1,160.76) |
| 05 | AP | 0000049176 | 05/03/2018 | HMTZB-CHK | -00 Estes Express Line | (6,203.87) |
| 03 | AP | 0000030547 | 03/12/2018 | HMTZB-CHK | -00 Fastenal NVCAR0796 | (215.97) |
| 03 | AP | 0000035776 | 03/26/2018 | HMTZB-CHK | -00 Fastenal NVCAR0796 | (288.03) |
| 03 | AP | 0000034313 | 03/21/2018 | HMTZB-CHK | -00 Fastenal WACOV2418 | (851.63) |
| 06 | AP | 0000053837 | 06/01/2018 | HMTZB-CHK | -00 Fisher Systems | (534.24) |
| 03 | AP | 0000034313 | 03/21/2018 | HMTZB-CHK | -00 Fort Worth Engineering | (11,106.50) |
| 05 | AP | 0000049176 | 05/03/2018 | HMTZB-CHK | -00 Fort Worth Engineering | (11,443.50) |
| 03 | AP | 0000030547 | 03/12/2018 | HMTZB-CHK | -00 Foust, Seth | (97.09) |
| 05 | AP | 0000051180 | 05/11/2018 | HMTZB-CHK | -00 Foust, Seth | (80.35) |
| 03 | AP | 0000035776 | 03/26/2018 | HMTZB-CHK | -00 Frasier Transport Inc. | (1,750.00) |
| 03 | AP | 0000034313 | 03/21/2018 | HMTZB-CHK | -00 Freight Quote.com | (3,005.68) |
| 05 | AP | 0000049176 | 05/03/2018 | HMTZB-CHK | -00 Freight Quote.com | (1,688.52) |
| 05 | AP | 0000051180 | 05/11/2018 | HMTZB-CHK | -00 Goffinet, Tammy | (328.40) |
| 03 | AP | 0000035776 | 03/26/2018 | HMTZB-CHK | -00 Goldenwest Lubricants | (1,582.64) |
| 05 | AP | 0000052221 | 05/18/2018 | HMTZB-CHK | -00 Gordon NW Village, LP | (10,953.56) |

Howell Munitions Technology, Inc.
Form 207: Statement of Financial Affairs
#3) Payments to creditors within 90 days before filing

| | | | | | | |
|---|---|---|---|---|---|---|
| 03 | AP | 0000030547 | 03/12/2018 | HMTZB-CHK | -00 Grainger | (30.95) |
| 05 | AP | 0000052908 | 05/23/2018 | HMTZB-CHK | -00 Grainger | (3,458.19) |
| 05 | AP | 0000049402 | 05/04/2018 | HMTZB-CHK | -00 Greif | (8,478.00) |
| 05 | AP | 0000049410 | 05/04/2018 | HMTZB-CHK | -00 Greif | (567.00) |
| 03 | AP | 0000032833 | 03/16/2018 | HMTZB-CHK | -00 Hal Hedrick | (5,000.00) |
| 03 | AP | 0000036412 | 03/27/2018 | HMTZB-CHK | -00 Hal Hedrick | (5,000.00) |
| 04 | AP | 0000038401 | 04/02/2018 | HMTZB-CHK | -00 Hal Hedrick | (7,500.00) |
| 05 | AP | 0000052908 | 05/23/2018 | HMTZB-CHK | -00 Hayes, Chris | (689.63) |
| 06 | AP | 0000053837 | 06/01/2018 | HMTZB-CHK | -00 Hayes, Chris | (1,870.33) |
| 03 | AP | 0000030547 | 03/12/2018 | HMTZB-CHK | -00 Hays Daniel | (391.14) |
| 03 | AP | 0000030547 | 03/12/2018 | HMTZB-CHK | -00 High Sierra Business Systems | (154.94) |
| 03 | AP | 0000030547 | 03/12/2018 | HMTZB-CHK | -00 Ho Edward | (15.66) |
| 05 | AP | 0000049176 | 05/03/2018 | HMTZB-CHK | -00 Huber Action Freight | (37.00) |
| 03 | AP | 0000033598 | 03/20/2018 | HMTZB-CHK | -00 Idaho State Tax Commission | (1,348.32) |
| 05 | AP | 0000045694 | 04/20/2018 | HMTZB-CHK | -00 Idaho State Tax Commission | (1,949.45) |
| 05 | AP | 0000052930 | 05/23/2018 | HMTZB-CHK | -00 Idaho State Tax Commission | (12,667.75) |
| 03 | AP | 0000030547 | 03/12/2018 | HMTZB-CHK | -00 iHeartMedia | (9,329.13) |
| 03 | AP | 0000034293 | 03/21/2018 | HMTZB-CHK | -92 IMC-Metals America, LLC | (40,728.60) |
| 03 | AP | 0000036388 | 03/27/2018 | HMTZB-CHK | -90 IMC-Metals America, LLC | (81,675.00) |
| 04 | AP | 0000048116 | 04/26/2018 | HMTZB-CHK | -92 IMC-Metals America, LLC | (40,728.60) |
| 03 | AP | 0000034313 | 03/21/2018 | HMTZB-CHK | -00 Instructure Inc | (3,249.25) |
| 06 | AP | 0000054098 | 06/04/2018 | HMTZB-CHK | -00 Intuit | (9.95) |
| 03 | AP | 0000029606 | 03/08/2018 | HMTZB-CHK | -00 Intuit Fees | (120.97) |
| 03 | AP | 0000030204 | 03/09/2018 | HMTZB-CHK | -00 Intuit Fees | (41.25) |
| 03 | AP | 0000030460 | 03/12/2018 | HMTZB-CHK | -00 Intuit Fees | (144.29) |
| 03 | AP | 0000031057 | 03/13/2018 | HMTZB-CHK | -00 Intuit Fees | (166.70) |
| 03 | AP | 0000032254 | 03/15/2018 | HMTZB-CHK | -00 Intuit Fees | (120.04) |
| 03 | AP | 0000032778 | 03/16/2018 | HMTZB-CHK | -00 Intuit Fees | (51.72) |
| 03 | AP | 0000033098 | 03/19/2018 | HMTZB-CHK | -00 Intuit Fees | (198.05) |
| 03 | AP | 0000033603 | 03/20/2018 | HMTZB-CHK | -00 Intuit Fees | (252.62) |
| 03 | AP | 0000034802 | 03/22/2018 | HMTZB-CHK | -00 Intuit Fees | (46.38) |
| 03 | AP | 0000035313 | 03/23/2018 | HMTZB-CHK | -00 Intuit Fees | (66.91) |
| 03 | AP | 0000035852 | 03/26/2018 | HMTZB-CHK | -00 Intuit Fees | (111.15) |
| 03 | AP | 0000036370 | 03/27/2018 | HMTZB-CHK | -00 Intuit Fees | (205.24) |
| 03 | AP | 0000036992 | 03/28/2018 | HMTZB-CHK | -00 Intuit Fees | (0.20) |
| 03 | AP | 0000037443 | 03/29/2018 | HMTZB-CHK | -00 Intuit Fees | (52.97) |
| 03 | AP | 0000038056 | 03/30/2018 | HMTZB-CHK | -00 Intuit Fees | (64.39) |
| 04 | AP | 0000038420 | 04/02/2018 | HMTZB-CHK | -00 Intuit Fees | (181.70) |
| 05 | AP | 0000038885 | 04/03/2018 | HMTZB-CHK | -00 Intuit Fees | (358.45) |
| 05 | AP | 0000040436 | 04/06/2018 | HMTZB-CHK | -00 Intuit Fees | (68.55) |

