NVB 4002 (Rev. 7/16)

1 | NVB 4002 Rev (7/16)

2 | Name, Address, Telephone No., Bar Number, Fax No. & E-mail address

3 | Garry M. Graber, Esq., Hodgson Russ LLP; 140 Pearl Street, Suite 100, Buffalo, New York 14202
ggraber@hodgsonrusss.com; Phone: 716-848-1273; NY Bar No. 1344159

4 | UNITED STATES BANKRUPTCY COURT

5 | DISTRICT OF NEVADA

6 | * * * * * *

7 | In re: Howell Munitions & Technology, Inc.      )    BK- 18-50610-BTB
       )
8 |    )    Chapter: 11
       )
9 |    )    Trustee:
       Debtor.      )
10 |    )    **CHANGE OF ADDRESS OF:**
       )    ( ) DEBTOR
11 |    )    (✓) CREDITOR
       )    ( ) OTHER
12 |    )

I request that notice be sent to the following address: (please print)

13 |

14 | Luvata Appleton, LLC
    Name

15 | P.O. Box 1714
    Address

16 |

17 | Appleton        WI        54912
    City    State        Zip Code

18 |

19 | Please check the applicable boxes:

20 | ☑ The change of address is applicable only in the above captioned case.

21 | ☐ The change of address is also applicable in the following related cases: (*please list the case numbers*) _____.

22 |

23 | ☐ Check here if you are a Debtor or Joint Debtor and you receive court orders and notices by email (DeBN) rather than by U.S. mail to your mailing address. Please provide your DeBN account

24 |

25 | number below (DeBN account numbers can be located in the subject line of all emailed court

26 | orders and notices.)

| | |
|---|---|
| 1 | |
| 2 | Debtor's DeBN account number _____ |
| 3 | Joint Debtor's DeBN account number _____ |

DATE: <u>November 19, 2018</u>

_____
SIGNATURE

**NOTE**: Please submit an original and one copy for the record.