**TIFFANY & BOSCO, P.A**
Jason C. Kolbe, Esq.
Nevada Bar No. 11624
Ace Van Patten, Esq.
Nevada Bar No. 11731
10100 W. Charleston Boulevard, Suite 220
Las Vegas, NV 89135
Telephone: 702 258-8200
Fax: 702 258-8787
nvbk@tblaw.com
Attorney for Toyota Lease Trust
18-75542

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In Re:<br><br>Howell Munitions & Technology, Inc.<br><br>　　　　　Debtor. | BK-18-50610-btb<br><br>Chapter 11 |

### REQUEST FOR SPECIAL NOTICE

TO THE CLERK, TRUSTEE AND ALL OTHER INTERESTED PARTIES:

　　1.　　This request is filed pursuant to Bankruptcy Rule 2002 (g) for the purpose of ensuring that the parties listed below receive all notices required to be mailed under Bankruptcy Rule 2002.

Toyota Lease Trust

　　2.　　The address to which all such notices in the above-referenced proceeding should be sent to its attorney of record at the addresses listed below:

///

///

///

///

Ace Van Patten, Esq.
Attorney for Secured Creditor
10100 W. Charleston Boulevard, Suite 220
Las Vegas, NV 89135

DATED this 18th day of December, 2018.

**TIFFANY & BOSCO, P.A.**

By: /s/ Ace Van Patten, Esq.
**ACE VAN PATTEN, ESQ.**
Attorney for Secured Creditor
10100 W. Charleston Boulevard, Suite 220
Las Vegas, NV 89135

**TIFFANY & BOSCO, P.A**
Jason C. Kolbe, Esq.
Nevada Bar No. 11624
Ace Van Patten, Esq.
Nevada Bar No. 11731
10100 W. Charleston Boulevard, Suite 220
Las Vegas, NV 89135
Telephone:  702 258-8200
Fax:  702 258-8787
nvbk@tblaw.com
Toyota Lease Trust
18-75542

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In Re: | BK-18-50610-btb |
|---|---|
| Howell Munitions & Technology, Inc. | Chapter 11 |
| Debtor. | |

## CERTIFICATE OF MAILING OF REQUEST FOR SPECIAL NOTICE

1. On December 18, 2018, I served the following document:

   **REQUEST FOR SPECIAL NOTICE**

2. I caused to be served the above-named document by the following means to the persons as listed below:

   X   a. ECF System

   Stephen R. Harris
   steve@harrislawreno.com
   Attorney for Debtor

   Trustee

    X  **b. United States mail, postage fully prepaid:**

        Stephen R. Harris
        6151 Lakeside Dr.
        Ste 2100
        Reno, NV 89511
        Attorney for Debtor

        ROBERT E. OPERA
        WINTHROP COUCHOT
        GOLUBOW HOLLANDER, LLP
        1301 DOVER ST, STE 500
        NEWPORT BEACH, CA 92660

        U.S. TRUSTEE - RN - 11
        300 BOOTH STREET, STE 3009
        RENO, NV 89509

        Howell Munitions & Technology, Inc.
        815 D. Street
        Lewiston, ID  83501
        Debtor

    ☐  **c. Personal Service**

I personally delivered the document(s) to the persons at these addresses:

    ☐  1.    For a party represented by an attorney, delivery was made by handing the document(s) to the attorney's office with a clerk or other person in charge, or if no one is charge by leaving the document(s) in a conspicuous place in the office.

    ☐  2.    For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

☐ **d. By direct mail**

Based upon the written assignment of the parties to accept service by email or a court order. I caused the document(s) to be sent to the persons at the mail addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐ **e. By fax transmission**

Based upon the written assignment of the parties to accept service by fax transmission or a court order. I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

☐ **f. By messenger**

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.

**I declare under penalty of perjury the foregoing is true and correct.**

DATED this 18th day of December, 2018.

By: /s/ Brad Anderson