UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

IN RE:                                          §
                                                §
                                                §       CHAPTER 11
HOWELL MUNITIONS & TECHNOLOGY, INC.,            §
                                                §       CASE NO. 18-50610-BTB
                    DEBTOR(S).                  §
                                                §
                                                §

**WITHDRAWAL OF PROOF OF CLAIM FOR IPFS CORPORATION**

PLEASE TAKE NOTICE that IPFS Corporation hereby withdraws its claim, Claims Register No. 32 in the amount of $71,944.02 filed on September 21, 2018, in the above captioned proceeding.

Dated the 16th day of January 2019.

By: _____
Name: Lisa R. Chandler
Title:   Litigation & Bankruptcy Recovery Manager

I hereby certify under penalty of perjury that I am authorized to withdraw the above referenced Proof of Claim.

By: _____
Name: Lisa R. Chandler
Title:   Litigation & Bankruptcy Recovery Manager