Howell Munitions Technology, Inc.
Form 207: Statement of Financial Affairs
#3) Payments to creditors within 90 days before filing

HMT AP Payments 90 days prior to Bankruptcy Filing

| | | | | | | |
|---|---|---|---|---|---|---|
| 05 | AP | 0000040546 | 04/06/2018 | HMTZB-CHK | -00 Intuit Fees | (17.86) |
| 05 | AP | 0000040853 | 04/09/2018 | HMTZB-CHK | -00 Intuit Fees | (166.47) |
| 05 | AP | 0000041387 | 04/10/2018 | HMTZB-CHK | -00 Intuit Fees | (252.56) |
| 05 | AP | 0000042014 | 04/11/2018 | HMTZB-CHK | -00 Intuit Fees | (57.19) |
| 05 | AP | 0000042632 | 04/12/2018 | HMTZB-CHK | -00 Intuit Fees | (52.59) |
| 05 | AP | 0000043159 | 04/13/2018 | HMTZB-CHK | -00 Intuit Fees | (49.68) |
| 05 | AP | 0000044062 | 04/17/2018 | HMTZB-CHK | -00 Intuit Fees | (95.62) |
| 05 | AP | 0000044090 | 04/17/2018 | HMTZB-CHK | -00 Intuit Fees | (183.56) |
| 05 | AP | 0000045290 | 04/19/2018 | HMTZB-CHK | -00 Intuit Fees | (45.21) |
| 05 | AP | 0000045693 | 04/20/2018 | HMTZB-CHK | -00 Intuit Fees | (71.54) |
| 05 | AP | 0000045913 | 04/23/2018 | HMTZB-CHK | -00 Intuit Fees | (195.44) |
| 05 | AP | 0000046490 | 04/24/2018 | HMTZB-CHK | -00 Intuit Fees | (199.21) |
| 05 | AP | 0000048061 | 04/26/2018 | HMTZB-CHK | -00 Intuit Fees | (40.00) |
| 05 | AP | 0000048445 | 04/27/2018 | HMTZB-CHK | -00 Intuit Fees | (45.83) |
| 05 | AP | 0000048510 | 04/30/2018 | HMTZB-CHK | -00 Intuit Fees | (118.96) |
| 05 | AP | 0000048796 | 05/01/2018 | HMTZB-CHK | -00 Intuit Fees | (240.61) |
| 05 | AP | 0000048923 | 05/02/2018 | HMTZB-CHK | -00 Intuit Fees | (33.40) |
| 05 | AP | 0000049143 | 05/03/2018 | HMTZB-CHK | -00 Intuit Fees | (118.30) |
| 05 | AP | 0000049346 | 05/04/2018 | HMTZB-CHK | -00 Intuit Fees | (194.76) |
| 05 | AP | 0000049528 | 05/07/2018 | HMTZB-CHK | -00 Intuit Fees | (71.73) |
| 05 | AP | 0000049693 | 05/08/2018 | HMTZB-CHK | -00 Intuit Fees | (139.72) |
| 05 | AP | 0000050598 | 05/10/2018 | HMTZB-CHK | -00 Intuit Fees | (42.58) |
| 05 | AP | 0000051147 | 05/11/2018 | HMTZB-CHK | -00 Intuit Fees | (40.71) |
| 05 | AP | 0000051499 | 05/15/2018 | HMTZB-CHK | -00 Intuit Fees | (111.60) |
| 05 | AP | 0000051505 | 05/15/2018 | HMTZB-CHK | -00 Intuit Fees | (101.18) |
| 03 | AP | 0000033053 | 03/19/2018 | HMTZB-CHK | -00 IPFS Corporation | (75,541.22) |
| 05 | AP | 0000039399 | 04/04/2018 | HMTZB-CHK | -00 IPFS Corporation | (71,944.02) |
| 05 | AP | 0000052812 | 05/23/2018 | HMTZB-CHK | -00 IPFS Corporation | (75,541.22) |
| 06 | AP | 0000056394 | 06/22/2018 | HMTZB-CHK | -00 IPFS Corporation | (75,566.22) |
| 03 | AP | 0000030547 | 03/12/2018 | HMTZB-CHK | -00 Kolenda Robert | (148.32) |
| 03 | AP | 0000034313 | 03/21/2018 | HMTZB-CHK | -00 Laird Plastics | (697.95) |
| 03 | AP | 0000030547 | 03/12/2018 | HMTZB-CHK | -00 Lewis Clark Recylers | (498.50) |
| 05 | AP | 0000047233 | 04/25/2018 | HMTZB-CHK | -00 Lewis Clark Recylers | (1,913.00) |
| 03 | AP | 0000034313 | 03/21/2018 | HMTZB-CHK | -00 Lewis-Clark State College | (1,200.00) |
| 03 | AP | 0000031617 | 03/14/2018 | HMTZB-CHK | -00 Liberty Mutual Insurance | (1,573.24) |
| 05 | AP | 0000042433 | 04/12/2018 | HMTZB-CHK | -00 Liberty Mutual Insurance | (1,573.20) |
| 05 | AP | 0000051555 | 05/15/2018 | HMTZB-CHK | -00 Liberty Mutual Insurance | (1,464.20) |
| 03 | AP | 0000030547 | 03/12/2018 | HMTZB-CHK | -00 LifeMap Assurance Company | (15,410.25) |
| 05 | AP | 0000046557 | 04/24/2018 | HMTZB-CHK | -00 LifeMap Assurance Company | (5,041.71) |
| 05 | AP | 0000052908 | 05/23/2018 | HMTZB-CHK | -00 LifeMap Assurance Company | (5,024.88) |

Howell Munitions Technology, Inc.
Form 207: Statement of Financial Affairs
#3) Payments to creditors within 90 days before filing

HMT AP Payments 90 days prior to Bankruptcy Filing

| | | | | | |
|---|---|---|---|---|---:|
| 05 | AP | 0000051180 | 05/11/2018 | HMTZB-CHK | -00 Linares, Jeremy | (2,848.92) |
| 03 | AP | 0000030547 | 03/12/2018 | HMTZB-CHK | -00 Listrak | (19,472.40) |
| 03 | AP | 0000036412 | 03/27/2018 | HMTZB-CHK | -00 Listrak | (20,055.50) |
| 05 | AP | 0000053411 | 05/30/2018 | HMTZB-CHK | -00 Listrak | (35,147.50) |
| 03 | AP | 0000030547 | 03/12/2018 | HMTZB-CHK | -00 London, Patrick | (1,274.68) |
| 03 | AP | 0000034313 | 03/21/2018 | HMTZB-CHK | -00 Loomis | (831.79) |
| 03 | AP | 0000029494 | 03/08/2018 | HMTZB-CHK | -00 Luvata Appleton, LLC. | (156,043.96) |
| 03 | AP | 0000034313 | 03/21/2018 | HMTZB-CHK | -00 Luvata Appleton, LLC. | (151,917.05) |
| 05 | AP | 0000040433 | 04/06/2018 | HMTZB-CHK | -00 Luvata Appleton, LLC. | (147,432.28) |
| 05 | AP | 0000045291 | 04/19/2018 | HMTZB-CHK | -00 Luvata Appleton, LLC. | (151,836.70) |
| 05 | AP | 0000052218 | 05/18/2018 | HMTZB-CHK | -00 Luvata Appleton, LLC. | (153,069.88) |
| 05 | AP | 0000047233 | 04/25/2018 | HMTZB-CHK | -00 Lyon Cnty Treasurer | (97.18) |
| 05 | AP | 0000047233 | 04/25/2018 | HMTZB-CHK | -00 Lyon Cnty Utilities - ALL | (76.21) |
| 06 | AP | 0000053837 | 06/01/2018 | HMTZB-CHK | -00 Lyon Cnty Utilities - ALL | (192.53) |
| 03 | AP | 0000035776 | 03/26/2018 | HMTZB-CHK | -00 McMaster-Carr Supply Co | (1,326.25) |
| 03 | AP | 0000029496 | 03/08/2018 | HMTZB-CHK | -00 Midwest Engineering Deep Draw Services | (20,000.00) |
| 05 | AP | 0000053086 | 05/24/2018 | HMTZB-CHK | -00 Midwest Engineering Deep Draw Services | (3,697.04) |
| 03 | AP | 0000034313 | 03/21/2018 | HMTZB-CHK | -00 Moss Adams LLP | (25,000.00) |
| 03 | AP | 0000035776 | 03/26/2018 | HMTZB-CHK | -00 Motion Industries, Inc | (1,572.70) |
| 03 | AP | 0000033635 | 03/20/2018 | HMTZB-CHK | -00 Mundell, Val | (30,000.00) |
| 05 | AP | 0000044246 | 04/17/2018 | HMTZB-CHK | -00 Mytota, Inc. | (6,350.00) |
| 05 | AP | 0000052908 | 05/23/2018 | HMTZB-CHK | -00 Mytota, Inc. | (2,000.00) |
| 05 | AP | 0000038886 | 04/03/2018 | HMTZB-CHK | -00 National Machinery, LLC | (7,800.00) |
| 05 | AP | 0000050851 | 05/10/2018 | HMTZB-CHK | -00 NDEP-BWPC Stormwater Coordinator 3173 | (200.00) |
| 03 | AP | 0000030209 | 03/09/2018 | HMTZB-CHK | -00 Nelson, Eric Contractor | (1,615.38) |
| 03 | AP | 0000034313 | 03/21/2018 | HMTZB-CHK | -00 Nelson, Eric Contractor | (1,615.38) |
| 03 | AP | 0000036412 | 03/27/2018 | HMTZB-CHK | -00 Nelson, Eric Contractor | (1,615.38) |
| 05 | AP | 0000043164 | 04/13/2018 | HMTZB-CHK | -00 Nelson, Eric Contractor | (1,615.38) |
| 05 | AP | 0000048464 | 04/27/2018 | HMTZB-CHK | -00 Nelson, Eric Contractor | (1,615.38) |
| 05 | AP | 0000051180 | 05/11/2018 | HMTZB-CHK | -00 Nelson, Eric Contractor | (1,615.38) |
| 05 | AP | 0000052908 | 05/23/2018 | HMTZB-CHK | -00 Nelson, Eric Contractor | (1,615.38) |
| 03 | AP | 0000037867 | 03/30/2018 | HMTZB-CHK | -08 NET Global | (49,107.24) |
| 03 | AP | 0000033598 | 03/20/2018 | HMTZB-CHK | -00 Nevada Department of Taxation | (599.20) |
| 04 | AP | 0000045748 | 04/20/2018 | HMTZB-CHK | -40 Nevada Department of Taxation | (1,318.26) |
| 05 | AP | 0000045694 | 04/20/2018 | HMTZB-CHK | -00 Nevada Department of Taxation | (706.52) |
| 05 | AP | 0000052930 | 05/23/2018 | HMTZB-CHK | -00 Nevada Department of Taxation | (499.38) |
| 06 | AP | 0000053837 | 06/01/2018 | HMTZB-CHK | -00 Nevada Employment Security Division | (5.00) |
| 06 | AP | 0000053864 | 06/01/2018 | HMTZB-CHK | -00 Nevada Occupational Health Center | (1,169.88) |
| 05 | AP | 0000053206 | 05/25/2018 | HMTZB-CHK | -00 Norris, Brian | (158.76) |
| 03 | AP | 0000034313 | 03/21/2018 | HMTZB-CHK | -00 Novation, Inc. | (240.00) |

Howell Munitions Technology, Inc.                                    HMT AP Payments 90 days prior to Bankruptcy Filing
Form 207: Statement of Financial Affairs
#3) Payments to creditors within 90 days before filing

| 05 | AP | 0000042712 | 04/12/2018 | HMTZB-CHK | -00 NSSF | (12,375.00) |
| 03 | AP | 0000031617 | 03/14/2018 | HMTZB-CHK | -00 NV Energy - ALL | (7,723.62) |
| 03 | AP | 0000036343 | 03/27/2018 | HMTZB-CHK | -00 NV Energy - ALL | (18.48) |
| 03 | AP | 0000039283 | 04/04/2018 | HMTZB-CHK | -00 NV Energy - ALL | (23.36) |
| 05 | AP | 0000042433 | 04/12/2018 | HMTZB-CHK | -00 NV Energy - ALL | (1,718.74) |
| 05 | AP | 0000043521 | 04/16/2018 | HMTZB-CHK | -00 NV Energy - ALL | (6,901.41) |
| 05 | AP | 0000051555 | 05/15/2018 | HMTZB-CHK | -00 NV Energy - ALL | (1,077.35) |
| 05 | AP | 0000051570 | 05/15/2018 | HMTZB-CHK | -00 NV Energy - ALL | (292.87) |
| 05 | AP | 0000052056 | 05/17/2018 | HMTZB-CHK | -00 NV Energy - ALL | (7,035.30) |
| 03 | AP | 0000030547 | 03/12/2018 | HMTZB-CHK | -00 Oak Harbor Freight | (5,744.62) |
| 03 | AP | 0000030548 | 03/12/2018 | HMTZB-CHK | -00 Oak Harbor Freight | (1,778.77) |
| 03 | AP | 0000035776 | 03/26/2018 | HMTZB-CHK | -00 Oak Harbor Freight | (4,429.47) |
| 05 | AP | 0000048446 | 04/27/2018 | HMTZB-CHK | -00 Oak Harbor Freight | (6,297.48) |
| 05 | AP | 0000048447 | 04/27/2018 | HMTZB-CHK | -00 Oak Harbor Freight | (2,869.90) |
| 05 | AP | 0000048448 | 04/27/2018 | HMTZB-CHK | -00 Oak Harbor Freight | (4,096.80) |
| 05 | AP | 0000048449 | 04/27/2018 | HMTZB-CHK | -00 Oak Harbor Freight | (161.93) |
| 03 | AP | 0000030547 | 03/12/2018 | HMTZB-CHK | -00 Old Dominion Freight Lines | (18,658.68) |
| 03 | AP | 0000030548 | 03/12/2018 | HMTZB-CHK | -00 Old Dominion Freight Lines | (4,075.67) |
| 03 | AP | 0000035776 | 03/26/2018 | HMTZB-CHK | -00 Old Dominion Freight Lines | (5,166.07) |
| 05 | AP | 0000048446 | 04/27/2018 | HMTZB-CHK | -00 Old Dominion Freight Lines | (18,614.84) |
| 05 | AP | 0000048447 | 04/27/2018 | HMTZB-CHK | -00 Old Dominion Freight Lines | (10,980.24) |
| 03 | AP | 0000029494 | 03/08/2018 | HMTZB-CHK | -00 P Kay Metal, Inc | (54,713.10) |
| 03 | AP | 0000030452 | 03/12/2018 | HMTZB-CHK | -00 P Kay Metal, Inc | (54,076.10) |
| 03 | AP | 0000032129 | 03/15/2018 | HMTZB-CHK | -00 P Kay Metal, Inc | (61,248.20) |
| 03 | AP | 0000032425 | 03/15/2018 | HMTZB-CHK | -00 P Kay Metal, Inc | (59,621.90) |
| 03 | AP | 0000033604 | 03/20/2018 | HMTZB-CHK | -00 P Kay Metal, Inc | (113,534.20) |
| 03 | AP | 0000034293 | 03/21/2018 | HMTZB-CHK | -85 P Kay Metal, Inc | (55,998.80) |
| 03 | AP | 0000036352 | 03/27/2018 | HMTZB-CHK | -00 P Kay Metal, Inc | (59,291.70) |
| 03 | AP | 0000037309 | 03/29/2018 | HMTZB-CHK | -00 P Kay Metal, Inc | (59,077.20) |
| 05 | AP | 0000038260 | 04/02/2018 | HMTZB-CHK | -00 P Kay Metal, Inc | (119,514.20) |
| 05 | AP | 0000040130 | 04/05/2018 | HMTZB-CHK | -00 P Kay Metal, Inc | (59,511.40) |
| 05 | AP | 0000040824 | 04/09/2018 | HMTZB-CHK | -00 P Kay Metal, Inc | (57,365.10) |
| 05 | AP | 0000040833 | 04/09/2018 | HMTZB-CHK | -00 P Kay Metal, Inc | (115,489.40) |
| 05 | AP | 0000042405 | 04/12/2018 | HMTZB-CHK | -00 P Kay Metal, Inc | (30,000.00) |
| 05 | AP | 0000043543 | 04/16/2018 | HMTZB-CHK | -00 P Kay Metal, Inc | (200,033.70) |
| 05 | AP | 0000048497 | 04/30/2018 | HMTZB-CHK | -00 P Kay Metal, Inc | (241,185.10) |
| 05 | AP | 0000050891 | 05/10/2018 | HMTZB-CHK | -00 P Kay Metal, Inc | (60,473.40) |
| 05 | AP | 0000051597 | 05/15/2018 | HMTZB-CHK | -00 P Kay Metal, Inc | (171,862.60) |
| 06 | AP | 0000056395 | 06/22/2018 | HMTZB-CHK | -95 P Kay Metal, Inc | (72,633.00) |
| 03 | AP | 0000035776 | 03/26/2018 | HMTZB-CHK | -00 Pacific Steel & Recycling | (262.00) |

Howell Munitions Technology, Inc.                                           HMT AP Payments 90 days prior to Bankruptcy Filing
Form 207: Statement of Financial Affairs
#3) Payments to creditors within 90 days before filing

| 06 | AP | 0000053837 | 06/01/2018 | HMTZB-CHK | -00 Pacific Steel & Recycling | (2,441.50) |
|----|----|------------|------------|-----------|-------------------------------|------------|
| 06 | AP | 0000053837 | 06/01/2018 | HMTZB-CHK | -00 Packaging Corporation of America | (1,050.00) |
| 03 | AP | 0000030547 | 03/12/2018 | HMTZB-CHK | -00 Pape Material Handling H40FT | (128.25) |
| 03 | AP | 0000030547 | 03/12/2018 | HMTZB-CHK | -00 Parker Matthew | (1,311.78) |
| 03 | AP | 0000030547 | 03/12/2018 | HMTZB-CHK | -00 Pitney Bowes | (260.42) |
| 03 | AP | 0000030547 | 03/12/2018 | HMTZB-CHK | -00 Poldervart, Kyle | (1,018.80) |
| 03 | AP | 0000034313 | 03/21/2018 | HMTZB-CHK | -00 Precision Punch Corporation | (298.16) |
| 03 | AP | 0000035776 | 03/26/2018 | HMTZB-CHK | -00 Precision Punch Corporation | (5,990.33) |
| 05 | AP | 0000049176 | 05/03/2018 | HMTZB-CHK | -00 Richard James & Associates Inc | (600.00) |
| 03 | AP | 0000035776 | 03/26/2018 | HMTZB-CHK | -00 Rodeo Internet Services | (396.00) |
| 03 | AP | 0000030547 | 03/12/2018 | HMTZB-CHK | -00 S & A Wood Specialties | (2,033.00) |
| 03 | AP | 0000030547 | 03/12/2018 | HMTZB-CHK | -00 Sager William | (43.50) |
| 03 | AP | 0000036412 | 03/27/2018 | HMTZB-CHK | -00 SAIA MOTOR FREIGHT LINE | (375.62) |
| 03 | AP | 0000030547 | 03/12/2018 | HMTZB-CHK | -00 Sewert Dave | (119.90) |
| 03 | AP | 0000030547 | 03/12/2018 | HMTZB-CHK | -00 Shumaker, Loop & Kendrick | (2,179.18) |
| 03 | AP | 0000035776 | 03/26/2018 | HMTZB-CHK | -00 Shumaker, Loop & Kendrick | (3,435.87) |
| 05 | AP | 0000039067 | 04/03/2018 | HMTZB-CHK | -93 Sierra Bullets, LLC | (14,297.50) |
| 05 | AP | 0000048822 | 05/01/2018 | HMTZB-CHK | -00 Silver State Bullets, LLC | (2,650.00) |
| 03 | AP | 0000030547 | 03/12/2018 | HMTZB-CHK | -00 Sonderen Packaging | (8,487.00) |
| 03 | AP | 0000030547 | 03/12/2018 | HMTZB-CHK | -00 Southwest Gas - All | (5,680.15) |
| 05 | AP | 0000050302 | 05/09/2018 | HMTZB-CHK | -00 Southwest Gas - All | (6,590.24) |
| 05 | AP | 0000050303 | 05/09/2018 | HMTZB-CHK | -00 Southwest Gas - All | (597.46) |
| 03 | AP | 0000030547 | 03/12/2018 | HMTZB-CHK | -00 Spokane Packaging | (3,852.75) |
| 05 | AP | 0000053081 | 05/24/2018 | HMTZB-CHK | -00 Spooner, Richard | (725.00) |
| 05 | AP | 0000049176 | 05/03/2018 | HMTZB-CHK | -00 SPS Commerce, Inc. | (774.00) |
| 03 | AP | 0000034313 | 03/21/2018 | HMTZB-CHK | -00 St. Marks Powder | (50,000.00) |
| 03 | AP | 0000030547 | 03/12/2018 | HMTZB-CHK | -00 Staples Business Advantage | (327.69) |
| 03 | AP | 0000034313 | 03/21/2018 | HMTZB-CHK | -00 Steele Components and Ammo, LLC | (31,632.00) |
| 03 | AP | 0000036387 | 03/27/2018 | HMTZB-CHK | -00 Steele Components and Ammo, LLC | (15,854.44) |
| 03 | AP | 0000030547 | 03/12/2018 | HMTZB-CHK | -00 Stonebraker McQuary Insurance | (2,000.00) |
| 03 | AP | 0000036412 | 03/27/2018 | HMTZB-CHK | -00 Stonebraker McQuary Insurance | (113.00) |
| 05 | AP | 0000051180 | 05/11/2018 | HMTZB-CHK | -00 Sullivan, John | (66.96) |
| 05 | AP | 0000053072 | 05/24/2018 | HMTZB-CHK | -00 Sussman Shank LLP | (7,337.45) |
| 06 | AP | 0000053750 | 06/01/2018 | HMTZB-CHK | -06 Sussman Shank LLP | (11,835.41) |
| 05 | AP | 0000045696 | 04/20/2018 | HMTZB-CHK | -00 Syspro | (150.00) |
| 05 | AP | 0000052908 | 05/23/2018 | HMTZB-CHK | -00 Syspro | (100.00) |
| 03 | AP | 0000029499 | 03/08/2018 | HMTZB-CHK | -00 TechPlate, Inc | (1,499.00) |
| 03 | AP | 0000033624 | 03/20/2018 | HMTZB-CHK | -32 Texas Comptroller of Public Accounts | (7,648.00) |
| 03 | AP | 0000034527 | 03/21/2018 | HMTZB-CHK | -00 Texas Comptroller of Public Accounts | (18,524.03) |
| 05 | AP | 0000044748 | 04/18/2018 | HMTZB-CHK | -00 Texas Comptroller of Public Accounts | (24,128.90) |

Howell Munitions Technology, Inc.
Form 207: Statement of Financial Affairs
#3) Payments to creditors within 90 days before filing

HMT AP Payments 90 days prior to Bankruptcy Filing

| | | | | | |
|---|---|---|---|---|---|
| 05 | AP | 0000051381 | 05/14/2018 | HMTZB-CHK | -00 Texas Comptroller of Public Accounts | (4,550.00) |
| 05 | AP | 0000053182 | 05/25/2018 | HMTZB-CHK | -00 Texas Comptroller of Public Accounts | (14,633.36) |
| 03 | AP | 0000029499 | 03/08/2018 | HMTZB-CHK | -00 Thermal Modification Tech. | (330.00) |
| 03 | AP | 0000031064 | 03/13/2018 | HMTZB-CHK | -00 Thermal Modification Tech. | (350.00) |
| 03 | AP | 0000037369 | 03/29/2018 | HMTZB-CHK | -00 Thermal Modification Tech. | (165.00) |
| 04 | AP | 0000044656 | 04/18/2018 | HMTZB-CHK | -00 Thermal Modification Tech. | (350.00) |
| 05 | AP | 0000052061 | 05/17/2018 | HMTZB-CHK | -00 Thermal Modification Tech. | (700.00) |
| 03 | AP | 0000030547 | 03/12/2018 | HMTZB-CHK | -00 TLR | (3,764.42) |
| 05 | AP | 0000048446 | 04/27/2018 | HMTZB-CHK | -00 TLR | (1,270.00) |
| 06 | AP | 0000053837 | 06/01/2018 | HMTZB-CHK | -00 TLR | (100.00) |
| 05 | AP | 0000045688 | 04/20/2018 | HMTZB-CHK | -00 Travelers | (4,803.00) |
| 05 | AP | 0000052908 | 05/23/2018 | HMTZB-CHK | -00 Tri-Tec Communications, Inc | (96.00) |
| 05 | AP | 0000048446 | 04/27/2018 | HMTZB-CHK | -00 Trojan Lithograph | (14,055.00) |
| 03 | AP | 0000033050 | 03/19/2018 | HMTZB-CHK | -00 TXU Energy | (545.63) |
| 05 | AP | 0000045584 | 04/20/2018 | HMTZB-CHK | -00 TXU Energy | (493.82) |
| 05 | AP | 0000052220 | 05/18/2018 | HMTZB-CHK | -00 TXU Energy | (561.24) |
| 03 | AP | 0000034313 | 03/21/2018 | HMTZB-CHK | -00 Uline | (966.72) |
| 03 | AP | 0000035776 | 03/26/2018 | HMTZB-CHK | -00 Uline | (1,642.70) |
| 05 | AP | 0000048446 | 04/27/2018 | HMTZB-CHK | -00 Uline | (1,705.38) |
| 03 | AP | 0000033144 | 03/19/2018 | HMTZB-CHK | -00 UPS | (115,455.15) |
| 03 | AP | 0000033149 | 03/19/2018 | HMTZB-CHK | -00 UPS | (62,068.85) |
| 03 | AP | 0000036412 | 03/27/2018 | HMTZB-CHK | -00 UPS | (62,768.58) |
| 05 | AP | 0000039400 | 04/04/2018 | HMTZB-CHK | -00 UPS | (80,570.43) |
| 05 | AP | 0000041948 | 04/11/2018 | HMTZB-CHK | -00 UPS | (76,508.73) |
| 05 | AP | 0000044598 | 04/18/2018 | HMTZB-CHK | -00 UPS | (57,189.76) |
| 05 | AP | 0000047171 | 04/25/2018 | HMTZB-CHK | -00 UPS | (77,248.00) |
| 05 | AP | 0000048926 | 05/02/2018 | HMTZB-CHK | -00 UPS | (48,857.62) |
| 05 | AP | 0000050117 | 05/09/2018 | HMTZB-CHK | -00 UPS | (65,689.99) |
| 05 | AP | 0000051795 | 05/16/2018 | HMTZB-CHK | -00 UPS | (54,037.89) |
| 05 | AP | 0000052910 | 05/23/2018 | HMTZB-CHK | -00 UPS | (54,161.59) |
| 05 | AP | 0000053412 | 05/30/2018 | HMTZB-CHK | -00 UPS | (42,847.41) |
| 03 | AP | 0000034881 | 03/22/2018 | HMTZB-CHK | -00 US Customs and Border Protection | (100.00) |
| 03 | AP | 0000030547 | 03/12/2018 | HMTZB-CHK | -00 USF Reddaway, Inc | (3,080.27) |
| 03 | AP | 0000035776 | 03/26/2018 | HMTZB-CHK | -00 USF Reddaway, Inc | (3,807.55) |
| 03 | AP | 0000035812 | 03/26/2018 | HMTZB-CHK | -00 USF Reddaway, Inc | (4,314.88) |
| 05 | AP | 0000049176 | 05/03/2018 | HMTZB-CHK | -00 USF Reddaway, Inc | (4,189.73) |
| 03 | AP | 0000036994 | 03/28/2018 | HMTZB-CHK | -00 Verizon Wireless | (1,250.41) |
| 05 | AP | 0000048512 | 04/30/2018 | HMTZB-CHK | -00 Verizon Wireless | (1,493.49) |
| 05 | AP | 0000053785 | 05/31/2018 | HMTZB-CHK | -53 Verizon Wireless | (1,372.75) |
| 05 | AP | 0000045694 | 04/20/2018 | HMTZB-CHK | -00 Vista Outdoor Sales LLC | (50,140.00) |

Howell Munitions Technology, Inc.
Form 207: Statement of Financial Affairs
#3) Payments to creditors within 90 days before filing

HMT AP Payments 90 days prior to Bankruptcy Filing

| 05 | AP | 0000049403 05/04/2018 HMTZB-CHK | -92 Vista Outdoor Sales LLC | (38,590.00) |
|----|----|----|----|----|
| 05 | AP | 0000050680 05/10/2018 HMTZB-CHK | -00 Visual Marketing | (2,560.00) |
| 03 | AP | 0000030547 03/12/2018 HMTZB-CHK | -00 Waste Management - All | (879.22) |
| 05 | AP | 0000047233 04/25/2018 HMTZB-CHK | -00 Waste Management - All | (17.16) |
| 03 | AP | 0000030547 03/12/2018 HMTZB-CHK | -00 Western Analytical | (450.00) |
| 06 | AP | 0000053837 06/01/2018 HMTZB-CHK | -00 Western Analytical | (990.00) |
| 03 | AP | 0000030547 03/12/2018 HMTZB-CHK | -00 Western States Fire Protection | (550.00) |
| 03 | AP | 0000029608 03/08/2018 HMTZB-CHK | -00 Worldpay Fees | (1,895.25) |
| 03 | AP | 0000030460 03/12/2018 HMTZB-CHK | -00 Worldpay Fees | (23.58) |
| 03 | AP | 0000031057 03/13/2018 HMTZB-CHK | -00 Worldpay Fees | (107.65) |
| 03 | AP | 0000032254 03/15/2018 HMTZB-CHK | -00 Worldpay Fees | (27.81) |
| 03 | AP | 0000033098 03/19/2018 HMTZB-CHK | -00 Worldpay Fees | (3,006.82) |
| 03 | AP | 0000033603 03/20/2018 HMTZB-CHK | -00 Worldpay Fees | (233.85) |
| 03 | AP | 0000034802 03/22/2018 HMTZB-CHK | -00 Worldpay Fees | (1,995.00) |
| 03 | AP | 0000036370 03/27/2018 HMTZB-CHK | -00 Worldpay Fees | (278.70) |
| 03 | AP | 0000036992 03/28/2018 HMTZB-CHK | -00 Worldpay Fees | (2,794.62) |
| 04 | AP | 0000038420 04/02/2018 HMTZB-CHK | -00 Worldpay Fees | (703.93) |
| 05 | AP | 0000038885 04/03/2018 HMTZB-CHK | -00 Worldpay Fees | (379.05) |
| 05 | AP | 0000039988 04/05/2018 HMTZB-CHK | -00 Worldpay Fees | (61,812.04) |
| 05 | AP | 0000041387 04/10/2018 HMTZB-CHK | -00 Worldpay Fees | (66.46) |
| 05 | AP | 0000044655 04/18/2018 HMTZB-CHK | -00 Worldpay Fees | (56.08) |
| 05 | AP | 0000045913 04/23/2018 HMTZB-CHK | -00 Worldpay Fees | (259.95) |
| 05 | AP | 0000046490 04/24/2018 HMTZB-CHK | -00 Worldpay Fees | (914.18) |
| 05 | AP | 0000048796 05/01/2018 HMTZB-CHK | -00 Worldpay Fees | (389.74) |
| 05 | AP | 0000049143 05/03/2018 HMTZB-CHK | -00 Worldpay Fees | (755.77) |
| 05 | AP | 0000049346 05/04/2018 HMTZB-CHK | -00 Worldpay Fees | (45,894.71) |
| 05 | AP | 0000049693 05/08/2018 HMTZB-CHK | -00 Worldpay Fees | (249.95) |
| 05 | AP | 0000051499 05/15/2018 HMTZB-CHK | -00 Worldpay Fees | (199.95) |
| 05 | AP | 0000051505 05/15/2018 HMTZB-CHK | -00 Worldpay Fees | (527.66) |
| 05 | AP | 0000052055 05/17/2018 HMTZB-CHK | -00 Worldpay Fees | (224.10) |
| 05 | AP | 0000052217 05/18/2018 HMTZB-CHK | -00 Worldpay Fees | (340.48) |
| 05 | AP | 0000052616 05/22/2018 HMTZB-CHK | -00 Worldpay Fees | (3,601.99) |
| 05 | AP | 0000052633 05/22/2018 HMTZB-CHK | -00 Worldpay Fees | (415.00) |
| 05 | AP | 0000053298 05/29/2018 HMTZB-CHK | -00 Worldpay Fees | (371.90) |
| 03 | AP | 0000035776 03/26/2018 HMTZB-CHK | -00 Wright, Marissa | (13.40) |
| 05 | AP | 0000038396 04/02/2018 HMTZB-CHK | -00 Wright, Marissa | (85.75) |
| 05 | AP | 0000049176 05/03/2018 HMTZB-CHK | -00 Wynalda Packaging | (12,800.00) |
| 03 | AP | 0000037865 03/30/2018 HMTZB-CHK | -00 XO Communications | (6,397.25) |
| 05 | AP | 0000048512 04/30/2018 HMTZB-CHK | -00 XO Communications | (6,411.87) |
| 05 | AP | 0000053785 05/31/2018 HMTZB-CHK | -05 XO Communications | (6,287.67) |

Howell Munitions Technology, Inc.
Form 207: Statement of Financial Affairs
#3) Payments to creditors within 90 days before filing

| | | | | | |
|---|---|---|---|---|---|
| 05 | AP | 0000049176 | 05/03/2018 | HMTZB-CHK | -00 YRC Freight | (1,558.75) |
| 03 | AP | 0000034775 | 03/22/2018 | HMTZB-CHK | -00 Zions Bank Fees | (2,067.34) |
| 05 | AP | 0000046449 | 04/24/2018 | HMTZB-CHK | -00 Zions Bank Fees | (2,338.28) |
| 05 | AP | 0000052618 | 05/22/2018 | HMTZB-CHK | -00 Zions Bank Fees | (1,991.42) |
| 06 | AP | 0000053837 | 06/01/2018 | HMTZB-CHK | -00 Zoro Tools Inc | (275.74) |
| 03 | CS | 0000026961 | 04/11/2018 | GLJ:0000042025 | ADP-Payroll | (236,112.34) |
| 03 | CS | 0000026975 | 04/25/2018 | GLJ:0000047238 | ADP-Payroll | (229,726.26) |
| 03 | CS | 0000027427 | 03/28/2018 | GLJ:0000036987 | ADP-Payroll | (227,393.42) |
| 03 | CS | 0000027478 | 03/14/2018 | GLJ:0000031683 | ADP-Payroll | (221,725.25) |
| 03 | CS | 0000027495 | 05/09/2018 | GLJ:0000050337 | ADP-Payroll | (209,765.88) |
| 03 | CS | 0000027674 | 05/23/2018 | GLJ:0000052911 | ADP-Payroll | (138,957.08) |
| 03 | CS | 0000027675 | 06/18/2018 | GLJ:0000055227 | Sussman Shank LLP | (41,214.64) |
| | | | 06/18/2018 | GLJ:0000055227 | Advanced CFO Solutions | (87,289.19) |
| 03 | CS | 0000028242 | 05/16/2018 | GLJ:0000051875 | ADP-Payroll | (82,043.81) |
| 03 | CS | 0000028275 | 04/17/2018 | GLJ:0000044058 | Ascensus 401k | (26,504.22) |
| 03 | CS | 0000028279 | 04/30/2018 | GLJ:0000048534 | Ascensus 401k | (26,389.48) |
| 03 | CS | 0000028899 | 03/29/2018 | GLJ:0000037662 | Ascensus 401k | (26,169.25) |
| 03 | CS | 0000029504 | 05/17/2018 | GLJ:0000052128 | Ascensus 401k | (25,422.90) |
| 03 | CS | 0000029587 | 04/13/2018 | GLJ:0000043142 | Capital One Visa Pmt | (24,133.09) |
| 03 | CS | 0000030177 | 03/20/2018 | GLJ:0000033945 | Capital One Visa Pmt | (23,955.11) |
| 03 | CS | 0000030196 | 03/19/2018 | GLJ:0000033112 | Ascensus 401k | (18,923.29) |
| 03 | CS | 0000030435 | 05/24/2018 | GLJ:0000053084 | Ascensus 401k | (17,090.17) |
| 03 | CS | 0000030444 | 03/06/2018 | GLJ:0000028275 | Capital One Visa Pmt | (16,490.23) |
| 03 | CS | 0000030451 | 06/01/2018 | GLJ:0000053797 | Capital One Visa Pmt | (10,000.00) |
| 03 | CS | 0000030726 | 06/05/2018 | GLJ:0000054244 | Capital One Visa Pmt | (10,000.00) |
| 03 | CS | 0000030868 | 05/29/2018 | GLJ:0000053286 | Payroll- Pre | (9,619.98) |
| 03 | CS | 0000031018 | 06/18/2018 | GLJ:0000055224 | Payroll- Pre | (7,619.74) |
| 03 | CS | 0000031590 | 06/05/2018 | GLJ:0000054156 | Payroll- Pre | (5,804.85) |
| 03 | CS | 0000031683 | 06/06/2018 | GLJ:0000054291 | Payroll- Pre | (5,295.86) |
| 03 | CS | 0000032128 | 05/15/2018 | GLJ:0000051510 | Capital One Visa Pmt | (5,000.00) |
| 03 | CS | 0000032248 | 04/11/2018 | GLJ:0000041947 | Payroll - Pre | (4,146.39) |
| 03 | CS | 0000032746 | 06/07/2018 | GLJ:0000054486 | Payroll - Pre | (3,230.65) |
| 03 | CS | 0000032771 | 03/01/2018 | GLJ:0000026961 | ADP Fees | (3,217.80) |
| 03 | CS | 0000032830 | 05/29/2018 | GLJ:0000053302 | Payroll- Pre | (3,199.35) |
| 03 | CS | 0000033042 | 05/29/2018 | GLJ:0000053289 | Payroll- Pre | (2,183.04) |
| 03 | CS | 0000033079 | 03/12/2018 | GLJ:0000030726 | Payroll- Pre | (2,001.39) |
| 03 | CS | 0000033112 | 03/16/2018 | GLJ:0000032830 | Payroll- Pre | (1,980.93) |
| 03 | CS | 0000033384 | 04/17/2018 | GLJ:0000044092 | Payroll- Pre | (1,757.90) |
| 03 | CS | 0000033575 | 05/17/2018 | GLJ:0000052043 | Payroll- Pre | (1,491.49) |
| 03 | CS | 0000033594 | 05/31/2018 | GLJ:0000053787 | Payroll- Pre | (1,384.13) |

Howell Munitions Technology, Inc.                                      HMT AP Payments 90 days prior to Bankruptcy Filing
Form 207: Statement of Financial Affairs
#3) Payments to creditors within 90 days before filing

| | | | | | | |
|---|---|---|---|---|---|---|
| 03 | CS | 0000033607 | 06/05/2018 | GLJ:0000054148 | Payroll- Pre | (1,271.77) |
| 03 | CS | 0000033945 | 05/09/2018 | GLJ:0000050121 | Payroll- Pre | (1,153.14) |
| 03 | CS | 0000034661 | 05/14/2018 | GLJ:0000051386 | Payroll- Pre | (946.20) |
| 03 | CS | 0000034771 | 05/30/2018 | GLJ:0000053394 | Payroll- Pre | (919.86) |
| 03 | CS | 0000034796 | 03/20/2018 | GLJ:0000033607 | Payroll- Pre | (755.14) |
| 03 | CS | 0000035221 | 05/04/2018 | GLJ:0000049365 | Payroll- Pre | (685.93) |
| 03 | CS | 0000035310 | 04/16/2018 | GLJ:0000043745 | Payroll- Pre | (668.29) |
| 03 | CS | 0000035742 | 04/02/2018 | GLJ:0000038310 | Ssafe Fees | (440.00) |
| 03 | CS | 0000035824 | 03/05/2018 | GLJ:0000027950 | Worldpay Fees | (410.80) |
| 03 | CS | 0000036344 | 04/17/2018 | GLJ:0000044321 | Capital One Visa Pmt | (291.16) |
| 03 | CS | 0000036361 | 06/04/2018 | GLJ:0000054097 | Worldpay Chargeback | (259.95) |
| 03 | CS | 0000036712 | 03/02/2018 | GLJ:0000027478 | Intuit Fees | (49.41) |
| 03 | CS | 0000036929 | 03/05/2018 | GLJ:0000027675 | Intuit Fees | (13.63) |

7/24/18 1:25PM

## United States Bankruptcy Court
### District of Nevada

In re   <u>Howell Munitions & Technology, Inc.</u>

Debtor(s)

Case No.   <u>18-50610-btb</u>

Chapter   <u>11</u>

## VERIFICATION OF CREDITOR MATRIX - AMENDED

I, the Proposed Chief Restructuring Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   <u>July 24, 2018</u>

J. Michael Issa/Proposed Chief Restructuring Officer
Signer/Title

Howell Munitions & Technology, Inc.
815 D Street
Lewiston, ID 83501



Winthrop Couchot Golubow Hollander, LLP
Attn:  Robert E. Opera
1301 Dove Street, Suite 500
Newport Beach, CA 92660



Office of the United States Trustee
C. Clifton Young Federal Building
300 Booth Street
Room 3009
Reno, NV 89509

823 D Street, LLC
823 D Street
Lewiston, ID 83501-0000


Advanced CFO
13601 W McMillan Rd, #102
Boise, ID 83713-0000


American Security Brass & Reloading
PO Box 9169
Greerton, Tauranga New Zealand


Ammo Direct
P.O. Box 9169
Greerton, Tauranga New Zealand


Ammo Load Worldwide, Inc.
815 D Street
Lewiston, ID 83501-0000


Asotin County Landfill
2901 Sixth Avenue
Clarkston, WA 99403-0000

Avista Utilities
1411 E Mission Ave
Spokane, WA 99252-0000


Big Canyon Environmental, LLC
815 D Street
Lewiston, ID 83501-0000


California Dept. of Tax and Fee Admin., Special
Operations Bktcy Team, MIC:74
PO Box 942879
Sacramento, CA 94279-0074


Clearwater Bullet, Inc.
153 Southport Ave., Building 4
Lewiston, ID 83501-0000


Components Exchange, LLC
815 D Street
Lewiston, ID 83501-0000


Corporation Service Company, as Rep, Attn:  Legal
Dept.
PO Box 2576
Springfield, IL 62708-0000

Dan Hellickson
1662 Ashley Drive
Clarkston, WA 99403-0000


David Howell Rentals
P.O. Box 1903
Lewiston, ID 83501-0000


Engin Hidir
1382 Sokak 8/3
Alsancak Ismir, Turkey 35220


Fastenal Company
2001 Theurer Blvd.
Winona, MN 55987-0000


Freedom Munitions, LLC
815 D Street
Lewiston, ID 83501-0000


Howell Machine, Inc.
815 D Street
Lewiston, ID 83501-0000

Lax Firing Range
234 S. Hindry Ave.
Inglewood, CA 90301-0000


Lewis-Clark Ammunition Components, LLC
815 D Street
Lewiston, ID 83501-0000


Miami Police Depot, Inc.
2640 W. 84th St.
Hialeah, FL 33016-0000


Mound House True Value Hardware
10189 Hwy 50 E
Carson City, NV 89706-0000


Nevada Dept of Environmental Protection
2030 E. Flamingo Road, Suite 230
Las Vegas, NV 89119-0000


Nuvodia, LLC
801 S Stevens Street
Spokane, WA 99204-0000

NV Energy
PO Box 30065
Reno, NV 89520-0000


Parallel Group
1380 Hamel Road
Hamel, MN 55340-0000


Perfection Tire of Lewiston
533 Thain Road
Lewiston, ID 83501-0000


Phillip A Swiderski Sr
15971 Smokey Hollow Road
Traverse City, MI 49686-0000


Precision One Ammo
2071 Wambaw Creek Road
Charleston, SC 29492-0000


STI Brasil (Tactical Gear Imports), AV. Professor
Mario Werneck
2275 Bairro Buritis
Belo Horizonte, Minal Gerais Brazil

Travelers
PO Box 660317
Dallas, TX 75266-0000


Twin River Contract Loading, Inc.
815 D Street
Lewiston, ID 83501-0000


Unis "Ginex" d.d. Gorazde
Visegradska bb
73000 Gorazde,, Bosnia and Herzegovina


United Tool Corporation
3718 E Newby Street Suite 108
Nampa, ID 83687-0000


X-Treme Bullets, Inc.
25 Stokes Drive
Carson City, NV 89706-0000


ZB. N.A., DBA Zions First National Bank
One South Main Street, Suite 1400
Salt Lake City, UT 84133-0000